Lionel Z. Glancy (#134180)
Robert V. Prongay (#270796)
Charles H. Linehan (#307439)
Pavithra Rajesh (#323055)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:(310) 201-9150
Facsimile: (310) 201-9160
Email:      info@glancylaw.com

*Counsel for Lead Plaintiff*
*Movant Ganesh Shenoy*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERREIRA, Individually and On Behalf of All Others Similarly Situated, | Case No. 2:20-cv-02319-VAP-PJW |
| Plaintiff, | **DECLARATION OF CHARLES H. LINEHAN IN SUPPORT OF MOTION OF GANESH SHENOY FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL** |
| v. | |
| FUNKO, INC., BRIAN MARIOTTI, RUSSELL NICKEL, and JENNIFER FALL JUNG, | |
| Defendants. | |

[caption continues on following page]

DECLARATION OF CHARLES H. LINEHAN

MOHAMED NAHAS, Individually and On Behalf of All Others Similarly Situated,

        Plaintiff,

   v.

FUNKO, INC., BRIAN MARIOTTI, RUSSELL NICKEL, and JENNIFER FALL JUNG,

        Defendants.

Case No. 2:20-cv-03130-VAP-PJW

DECLARATION OF CHARLES H. LINEHAN

I, Charles H. Linehan, declare as follows:

1. I am an attorney with the law firm of Glancy Prongay & Murray LLP, counsel for lead plaintiff movant Ganesh Shenoy ("Movant") and [proposed] lead counsel for the class in the above-captioned action. I make this declaration in support of Movant's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following exhibits:

Exhibit A: Notice published in *Business Wire* on March 10, 2020, announcing the pendency of the first-filed securities class action against defendants herein;

Exhibit B: Signed PSLRA Certification of Movant;

Exhibit C: Table of Movant's calculated losses, as a result of transactions in Funko, Inc. securities; and

Exhibit D: Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of May 2020, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan

DECLARATION OF CHARLES H. LINEHAN

1

## **PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On May 11, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 11, 2020, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan

DECLARATION OF CHARLES H. LINEHAN

2

**<u>PROOF OF SERVICE BY ELECTRONIC POSTING</u>**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  On May 11, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 11, 2020, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan