# EXHIBIT C

Case 2:20-cv-02319-WLH-MAA    Document 17-3    Filed 05/11/20    Page 1 of 2    Page ID
#:105

## Loss Chart

**Company Name:** Funko, Inc.
**Ticker:** FNKO
**Class Period:** August 8, 2019 to March 5, 2020
**Name:** Ganesh Shenoy

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 1/13/2020 | 10,000 | $15.77 | -$157,700.0000 | | $0.0000 | -$157,700.00 |
| 2/14/2020 | -10,000 | | $0.0000 | $9.64 | $96,400.0000 | $96,400.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$61,300.00** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | | $4.1277 | 0 | **Total:** | **-$61,300.00** |

<u>Notes</u>
The 90-Day Average Price used in this loss chart is the average closing price between March 6, 2020 and May 8, 2020.