**BRAGAR EAGEL & SQUIRE, P.C.**
Melissa A. Fortunato (SBN 319767)
Marion C. Passmore (SBN 228474)
601 S. Figueroa Street, Suite 4050
Los Angeles, California 90117
Telephone:  (213) 330-3359
Facsimile:   (212) 214-0506
Email:  fortunato@bespc.com
          passmore@bespc.com

*Counsel for Movant and*
*Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERREIRA, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FUNKO, INC., BRIAN MARIOTTI, RUSSELL NICKEL, and JENNIFER FALL JUNG, <br><br> Defendants. | Case No. 2:20-cv-02319-VAP <br><br> CLASS ACTION <br><br> **NOTICE OF MOTION AND MOTION OF JARETT ELION AND ZHENG LI FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** <br><br> Judge:  Honorable Virginia A. Phillips <br> Hearing Date: June 8, 2020 <br> Time:  2:00 p.m. <br> Courtroom:  Courtroom 8A – 8th Floor |

NOTICE OF MOTION AND MOTION OF JARETT ELION AND ZHENG LI FOR CONSOLIDATION OF
ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL
Case No. 2:20-cv-02319-VAP

MOHAMED NAHAS, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

FUNKO, INC., BRIAN MARIOTTI, RUSSEL NICKEL, and JENNIFER FALL JUNG,

Defendants.

Case No. 2:20-cv-03130-VAP

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on Monday, June 8, 2020, at 2:00 p.m. before the Honorable Virginia A. Phillips in the United States Courthouse, Courtroom 8A – 8th Floor, 350 West 1st Street, Los Angeles, California 90012, or as soon as counsel may be heard, the undersigned will and hereby does move for an Order: (1) consolidating the above named actions; (2) appointing movants Jarett Elion and Zheng Li (together, "Movant") as Lead Plaintiff; (3) approving Movant's choice of Bragar Eagel & Squire, P.C. ("BES") as Lead Counsel; and (4) granting such other and further relief as the Court may deem just and proper.  This Motion is brought pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA").

This Motion is made and based on this Notice, the accompanying Memorandum of Points and Authorities, the Declaration of Melissa A. Fortunato, the [Proposed] Order Consolidating Actions, Appointing Movant as Lead Plaintiff, and Approving Movant's Selection of BES as Lead Counsel, and such other materials, evidence, and argument as may be presented at or prior to a hearing on the Motion.

Local Rule 7-3 requires a conference of counsel prior to the filing of motions. Because the PSLRA permits any "purported class member . . . including any motion by a class member who is not individually named as a plaintiff in the complaint" to

file a motion for appointment as lead plaintiff, 15 U.S.C. § 78u-4(a)(3)(B), Movant cannot yet ascertain which other parties plan to move for appointment as lead plaintiff until after the deadline expires on May 11, 2020.  Accordingly, Movant respectfully requests that the meet and confer requirement of Local Rule 7-3 be waived.

Dated: May 11, 2020                                Respectfully submitted,

**BRAGAR EAGEL & SQUIRE, P.C.**

/s/ *Melissa A. Fortunato*
Melissa A. Fortunato (SBN 319767)
Marion C. Passmore (SBN 228474)
601 S. Figueroa Street, Suite 4050
Los Angeles, California 90117
Telephone:  (213) 330-3359
Facsimile:   (212) 214-0506
Email:  fortunato@bespc.com
            passmore@bespc.com

*Counsel for Movant and*
*Proposed Lead Counsel for the Class*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above actions, and am over eighteen years old.  On May 11, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this May 11, 2020.

*/s/ Melissa A. Fortunato*
Melissa A. Fortunato