**BRAGAR EAGEL & SQUIRE, P.C.**
Melissa A. Fortunato (SBN 319767)
Marion C. Passmore (SBN 228474)
601 S. Figueroa Street, Suite 4050
Los Angeles, California 90117
Telephone:  (213) 330-3359
Facsimile:  (212) 214-0506
Email:  fortunato@bespc.com
        passmore@bespc.com

*Counsel for Movant and*
*Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERREIRA, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FUNKO, INC., BRIAN MARIOTTI, RUSSELL NICKEL, and JENNIFER FALL JUNG, <br><br> Defendants. | Case No. 2:20-cv-02319-VAP <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF JARETT ELION AND ZHENG LI'S MOTION FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** <br><br> Judge:  Honorable Virginia A. Phillips <br> Hearing Date:  June 8, 2020 <br> Time:  2:00 p.m. <br> Courtroom:  Courtroom 8A – 8th Floor |

DECL. OF MELISSA A. FORTUNATO ISO JARETT ELION AND ZHENG LI'S MTN. FOR CONSOLIDATION OF ACTIONS, APPT. AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL
Case No. 2:20-cv-02319-VAP

| | |
|---|---|
| MOHAMED NAHAS, Individually and On Behalf of All Others Similarly Situated, | Case No. 2:20-cv-03130-VAP |
| Plaintiff, | |
| v. | |
| FUNKO, INC., BRIAN MARIOTTI, RUSSEL NICKEL, and JENNIFER FALL JUNG, | |
| Defendants. | |

I, Melissa A. Fortunato, hereby declare as follows:

1.     I am a Partner with the law firm Bragar Eagel & Squire, P.C. ("BES"), counsel for lead plaintiff movants Jarett Elion and Zheng Li (together, the "Movant") and proposed lead counsel for the Class.[1]

2.     I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as lead plaintiff and approval of its selection of BES as lead counsel for the Class.

3.     Attached hereto are true and correct copies of the following:

Exhibit 1:   Private Securities Litigation Reform Act certifications signed by Jarett Elion and Zheng Li, attaching their securities during the Class Period in Schedule A(s), thereto;

Exhibit 2:   Chart detailing Movant's combined financial losses;

Exhibit 3:   Movant's Joint Declaration;

Exhibit 4:   Press release published March 10, 2020, on *Business Wire* announcing the pendency of the securities class action against Defendants herein:  *Ferreira v. Funko, Inc, et al.*, Case No. 2:20-cv-02319-VAP; and

Exhibit 5:   BES firm résumé.

---

[1]   The "Class" consists of all persons and entities that purchased or otherwise acquired Funko, Inc. securities between October 31, 2019 and March 5, 2020, both dates inclusive (the "Class Period").

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 11th day of May, 2020.

/s/ Melissa A. Fortunato
Melissa A. Fortunato