# Exhibit 2

**Funko, Inc.**

| | |
|---|---:|
| Company Name | Funko, Inc. |
| Ticker Symbol | FNKO |
| Security Type | Common Stock |
| Class Period Start | 08/08/2019 |
| Class Period End | 03/05/2020 |
| 90-DAY Lookback Period Start | 03/06/2020 |
| 90-DAY Lookback Period End | 05/11/2020 |
| 90-DAY Lookback Average | $4.1392 |

| Movant | Loss |
|---|---|
| Zheng Li | ($44,923.04) |
| Jarett Elion | ($98,420.86) |
| **Total Loss** | **($143,343.90)** |

| Client Name | Zheng Li |
|---|---|
| Company Name | Funko, Inc. |
| Ticker Symbol | FNKO |
| Security Type | Common Stock |
| Class Period Start | 08/08/2019 |
| Class Period End | 03/05/2020 |
| 90-DAY Lookback Period Start | 03/06/2020 |
| 90-DAY Lookback Period End | 05/11/2020 |
| 90-DAY Lookback Average | $4.1392 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($44,923.04) |
| Net Shares Retained | 4,000.00 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 1/7/2020 | 1,000 | $15.57 | ($15,570.00) | | | ($15,570.00) |
| 1/8/2020 | 1,000 | $15.37 | ($15,370.00) | | | ($30,940.00) |
| 1/15/2020 | 2,000 | $15.27 | ($30,540.00) | | | ($61,480.00) |
| | | | | | **Subtotal** | ($61,480.00) |
| | | | | | **Retained Share Value** | $16,556.96 |
| | | | | | **Total** | ($44,923.04) |

| Client Name | Jarett Elion |
|---|---|
| Company Name | Funko, Inc. |
| Ticker Symbol | FNKO |
| Security Type | Common Stock |
| Class Period Start | 08/08/2019 |
| Class Period End | 03/05/2020 |
| 90-DAY Lookback Period Start | 03/06/2020 |
| 90-DAY Lookback Period End | 05/11/2020 |
| 90-DAY Lookback Average | $4.1392 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($98,420.86) |

### Account 1

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 12/16/2019 | 2,000 | $15.40 | ($30,800.00) | | | ($30,800.00) |
| 12/18/2019 | 594 | $15.43 | ($9,165.42) | | | ($39,965.42) |
| 12/23/2019 | 1,104 | $16.31 | ($18,006.24) | | | ($57,971.66) |
| 12/30/2019 | 310 | $16.75 | ($5,192.50) | | | ($63,164.16) |
| 12/30/2019 | 61 | $16.80 | ($1,024.80) | | | ($64,188.96) |
| 12/30/2019 | 200 | $17.12 | ($3,424.00) | | | ($67,612.96) |
| 12/30/2019 | 2,210 | $17.12 | ($37,835.20) | | | ($105,448.16) |
| 12/30/2019 | 150 | $17.12 | ($2,568.00) | | | ($108,016.16) |
| 12/30/2019 | 1 | $17.19 | ($17.19) | | | ($108,033.35) |
| 1/13/2020 | 1 | $15.57 | ($15.57) | | | ($108,048.92) |
| 1/14/2020 | 1 | $16.11 | ($16.11) | | | ($108,065.03) |
| | | | | | Subtotal | ($108,065.03) |
| Net Shares Retained | 6,632 | | | | Retained Share Value | $27,451.43 |
| | | | | | Total | ($80,613.60) |

### Account 2

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 12/30/2019 | 379 | $16.76 | ($6,352.04) | | | ($6,352.04) |
| 1/28/2020 | 650 | $15.76 | ($10,244.00) | | | ($16,596.04) |
| 1/30/2020 | 1 | $15.45 | ($15.45) | | | ($16,611.49) |
| | | | | | Subtotal | ($16,611.49) |
| Net Shares Retained | 1,030 | | | | Retained Share Value | $4,263.42 |
| | | | | | Total | ($12,348.07) |

### Account 3

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 1/2/2020 | 415 | $17.20 | ($7,138.00) | | | ($7,138.00) |
| 1/2/2020 | 3 | $17.13 | ($51.39) | | | ($7,189.39) |
| | | | | | Subtotal | ($7,189.39) |
| Net Shares Retained | 418 | | | | Retained Share Value | $1,730.20 |
| | | | | | Total | ($5,459.19) |