# Exhibit 4





# Glancy Prongay & Murray LLP Files Securities Class Action on Behalf of Funko, Inc. (FNKO) Investors

March 10, 2020 09:31 PM Eastern Daylight Time

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM") announces that it has filed a class action lawsuit in the United States District Court for the Central District of California captioned *Ferreira v. Funko, Inc., et al.*, (Case No. 20-cv-02319), on behalf of persons and entities that purchased or otherwise acquired Funko, Inc. ("Funko" or the "Company") (NASDAQ: FNKO) securities between **October 31, 2019 and March 5, 2020,** inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

If you are a shareholder who suffered a loss, click here to participate.

On February 5, 2020, after the market closed, Funko issued a press release announcing preliminary fourth quarter 2019 financial results. Therein, Funko stated that "[n]et sales are expected to be approximately $214 million, a decrease of 8% compared to $233 million in the fourth quarter of 2018."

On this news, the Company's share price fell $6.20, or over 40%, to close at $9.29 per share on February 6, 2020, thereby injuring investors.

On March 5, 2020, after the market closed, Funko issued a press release announcing its fourth quarter and full year 2019 financial results. Therein, Funko affirmed that net sales for fourth quarter had decreased 4% year-over-year to $213.6 million due to, among other things, "softness at retail during the holiday season which led to a decrease in orders."

On this news, Funko's share price fell $0.32, or over 4%, to close at $6.92 on March 6, 2020, thereby injuring investors further.

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that Funko was experiencing lower than expected sales; (2) that, as a result, Funko was reasonably likely to incur a writedown for slower moving inventory; and (3) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially false and/or misleading and/or lacked a reasonable basis.

Follow us for updates on Twitter: twitter.com/GPM_LLP.

If you purchased Funko securities during the Class Period, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Charles H. Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

Glancy Prongay and Murray LLP, Los Angeles

Charles H. Linehan, 310-201-9150 or 888-773-9224

www.glancylaw.com

shareholders@glancylaw.com

# Tweets by @GPM_LLP

**Glancy Prongay & Murray LLP**
@GPM_LLP

Glancy Prongay & Murray Reminds Investors of Looming Deadline in the Class Action Lawsuit Against Funko, Inc. (FNKO)glancylaw.com/cases-applicat…

> **Case Information | Glancy Prongay & Murray LLP**
> glancylaw.com

May 8, 2020

**Glancy Prongay & Murray LLP**
@GPM_LLP

Glancy Prongay & Murray Reminds Investors of Looming Deadline in the Class Action Lawsuit Against of Alpha and Omega Semiconductor Limited (AOSL)glancylaw.com/cases-applicat…

> **Case Information | Glancy Prongay & Murray LLP**
> glancylaw.com

May 8, 2020

**Glancy Prongay & Murray LLP**
@GPM_LLP

Glancy Prongay & Murray Reminds Investors of Looming Deadline in the Class Action Lawsuit Against of AnaptysBio, Inc. (ANAB)glancylaw.com/cases-applicat…

**Case Information | Glancy Prongay & Murray LLP**
glancylaw.com

May 8, 2020

## #Hashtags

#INVESTORS   #FRAUD   #CLASSACTION

## $Cashtags

$FNKO