# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERREIRA, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>       v.<br><br>FUNKO, INC., BRIAN MARIOTTI, RUSSELL NICKEL, and JENNIFER FALL JUNG,<br><br>            Defendants. | Case No. 2:20-cv-02319-VAP-PJW<br><br>**[PROPOSED] ORDER GRANTING: (1) APPOINTMENT AS LEAD PLAINTIFF; (2) APPROVAL OF SELECTION OF LEAD COUNSEL; AND (3) CONSOLIDATION**<br><br>Date:    June 15, 2020<br>Time:    2:00 p.m.<br>Dept.:   8A<br>Judge:   Hon. Virginia A. Phillips |
| MOHAMED NAHAS, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>       v.<br><br>FUNKO, INC., BRIAN MARIOTTI, RUSSELL NICKEL, and JENNIFER FALL JUNG,<br><br>            Defendants. | Case No. 2:20-cv-03130-VAP-PJW |

1

WHEREAS, Lead Plaintiff movant and putative Class member Angela Michl ("Michl") has moved, pursuant to §21D of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, for: (1) appointment as Lead Plaintiff; (2) approval of her selection of Scott+Scott Attorneys at Law LLP ("Scott+Scott") as Lead Counsel for plaintiff and the Class; and (3) consolidation of the above-captioned actions, and good cause appearing therefore:

IT IS HEREBY ORDERED as follows:

1.      Michl is the most adequate plaintiff and is appointed Lead Plaintiff for the Class in this action (and any subsequently consolidated or related actions) to represent the Class.

2.      Lead Plaintiff's selection of Lead Counsel for the Class is hereby approved.   The law firm of Scott+Scott is appointed as Lead Counsel.   Lead Counsel shall have the authority to speak for all plaintiffs and Class members in all matters regarding the litigation, including, but not limited to, pre-trial proceedings, motion practice, trial and settlement, and shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.  Additionally, Lead Counsel shall have the following responsibilities:

(a)     to brief and argue motions;

2

(b)    to initiate and conduct discovery, including, without limitation, coordination of discovery with Defendants' counsel, the preparation of written interrogatories, requests for admission, and requests for production of documents;

(c)    to direct and coordinate the examination of witnesses in depositions;

(d)    to act as spokesperson at pretrial conferences;

(e)    to call and chair meetings of plaintiffs' counsel, as appropriate or necessary, from time-to-time;

(f)    to initiate and conduct any settlement negotiations with counsel for Defendants;

(g)    to provide general coordination of the activities of plaintiffs' counsel and to delegate work responsibilities to selected counsel, as may be required in such a manner, as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

(h)    to consult with and employ experts;

(i)    to receive and review periodic time reports of all attorneys on behalf of plaintiffs to determine if the time is being spent appropriately and for the benefit of plaintiffs and to determine and distribute plaintiffs' attorneys' fees; and

3

(j)     to perform such other duties as may be expressly authorized by further order of this Court.

3.     Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of the Class and for disseminating notices and orders of this Court.

4.     No motion, application, or request for discovery shall be served or filed, or other pretrial proceedings initiated, on behalf of Lead Plaintiff, except through Lead Counsel.

5.     All notices, proposed orders, pleadings, motions, discovery, and memoranda requiring a response in less than 30 days shall be served upon Lead Counsel and Defendants' counsel by the Court's Electronic Case Filing ("ECF") system, overnight mail service, telecopy, and/or hand delivery.

6.     All other service shall take place by regular mail.

7.     Lead Counsel for the Class shall be available and responsible for communications to and from the Court.

8.     Defendants' counsel may rely upon all agreements made with Lead Counsel or other duly authorized representatives of Lead Plaintiff.

9.     The above-captioned actions are sufficiently similar and are hereby consolidated and shall proceed together under Lead Case No. 2:20-cv-02319.

[PROPOSED] ORDER GRANTING: (1) APPOINTMENT AS LEAD PLAINTIFF; (2) APPROVAL OF LEAD COUNSEL; AND (3) CONSOLIDATION
CASE NO. 2:20-CV-02319-VAP-PJW

10.     This Order shall apply to each case subsequently filed in this Court or transferred to this Court, unless a party objecting to the consolidation of such case or to any other provision of this Order files, within 10 days after the date upon which a copy of this Order is mailed to counsel for such party, an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

IT IS SO ORDERED.

Dated this _____ day of _____, 2020.

_____
HONORABLE VIRGINIA A. PHILLIPS
Chief United States District Judge

Submitted by:

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

 /s/ John T. Jasnoch_____
JOHN T. JASNOCH (CA 281605)
jjasnoch@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile:  (619) 233-0508

[PROPOSED] ORDER GRANTING: (1) APPOINTMENT AS LEAD PLAINTIFF; (2) APPROVAL OF LEAD COUNSEL; AND (3) CONSOLIDATION
CASE NO. 2:20-CV-02319-VAP-PJW