**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
JOHN T. JASNOCH (CA 281605)
jjasnoch@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile:  (619) 233-0508

*Counsel for Lead Plaintiff Movant Angela Michl*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERREIRA, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>FUNKO, INC., BRIAN MARIOTTI, RUSSELL NICKEL, and JENNIFER FALL JUNG,<br><br>    Defendants. | Case No. 2:20-cv-02319-VAP-PJW<br><br>**DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF MOTION OF ANGELA MICHL FOR: (1) APPOINTMENT AS LEAD PLAINTIFF; (2) APPROVAL OF HER SELECTION OF LEAD COUNSEL; AND (3) CONSOLIDATION**<br><br>Date: June 15, 2020<br>Time: 2:00 p.m.<br>Dept.: 8A<br>Judge: Hon. Virginia A. Phillips |
| MOHAMED NAHAS, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>FUNKO, INC., BRIAN MARIOTTI, RUSSELL NICKEL, and JENNIFER FALL JUNG,<br><br>    Defendants. | Case No. 2:20-cv-03130-VAP-PJW |

1

I, John T. Jasnoch, pursuant to 28 U.S.C. §1746, declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of California and am a member of this Court.  I am an attorney with the law firm of Scott+Scott Attorneys at Law LLP ("Scott+Scott").

2.    I make this declaration in support of the motion of Lead Plaintiff movant and putative Class members Angela Michl ("Michl") for an order: (1) appointing Michl as Lead Plaintiff; (2) approving the Michl's selection of Scott+Scott as Lead Counsel; and (3) consolidating the above-captioned actions.  I have personal knowledge of the matters stated herein, and if called upon, I could, and would, competently testify thereto.

3.    Attached are true and correct copies of the following:

- Exhibit A:    Notice published on March 10, 2020 pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") via *Business Wire*;

- Exhibit B:    PSLRA notice published on April 9, 2020 via *Globe Newswire*;

- Exhibit C:    Michl's PSLRA certification;

- Exhibit D:    Michl's loss chart; and

- Exhibit E:    Scott+Scott's firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DECL. OF JOHN T. JASNOCH IN SUPPORT OF MOTION OF ANGELA MICHL FOR: (1) APPOINTMENT AS LEAD PLAINTIFF; (2) APPROVAL OF HER SELECTION OF LEAD COUNSEL; AND (3) CONSOLIDATION
CASE NO. 2:20-CV-02319-VAP-PJW

Executed this 11th day of May, 2020, in San Diego, California.



_____
JOHN T. JASNOCH

3