# EXHIBIT B

**BLOCK & LEVITON LLP**

*Source:* *Block & Leviton LLP*

*April 09, 2020 13:04 ET*

# Block & Leviton Files New Securities Fraud Class Action Against Funko, Inc.; Shareholders Who Have Lost Money Should Promptly Contact The Firm

BOSTON, April 09, 2020 (GLOBE NEWSWIRE) -- Block & Leviton LLP (www.blockesq.com), a national securities litigation firm, announces that it has filed a securities fraud class action lawsuit against Funko, Inc. ("Funko") (NASDAQ: FNKO) and certain of its officers for securities fraud.  ***The lead plaintiff deadline is May 11, 2020.***  Investors who purchased Funko shares between August 8, 2019 and March 5, 2020 should contact Block & Leviton for a free case evaluation.

Funko is a pop culture consumer products company that creates figures, plush, accessories, apparel, and homewares regarding movies, TV shows, videogames, and sports teams.  The lawsuit, the first of its kind filed in the U.S. District Court for the Western District of Washington, alleges that on February 5, 2020, Funko announced its preliminary fourth quarter 2019 financial results.  In this announcement, Funko stated that "[n]et sales are expected to be approximately $214 million, a decrease of 8% compared to $233 million in the fourth quarter of 2018."  Funko also disclosed a $16.8 million write down to "dispose of slower moving inventory to increase operational capacity."  On this news, shares of Funko's common stock fell $6.20 per share, or 40%, to close at $9.29.

Then, on March 5, 2020, Funko released its final fourth quarter and full year 2019 financial results.  In this release, Funko confirmed that its net sales had fallen to $213.6 million.  The stock price further plummeted, to close at just $6.92 on March 6, 2020.  The new lawsuit filed by Block & Leviton is captioned *Dachev v. Funko, Inc.*, No. 2:20-cv-00544 (W.D. Wash.).

If you purchased or acquired shares of Funko common stock and have questions about your legal rights or possess information relevant to this matter, please contact Block & Leviton attorneys at (617) 398-5600, or via email at cases@blockesq.com, or at https://shareholder.law/funko.  Funko investors who purchased or otherwise acquired shares of Funko common stock during the Class Period may, **no later than May 11, 2020**, seek to be appointed as a lead plaintiff representative of the Class.

Block & Leviton LLP is a firm dedicated to representing investors and maintaining the integrity of the country's financial markets.  The firm represents many of the nation's largest institutional investors as well as individual investors in securities litigation throughout the United States.  The firm's lawyers have recovered billions of dollars for its clients.

This notice may constitute attorney advertising.

CONTACT:
BLOCK & LEVITON LLP
260 Franklin St., Suite 1860
Boston, MA 02110
Phone: (617) 398-5600
Email: cases@blockesq.com
SOURCE: Block & Leviton LLP
www.blockesq.com