# EXHIBIT D

**LOSS ANALYSIS**

**Class Period: 10/31/2019 to 03/05/2020**

**FUNKO INC-CLASS A**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| **FNKO** | **361008105** | **BF329J9** | **US3610081057** | **$4.13924 *** |

**Angela Michl**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 11/4/2019 | 100 | $15.31 | -$1,530.50 |
| Purchase | 12/27/2019 | 100 | $16.80 | -$1,680.00 |
| Purchase | 1/29/2020 | 100 | $15.48 | -$1,548.00 |
| Purchase | 1/29/2020 | 20 | $15.48 | -$309.60 |
| **Class Period purchases:** | | **320** | | **-$5,068.10** |
| | LIFO Retained Purchases: | 320 | $4.13924 | $1,324.56 |

**\* Value of retained shares is the mean trading price from 03/06/2020 to 05/11/2020**          **LIFO Gain/(Loss):          -$3,743.54**