**JOHNSON FISTEL, LLP**
Frank J. Johnson (SBN 174882)
FrankJ@johnsonfistel.com
Brett M. Middleton (SBN 199427)
BrettM@johnsonfistel.com
655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856

*Counsel for Lead Plaintiff Movant*
*Gerber Kawasaki, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERREIRA, on behalf of himself and a class of similarly situated investors,<br><br>        Plaintiff,<br><br>        v.<br><br>FUNKO, INC., BRIAN MARIOTTI, RUSSELL NICKEL, and JENNIFER FALL JUNG,<br><br>        Defendants. | Case No.: 2:20-cv-02319-VAP-PJW<br><br>**NOTICE OF MOTION AND MOTION FOR CONSOLIDATION, APPOINTMENT OF GERBER KAWASAKI, INC. AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>DATE:      June 8, 2020<br>TIME:      2 p.m.<br>CTRM:    8A, 8th Floor<br>JUDGE:   Hon. Virginia A Phillips |
| MOHAMED NAHAS, on behalf of himself and a class of similarly situated investors,<br><br>        Plaintiff,<br><br>        v.<br><br>FUNKO, INC., BRIAN MARIOTTI, RUSSELL NICKEL, and JENNIFER FALL JUNG,<br><br>Defendants. | Case No.: 2:20-cv-03130-VAP-PJW |

NOTICE OF MOTION AND MOTION FOR CONSOLIDATION, APPOINTMENT OF GERBER KAWASAKI, INC. AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on Monday, June 8, 2020, at 2:00 p.m., or as soon thereafter as the matter may be heard by the Honorable Virginia A Phillips, Courtroom 8A, 8th Floor, 350 West 1st Street, Los Angeles, CA, 90012, Gerber Kawasaki, Inc. ("Gerber Kawasaki") will and hereby does move this Court for an order consolidating two related securities class actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and appointing Gerber Kawasaki as lead plaintiff and approving his selection of Johnson Fistel, LLP as lead counsel pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(B).[1]  This Motion is made on the grounds that the two Related Actions raise identical legal and factual questions and that Gerber Kawasaki is the presumptive lead

---

[1] Local Rule 7-3 requires a conference of counsel before filing a motion. Gerber Kawasaki's counsel conferred with counsel in the pending actions regarding this Motion and as of the time of filing no response has been received.  Since the PSLRA permits any "purported class member . . . including any motion by a class member who is not individually named as a plaintiff in the complaint" to file a motion for appointment as lead plaintiff (15 U.S.C. §78u-4(a)(3)(B)(i)) Gerber Kawasaki cannot ascertain whether any other parties will also seek appointment as lead plaintiff until after the deadline expires on May 11, 2020. Accordingly, Gerber Kawasaki's counsel respectfully requests that compliance with the meet and confer requirements of Local Rule 7-3 be waived.

1

plaintiff.[2]    In support of his Motion, Gerber Kawasaki submits the accompanying Memorandum of Law, the Declaration of Brett M. Middleton, and a [Proposed] Order.

Respectfully Submitted,

Dated:  May 11, 2020

**JOHNSON FISTEL, LLP**

By:  */s/ Brett M. Middleton*
BRETT M. MIDDLETON

FRANK J. JOHNSON
655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856
BrettM@johnsonfistel.com
FrankJ@johnsonfistel.com

---

[2] The Actions are *Ferreira v. Funko, Inc., et al.*, No. 2:20-cv-02319-VAP-PJW (filed March 10, 2020) and *Nahas v. Funko, Inc., et al.*, No. 2:20-cv-03130-VAP-PJW (filed April 3, 2020).

2

NOTICE OF MOTION AND MOTION FOR CONSOLIDATION, APPOINTMENT OF GERBER KAWASAKI, INC. AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL