# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERREIRA, on behalf of himself and a class of similarly situated investors,<br><br>Plaintiff,<br><br>v.<br><br>FUNKO, INC., BRIAN MARIOTTI, RUSSELL NICKEL, and JENNIFER FALL JUNG,<br><br>Defendants. | Case No.: 2:20-cv-02319-VAP-PJW<br><br>**[PROPOSED] ORDER GRANTING CONSOLIDATION, APPOINTMENT OF GERBER KAWASAKI, INC. AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>DATE:    June 8, 2020<br>TIME:    2 p.m.<br>CTRM:   8A, 8th Floor<br>JUDGE:  Hon. Virginia A Phillips |
| MOHAMED NAHAS, on behalf of himself and a class of similarly situated investors,<br><br>Plaintiff,<br><br>v.<br><br>FUNKO, INC., BRIAN MARIOTTI, RUSSELL NICKEL, and JENNIFER FALL JUNG,<br><br>Defendants. | Case No.: 2:20-cv-03130-VAP-PJW |

[PROPOSED] ORDER GRANTING CONSOLIDATION, APPOINTMENT OF GERBER KAWASAKI, INC. AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL

Having considered Gerber Kawasaki, Inc.'s Motion for Consolidation, Appointment of Gerber Kawasaki, Inc. as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED.

2. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the following Related Actions are consolidated as *In re Funko, Inc. Securities Litigation*, Master File No. 2:20-cv-02319-VAP-PJW: *Ferreira v. Funko, Inc., et al.*, No. 2:20-cv-02319-VAP-PJW and *Nahas v. Funko, Inc., et al.*, No. 2:20-cv-03130-VAP-PJW.

3. Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), Gerber Kawasaki, Inc. is appointed as Lead Plaintiff for the class.

4. Lead Plaintiff's selection of Johnson Fistel, LLP as Lead Counsel is approved, pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v).

IT IS SO ORDERED

Dated:

_____
THE HONORABLE VIRGINIA A PHILLIPS
UNITED STATES DISTRICT JUDGE

1