**JOHNSON FISTEL, LLP**
Frank J. Johnson (SBN 174882)
FrankJ@johnsonfistel.com
Brett M. Middleton (SBN 199427)
BrettM@johnsonfistel.com
655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856

*Counsel for Lead Plaintiff Movant*
*Gerber Kawasaki, Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERREIRA, on behalf of himself and a class of similarly situated investors,<br><br>      Plaintiff,<br><br>      v.<br><br>FUNKO, INC., BRIAN MARIOTTI, RUSSELL NICKEL, and JENNIFER FALL JUNG,<br><br>      Defendants. | Case No.: 2:20-cv-02319-VAP-PJW<br><br>**DECLARATION OF BRETT M. MIDDLETON IN SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT OF GERBER KAWASAKI, INC. AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>DATE:     June 8, 2020<br>TIME:     2 p.m.<br>CTRM:   8A, 8th Floor<br>JUDGE:  Hon. Virginia A Phillips |
| MOHAMED NAHAS, on behalf of himself and a class of similarly situated investors,<br><br>      Plaintiff,<br><br>      v.<br><br>FUNKO, INC., BRIAN MARIOTTI, RUSSELL NICKEL, and JENNIFER FALL JUNG,<br><br>Defendants. | Case No.: 2:20-cv-03130-VAP-PJW |

DECLARATION OF BRETT M. MIDDLETON

I, Brett M. Middleton declare as follows:

1.     I am an attorney licensed to practice before all courts of the State of California and this Court.  I am a Partner with Johnson Fistel, LLP, counsel for movant Gerber Kawasaki, Inc. ("Gerber Kawasaki") in the above-captioned action.  I make this declaration in support of Gerber Kawasaki's Motion for Consolidation, Appointment of Gerber Kawasaki, Inc. as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     Attached are true and correct copies of the following exhibits:

Exhibit A:   Notice of pendency of class action published on Businesswire, a national business-oriented wire service, on March 10, 2020

Exhibit B:   Notice of pendency of class action published on Globe Newswire, a national business-oriented wire service, on April 9, 2020

Exhibit C:   Gerber Kawasaki's Loss Charts

Exhibit D:   Gerber Kawasaki's Sworn Certification

Exhibit E:   Declarations of Assignment to Gerber Kawasaki, Inc.

Exhibit F:   Ross Gerber's Declaration in support of the Motion for Appointment of Gerber Kawasaki, Inc. as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Counsel

Exhibit G:   Johnson Fistel, LLP's Firm Resume

I declare under penalty of perjury that the foregoing is true and correct. Executed this eleventh day of May, 2020.

 */s/ Brett M. Middleton*
BRETT M. MIDDLETON

DECLARATION OF BRETT M. MIDDLETON