# EXHIBIT D

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

I, Ross Gerber, as President and Chief Executive Officer of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), hereby certify as follows:

1.      I am fully authorized to enter into and execute this Certification on behalf of Gerber Kawasaki.  I have reviewed the complaints filed in the United States District Court for the Central District of California and in the United States District Court for the Western District of Washington against Funko, Inc. and related defendants ("Funko") alleging violations of the federal securities laws and authorize Johnson Fistel, LLP to file lead plaintiff papers in connection therewith on behalf of Gerber Kawasaki.

2.      Gerber Kawasaki did not purchase securities of Funko at the direction of counsel or in order to participate in any private action under the federal securities laws.

3.      Gerber Kawasaki is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.

4.      Gerber Kawasaki's transactions in Funko securities during the relevant period are reflected in the Schedule A, attached hereto.

5.      Gerber Kawasaki has full power and authority to bring suit and seek appointment as lead plaintiff in order to recover losses suffered as a result of its clients' investments in Funko securities.  As the Registered Investment Adviser for each of the client accounts listed in the Schedule A attached hereto, Gerber Kawasaki had discretionary authority to invest its clients' assets, which it did when it decided to purchase and did purchase Funko securities in their accounts.  It has also received assignments of claims transferring all rights and title to prosecute all causes of action relating to those transactions in Funko securities.

1

6.      Gerber Kawasaki has not sought to serve as a lead plaintiff in any class action filed under the federal securities laws during the last three years.

7.      Beyond its pro rata share of any recovery (which Gerber Kawasaki has agreed to remit back to each client), Gerber Kawasaki will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 11th of May, 2020.

For Gerber Kawasaki, Inc.

DocuSigned by:

_Ross Gerber_

78FB62C1B5DC4B2...

Ross Gerber, President and Chief Executive Officer

2

**SCHEDULE A**

**TRANSACTIONS IN FUNKO, INC.**

| Account | Transaction Type | Trade Date | Shares | Price Per Share | | Cost / Proceeds | |
|---|---|---|---|---|---|---|---|
| Fern, Martin - 6425 | Purchase | 9/6/2019 | 500 | $ | 23.84 | $ | (11,919.50) |
| | Sale | 10/18/2019 | (750) | $ | 17.94 | $ | 13,451.25 |
| | Purchase | 12/27/2019 | 1,000 | $ | 16.84 | $ | (16,840.00) |
| | Purchase | 1/22/2020 | 1,000 | $ | 15.71 | $ | (15,710.00) |
| | Sale | 2/6/2020 | (3,000) | $ | 9.47 | $ | 28,412.10 |
| | | | | | | | |
| Grauman, Jon - 1717 | Purchase | 12/17/2019 | 580 | $ | 15.37 | $ | (8,912.86) |
| | Sale | 2/6/2020 | (580) | $ | 9.67 | $ | 5,606.63 |
| | | | | | | | |
| Lepoer, Lori - 0502 | Purchase | 12/17/2019 | 326 | $ | 15.37 | $ | (5,009.64) |
| | Sale | 2/6/2020 | (326) | $ | 9.67 | $ | 3,151.31 |
| | | | | | | | |
| Brown, Robert - 2290 | Purchase | 1/10/2020 | 175 | $ | 15.46 | $ | (2,705.50) |
| | Sale | 3/13/2020 | (175) | $ | 5.04 | $ | 882.00 |
| | | | | | | | |
| Day, Emily - 1968 | Purchase | 12/11/2019 | 400 | $ | 14.70 | $ | (5,879.20) |
| | Sale | 2/12/2020 | (400) | $ | 9.21 | $ | 3,682.00 |
| | | | | | | | |
| Challa, Swathi - 2911 | Purchase | 1/8/2020 | 300 | $ | 16.16 | $ | (4,848.99) |
| | Sale | 2/7/2020 | (300) | $ | 9.16 | $ | 2,748.60 |
| | | | | | | | |
| Finnerty, Amy - 8401 | Purchase | 12/17/2019 | 359 | $ | 15.37 | $ | (5,516.75) |
| | Sale | 2/6/2020 | (359) | $ | 9.67 | $ | 3,470.31 |
| | | | | | | | |
| Hohman, Michelle - 9780 | Purchase | 12/17/2019 | 460 | $ | 15.37 | $ | (7,068.82) |
| | Sale | 2/6/2020 | (460) | $ | 9.67 | $ | 4,446.64 |
| | | | | | | | |
| Gambill, Genevieve - 6876 | Purchase | 9/20/2018 | 150 | $ | 19.89 | $ | (2,984.18) |
| | Purchase | 11/9/2018 | 190 | $ | 15.82 | $ | (3,005.78) |
| | Sale | 2/7/2020 | (340) | $ | 9.17 | $ | 3,116.10 |
| | | | | | | | |
| Gerber, Robert - 2465 | Sale | 11/5/2019 | (500) | $ | 15.43 | $ | 7,715.00 |
| | Sale | 11/6/2019 | (300) | $ | 14.55 | $ | 4,366.20 |
| | Purchase | 12/31/2019 | 1,500 | $ | 17.17 | $ | (25,753.50) |
| | Sale | 2/6/2020 | (1,500) | $ | 9.27 | $ | 13,909.95 |
| | | | | | | | |
| Wang, Tisha - 2957 | Purchase | 1/17/2020 | 250 | $ | 15.53 | $ | (3,883.50) |
| | Sale | 2/6/2020 | (250) | $ | 9.38 | $ | 2,343.75 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Jackson, Kyle - 6113 | Purchase | 12/17/2019 | 376 | $ | 15.37 | $ | (5,777.99) |
| | Purchase | 1/9/2020 | 424 | $ | 15.66 | $ | (6,639.42) |
| | Sale | 2/6/2020 | (800) | $ | 9.67 | $ | 7,733.28 |
| | | | | | | | |
| Hornung, Jeffrey - 1963 | Purchase | 1/27/2020 | 65 | $ | 15.47 | $ | (1,005.23) |
| | Sale | 2/10/2020 | (65) | $ | 8.58 | $ | 557.83 |
| | | | | | | | |
| Fields, Gregory - 5976 | Purchase | 12/13/2019 | 300 | $ | 15.11 | $ | (4,533.00) |
| | Sale | 12/26/2019 | (25) | $ | 16.49 | $ | 412.35 |
| | Sale | 2/7/2020 | (275) | $ | 9.11 | $ | 2,505.80 |
| | | | | | | | |
| Bridgeman, Kyle - 3298 | Purchase | 1/22/2020 | 270 | $ | 15.68 | $ | (4,233.60) |
| | | | | | | | |
| Bark, Megan - 2614 | Purchase | 11/19/2019 | 275 | $ | 14.11 | $ | (3,880.25) |
| | Purchase | 12/13/2019 | 275 | $ | 14.97 | $ | (4,116.20) |
| | Sale | 2/27/2020 | (550) | $ | 7.85 | $ | 4,317.50 |
| | | | | | | | |
| Lew, Raymond - 0314 | Purchase | 1/7/2020 | 250 | $ | 15.51 | $ | (3,877.00) |
| | Sale | 2/6/2020 | (250) | $ | 9.37 | $ | 2,343.25 |
| | | | | | | | |
| Cvitanovich, Melissa - 4714 | Purchase | 11/20/2019 | 75 | $ | 13.80 | $ | (1,034.85) |
| | Sale | 2/10/2020 | (75) | $ | 8.53 | $ | 639.90 |
| | | | | | | | |
| Manss, Christian - 1487 | Purchase | 9/23/2019 | 200 | $ | 21.01 | $ | (4,201.00) |
| | Purchase | 12/11/2019 | 300 | $ | 14.68 | $ | (4,404.00) |
| | Purchase | 1/7/2020 | 400 | $ | 15.51 | $ | (6,202.00) |
| | Sale | 2/11/2020 | (900) | $ | 8.88 | $ | 7,994.70 |
| | | | | | | | |
| Lewis, Susan - 7812 | Purchase | 12/31/2019 | 300 | $ | 17.12 | $ | (5,137.20) |
| | Sale | 2/6/2020 | (500) | $ | 9.38 | $ | 4,690.00 |
| | | | | | | | |
| Herman, Jeremy - 8680 | Purchase | 11/20/2019 | 170 | $ | 13.90 | $ | (2,362.32) |
| | Purchase | 1/7/2020 | 100 | $ | 15.60 | $ | (1,559.70) |
| | Sale | 2/7/2020 | (440) | $ | 9.17 | $ | 4,032.60 |
| | | | | | | | |
| Roe, Christopher - 6312 | Purchase | 12/19/2019 | 350 | $ | 16.09 | $ | (5,629.75) |
| | Purchase | 1/7/2020 | 150 | $ | 15.61 | $ | (2,341.20) |
| | Purchase | 1/22/2020 | 200 | $ | 15.82 | $ | (3,164.00) |
| | Sale | 2/7/2020 | (700) | $ | 9.16 | $ | 6,412.70 |
| | | | | | | | |
| Swenson, Kathleen - 3215 | Purchase | 11/19/2019 | 395 | $ | 14.08 | $ | (5,560.81) |
| | Sale | 3/6/2020 | (395) | $ | 7.06 | $ | 2,786.73 |
| | | | | | | | |
| Zimmermann, Christian - 6327 | Purchase | 12/17/2019 | 348 | $ | 15.37 | $ | (5,347.72) |
| | Sale | 2/6/2020 | (348) | $ | 9.67 | $ | 3,363.98 |

| Name | Type | Date | Shares | | Price | | Amount |
|---|---|---|---|---|---|---|---|
| Silvera, Matthew - 3291 | Purchase | 12/19/2019 | 350 | $ | 16.09 | $ | (5,629.75) |
| | Purchase | 1/7/2020 | 150 | $ | 15.60 | $ | (2,339.25) |
| | Sale | 2/7/2020 | (500) | $ | 9.16 | $ | 4,581.50 |
| | | | | | | | |
| Freeman, Jeri - 3805 | Purchase | 12/17/2019 | 337 | $ | 15.37 | $ | (5,178.68) |
| | Sale | 2/6/2020 | (337) | $ | 9.67 | $ | 3,257.64 |
| | | | | | | | |
| Gerber, Ross - 2140 | Purchase | 8/9/2019 | 400 | $ | 24.02 | $ | (9,606.00) |
| | Purchase | 9/12/2019 | 200 | $ | 26.96 | $ | (5,392.78) |
| | Sale | 9/17/2019 | (300) | $ | 25.14 | $ | 7,542.60 |
| | Sale | 9/23/2019 | (500) | $ | 21.11 | $ | 10,555.50 |
| | Sale | 10/17/2019 | (1,500) | $ | 17.56 | $ | 26,343.00 |
| | Purchase | 11/19/2019 | 1,000 | $ | 14.10 | $ | (14,096.90) |
| | Purchase | 12/2/2019 | 1,000 | $ | 14.59 | $ | (14,589.00) |
| | Purchase | 12/6/2019 | 500 | $ | 15.09 | $ | (7,545.00) |
| | Purchase | 12/17/2019 | 500 | $ | 15.47 | $ | (7,732.50) |
| | Purchase | 12/20/2019 | 1,000 | $ | 16.14 | $ | (16,135.00) |
| | Purchase | 12/27/2019 | 1,000 | $ | 16.93 | $ | (16,925.00) |
| | Purchase | 1/2/2020 | 1,000 | $ | 17.51 | $ | (17,509.10) |
| | Purchase | 1/7/2020 | 500 | $ | 15.52 | $ | (7,760.00) |
| | Sale | 2/6/2020 | (4,000) | $ | 9.27 | $ | 37,066.40 |
| | Sale | 2/7/2020 | (2,500) | $ | 8.67 | $ | 21,680.25 |
| | | | | | | | |
| Pepe, Marcio - 2370 | Purchase | 12/4/2019 | 300 | $ | 14.57 | $ | (4,370.40) |
| | Sale | 2/7/2020 | (300) | $ | 9.16 | $ | 2,749.17 |
| | | | | | | | |
| Rotter, Marie - 3264 | Purchase | 1/28/2020 | 3,000 | $ | 15.34 | $ | (46,019.41) |
| | Sale | 2/7/2020 | (3,000) | $ | 9.16 | $ | 27,488.70 |
| | | | | | | | |
| Pavlas, Davin - 3346 | Purchase | 1/13/2020 | 200 | $ | 15.77 | $ | (3,153.00) |
| | Sale | 2/7/2020 | (200) | $ | 9.16 | $ | 1,832.60 |
| | | | | | | | |
| Sure, Srinivasa - 3826 | Purchase | 12/17/2019 | 150 | $ | 15.44 | $ | (2,315.70) |
| | Sale | 2/7/2020 | (150) | $ | 9.16 | $ | 1,374.59 |
| | | | | | | | |
| Pedrossian, Arbi - 8774 | Purchase | 9/20/2019 | 84 | $ | 22.39 | $ | (1,881.10) |
| | Purchase | 9/24/2019 | 100 | $ | 20.25 | $ | (2,025.00) |
| | Sale | 1/10/2020 | (184) | $ | 15.44 | $ | 2,841.70 |
| | | | | | | | |
| Fein, Howard - 1497 | Purchase | 12/17/2019 | 564 | $ | 15.37 | $ | (8,666.99) |
| | Purchase | 1/9/2020 | 434 | $ | 15.66 | $ | (6,795.57) |
| | Sale | 2/6/2020 | (998) | $ | 9.67 | $ | 9,647.27 |
| | | | | | | | |
| Cunningham, Scott - 4026 | Purchase | 12/12/2019 | 600 | $ | 14.78 | $ | (8,865.00) |
| | Purchase | 1/30/2020 | 200 | $ | 15.53 | $ | (3,105.60) |
| | Sale | 2/12/2020 | (800) | $ | 9.24 | $ | 7,388.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Shmilovich, Eyal - 1365 | Purchase | 9/19/2019 | 30 | $ | 23.50 | $ | (704.88) |
| | Purchase | 11/5/2019 | 50 | $ | 14.66 | $ | (733.00) |
| | Purchase | 11/19/2019 | 100 | $ | 14.12 | $ | (1,411.80) |
| | Purchase | 12/19/2019 | 200 | $ | 16.02 | $ | (3,204.80) |
| | Purchase | 1/7/2020 | 100 | $ | 15.61 | $ | (1,560.90) |
| | Sale | 2/7/2020 | (710) | $ | 9.16 | $ | 6,505.02 |
| | | | | | | | |
| Sherman, Micahel - 5451 | Sale | 10/21/2019 | (1,500) | $ | 17.98 | $ | 26,962.50 |
| | Purchase | 12/20/2019 | 3,000 | $ | 16.17 | $ | (48,514.20) |
| | Purchase | 1/30/2020 | 1,000 | $ | 15.27 | $ | (15,273.00) |
| | Sale | 2/6/2020 | (3,000) | $ | 9.48 | $ | 28,445.10 |
| | Sale | 2/7/2020 | (3,000) | $ | 9.17 | $ | 27,513.00 |
| | | | | | | | |
| Rauchle, Julie - 8497 | Purchase | 12/17/2019 | 1,012 | $ | 15.37 | $ | (15,551.40) |
| | Sale | 2/6/2020 | (1,012) | $ | 9.67 | $ | 9,782.60 |
| | | | | | | | |
| Rauchle, Randy - 8994 | Purchase | 12/17/2019 | 656 | $ | 15.37 | $ | (10,080.75) |
| | Sale | 2/6/2020 | (656) | $ | 9.67 | $ | 6,341.29 |
| | | | | | | | |
| Barron, Jay - 8007 | Purchase | 12/23/2019 | 500 | $ | 16.31 | $ | (8,152.50) |
| | Sale | 2/6/2020 | (400) | $ | 9.42 | $ | 3,768.00 |
| | Sale | 2/6/2020 | (500) | $ | 9.67 | $ | 4,833.30 |
| | | | | | | | |
| Mascolo, Caroline - 8763 | Sale | 11/1/2019 | (500) | $ | 15.40 | $ | 7,697.50 |
| | Purchase | 12/16/2019 | 1,000 | $ | 15.34 | $ | (15,337.40) |
| | Purchase | 1/6/2020 | 400 | $ | 16.60 | $ | (6,638.00) |
| | Sale | 2/6/2020 | (2,400) | $ | 9.43 | $ | 22,621.92 |
| | | | | | | | |
| Doan, Daniel - 6925 | Purchase | 12/19/2019 | 220 | $ | 16.08 | $ | (3,536.50) |
| | Purchase | 1/7/2020 | 150 | $ | 15.60 | $ | (2,339.25) |
| | Sale | 2/7/2020 | (370) | $ | 9.16 | $ | 3,390.31 |
| | | | | | | | |
| Ratner, Jill - 1443 | Purchase | 1/7/2020 | 250 | $ | 15.48 | $ | (3,871.00) |
| | Sale | 2/6/2020 | (250) | $ | 9.38 | $ | 2,345.75 |
| | | | | | | | |
| Gopinath, Bharadwaj - 3332 | Purchase | 12/18/2019 | 400 | $ | 15.33 | $ | (6,132.00) |
| | Purchase | 1/2/2020 | 200 | $ | 17.39 | $ | (3,478.00) |
| | Purchase | 1/7/2020 | 200 | $ | 15.60 | $ | (3,119.20) |
| | Sale | 2/7/2020 | (800) | $ | 9.16 | $ | 7,330.40 |
| | | | | | | | |
| Singh, Paul - 2709 | Purchase | 12/23/2019 | 300 | $ | 16.22 | $ | (4,866.00) |
| | Purchase | 1/13/2020 | 200 | $ | 15.65 | $ | (3,130.60) |
| | Sale | 2/10/2020 | (500) | $ | 8.47 | $ | 4,236.05 |
| | | | | | | | |
| Vogel, Adam - 0521 | Purchase | 11/20/2019 | 100 | $ | 13.79 | $ | (1,378.50) |
| | Sale | 2/7/2020 | (100) | $ | 9.16 | $ | 916.20 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Fazzio, Joseph - 5662 | Purchase | 12/12/2019 | 300 | $ | 14.66 | $ | (4,398.00) |
| | Sale | 2/10/2020 | (580) | $ | 8.51 | $ | 4,938.18 |
| | | | | | | | |
| Patterson Jr., Kelvin - 4836 | Purchase | 8/23/2019 | 137 | $ | 22.19 | $ | (3,040.03) |
| | Purchase | 9/20/2019 | 132 | $ | 22.93 | $ | (3,026.36) |
| | Sale | 1/14/2020 | (269) | $ | 15.85 | $ | 4,264.19 |
| | | | | | | | |
| Hines, Benjamin - 6098 | Sale | 11/27/2019 | (450) | $ | 14.30 | $ | 6,434.10 |
| | Purchase | 1/21/2020 | 600 | $ | 16.16 | $ | (9,695.40) |
| | Sale | 2/12/2020 | (600) | $ | 9.22 | $ | 5,530.86 |
| | | | | | | | |
| Souza, Keith - 3809 | Purchase | 1/15/2020 | 600 | $ | 15.19 | $ | (9,111.00) |
| | Sale | 2/11/2020 | (600) | $ | 8.82 | $ | 5,293.20 |
| | | | | | | | |
| Brown Jr., Robert - 9273 | Purchase | 11/19/2019 | 360 | $ | 14.11 | $ | (5,079.60) |
| | Purchase | 1/21/2020 | 360 | $ | 15.64 | $ | (5,631.12) |
| | Sale | 2/25/2020 | (720) | $ | 8.69 | $ | 6,258.24 |
| | | | | | | | |
| Jamison, Garrett - 5318 | Purchase | 11/18/2019 | 100 | $ | 14.25 | $ | (1,424.60) |
| | Sale | 2/7/2020 | (300) | $ | 9.16 | $ | 2,749.17 |
| | | | | | | | |
| Kim, Edwin - 2292 | Purchase | 12/17/2019 | 345 | $ | 15.37 | $ | (5,301.62) |
| | Sale | 2/6/2020 | (345) | $ | 9.67 | $ | 3,334.98 |
| | | | | | | | |
| Souza, Keith - 2881 | Purchase | 10/28/2019 | 200 | $ | 17.88 | $ | (3,575.00) |
| | Sale | 1/15/2020 | (600) | $ | 15.18 | $ | 9,105.00 |
| | | | | | | | |
| Sifling, David - 0946 | Purchase | 1/7/2020 | 55 | $ | 15.59 | $ | (857.45) |
| | Sale | 2/18/2020 | (55) | $ | 9.18 | $ | 505.12 |
| | | | | | | | |
| Rauchle, Julie - 6525 | Purchase | 12/17/2019 | 448 | $ | 15.37 | $ | (6,884.42) |
| | Sale | 2/6/2020 | (448) | $ | 9.67 | $ | 4,330.64 |
| | | | | | | | |
| Kim, Jane - 3686 | Purchase | 1/7/2020 | 600 | $ | 15.52 | $ | (9,311.40) |
| | Sale | 2/6/2020 | (600) | $ | 9.37 | $ | 5,623.44 |
| | | | | | | | |
| Wegner, Mary Lee - 4191 | Purchase | 12/17/2019 | 1,000 | $ | 15.44 | $ | (15,438.60) |
| | Purchase | 1/6/2020 | 1,000 | $ | 16.59 | $ | (16,594.00) |
| | Purchase | 1/30/2020 | 500 | $ | 15.27 | $ | (7,632.50) |
| | Sale | 2/6/2020 | (2,000) | $ | 9.43 | $ | 18,865.00 |
| | Sale | 2/10/2020 | (2,000) | $ | 8.50 | $ | 17,006.80 |
| | | | | | | | |
| Dobson, Dustin - 1271 | Purchase | 11/27/2019 | 400 | $ | 14.26 | $ | (5,704.00) |
| | Sale | 2/10/2020 | (400) | $ | 8.49 | $ | 3,396.80 |
| | | | | | | | |
| Hess, Dylan - 1087 | Purchase | 12/17/2019 | 829 | $ | 15.37 | $ | (12,739.24) |
| | Sale | 2/6/2020 | (829) | $ | 9.67 | $ | 8,013.61 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Ahdoot, Sam - 8907 | Purchase | 12/17/2019 | 3,805 | $ | 15.37 | $ (58,471.44) |
| | Purchase | 12/26/2019 | 2,195 | $ | 16.45 | $ (36,103.58) |
| | Sale | 2/6/2020 | (6,000) | $ | 9.67 | $ 57,999.60 |
| | | | | | | |
| Hawkins, Michael - 5648 | Purchase | 12/17/2019 | 590 | $ | 15.37 | $ (9,066.53) |
| | Sale | 2/6/2020 | (590) | $ | 9.67 | $ 5,703.29 |
| | | | | | | |
| Gerber, Sharon - 8297 | Purchase | 9/5/2019 | 200 | $ | 23.95 | $ (4,789.80) |
| | Sale | 10/14/2019 | (100) | $ | 19.19 | $ 1,919.01 |
| | Sale | 11/7/2019 | (100) | $ | 14.69 | $ 1,469.00 |
| | | | | | | |
| Barron, Jeffrey - 1751 | Purchase | 1/8/2020 | 1,000 | $ | 16.12 | $ (16,119.00) |
| | Sale | 2/6/2020 | (2,500) | $ | 9.45 | $ 23,620.00 |
| | | | | | | |
| Taillan, Eric - 3491 | Purchase | 12/18/2019 | 400 | $ | 15.29 | $ (6,115.20) |
| | Purchase | 12/31/2019 | 400 | $ | 17.23 | $ (6,890.00) |
| | Sale | 2/6/2020 | (800) | $ | 9.67 | $ 7,733.28 |
| | | | | | | |
| Strauss, Franklin - 9092 | Purchase | 1/21/2020 | 1,000 | $ | 16.10 | $ (16,095.00) |
| | Sale | 2/6/2020 | (3,000) | $ | 9.47 | $ 28,412.10 |
| | | | | | | |
| Cedillos, Rudy - 8609 | Purchase | 1/9/2020 | 280 | $ | 15.57 | $ (4,358.20) |
| | Sale | 2/7/2020 | (280) | $ | 9.17 | $ 2,566.20 |
| | | | | | | |
| Shmilovich, Amir - 0177 | Purchase | 9/25/2019 | 35 | $ | 20.22 | $ (707.56) |
| | Purchase | 11/4/2019 | 70 | $ | 15.29 | $ (1,069.95) |
| | Sale | 11/19/2019 | (70) | $ | 14.11 | $ 987.84 |
| | Purchase | 12/9/2019 | 70 | $ | 15.24 | $ (1,066.79) |
| | Purchase | 12/19/2019 | 100 | $ | 16.04 | $ (1,603.50) |
| | Sale | 2/7/2020 | (310) | $ | 9.16 | $ 2,840.22 |
| | | | | | | |
| Dunbar, Daniel - 3713 | Purchase | 11/19/2019 | 710 | $ | 14.11 | $ (10,014.55) |
| | Purchase | 1/22/2020 | 710 | $ | 15.66 | $ (11,117.18) |
| | Sale | 2/19/2020 | (1,420) | $ | 9.29 | $ 13,191.80 |
| | | | | | | |
| Sahin, Nicole - 4513 | Purchase | 12/26/2019 | 1,850 | $ | 15.37 | $ (28,436.02) |
| | Sale | 2/6/2020 | (1,850) | $ | 9.67 | $ 17,883.21 |
| | | | | | | |
| Ganzberg, Steven - 8943 | Purchase | 12/17/2019 | 350 | $ | 15.37 | $ (5,378.45) |
| | Sale | 2/6/2020 | (350) | $ | 9.67 | $ 3,383.31 |
| | | | | | | |
| Curtis, William - 8808 | Purchase | 1/7/2020 | 300 | $ | 15.74 | $ (4,721.34) |
| | Sale | 2/7/2020 | (300) | $ | 9.17 | $ 2,749.50 |
| | | | | | | |
| Yoshizaki, Nathan - 8176 | Purchase | 9/19/2019 | 139 | $ | 23.56 | $ (3,274.28) |
| | Sale | 11/7/2019 | (139) | $ | 15.08 | $ 2,095.43 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| White, Neil - 3834 | Purchase | 9/23/2019 | 200 | $ | 21.05 | $ | (4,209.40) |
| | Sale | 12/11/2019 | (650) | $ | 14.62 | $ | 9,503.00 |
| | Purchase | 1/21/2020 | 700 | $ | 16.10 | $ | (11,270.00) |
| | Sale | 2/12/2020 | (250) | $ | 9.22 | $ | 2,304.40 |
| | | | | | | | |
| Challa, Srarma - 2842 | Purchase | 11/21/2019 | 2,700 | $ | 13.82 | $ | (37,312.65) |
| | Purchase | 12/19/2019 | 1,300 | $ | 15.98 | $ | (20,779.20) |
| | Purchase | 1/7/2020 | 1,000 | $ | 15.59 | $ | (15,588.00) |
| | Sale | 2/7/2020 | (5,000) | $ | 9.16 | $ | 45,816.50 |
| | | | | | | | |
| Salin, Israel - 3401 | Purchase | 12/31/2019 | 1,000 | $ | 17.14 | $ | (17,135.00) |
| | Sale | 2/6/2020 | (1,800) | $ | 9.45 | $ | 17,010.00 |
| | | | | | | | |
| Cinman, Arnold - 3367 | Purchase | 1/30/2020 | 1,000 | $ | 15.36 | $ | (15,357.20) |
| | Sale | 2/6/2020 | (2,400) | $ | 9.42 | $ | 22,608.00 |
| | | | | | | | |
| Greco, Michael - 5297 | Purchase | 12/18/2019 | 750 | $ | 15.36 | $ | (11,523.00) |
| | Sale | 2/6/2020 | (750) | $ | 9.67 | $ | 7,249.95 |
| | | | | | | | |
| Lee, Solomon - 1564 | Purchase | 12/11/2019 | 400 | $ | 14.50 | $ | (5,799.20) |
| | Sale | 2/7/2020 | (400) | $ | 9.16 | $ | 3,665.56 |
| | | | | | | | |
| Poulos, Ward - 9608 | Purchase | 12/19/2019 | 1,800 | $ | 16.09 | $ | (28,960.38) |
| | Purchase | 12/31/2019 | 800 | $ | 17.10 | $ | (13,679.20) |
| | Purchase | 1/7/2020 | 1,000 | $ | 15.53 | $ | (15,525.00) |
| | Sale | 2/7/2020 | (3,600) | $ | 9.16 | $ | 32,982.66 |
| | | | | | | | |
| Salin, Dimitri - 4916 | Purchase | 12/17/2019 | 400 | $ | 15.18 | $ | (6,072.00) |
| | Purchase | 1/24/2020 | 800 | $ | 15.55 | $ | (12,436.00) |
| | Sale | 2/6/2020 | (1,800) | $ | 9.38 | $ | 16,884.00 |
| | | | | | | | |
| Dunbar, Benjamin - 7307 | Purchase | 11/19/2019 | 125 | $ | 14.10 | $ | (1,761.88) |
| | Purchase | 1/3/2020 | 75 | $ | 17.08 | $ | (1,281.00) |
| | Sale | 4/6/2020 | (200) | $ | 3.44 | $ | 688.40 |
| | | | | | | | |
| Carnesale, Robin - 9207 | Sale | 10/22/2019 | (1,000) | $ | 17.90 | $ | 17,895.00 |
| | Purchase | 1/2/2020 | 1,500 | $ | 17.49 | $ | (26,231.70) |
| | Sale | 2/6/2020 | (1,500) | $ | 9.27 | $ | 13,909.50 |
| | | | | | | | |
| Macready, Neil - 9309 | Sale | 9/12/2019 | (100) | $ | 27.03 | $ | 2,703.00 |
| | Purchase | 11/18/2019 | 100 | $ | 14.24 | $ | (1,424.00) |
| | Purchase | 1/21/2020 | 300 | $ | 16.03 | $ | (4,807.50) |
| | Sale | 2/7/2020 | (600) | $ | 9.16 | $ | 5,498.34 |
| | | | | | | | |
| Havlick, Myria - 9717 | Purchase | 12/17/2019 | 368 | $ | 15.37 | $ | (5,655.06) |
| | Sale | 2/6/2020 | (368) | $ | 9.67 | $ | 3,557.31 |

| Lansingh, David - 3811 | Purchase | 1/13/2020 | 150 | $ | 15.97 | $ | (2,395.05) |
|---|---|---|---|---|---|---|---|
| | Sale | 3/6/2020 | (350) | $ | 7.27 | $ | 2,544.50 |
| | | | | | | | |
| Oxley, Radine - 9222 | Purchase | 12/31/2019 | 1,500 | $ | 17.13 | $ | (25,695.00) |
| | Purchase | 1/24/2020 | 500 | $ | 15.51 | $ | (7,755.00) |
| | Sale | 2/6/2020 | (3,500) | $ | 9.40 | $ | 32,903.50 |