# EXHIBIT E

DocuSign Envelope ID: 21162F28-1125-41F5-A441-06C6313BEF12

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Christian Manss , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.　　Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.　　Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.　　I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.　　I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.　　This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.　　This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

> DocuSigned by:
> *CHRISTIAN MANSS*
> E39D4E4F049C405...

Christian Manss

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

> DocuSigned by:
> *Ross Gerber*
> 78FB62C1B5DC4B2...

Ross Gerber, President and
Chief Executive Officer

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

DocuSign Envelope ID: 714DDF4F-56B0-4221-82DD-506015C69A93

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Adam Vogel          , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

DocuSigned by:

*Adam Vogel*

6385E72D28BC45C...

Adam Vogel

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

DocuSigned by:

*Ross Gerber*

78FB62C1B5DC4B2...

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Amir Shmilovich , hereby declare as follows:

1. I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2. Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3. After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4. Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

Amir Shmilovich
NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Amy Finnerty, hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

DocuSign Envelope ID: 0B0F686C-9F48-48E7-A596-130F05A1645E

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

amy finnerty

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Arbi Pedrossian , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

Arbi Pedrossian

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Arnold Cinman, hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

Arnold Cinman

Arnold Cinman
NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

Ross Gerber

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Benjamin Dunbar , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

5.    Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.    This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.    This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

BENJAMIN DUNBAR
0D9E3D1F54B24AB...

Benjamin Dunbar
NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

Ross Gerber
78FB62C1B5DC4B2...

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Benjamin Hines , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.    Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.    This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.    This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

DocuSigned by:

*Benjamin M. Hines*

79CA0B08F9874F9...

Benjamin Hines

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

DocuSigned by:

*Ross Gerber*

78FB62C1B5DC4B2...

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Bharadwaj Gopinath, hereby declare as follows:

1.    I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.    Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.     Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.     This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

DocuSigned by:

_____
8A5F158D814D474...

Bharadwaj Gopinath

NAME OF PERSON ASSIGNING RIGHTS


I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

DocuSigned by:

Ross Gerber

_____
78FB62C1B5DC4B2...

Ross Gerber, President and
Chief Executive Officer


2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

# DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Caroline Mascolo, hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

DocuSigned by:

*Caroline Mascolo*

——4EADF07B5EF54BB…

Caroline Mascolo

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

DocuSigned by:

*Ross Gerber*

——78FB62C1B5DC4B2…

Ross Gerber, President and
Chief Executive Officer

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

DocuSign Envelope ID: 60D97D1C-C251-4654-96CC-62670B8B9EBE

# DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Chris Zimmermann, hereby declare as follows:

1. I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2. Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3. After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4. Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

DocuSigned by:

*Christian Zimmermann*

9E1889AABC594CB...

Chris Zimmermann

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

DocuSigned by:

*Ross Gerber*

78FB62C1B5DC4B2...

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Christopher Roe , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

Christopher Roe

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Daniel Doan , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

DocuSign Envelope ID: AC917A6A-B4BE-40D2-9310-5D181EE58C4D

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

Daniel Doan

Daniel Doan

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

Ross Gerber

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, daniel w dunbar , hereby declare as follows:

1. I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2. Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3. After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4. Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

5.	Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.	Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.	I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.	I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.	This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.	This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

DocuSigned by:

*Daniel Dunbar*

459821F17013401...

Daniel W. Dunbar

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

DocuSigned by:

*Ross Gerber*

78FB62C1B5DC4B2...

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, David Lansingh, hereby declare as follows:

1. I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2. Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3. After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4. Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.     Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.     This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.    This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

David Lansingh

David Lansingh
NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

Ross Gerber

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, David Sifling , hereby declare as follows:

1. I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2. Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3. After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4. Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

_David Sifling_
David Sifling
NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

_Ross Gerber_
Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Davin Pavlas , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

5.  Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.  Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.  I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.  I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.  This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.  This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

_Davin Pavlas_

Davin Pavlas

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

_Ross Gerber_

Ross Gerber, President and Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Dimitri Salin    , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

Dimitri Salin

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

DocuSign Envelope ID: 4256502A-5G3B-447F-837F-751DBFB0GAA4

# DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Dustin Dobson, hereby declare as follows:

1.     I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.     Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.     After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.     Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

*Dustin Dobson*

Dustin Dobson

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

*Ross Gerber*

Ross Gerber, President and
Chief Executive Officer

2

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Dylan Hess            , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

_Dylan Hess_

Dylan Hess

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

_Ross Gerber_

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Edwin Kim , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

Edwin Kim

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

Ross Gerber, President and
Chief Executive Officer

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I,  Emily Day          , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

5.     Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.     This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.    This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

Emily Day

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Eric Taillan , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.      This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

                              ┌ DocuSigned by:
                              
                              └ 39C0074FA572421...
                              Eric Taillan
                     NAME OF PERSON ASSIGNING RIGHTS


I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

                    For Gerber Kawasaki, Inc.

                              ┌ DocuSigned by:
                              Ross Gerber
                              └ 78FB62C1B5DC4B2...
                    Ross Gerber, President and
                    Chief Executive Officer


2
DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Eyal Shmilovich , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

DocuSign Envelope ID: 34EA1338-854C-44A8-9419-F8A27AA127AC

5.    Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.    This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.    This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

_____

Eyal Shmilovich

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

_____

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Franklin G Strauss, hereby declare as follows:

1.    I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.    Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

DocuSign Envelope ID: 55ACD362-8522-4E3F-AF3B-2128C60E0096

5.     Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.     This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.    This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

_Franklin Strauss_
975FCFB85A0E423...

Franklin G Strauss

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

_Ross Gerber_
78FB62C1B5DC4B2...

Ross Gerber, President and
Chief Executive Officer

2

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Garrett Jamison , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

DocuSign Envelope ID: 38166CA7-161E-49F6-A9EB-64F7011268EE

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

*Garrett Jamison*

Garrett Jamison

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

*Ross Gerber*

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Genevieve Conley Gambill, hereby declare as follows:

1. I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2. Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3. After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4. Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

Genevieve Conley Gambill

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Gregory M Fields, hereby declare as follows:

1.    I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.    Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

DocuSigned by:

_____
23F78337EBD040C...

Gregory M. Fields

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

DocuSigned by:

_____
78FB62C1B5DC4B2...

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Howard Fein    , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.     Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.     This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

Howard Fein

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Israel Salin , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

*Israel Salin*

Israel Salin

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

*Ross Gerber*

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

DocuSign Envelope ID: E76C74FE-C362-4067-AGA6-7854169918A1

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Jane Kim, hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.       Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.       Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.       I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.       I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.       This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.      This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

DocuSigned by:

*Jane Kim*

20490C0FE19140C...

Jane Kim

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

DocuSigned by:

*Ross Gerber*

78FB62C1B5DC4B2...

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

DocuSign Envelope ID: 91AB557B-FB6F-4AA1-AF1A-F29256EB09AE

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, JAY BARRON , hereby declare as follows:

1. I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2. Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3. After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4. Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of May, 2020.

_____

*Jay Barron*

JAY BARRON

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

_____

*Ross Gerber*

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

DocuSign Envelope ID: 52F765E5-9A95-446A-A874-FC91F29E7C51

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Jeffrey Barron , hereby declare as follows:

1. I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2. Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3. After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4. Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

_Jeffrey Barron_
Jeffrey Barron
NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

_Ross Gerber_
Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

DocuSign Envelope ID: A794ED6D-E5D8-4BBC-9572-4E4CA1B2ED6C

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, jeffrey hornung , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

_Jeffrey Hornung_
1E2421FEAF9D4F2...

Jeffrey Hornung

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

_Ross Gerber_
78FB62C1B5DC4B2...

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Jeremy Herman , hereby declare as follows:

1. I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2. Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3. After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4. Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

DocuSigned by:

_Jeremy Herman signature_
54B25D195FAE411...

Jeremy Herman

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

DocuSigned by:

_Ross Gerber signature_
78FB62C1B5DC4B2...

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Jeri Freeman , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

5.    Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.    This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.    This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

DocuSigned by:

*Jeri P. Freeman*

332FAD0A7D0E439...

Jeri Freeman

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

DocuSigned by:

*Ross Gerber*

78FB62C1B5DC4B2...

Ross Gerber, President and
Chief Executive Officer

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

DocuSign Envelope ID: 5054BC1C-C6F6-4220-87FE-F703067FC82B

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Jill Ratner , hereby declare as follows:

1. I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2. Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3. After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4. Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.      This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

DocuSigned by:

Jill Ratner

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

DocuSigned by:

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Jon Grauman, hereby declare as follows:

1. I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2. Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3. After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4. Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

DocuSigned by:

*Jon Grauman*

31BA9BDD892D4B2...

Jon Grauman

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

DocuSigned by:

*Ross Gerber*

78FB62C1B5DC4B2...

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

# DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Joseph Fazzio , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

DocuSigned by:

_____
A1723AEBAE1342B...

Joseph Fazzio

NAME OF PERSON ASSIGNING RIGHTS


I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

DocuSigned by:

_____
78FB62C1B5DC4B2...
Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Julie Rauchle , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

DocuSigned by:

_____
41670A0DB3424ED...

Julie Rauchle

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

DocuSigned by:

_____
78FB62C1B5DC4B2...

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

DocuSign Envelope ID: 871373EA-6B3D-4286-A36E-4289F3F80397

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Kathleen Swenson, hereby declare as follows:

1. I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2. Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3. After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4. Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

DocuSigned by:

_Kathleen Swenson_
E315C02EBE8C4A7...

Kathleen Swenson

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

DocuSigned by:

_Ross Gerber_
78FB62C1B5DC4B2...

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

# DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Keith Souza , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.    Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.    This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.    This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

Keith Souza

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Kelvin Patterson , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.    Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.    This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.    This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

Kelvin Patterson jr

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

DocuSign Envelope ID: 3BD66DGD-540G-4D6D-83D6-167BC715B9A1

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Kyle Bridgeman , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

5.    Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.    This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.    This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

DocuSigned by:

*Kyle Bridgeman*

A0BE79F01582404...

Kyle Bridgeman

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

DocuSigned by:

*Ross Gerber*

78FB62C1B5DC4B2...

Ross Gerber, President and
Chief Executive Officer

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

DocuSign Envelope ID: 38360A15-E6D9-4524-9FF5-B4CDFA567164

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Kyle Jackson , hereby declare as follows:

1. I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2. Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3. After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4. Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.    Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.    This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.    This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

DocuSigned by:

*Kyle Jackson*

—5A953A04894948B...

Kyle Jackson

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

DocuSigned by:

*Ross Gerber*

—78FB62C1B5DC4B2...

Ross Gerber, President and
Chief Executive Officer

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Lori LePoer , hereby declare as follows:

1. I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2. Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3. After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4. Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

5.    Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.    This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.    This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

DocuSigned by:

*Lori LePoer*

23AF09AD1CC7456...

Lori A LePoer

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

DocuSigned by:

*Ross Gerber*

78FB62C1B5DC4B2...

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

DocuSign Envelope ID: A0204FF5-5784-4397-9B6E-285D1EC57C0F

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Marcio pepe , hereby declare as follows:

1. I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2. Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3. After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4. Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

DocuSigned by:

*Marcio Pepe*

7C34CE9B3E1E40C...

Marcio pepe

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

DocuSigned by:

*Ross Gerber*

78FB62C1B5DC4B2...

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

DocuSign Envelope ID: 10C5C006-3B96-444B-A3C1-58C300A105E7

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Marie Rotter , hereby declare as follows:

1. I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2. Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3. After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4. Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

DocuSigned by:

*Marie Rotter*

F893092FFF2E403...

Marie Rotter

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

DocuSigned by:

*Ross Gerber*

78FB62C1B5DC4B2...

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Martin D. Fern , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.     Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.     This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.    This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

DocuSigned by:

*Martin Fern*

374A2CEBA0434B4...

Martin D. Fern

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

DocuSigned by:

*Ross Gerber*

78FB62C1B5DC4B2...

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Mary Lee Wegner , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.    Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.    This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.    This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

DocuSigned by:

*Mary Lee Wegner*

1533781418F44C4...

Mary Lee Wegner

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

DocuSigned by:

*Ross Gerber*

78FB62C1B5DC4B2...

Ross Gerber, President and
Chief Executive Officer

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

DocuSign Envelope ID: ACD73784-55F7-435E-BFC9-16040AFF8C26

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Matthew Silvera , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5. Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6. Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7. I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8. I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9. This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10. This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of May, 2020.

DocuSigned by:

*Matthew Silvera*

452B0FBA22194BF...

Matthew Silvera

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

DocuSigned by:

*Ross Gerber*

78FB62C1B5DC4B2...

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Megan Bark , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

_____
Megan Bark
NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

_____
Ross Gerber, President and
Chief Executive Officer

2
DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

DocuSign Envelope ID: 2565DCB1-859F-4FB5-855C-55B12977E5A4

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Melissa Cvitanovich, hereby declare as follows:

1. I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2. Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3. After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4. Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

DocuSigned by:

*Melissa Cvitanovich*

359ABD117B804ED...

Melissa Cvitanovich

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

DocuSigned by:

*Ross Gerber*

78FB62C1B5DC4B2...

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Michael A Sherman, hereby declare as follows:

1.       I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.       Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.       After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.       Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

_____
Michael A Sherman
NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

_____
Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

DocuSign Envelope ID: 7CDE1B8D-63CB-40EE-0DE5-4C3878F1CE5A

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Michael Greco , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

DocuSign Envelope ID: 7CDF1B8D-62CB-40FE-0DE5-4C3878F1CE5A

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

_____
Michael Greco

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

_____
Ross Gerber, President and
Chief Executive Officer

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Michael Hawkins , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

DocuSigned by:

*Michael D Hawkins*

54CC502A2B13407...

Michael D Hawkins

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

DocuSigned by:

*Ross Gerber*

78FB62C1B5DC4B2...

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

DocuSign Envelope ID: 13C53F72-7A2C-40E2-ACC2-BRD06BBCF38E

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Michelle Hohman , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

DocuSigned by:

*Michelle Hohman*

D23557CF80EA4D2...

Michelle Hohman

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

DocuSigned by:

*Ross Gerber*

78FB62C1B5DC4B2...

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

DocuSign Envelope ID: BB94780D-C768-4FC8-BEFD-A306F74800D7

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Myria Havlick, hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.      This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

Myria Havlick
————————————————
Myria Havlick
NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

Ross Gerber
————————————————
Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

DocuSign Envelope ID: 56278B2D-03DB-4AEF-8AAD-84876F2E114A

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Nathan Yoshizaki , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

DocuSign Envelope ID: 56279B2D-03DB-4AEF-8AAD-84876F2E114A

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of May, 2020.

_____
Nathan Yoshizaki

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

_____
Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Neil Macready , hereby declare as follows:

1. I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2. Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3. After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4. Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

<br>

DocuSigned by:

*Neil Macready*

79F9B70FD0004CF...

Neil Macready

NAME OF PERSON ASSIGNING RIGHTS

<br>

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

DocuSigned by:

*Ross Gerber*

78FB62C1B5DC4B2...

Ross Gerber, President and
Chief Executive Officer

<br>

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

DocuSign Envelope ID: 6C62CF8F-7522-4523-B7F5-E405A8EF919B

# DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Neil White            , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

_____
Neil White

NAME OF PERSON ASSIGNING RIGHTS


I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

_____
Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

DocuSign Envelope ID: CC282AA6-7AE1-4607-8D00-4683AD19D02B

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Nicole Sahin, hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.     Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.     Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.     I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.     I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.     This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of May, 2020.

DocuSigned by:

*Nicole Sahin*

CABC219F925E405...

Nicole Sahin

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

DocuSigned by:

*Ross Gerber*

78FB62C1B5DC4B2...

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Paul Singh , hereby declare as follows:

1. I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2. Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3. After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4. Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.      This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

DocuSigned by:

*Paul Singh*

5D54E1C971A0441...

Paul Singh

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

DocuSigned by:

*Ross Gerber*

78FB62C1B5DC4B2...

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, RSA                         , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

_____
Radine Oxley
NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

_____
Ross Gerber, President and
Chief Executive Officer

2

DocuSign Envelope ID: 899DA35A-2A49-4D8A-B175-553868588D85

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, randy rauchle , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

5. Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6. Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7. I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8. I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9. This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10. This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of May, 2020.

DocuSigned by:

*Randy Rauchle*

00E1DBA23B85477...

randy rauchle

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

DocuSigned by:

*Ross Gerber*

78FB62C1B5DC4B2...

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Raymond Lew, hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

DocuSign Envelope ID: 58D68253-2E3C-4B9E-B482-02B3D4715B72

5. Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6. Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7. I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8. I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9. This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10. This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of May, 2020.

Raymond Lew

Raymond Lew

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

Ross Gerber

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

DocuSign Envelope ID: 15BB0180-FCCB-42CA-8BD5-A761FEB71546

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Robert Brown , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

DocuSign Envelope ID: 15BB0180-FCCB-42CA-8BD5-A761FFB71546

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

Robert Brown

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

Ross Gerber, President and Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

DocuSign Envelope ID: 3212361E-BCF5-4D95-B767-5805BE8B4F4B

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Robert brown , hereby declare as follows:

1. I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2. Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3. After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4. Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

Robert brown
NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

DocuSign Envelope ID: 67662187-5862-4BCA-8D5D-17CBA4EC940E

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Robert B Gerber , hereby declare as follows:

1.        I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.        Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.        After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.        Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

DocuSign Envelope ID: 67662187-5862-4BCA-8D5D-17CBA4EC940E

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

Robert B Gerber

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Robin Carnesale , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.      This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

Robin Gerber Carnesale
NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

DocuSign Envelope ID: B91708C7-46D9-4285-84AC-964B25963390E

# DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Ross Gerber, hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DocuSign Envelope ID: B91708C7-46D9-428F-84AC-964B25963906

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

Ross Gerber

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

DocuSign Envelope ID: F9F14FD2-A9D6-44BD-9C03-08A601CDDBED

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Rudy Cedillos , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.      This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of May, 2020.

DocuSigned by:

_Rudy Cedillos_

1023988EB3A544D...

Rudy Cedillos

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

DocuSigned by:

_Ross Gerber_

78FB62C1B5DC4B2...

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, I, Sam Ahdoot , hereby declare as follows:

1.    I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.    Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

_____
Sam Ahdoot
NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

_____
Ross Gerber, President and
Chief Executive Officer

2
DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Scott Cunningham , hereby declare as follows:

1.    I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.    Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.    After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.    Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

DocuSigned by:

*Scott Cunningham*

13D32228104F4CB...

Scott Cunningham

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

DocuSigned by:

*Ross Gerber*

78FB62C1B5DC4B2...

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Sharon Gerber , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

_Sharon Gerber_

DocuSigned by:

Sharon Gerber
F4B89CFDA5F443C...

Sharon Gerber

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

DocuSigned by:

Ross Gerber
78FB62C1B5DC4B2...

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Solomon Lee    , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.      This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

DocuSigned by:

*Solomon Lee*
24A004D1617D47D...

Solomon Lee

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

DocuSigned by:

*Ross Gerber*
78FB62C1B5DC4B2...

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

DocuSign Envelope ID: 079D2920-44F5-49AD-812E-57053AC75EDC

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, srarma s challa , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

5.    Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.    This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.    This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

sarma s challa
NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Srinivasa Rao Sure, hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

DocuSigned by:

*Srinivasa Sure*

7DD8C78915594E4...

Srinivasa Rao SUre

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

DocuSigned by:

*Ross Gerber*

78FB62C1B5DC4B2...

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

DocuSign Envelope ID: C5531512-CA9C-4E4B-85DB-DCF8F53A3B2C

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Steven Ganzberg , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.  Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.  Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.  I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.  I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.  This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.  This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

_Steven Ganzberg_
48850E2C5D73405...
Steven Ganzberg
NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

_Ross Gerber_
78FB62C1B5DC4B2...
Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Susan Lewis , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

5.    Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.    This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.    This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of May, 2020.

DocuSigned by:

*Susan Lewis*

C47737BEBFF24FE...

Susan Lewis

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

DocuSigned by:

*Ross Gerber*

78FB62C1B5DC4B2...

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

# DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Swathi challa , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

DocuSign Envelope ID: B3699405-089B-45B5-AF66-23D5F149FDB3

5.    Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.    Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.    I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.    I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.    This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.    This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of May, 2020.

Swathi Challa

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Tisha Wang            , hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

DocuSigned by:

Tisha Wang

98AF08D58441422...

Tisha Wang

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

DocuSigned by:

Ross Gerber

78FB02C1B5DC4B2...

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

DocuSign Envelope ID: 8A048F29-36C1-44CE-ADCE-A39FE52DDB2F

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, Ward Poulos , hereby declare as follows:

1.  I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.  Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.  After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.  Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

DocuSigned by:

*Ward Poulos*

0DDF293723854F6...

Ward Poulos

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

DocuSigned by:

*Ross Gerber*

78FB62C1B5DC4B2...

Ross Gerber, President and
Chief Executive Officer

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

DocuSign Envelope ID: C6ED57DD-AF17-4117-97D0-DF7E28FBD113

## DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

I, William Curtis, hereby declare as follows:

1.      I am a private client of Gerber Kawasaki, Inc. ("Gerber Kawasaki"), and have personal knowledge of all matters stated herein.

2.      Gerber Kawasaki serves as a Registered Investment Advisor under the Federal Investment Advisors Act and provides portfolio management and related investment planning services.

3.      After receiving notice from Gerber Kawasaki relating to my investment losses associated with the purchase of securities of Funko, Inc. ("Funko"), in order to facilitate the recovery of my investment loss, I have resolved to assign to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of the U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

4.      Accordingly, for the purpose of recovering my investment loss, and subject to the provisions of paragraph 6 hereof, I hereby execute and submit this declaration of assignment (the "Assignment"): (a) authorizing the actions of Gerber Kawasaki in taking legal action (i) seeking appointment as lead plaintiff on my behalf and on behalf of other private Gerber Kawasaki clients, on or around May 11, 2020, in a class action against Funko and related defendants or (ii) prosecuting such other action or proceeding as Gerber Kawasaki deems appropriate; (b) declaring that I will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Gerber Kawasaki all rights, title, and interest in any and all claims, demands, and causes of action of any kind whatsoever arising from violations of U.S. federal securities laws, other applicable statutes, and common law doctrines, as may be asserted against Funko and related defendants, in connection with the purchase of the securities of Funko.

1

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.

5.      Further, I hereby appoint Gerber Kawasaki as my true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

6.      Gerber Kawasaki agrees to remit back to me any proceeds received as a result of this Assignment.

7.      I agree to execute and deliver any and all such other and further assurances and documents and take such actions as in the judgment of Gerber Kawasaki may be necessary, useful, or desirable to obtain or maintain the full benefits of this Assignment.

8.      I understand that I will not be responsible for any fees or expenses incurred in connection with the prosecution of any action brought to obtain such recovery.

9.      This Assignment (which is coupled with an interest) may not be revoked without the written consent of Gerber Kawasaki.

10.     This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

DocuSigned by:

*William Curtis*

891789AD8D9D4CD...

William curtis

NAME OF PERSON ASSIGNING RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of May, 2020.

For Gerber Kawasaki, Inc.

DocuSigned by:

*Ross Gerber*

78FB62C1B5DC4B2...

Ross Gerber, President and
Chief Executive Officer

2

DECLARATION OF ASSIGNMENT TO GERBER KAWASAKI, INC.