# EXHIBIT F

## DECLARATION OF ROSS GERBER

I, Ross Gerber, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I respectfully submit this Declaration in support of the Motion for Appointment of Gerber Kawasaki, Inc. ("Gerber Kawasaki") as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Counsel.  I am informed of and understand the requirements and duties imposed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA").  I have personal knowledge regarding the facts set forth in this Declaration relating to myself and Gerber Kawasaki, and, if called as a witness, could and would testify competently thereto.

2.      I am the President and Chief Executive Officer of Gerber Kawasaki and I am authorized to make this Declaration on its behalf.  Gerber Kawasaki serves as a Registered Investment Adviser under the Federal Investment Advisers Act and provides portfolio management and related investment planning services.

3.      Gerber Kawasaki was founded in 2010, and has offices in Santa Monica, California and San Francisco, California.  Gerber Kawasaki has over $1 billion in assets under management as of November 2019, and the firm serves more than 5,000 clients throughout the United States.

4.      After learning about the class action filed against Funko, Inc. ("Funko"), I, on behalf of Gerber Kawasaki and its clients, contacted Johnson Fistel, LLP ("Johnson Fistel") to discuss the best course of action to recover the investment losses suffered by Gerber Kawasaki's clients as a result of what it believes to be violations of the federal securities laws.

5.      In addition, Gerber Kawasaki communicated with each of our clients impacted by the Funko lawsuit in order to keep each client informed about the various options to recover the losses incurred as a result of the alleged misconduct.

6.      After reviewing the merits of the claims alleged against Funko and its senior executives and consulting with counsel, Johnson Fistel, Gerber Kawasaki decided to file a motion for appointment as Lead Plaintiff under the PSLRA.

1

7.     As set forth in the motion for appointment as Lead Plaintiff and supporting papers, Gerber Kawasaki has received assignments of claims from its clients transferring all rights and title to prosecute all causes of action relating to transactions in Funko securities. Gerber Kawasaki understands that this case is governed by the PSLRA and accepts the fiduciary obligations that it will assume under the PSLRA if appointed as Lead Plaintiff.

8.     As part of the process in gathering the assignments of claims from its clients, Gerber Kawasaki communicated with each of its clients impacted by the Funko class action litigation and explained the assignment process.  Throughout the entire assignment gathering process, I served as the liaison for Gerber Kawasaki and answered all questions from Gerber Kawasaki's clients.

9.     Gerber Kawasaki is highly motivated to recover the significant losses incurred by its clients as a result of defendants' alleged violations of the federal securities laws.  Gerber Kawasaki's primary goal in seeking appointment as Lead Plaintiff is to ensure that this litigation is efficiently litigated by well qualified counsel in order to achieve the best possible recovery for all class members from all potentially culpable parties.

10.     Gerber Kawasaki understands that it is the Lead Plaintiff's obligation under the PSLRA to select qualified Lead Counsel and to supervise Lead Counsel's prosecution of the case to ensure that the action is prosecuted without unreasonable expense or cost.

11.     Prior to Gerber Kawasaki's decision to seek appointment as Lead Plaintiff, I communicated on numerous occasions with Johnson Fistel.  During those communications, we discussed various aspects of the actions pending against Funko and its senior executives, including: the allegations in the litigations and the merits of the claims against defendants; the PSLRA's Lead Plaintiff appointment process and Gerber Kawasaki's obligations in connection therewith, including Gerber Kawasaki's role as the ultimate decision-maker for the benefit of the proposed class; and Johnson Fistel's track record in shareholder actions and complex litigation.

12.     With respect to Gerber Kawasaki's selection of Johnson Fistel as Lead Counsel, I was impressed with Johnson Fistel's history as an accomplished law firm that has achieved

2

impressive settlements on behalf of its shareholder clients, as well as its responsiveness and diligence to date. Gerber Kawasaki strongly believes that Johnson Fistel will prosecute this litigation in a zealous and efficient manner as Lead Counsel under its supervision, to the benefit of the class.

13.     Gerber Kawasaki has directed counsel to advise it of all developments during the Lead Plaintiff motion process as well as to provide Gerber Kawasaki with updates regarding counsel's ongoing investigation. Gerber Kawasaki will continue to direct counsel and actively oversee the prosecution of this action for the benefit of the proposed class by, among other things, reviewing pleadings, and holding calls and communicating with counsel, as needed. I understand that Johnson Fistel, as part of its routine practice, will provide Gerber Kawasaki quarterly case reports updating the progress of the litigation along with any updates, as necessary, occurring between those quarterly reports. Further, Gerber Kawasaki has communicated its directive that this action be prosecuted efficiently and in a cost-effective manner and is confident that Johnson Fistel will follow that mandate.

14.     Gerber Kawasaki is committed to satisfying the fiduciary obligations that it will assume if appointed Lead Plaintiff, including by conferring with counsel regarding litigation strategy and other matters, attending court proceedings, depositions, settlement mediations, and hearings as needed, and reviewing and authorizing the filing of important litigation documents. Through these and other measures, Gerber Kawasaki will ensure that the securities class action against defendants will be vigorously prosecuted consistent with the Lead Plaintiff's obligations under the PSLRA.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of May, 2020, at _Los Angeles_____, California.

3

DocuSign Envelope ID: 512FC13F-58FC-4682-887D-B1110EA7C075

DocuSigned by:

*Ross Gerber*

78FB62C1B5DC4B2...

ROSS GERBER