Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
Danielle Smith (291237)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
danielles@hbsslaw.com

*Attorneys for [Proposed] Lead Plaintiff*
*William Hurt*
[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| GILBERTO FERREIRA, Individually and On Behalf Of All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FUNKO, INC., BRIAN MARIOTTI, RUSSELL NICKEL, and JENNIFER FALL JUNG,<br><br>Defendants. | No. 2:20-cv-02319-VAP-PJW<br><br>**NOTICE OF MOTION OF WILLIAM HURT FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Date:  June 8, 2020<br>Time:  2:00 p.m.<br>Courtroom:  8A, 8th Floor<br>Judge:  Hon. Virginia A. Phillips<br><br>ORAL ARGUMENT REQUESTED |

[Caption continued on the next page.]

010915-11/1261973 V2

MOHAMED NAHAS, Individually and On Behalf Of All Other Similarly Situated,

                          Plaintiff,

     v.

FUNKO, INC., BRIAN MARIOTTI, RUSSELL NICKEL, and JENNIFER FALL JUNG,

                          Defendants.

No. 2:20-cv-03130-VAP-PJW

010915-11/1261973 V2

**TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD**

PLEASE TAKE NOTICE pursuant to the lead plaintiff provisions of the Private Securities Litigation Reform Act of 1995, codified as Section 27(a)(3) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3) (2013), and/or Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), William Hurt ("Movant") will and hereby does move the Honorable Virginia A. Phillips, on or about June 8, 2020 at 2:00 p.m., at the United States District Court, Central District of California, located at Courtroom 8A, 8th Floor of the First Street Courthouse, 350 West 1st Street, Los Angeles, CA 90012, for an order (1) consolidating the above-captioned related actions; (2) appointing him as lead plaintiff in the above-referenced actions against Defendants Funko, Inc., Brian Mariotti, Russell Nickel, and Jennifer Fall Jung, (3) approving his selection of Hagens Berman Sobol Shapiro LLP as lead counsel; and (4) granting any such further relief as the Court may deem just and proper.

This motion is based on this notice of motion and motion, the memorandum of law in support thereof, the declaration of Danielle Smith in support of this motion, the pleadings and records on file in this action, and any other written or oral argument or other matter that may be presented to the Court and that the Court may consider in deciding this motion.[1]

---

[1] Movant's counsel respectfully requests that compliance with the meet and confer requirements of Local Rule 7-3 be waived due to the fact that Movant cannot confer

Movant makes this motion on the belief that Movant is the most "adequate plaintiff" as defined in the PSLRA because:

1.      Movant has the largest known financial interest in the relief sought by the Class. Movant has incurred substantial losses as a result of his purchase and/or acquisition of shares of Funko securities;

2.      Movant has timely filed this motion pursuant to the PSLRA; and

3.      Movant meets the requirements of the PSLRA and Federal Rule of Civil Procedure 23 in that his claims are typical of the claims of the class and he will fairly and adequately represent the interests of the class.

Accordingly, under the PSLRA, Movant is presumptively the most adequate plaintiff and should be appointed as lead plaintiff to pursue this class action against Defendants.

If Movant is appointed as lead plaintiff, pursuant to the PSLRA, he respectfully requests that the Court appoint his selection of lead counsel. Movant has selected lead counsel with extensive experience in securities fraud and other class action litigation.

WHEREFORE, Movant respectfully requests that the Court: (1) consolidate the related actions; (2) appoint Movant as the Lead Plaintiff in the above-captioned case and any others the Court may deem related pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3); (3) approve

---

with unknown potential class member movants seeking appointment as lead plaintiff, 15 U.S.C. § 78u-4(a)(3)(B)(i).

Movant's selection of Hagens Berman Lead Counsel for the class; and (4) grant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

DATED: May 11, 2020                    HAGENS BERMAN SOBOL SHAPIRO LLP

                                        *s/ Danielle Smith*
                                          DANIELLE SMITH

                                        Reed R. Kathrein (139304)
                                        Lucas E. Gilmore (250893)
                                        Danielle Smith (291237)
                                        715 Hearst Avenue, Suite 202
                                        Berkeley, CA  94710
                                        Telephone: (510) 725-3000
                                        Facsimile:  (510) 725-3001
                                        reed@hbsslaw.com
                                        lucasg@hbsslaw.com
                                        danielles@hbsslaw.com

                                        Steve W. Berman
                                        Karl Barth
                                        HAGENS BERMAN SOBOL SHAPIRO LLP
                                        1301 Second Avenue, Suite 2000
                                        Seattle, WA 98101
                                        Telephone: (206) 623-7292
                                        Facsimile:  (206) 623-0594
                                        steve@hbsslaw.com
                                        karlb@hbsslaw.com

                                        *Attorneys for [Proposed] Lead Plaintiff*
                                        *William Hurt*

MOT. TO CONSOL. REL. ACTIONS, APPOINT LEAD PL. AND APPROVE THE SELECTION OF COUNSEL   - 3
Case No.: 2:20-cv-02319-VAP-PJW