Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
Danielle Smith (291237)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
danielles@hbsslaw.com

*Attorneys for [Proposed] Lead Plaintiff*
*William Hurt*
[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| GILBERTO FERREIRA, Individually and On Behalf Of All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FUNKO, INC., BRIAN MARIOTTI, RUSSELL NICKEL, and JENNIFER FALL JUNG,<br><br>Defendants. | No. 2:20-cv-02319-VAP-PJW<br><br>**DECLARATION OF DANIELLE SMITH IN SUPPORT OF THE MOTION OF WILLIAM HURT FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Date:      June 8, 2020<br>Time:      2:00 p.m.<br>Courtroom: 8A, 8th Floor<br>Judge:     Hon. Virginia A. Phillips<br><br>ORAL ARGUMENT REQUESTED |

[Caption continued on the next page.]

010915-11/1265711 V1

MOHAMED NAHAS, Individually and
On Behalf Of All Other Similarly
Situated,

                  Plaintiff,

   v.

FUNKO, INC., BRIAN MARIOTTI,
RUSSELL NICKEL, and JENNIFER
FALL JUNG,

              Defendants.

No. 2:20-cv-03130-VAP-PJW

010915-11/1265711 V1

I, Danielle Smith, declare as follows:

1.     I am an attorney at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for William Hurt ("Movant"). I am an attorney licensed to practice law in the State of California. I make this declaration in support of Movant's motion: (1) consolidating the related actions; (2) appointing Movant as Lead Plaintiff in the above-captioned case and any others the Court may deem related pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3); (3) approving Movant's selection of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel for the Class; and (4) for any such other and further relief as the Court may deem just and proper.

2.     Attached hereto as Exhibits A through E are true and correct copies of the following documents:

Exhibit A:  Notice of Pendency of *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319-VAP-PJW, published on March 10, 2020;

Exhibit B:  Movant's Certification;

Exhibit C:  Movant's Loss Calculation;

Exhibit D:  Movant's Declaration; and

Exhibit E:  The firm résumé of Hagens Berman Sobol Shapiro LLP.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 11th day of May, 2020.

                    */s/ Danielle Smith*
                    DANIELLE SMITH