# Exhibit C

**Loss Analysis for William Hurt - Funko Corp. (FNKO)**
**Class Period 08/08/19 - 03/05/2020**

| | PURCHASES | | | | | SALES | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period Purchases | 12/02/19 | 10,000 | $14.5108 | $145,108.00 | | | | | |
| | 12/17/19 | 20,000 | $15.4389 | $308,778.00 | | | | | |
| Post Class Purchases | | | | | Post Class Sales | | | | |

Total Shares Acquired in CP: 30,000  Total Amount Paid in CP: $453,886.00   Total Shares Sold in CP: 0  Total Amount Sold in CP: $0.00

Post CP Shares Sold: 0  Post CP Amount Sold: $0.00

Total Shares Sold to Current: 0  Total Amount Sold to Current: $0.00 ALTERNATIVE

Actual Net Shares Acquired in CP: 30,000 (CP Retained Shares)

Net Amount Paid in CP: $453,886.00
Net Amount Paid in CP Minus Sold to Current Date: $453,886.00 ALTERNATIVE

**Calculation Using 90-Day Lookback**
Net Shares Acquired in CP (CP Retained Shares): 30,000 Automatically 0 if Negative
Net Shares Acquired During Class Period Held to Current Date: 30,000 Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP: $4.13

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price: $123,830.00
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price: $123,830.00 ALTERNATIVE
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price: $330,056.00 ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price): $330,056.00
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP): $330,056.00 ALTERNATIVE