# Exhibit D

## DECLARATION OF WILLIAM H. HURT IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF

I, William H. Hurt, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I respectfully submit this Declaration in support of my motion for appointment as Lead Plaintiff in the above-captioned securities class action (the "Action") on behalf of investors in Funko, Inc. ("FNKO" or the "Company") securities pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2.      I am 93 years old. I am retired and presently reside in San Marino, California. Previously, I worked for over 40 years at Capital Group Companies, one of the world's oldest and largest investment management organizations, where I served as a portfolio manager at the firm's Los Angeles, California headquarters. I also served as the chairman emeritus of Capital Strategy Research, Inc. Before joining Capital Group Companies, I was executive vice president and director of marketing and research for Dean Witter & Company. In total, I have over 65 years of professional investment experience. I hold a Master of Business Administration degree from Harvard Business School and a bachelor's degree from the University of Southern California graduating *magna cum laude*. I am also the founder of the WHH Foundation, a charitable organization dedicated to the development of human capital in the areas of education, health, the arts, and community-building.

3.      As set forth in the documents to be filed with my motion, during the Class Period I personally purchased a substantial amount of shares of FNKO, retained those shares through disclosures that allegedly caused the share price to drop significantly, and suffered substantial recoverable losses as a result. By virtue of my significant financial interest in the resolution of the Action, I am motivated to litigate vigorously, efficiently, and to the best of my ability to maximize the potential recovery for myself and the Class I seek to represent.

4.      I am familiar with the responsibilities of a lead plaintiff under the PSLRA. Specifically, I understand that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and that I would owe duties to the Class to act in its best interest. To help me in carrying out these duties, I have enlisted the assistance of my personal accountant, Teresa A. Boyle. Ms. Boyle is a Certified Public Accountant based in Pasadena, California, who has experience working with attorneys, including managing a national law firm on my behalf several years ago in a complex estate legal proceeding.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements related to myself are true and correct. Executed on this ẋth day of May, 2020.

_____

WILLIAM H. HURT