POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Movant the Funko Investor Group*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERREIRA, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FUNKO, INC., BRIAN MARIOTTI, RUSSELL  NICKEL, and JENNIFER FALL JUNG, <br><br> Defendants. | Case No. 2:20-cv-02319-VAP-PJW <br><br> NOTICE OF MOTION OF FUNKO INVESTOR GROUP FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL <br><br> DATE:  June 8, 2020 <br> TIME:  2:00 p.m. <br> JUDGE:  Virginia A. Phillips <br> CTRM:  8A, 8th Floor |
| MOHAMED NAHAS, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FUNKO, INC., BRIAN MARIOTTI, RUSSELL  NICKEL, and JENNIFER FALL JUNG, <br><br> Defendants. | Case No. 2:20-cv-03130-VAP-PJW |

NOTICE OF MOTION

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Abdul Baker, Zhibin Zhang and Huaiyu Zheng (collectively, the "Funko Investor Group"), by and through their counsel, will and do hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 and Rule 42 of the Federal Rules of Civil Procedure, for the entry of an Order: (1) consolidating the above-captioned related actions; (2) appointing the Funko Investor Group as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired Funko, Inc. securities between August 8, 2019 and March 5, 2020, both dates inclusive; and (3) approving Lead Plaintiff's selection of Pomerantz LLP and Bernstein Liebhard LLP as Co-Lead Counsel for the Class.

In support of this motion, the Funko Investor Group submits a Memorandum of Points and Authorities, the Declaration of Jennifer Pafiti submitted herewith, the pleadings and other filings herein, and such other written and oral arguments as may be presented to the Court.

Dated:  May 11, 2020                              POMERANTZ LLP


                                                  */s/ Jennifer Pafiti*
                                                  Jennifer Pafiti (SBN 282790)
                                                  1100 Glendon Avenue, 15th Floor
                                                  Los Angeles, CA 90024
                                                  Telephone: (310) 405-7190

NOTICE OF MOTION

1

jpafiti@pomlaw.com

POMERANTZ LLP
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212-661-1100
Facsimile:  212-661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com

POMERANTZ LLP
Patrick V. Dahlstrom
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: 312-377-1181
Facsimile: 312-377-1184
pdahlstrom@pomlaw.com

BERNSTEIN LIEBHARD LLP
Stanley D. Bernstein
Laurence J. Hasson
Matthew E. Guarnero
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
bernstein@bernlieb.com
lhasson@bernlieb.com
mguarnero@bernlieb.com

*Counsel for the Funko Investor Group and
Proposed Co-Lead Counsel for the Class*

NOTICE OF MOTION

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


*/s/Jennifer Pafiti*
Jennifer Pafiti