POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Movant*
*the Funko Investor Group*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERREIRA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FUNKO, INC., BRIAN MARIOTTI, RUSSELL NICKEL, and JENNIFER FALL JUNG,<br><br>Defendants. | Case No. 2:20-cv-02319-VAP-PJW<br><br>DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF FUNKO INVESTOR GROUP FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL<br><br>DATE:  June 8, 2020<br>TIME:  2:00 p.m.<br>JUDGE:  Virginia A. Phillips<br>CTRM:  8A, 8th Floor |
| MOHAMED NAHAS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FUNKO, INC., BRIAN MARIOTTI, RUSSELL NICKEL, and JENNIFER FALL JUNG,<br><br>Defendants. | Case No. 2:20-cv-03130-VAP-PJW |

DECLARATION

I, Jennifer Pafiti, hereby declare as follows:

1.      I am a partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Abdul Baker, Zhibin Zhang and Huaiyu Zheng (collectively, the "Funko Investor Group"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the motion by the Funko Investor Group for consolidation, appointment as Lead Plaintiff for the Class, and approval of its selections of Pomerantz and Bernstein Liebhard LLP ("Bernstein Liebhard") as Co-Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:   Loss Chart of the Funko Investor Group;

Exhibit B:   Notice of pendency of the first of the above-captioned actions to be filed;

Exhibit C:   Shareholder Certifications executed by the members of the Funko Investor Group;

Exhibit D:   Joint Declaration executed by the members of the Funko Investor Group;

Exhibit E:   Firm resume of Pomerantz; and

Exhibit F:   Firm resume of Bernstein Liebhard.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

DECLARATION

1

Executed on May 11, 2020, at Calabasas, California.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti