# EXHIBIT A

**Funko, Inc. (FNKO)**
**Class Period: August 8, 2019 to March 5, 2020**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 63-Day Mean Price $4.1277 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Zheng, Huaiyu | 9/3/2019 | 6 | $23.6800 | ($142) | 9/12/2019 | (5,000) | $23.9700 | $119,850 | | | |
| Zheng, Huaiyu | 9/3/2019 | 100 | $23.6700 | ($2,367) | 9/12/2019 | (5,000) | $23.9200 | $119,600 | | | |
| Zheng, Huaiyu | 9/3/2019 | 410 | $23.6900 | ($9,713) | 9/16/2019 | (4,474) | $27.5100 | $123,080 | | | |
| Zheng, Huaiyu | 9/3/2019 | 9,484 | $23.7000 | ($224,771) | 9/17/2019 | (9,556) | $27.4200 | $262,026 | | | |
| Zheng, Huaiyu | 9/16/2019 | 4,474 | $27.0000 | ($120,798) | 9/25/2019 | (4,797) | $21.3000 | $102,176 | | | |
| Zheng, Huaiyu | 9/16/2019 | 1,239 | $27.0000 | ($33,453) | 9/27/2019 | (4,808) | $19.8000 | $95,198 | | | |
| Zheng, Huaiyu | 9/17/2019 | 9,556 | $26.8000 | ($256,101) | 10/15/2019 | (4,496) | $19.8500 | $89,246 | | | |
| Zheng, Huaiyu | 9/19/2019 | 4,797 | $25.8000 | ($123,763) | 10/15/2019 | (500) | $19.8700 | $9,935 | | | |
| Zheng, Huaiyu | 9/19/2019 | 20,000 | $25.5800 | ($511,600) | 10/15/2019 | (300) | $19.8600 | $5,958 | | | |
| Zheng, Huaiyu | 9/26/2019 | 4,808 | $21.2500 | ($102,170) | 10/15/2019 | (262) | $19.8800 | $5,209 | | | |
| Zheng, Huaiyu | 10/7/2019 | 5,558 | $19.0000 | ($105,602) | 10/22/2019 | (5,838) | $18.2000 | $106,252 | | | |
| Zheng, Huaiyu | 10/18/2019 | 5,838 | $18.9000 | ($110,338) | 11/4/2019 | (20,000) | $17.9800 | $359,600 | | | |
| Zheng, Huaiyu | 11/5/2019 | 100 | $15.7950 | ($1,580) | 11/12/2019 | (7,025) | $15.1200 | $106,218 | | | |
| Zheng, Huaiyu | 11/5/2019 | 400 | $15.7999 | ($6,320) | 11/26/2019 | (7,258) | $14.7500 | $107,056 | | | |
| Zheng, Huaiyu | 11/5/2019 | 6,525 | $15.8000 | ($103,095) | 12/9/2019 | (8,378) | $14.9100 | $124,916 | | | |
| Zheng, Huaiyu | 11/22/2019 | 8,378 | $13.8000 | ($115,616) | 12/18/2019 | (1,239) | $15.5000 | $19,205 | | | |
| Zheng, Huaiyu | 11/25/2019 | 7,258 | $13.7500 | ($99,798) | 3/11/2020 | (9,401) | $6.3601 | $59,791 | | | |
| Zheng, Huaiyu | 2/10/2020 | 793 | $9.7600 | ($7,740) | 3/11/2020 | (1,100) | $6.3950 | $7,035 | | | |
| Zheng, Huaiyu | 2/10/2020 | 9,908 | $9.9800 | ($98,882) | 3/11/2020 | (100) | $6.3700 | $637 | | | |
| Zheng, Huaiyu | 2/10/2020 | 20,000 | $9.9400 | ($198,800) | 3/11/2020 | (100) | $6.3600 | $636 | | | |
| Zheng, Huaiyu | | | | | 3/11/2020 | (10,000) | $6.4013 | $64,013 | | | |
| Zheng, Huaiyu | | | | | 3/11/2020 | (5,000) | $6.3501 | $31,751 | | | |
| Zheng, Huaiyu | | | | | 3/11/2020 | (3,500) | $6.4200 | $22,470 | | | |
| Zheng, Huaiyu | | | | | 3/11/2020 | (1,500) | $6.4400 | $9,660 | | | |
| **Zheng, Huaiyu** | | **119,632** | | **($2,232,647)** | | **(119,632)** | | **$1,951,515** | **30,701** | | **($281,132)** |
| Baker, Abdul | 9/20/2019 | 1,371 | $21.8200 | ($29,915) | 4/24/2020 | (13,245) | $4.1653 | $55,169 | | | |
| Baker, Abdul | 9/23/2019 | 985 | $20.3500 | ($20,045) | | | | | | | |
| Baker, Abdul | 9/24/2019 | 741 | $20.2500 | ($15,005) | | | | | | | |
| Baker, Abdul | 9/25/2019 | 507 | $19.7300 | ($10,003) | | | | | | | |
| Baker, Abdul | 10/17/2019 | 573 | $17.4100 | ($9,976) | | | | | | | |
| Baker, Abdul | 11/1/2019 | 633 | $15.7600 | ($9,976) | | | | | | | |
| Baker, Abdul | 11/1/2019 | 377 | $15.3000 | ($5,768) | | | | | | | |
| Baker, Abdul | 11/25/2019 | 2,157 | $13.9200 | ($30,025) | | | | | | | |
| Baker, Abdul | 1/3/2020 | 878 | $17.1000 | ($15,014) | | | | | | | |
| Baker, Abdul | 1/7/2020 | 636 | $15.7100 | ($9,992) | | | | | | | |
| Baker, Abdul | 1/9/2020 | 1,285 | $15.5000 | ($19,918) | | | | | | | |
| Baker, Abdul | 2/6/2020 | 3,102 | $9.8500 | ($30,555) | | | | | | | |
| **Baker, Abdul** | | **13,245** | | **($206,191)** | | **(13,245)** | | **$55,169** | **13,245** | | **($151,022)** |
| Zhang, Zhibin | 2/6/2020 | 1,000 | $9.7700 | ($9,770) | | | | | | | |
| Zhang, Zhibin | 2/6/2020 | 1,000 | $9.2600 | ($9,260) | | | | | | | |
| Zhang, Zhibin | 2/7/2020 | 500 | $9.0600 | ($4,530) | | | | | | | |
| Zhang, Zhibin | 2/7/2020 | 500 | $9.1600 | ($4,580) | | | | | | | |
| Zhang, Zhibin | 2/7/2020 | 1,000 | $8.6800 | ($8,680) | | | | | | | |
| Zhang, Zhibin | 2/7/2020 | 1,000 | $8.8400 | ($8,840) | | | | | | | |
| Zhang, Zhibin | 2/10/2020 | 500 | $8.3700 | ($4,185) | | | | | | | |
| Zhang, Zhibin | 2/20/2020 | 500 | $8.9400 | ($4,470) | | | | | | | |

*Avg Closing Prices from March 6 to May 8

**Funko, Inc. (FNKO)**
**Class Period: August 8, 2019 to March 5, 2020**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 63-Day Mean Price $4.1277 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Zhang, Zhibin | 2/21/2020 | 500 | $8.7600 | ($4,380) | | | | | | | |
| Zhang, Zhibin | 2/24/2020 | 500 | $8.5100 | ($4,255) | | | | | | | |
| Zhang, Zhibin | 2/26/2020 | 500 | $8.3600 | ($4,180) | | | | | | | |
| Zhang, Zhibin | 2/26/2020 | 500 | $8.2100 | ($4,105) | | | | | | | |
| Zhang, Zhibin | 2/27/2020 | 1,000 | $7.9000 | ($7,900) | | | | | | | |
| Zhang, Zhibin | 3/3/2020 | 3,000 | $7.4400 | ($22,320) | | | | | | | |
| **Zhang, Zhibin** | | **12,000** | | **($101,455)** | | | | | **12,000** | **$49,532** | **($51,923)** |
| | | | | | | | | | | | |
| Summary | | | | | | | | | | | |
| Zheng, Huaiyu | | 119,632 | | ($2,232,647) | | (119,632) | | $1,951,515 | 30,701 | | ($281,132) |
| Baker, Abdul | | 13,245 | | ($206,191) | | (13,245) | | $55,169 | 13,245 | | ($151,022) |
| Zhang, Zhibin | | 12,000 | | ($101,455) | | 0 | | $0 | 12,000 | | ($51,923) |
| **Total** | | **144,877** | | **($2,540,294)** | | **(132,877)** | | **$2,006,684** | **55,946** | | **($484,078)** |

*Avg Closing Prices from March 6 to May 8