# EXHIBIT D

**JOINT DECLARATION IN SUPPORT OF MOTION OF HUAIYU ZHENG, ABDUL BAKER, AND ZHIBIN ZHANG, FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS, AND APPROVAL OF SELECTION OF COUNSEL**

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      We, Huaiyu Zheng, Abdul Baker, and Zhibin Zhang, respectfully submit this Joint Declaration in support of our motion for consolidation, appointment as Lead Plaintiffs, and approval of our selection of counsel in the instant class action on behalf of investors in the securities of Funko, Inc. ("Funko" or the "Company") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").   We are informed of and understand the requirements and duties imposed by the PSLRA.  We each have personal knowledge about the information in this Joint Declaration.

2.      I, Hauiyu Zheng, live in Washington State.  I have a Masters in Business Administration from the University of Washington.  I have been actively investing in the securities markets for more than 4 years and have been passively investing in the securities markets for more than 10 years. As reflected in my Certification, I purchased Funko securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

3.      I, Abdul Baker, live in West Fargo, North Dakota.  I have a Doctor of Medicine degree and am a physician.  I am 41 years old and have been investing in the securities markets for 4 years.  As reflected in my Certification, I purchased Funko securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

4.      I, Zhibin Zhang, live in California.  I have a master's degree in electrical engineering from the University of Houston and am a hardware/software engineer.  I am 39 years old and have been investing in the securities markets for over 10 years.  As reflected in my

1

Certification, I purchased Funko securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

5.        We believe that the securities class action against Funko is meritorious and should be led by investors who are committed to maximizing the recovery on behalf of the Class.  Prior to filing our Lead Plaintiff motion: (a) we understood that the Lead Plaintiff role includes evaluating the strengths and weaknesses of the case and prospects for resolution of this matter; (b) we understood that it is the Lead Plaintiff's responsibility to direct counsel with respect to this litigation, after receiving the benefit of counsel's advice; (c) we approved Pomerantz LLP ("Pomerantz") and Bernstein Liebhard LLP ("Bernstein") as our designated co-lead counsel; and (d) we were aware of each other, had one another's contact information, and approved the filing of a motion on our behalves seeking appointment jointly as co-lead plaintiffs.

6.        We do not anticipate that any disagreements between us will arise and agree to make all efforts, in good faith, to reach consensus with respect to all litigation decisions, and to that end will consult with our counsel as we deem necessary to fulfill our fiduciary obligations to the Class.  In the event that such a disagreement arises, we agree to resolve such disagreement by a simple majority vote, in which each of us possesses one vote.  We recognize that even in the event of such a disagreement, the ultimate decision will necessarily be informed by consulting one another and our counsel.

7.        We also understand and appreciate the Lead Plaintiff's obligation under the PSLRA to select Lead Counsel and to monitor the action to ensure it is prosecuted efficiently. We have fulfilled this responsibility by selecting and retaining Lead Counsel with a proven history of handling this type of complex litigation.  In this case, we selected Pomerantz and Bernstein to serve as Co-Lead Counsel.  It is our understanding that the defendants intend to

2

defend this litigation vigorously, and we believe that the class will be well served by the collective resources and experience of two firms prosecuting the action jointly on its behalf. Based on these firms' experience in achieving substantial recoveries in securities class actions, we believe that both firms are well-qualified to represent the Class.

8.      Pomerantz and Bernstein have been directed to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the Class.  We will continue to supervise counsel and actively oversee the prosecution of the action for the benefit of the Class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

DocuSign Envelope ID: BFFC4B3E-E568-427B-B47B-05EFC87C385A

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge. 5/7/2020 | 9:19 PM CDT

Executed this ___ day of May, 2020.

DocuSigned by:

2ABDAABF749D49E...

Abdul Baker

4

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the

United States that the foregoing statements relating to myself are true and correct to the best of my

knowledge.

May 7, 2020

Executed this ___ day of May, 2020.

Zhibin Zhang

5

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the

United States that the foregoing statements relating to myself are true and correct to the best of

my knowledge.

     May 11, 2020

Executed this ___ day of May, 2020.

DocuSigned by:

FD46E5876D4D481...

Hauiyu Zheng

6