Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
Danielle Smith (291237)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
danielles@hbsslaw.com

*Attorneys for [Proposed] Lead Plaintiff*
*William Hurt*
[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| GILBERTO FERREIRA, Individually and On Behalf Of All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FUNKO, INC., BRIAN MARIOTTI, RUSSELL NICKEL, and JENNIFER FALL JUNG,<br><br>Defendants. | No. 2:20-cv-02319-VAP-PJW<br><br>**NOTICE OF ERRATA** |

[Caption continued on the next page.]

010915-11/1269023 V1

MOHAMED NAHAS, Individually and On Behalf Of All Other Similarly Situated,

                            Plaintiff,

      v.

FUNKO, INC., BRIAN MARIOTTI, RUSSELL NICKEL, and JENNIFER FALL JUNG,

                        Defendants.

No. 2:20-cv-03130-VAP-PJW

010915-11/1269023 V1

William Hurt ("Movant") respectfully submits this errata to Exhibit B of Danielle Smith's Declaration In Support of Movant's Motion for Consolidation of the Related Actions, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel, which was filed on May 11, 2020, at Docket no. 31-2.

The exhibit was inadvertently filed without attaching the referenced chart.

Movant is concurrently filing a corrected Exhibit B and requests that Docket no. 31-2 be deleted and stricken from record.

Respectfully submitted,

DATED: May 16, 2020          HAGENS BERMAN SOBOL SHAPIRO LLP

_s/ Danielle Smith_
      DANIELLE SMITH

Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
Danielle Smith (291237)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
danielles@hbsslaw.com

NOTICE OF ERRATA                                                          - 1
Case No.: 2:20-cv-02319-VAP-PJW

Steve W. Berman
Karl Barth
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
karlb@hbsslaw.com

*Attorneys for [Proposed] Lead Plaintiff*
*William Hurt*