Lionel Z. Glancy (#134180)
Robert V. Prongay (#270796)
Charles H. Linehan (#307439)
Pavithra Rajesh (#323055)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:(310) 201-9150
Facsimile: (310) 201-9160
Email:      info@glancylaw.com

*Counsel for Ganesh Shenoy*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERREIRA, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>       v.<br><br>FUNKO, INC., BRIAN MARIOTTI, RUSSELL NICKEL, and JENNIFER FALL JUNG,<br><br>              Defendants. | Case No. 2:20-cv-02319-VAP-PJW<br><br>**NOTICE OF WITHDRAWAL OF GANESH SHENOY'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**<br><br>The Hon. Virginia A. Phillips |
| MOHAMED NAHAS, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>       v.<br><br>FUNKO, INC., BRIAN MARIOTTI, RUSSELL NICKEL, and JENNIFER FALL JUNG,<br><br>              Defendants. | Case No. 2:20-cv-03130-VAP-PJW |

On May 11, 2020, Ganesh Shenoy timely filed a motion for consolidation of related actions, appointment as lead plaintiff, and approval of lead counsel in connection with the above-captioned securities fraud class actions (Dkt. No. 14, the "Motion"). Five similar motions were filed by other putative class members in this action (Dkt. Nos. 19, 23, 25, 29, 34).

The Private Securities Litigation Reform Act of 1995 ("PSLRA") directs the Court to appoint the "most adequate plaintiff" as lead plaintiff, and provides a rebuttable presumption that the most adequate movant is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that Mr. Shenoy does not have the largest financial interest in the relief sought by the class, as required by the PSLRA. As such, Mr. Shenoy hereby withdraws his Motion.

By this withdrawal, Mr. Shenoy does not waive his rights to participate and recover as a class member in this litigation.

Dated:  May 18, 2020                    **GLANCY PRONGAY & MURRAY LLP**

By: *s/ Charles H. Linehan*
Lionel Z. Glancy
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email:  clinehan@glancylaw.com

*Counsel for Ganesh Shenoy*

## **PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On May 18, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 18, 2020, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan