# EXHIBIT C

**Funko Inc | Price History**          **18-May-2020 12:45**

FNKO.O
Interval: Daily
History Period: 02-Mar-2020 - 09-Mar-2020

**FNKO.O Price History    Daily    02-Mar-2020 - 09-Mar-2020**

| Exchange Date | Close | Net | %Chg | Open | Low | High | Volume | Turnover - USD |
|---|---|---|---|---|---|---|---|---|
| 09-Mar-2020 | 6.30 | -0.62 | -8.96% | 6.29 | 6.06 | 6.69 | 1,019,007 | 6,490,730.15 |
| 06-Mar-2020 | 6.92 | -0.32 | -4.42% | 6.71 | 6.51 | 7.57 | 1,531,198 | 10,738,074.21 |
| 05-Mar-2020 | 7.24 | -0.29 | -3.85% | 7.36 | 7.08 | 7.45 | 1,372,627 | 9,903,967.93 |
| 04-Mar-2020 | 7.53 | +0.14 | +1.89% | 7.48 | 7.34 | 7.60 | 730,828 | 5,448,890.18 |
| 03-Mar-2020 | 7.39 | -0.52 | -6.51% | 7.91 | 7.28 | 8.13 | 778,518 | 5,922,045.54 |
| 02-Mar-2020 | 7.91 | | | 8.14 | 7.60 | 8.23 | 1,013,890 | 7,903,476.71 |