**BRAGAR EAGEL & SQUIRE, P.C.**
Melissa A. Fortunato (SBN 319767)
Marion C. Passmore (SBN 228474)
601 S. Figueroa Street, Suite 4050
Los Angeles, California 90117
Telephone:  (213) 330-3359
Facsimile:  (212) 214-0506
Email:  fortunato@bespc.com
          passmore@bespc.com

*Counsel for Movant and*
*Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERREIRA, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FUNKO, INC., BRIAN MARIOTTI, RUSSELL NICKEL, and JENNIFER FALL JUNG, <br><br> Defendants. | Case No. 2:20-cv-02319-VAP <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF JARETT ELION AND ZHENG LI'S MEMORANDUM OF LAW IN FURTHER SUPPORT OF THEIR MOTION FOR APPOINTMENT AS LEAD PLAINTIFF** <br><br> Judge:  Honorable Virginia A. Phillips <br> Hearing Date:  June 8, 2020 <br> Time:  2:00 p.m. <br> Courtroom:  Courtroom 8A – 8th Floor |

DECLARATION OF MELISSA A. FORTUNATO ISO JARETT ELION AND ZHENG LI'S MEM. OF LAW IN
FURTHER SUPPORT OF THER MOTION FOR APPOINTMENT AS LEAD PLAINTIFF
Case No. 2:20-cv-02319-VAP

MOHAMED NAHAS, Individually and On Behalf of All Others Similarly Situated,

          Plaintiff,

      v.

FUNKO, INC., BRIAN MARIOTTI, RUSSEL NICKEL, and JENNIFER FALL JUNG,

          Defendants.

Case No. 2:20-cv-03130-VAP

I, Melissa A. Fortunato, hereby declare as follows:

1.    I am a Partner with the law firm Bragar Eagel & Squire, P.C. ("BES"), counsel for lead plaintiff movants Jarett Elion and Zheng Li (together, "Movants") and proposed lead counsel for the Class.

2.    I submit this Declaration, together with the attached exhibits, in support of Movants' Memorandum of Law in Further Support of Their Motion for Appointment as Lead Plaintiff.

3.    Attached hereto is a true and correct copy of the following:

Exhibit 1:    Assignment of Pearl Elion to movant Jarett Elion;

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 18th day of May, 2020.

/s/ Melissa A. Fortunato
Melissa A. Fortunato

DECLARATION OF MELISSA A. FORTUNATO ISO JARETT ELION AND ZHENG LI'S MEM. OF LAW IN FURTHER SUPPORT OF THEIR MOTION FOR APPOINTMENT AS LEAD PLAINTIFF
Case No. 2:20-cv-02319-VAP
- 1 -