# Exhibit 1

## <u>DECLARATION OF ASSIGNMENT TO JARETT ELION</u>

I, Pearl Elion (the "Assignor"), hereby declare as follows:

1.      My son, Jarett Elion (the "Assignee"), has full power and authority over my trading account through a power of attorney executed on June 3, 2011. Jarett Elion has discretionary authority to invest my assets and exercised such authority in deciding to purchase the Funko, Inc. ("Funko") securities in my account. As Jarett Elion made the investment decision, I believe he should be authorized to act as the representative of the securities.

2.      Therefore, I hereby assign, transfer, and set over to Jarett Elion, all rights, title, and interest I am entitled to in any and all claims, demands, and causes of action of any kind whatsoever which I may have arising from violations under the federal securities laws of the United States of America, other applicable statutes, and common law doctrines, in connection with the purchase and/or acquisition of the publicly traded securities of Funko.

3.      Further, I hereby appoint Jarett Elion as my true attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Jarett Elion agrees to remit any proceeds received as a result of this assignment to me and I agree to be bound by the result of any litigation arising under this assignment.

I, Pearl Elion, declare under the penalty of perjury that the foregoing is true and correct. Executed this 17 day of May, 2020.

_Pearl Elion_
Pearl elion (May 17, 2020)
_____
Pearl Elion - Assignor

Executed this 15 day of May, 2020.

_____
jarett elion (May 15, 2020)
Jarett Elion - Assignee