**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
JOHN T. JASNOCH (CA 281605)
jjasnoch@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile:  (619) 233-0508

*Counsel for Lead Plaintiff Movant Angela Michl*

[Additional counsel on signature page.]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERREIRA, Individually and On Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>   v.<br><br>FUNKO, INC., BRIAN MARIOTTI, RUSSELL NICKEL, and JENNIFER FALL JUNG,<br><br>               Defendants. | Case No. 2:20-cv-02319-VAP-PJW<br><br>**NOTICE OF NON-OPPOSITION TO COMPETING MOTIONS FOR LEAD PLAINTIFF AND LEAD COUNSEL**<br><br>Date:    June 8, 2020[1]<br>Time:   2:00 p.m.<br>Dept.:  8A<br>Judge: Hon. Virginia A. Phillips |

[Caption continued on next page.]

---

[1]     Michl noticed her motion for June 15, 2020, while all other competing movants noticed their motions for June 8, 2020.

1

| | |
|---|---|
| MOHAMED NAHAS, Individually and On Behalf of All Others Similarly Situated, | Case No. 2:20-cv-03130-VAP-PJW |
| Plaintiff, | |
| v. | |
| FUNKO, INC., BRIAN MARIOTTI, RUSSELL NICKEL, and JENNIFER FALL JUNG, | |
| Defendants. | |

2

On May 11, 2020, pursuant to §21(D)(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §78u-4(a)(3)(B), putative Class member and Lead Plaintiff movant Angela Michl ("Michl" or "Movant") timely filed a motion for appointment as lead plaintiff, approval of lead counsel, and consolidation in connection with the above-captioned securities fraud class actions.  ECF No. 23. Five similar motions were filed by other putative Class members.  ECF Nos. 14, 19, 25, 29, and 34.

The PSLRA provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class."  15 U.S.C. §78u-4(a)(3)(B)(iii)(I).  Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that Michl has not asserted the "largest financial interest." However, in the event that the Court determines that other movants are incapable or inadequate to represent the Class in this litigation, Michl remains willing and able to serve as lead plaintiff or as named Class representative.

By this Notice, Michl does not waive, compromise, or relinquish her right to participate in this litigation or receive her share of any recovery to the Class.

3

DATED:  May 18, 2020

Respectfully submitted,

**SCOTT+SCOTT
ATTORNEYS AT LAW LLP**

 /s/ John T. Jasnoch
JOHN T. JASNOCH (CA 281605)
jjasnoch@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile:  (619) 233-0508

– and –

THOMAS L. LAUGHLIN, IV
tlaughlin@scott-scott.com
RHIANA L. SWARTZ
rswartz@scott-scott.com
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334

*Attorneys for Lead Plaintiff Movant Angela
Michl and Proposed Lead Counsel for the
Class*

BRIAN SCHALL
brian@schallfirm.com
**SCHALL LAW FIRM**
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (310) 301-3335
Facsimile:  (310) 388-0192

*Additional Counsel for Lead Plaintiff
Movant Angela Michl*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

Executed on May 18, 2020, at San Diego, California.

 /s/ John T. Jasnoch
JOHN T. JASNOCH (CA 281605)

NOTICE OF NON-OPPOSITION TO COMPETING MOTIONS FOR LEAD PLAINTIFF AND LEAD COUNSEL
CASE NO. 2:20-CV-02319-VAP-PJW