POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Movant*
*the Funko Investor Group*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERREIRA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FUNKO, INC., BRIAN MARIOTTI, RUSSELL  NICKEL, and JENNIFER FALL JUNG,<br><br>Defendants. | Case No. 2:20-cv-02319-VAP-PJW<br><br>DECLARATION OF JEREMY A. LIEBERMAN: (1) IN FURTHER SUPPORT OF MOTION OF FUNKO INVESTOR GROUP FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL; AND (2) IN OPPOSITION TO COMPETING MOTIONS<br><br>DATE:  June 8, 2020<br>TIME:  2:00 p.m.<br>JUDGE:  Virginia A. Phillips<br>CTRM:  8A, 8th Floor |
| MOHAMED NAHAS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FUNKO, INC., BRIAN MARIOTTI, RUSSELL  NICKEL, and JENNIFER FALL JUNG,<br><br>Defendants. | Case No. 2:20-cv-03130-VAP-PJW |

DECLARATION

I, Jeremy A. Lieberman, hereby declare as follows:

1. I am a partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Abdul Baker, Zhibin Zhang and Huaiyu Zheng (collectively, the "Funko Investor Group"), and have personal knowledge of the facts set forth herein. I make this Declaration in further support of the motion by the Funko Investor Group for consolidation of the above-captioned actions (the "Related Actions"), appointment as Lead Plaintiff for the Class, and approval of its selections of Pomerantz and Bernstein Liebhard LLP ("Bernstein Liebhard") as Co-Lead Counsel for the Class; and in opposition to the competing motions.

2. Attached hereto as Exhibit A is a true and correct copy of a chart reflecting the respective financial interests of the movants seeking appointment as lead plaintiff in the Related Actions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on May 18, 2020, at Flushing, New York.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman

DECLARATION

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


*/s/ Jennifer Pafiti*
Jennifer Pafiti