# EXHIBIT A

| Movant | Total Shares Purchased | Total Shares Sold | Net Shares Purchased | Net Expenditures | Claimed FIFO LOSS | Claimed LIFO LOSS |
|---|---|---|---|---|---|---|
| Zheng, Huaiyu | 119,632 | 88,931 | 30,701 | ($477,125) | ($281,132) | ($281,132) |
| Baker, Abdul | 13,245 | 0 | 13,245 | ($206,192) | ($151,023) | ($151,023) |
| Zhang, Zhibin | 12,000 | 0 | 12,000 | ($101,455) | ($51,923) | ($51,923) |
| **TOTALS** | **144,877** | **88,931** | **55,946** | **($784,772)** | **($484,078)** | **($484,078)** |
| | | | | | | |
| **William Hurt** | **30,000** | **0** | **30,000** | **($453,886)** | **($330,056)** | **($330,056)** |
| | | | | | | |
| **Gerber Kawasaki, Inc.** | **76,348** | **96,943** | **(20,595)** | **($237,162)** | **($686,946)** | **($437,038)** |
| | | | | | | |
| Jarett Elion | 8,080 | 0 | 8,080 | ($131,866) | ($98,421) | ($98,421) |
| Zheng Li | 4,000 | 0 | 4,000 | ($61,480) | ($44,923) | ($44,923) |
| **TOTALS** | **12,080** | **0** | **12,080** | **($193,346)** | **($143,344)** | **($143,344)** |