# EXHIBIT A

**FUNKO Modified LIFO Loss**

| Gerber Kawasaki, Inc | Column A | | Column B | Column C | Column D | Column E | Column F | Column G |
|---|---|---|---|---|---|---|---|---|
| Accounts With Pre-Class Period Holdings | Pre-Class Period Holdings ("Open") (Dkt. 27-3 (FIFO Chart)) | | Pre-Class Period Holdings Cost Basis (Dkt. 27-3 (FIFO Chart)) | Pre-Class Period Holdings Average Share Price (Column B ÷ A) | Pre-Class Period Shares Sold Prior to 2/5/20 Disclosure (Dkt. 27-4) | Class Period Sale Price Per Share For Column D (Dkt. 27-4) | Per Share Loss or Gain Attributable to Sale of Pre-Class Period Shares (Compare Column C to E) | Gain From Sale of Pre-Class Shares Sold Before 2/5/20 Disclosure (Column (E -C) x D) |
| Fern, Martin | 1,250 | $ | 26,999.55 | $21.60 | 250 | $17.94 | Loss | $       - |
| Gerber, Robert | 800 | $ | 18,657.28 | $23.32 | 500 | $15.43 | Loss | $       - |
| | | | | | 300 | $14.55 | Loss | $       - |
| Lewis, Susan | 200 | $ | 4,345.98 | $21.73 | - | $0.00 | N/A | $       - |
| Herman, Jeremy | 170 | $ | 3,488.06 | $20.52 | - | $0.00 | N/A | $       - |
| Gerber, Ross | 1,700 | $ | 37,158.16 | $21.86 | 200 | $21.11 | Loss | $       - |
| | | | | | 1,500 | $17.56 | Loss | $       - |
| Shmilovich, Eyal | 230 | $ | 4,026.17 | $17.51 | - | $0.00 | N/A | $       - |
| Sherman, Micahel | 3,500 | $ | 73,283.95 | $20.94 | 1,500 | $17.98 | Loss | $       - |
| Mascolo, Caroline | 1,500 | $ | 30,131.40 | $20.09 | 500 | $15.40 | Loss | $       - |
| Fazzio, Joseph | 280 | $ | 4,235.69 | $15.13 | - | $0.00 | N/A | $       - |
| Hines, Benjamin | 450 | $ | 7,483.23 | $16.63 | 450 | $14.30 | Loss | $       - |
| Jamison, Garrett | 200 | $ | 3,938.00 | $19.69 | - | $0.00 | N/A | $       - |
| Souza, Keith | 400 | $ | 7,996.56 | $19.99 | 400 | $15.18 | Loss | $       - |
| Wegner, Mary Lee | 1,500 | $ | 31,344.00 | $20.90 | - | $0.00 | N/A | $       - |
| Barron, Jeffrey | 1,500 | $ | 32,865.45 | $21.91 | - | $0.00 | N/A | $       - |
| Strauss, Franklin | 2,000 | $ | 37,444.00 | $18.72 | - | $0.00 | N/A | $       - |
| Shmilovich, Amir | 105 | $ | 2,216.55 | $21.11 | - | $0.00 | N/A | $       - |
| Salin, Israel | 800 | $ | 18,332.88 | $22.92 | - | $0.00 | N/A | $       - |
| Cinman, Arnold | 1,400 | $ | 30,283.50 | $21.63 | - | $0.00 | N/A | $       - |
| Salin, Dimitri | 600 | $ | 14,188.76 | $23.65 | - | $0.00 | N/A | $       - |
| Carnesale, Robin | 1,000 | $ | 23,317.75 | $23.32 | 1,000 | $17.90 | Loss | $       - |
| Macready, Neil | 300 | $ | 6,174.18 | $20.58 | 100 | $27.03 | Gain | $   645.00 |
| Lansingh, David | 200 | $ | 3,911.50 | $19.56 | - | $0.00 | N/A | $       - |
| Oxley, Radine | 1,500 | $ | 29,238.00 | $19.49 | - | $0.00 | N/A | $       - |
| | | | | | | | | |
| Total | 21,585 | | | | 6,700 | | | $   645.00 |

| | | | | | |
|---|---|---|---|---|---|
| Gerber Kawasaki LIFO Loss | $ | 434,164.00 | LIFO Loss | $ | 434,164.00 |
| Less: 2/6/20 Stock Drop ($6.20 x 6,700) | $ | 41,540.00 | Less Gain on Pre-Class Shares | $ | 645.00 |
| **Total Modified LIFO Loss** | **$** | **392,624.00** | | **$** | **433,519.00** |
| | | | | | |
| Less: 3/6/20 Stock Drop ($0.32 x 6,700) | $ | 2,144.00 | | | |
| **Modified LIFO Loss With 3/6 Drop** | **$** | **390,480.00** | | | |