DocuSign Envelope ID: 6B0993DB-32E5-47FA-9E70-A2D504A1A026

**JOHNSON FISTEL, LLP**
Frank J. Johnson (SBN 174882)
FrankJ@johnsonfistel.com
Brett M. Middleton (SBN 199427)
BrettM@johnsonfistel.com
655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856

*Counsel for Lead Plaintiff Movant*
*Gerber Kawasaki, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERREIRA, on behalf of himself and a class of similarly situated investors,<br><br>        Plaintiff,<br><br>        v.<br><br>FUNKO, INC., BRIAN MARIOTTI, RUSSELL NICKEL, and JENNIFER FALL JUNG,<br><br>        Defendants. | Case No.: 2:20-cv-02319-VAP-PJW<br><br>**DECLARATION OF ROSS GERBER IN SUPPORT OF GERBER KAWASAKI, INC.'S RESPONSE IN FURTHER SUPPORT OF ITS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**<br><br>DATE:    June 8, 2020<br>TIME:    2 p.m.<br>CTRM:    8A, 8th Floor<br>JUDGE:    Hon. Virginia A Phillips |
| MOHAMED NAHAS, on behalf of himself and a class of similarly situated investors,<br><br>        Plaintiff,<br><br>        v.<br><br>FUNKO, INC., BRIAN MARIOTTI, RUSSELL NICKEL, and JENNIFER FALL JUNG,<br><br>Defendants. | Case No.: 2:20-cv-03130-VAP-PJW |

---

DECLARATION OF ROSS GERBER

I, Ross Gerber, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I respectfully submit this Declaration in further support of the Motion for Appointment of Gerber Kawasaki, Inc. ("Gerber Kawasaki") as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Counsel.  I have personal knowledge regarding the facts set forth in this Declaration relating to myself and Gerber Kawasaki, and, if called as a witness, could and would testify competently thereto.

2.    I am the President and Chief Executive Officer of Gerber Kawasaki and I am authorized to make this Declaration on its behalf.

3.    I am informed that a competing lead plaintiff movant accused Gerber Kawasaki of short-selling Funko, Inc. securities in the accounts of its clients.  This is not true.  Gerber Kawasaki did not engage in short sales of Funko, Inc. securities in the accounts of its clients (or on its own account) at any time.

4.    I am further informed that another competing movant claimed that that two client transactions listed on Gerber Kawasaki's PSLRA Certification reflected purchases of Funko, Inc. stock at prices outside of the days' reported trading ranges. Upon additional review, (i) the reported purchase on December 26, 2019 of 1,850 shares at $15.37 per share in account #4513 (Sahin) actually occurred on December 17, 2019; and (ii) the reported purchase on January 28, 2020 of 3,000 shares at $15.34 per share in account #3264 (Rotter) also actually occurred on December 17, 2019 .  The reported transactions are otherwise correct.

5.    The foregoing mistakes appear to be the result of an internal scrivener's error at Gerber Kawasaki which occurred prior to its decision to seek lead plaintiff appointment and do not impact the losses represented in those accounts in connection with the purchase of Funko, Inc. securities.

1

DECLARATION OF ROSS GERBER

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of May, 2020, at Los Angeles, California.

DocuSigned by:

*Ross Gerber*

78EB02C1B5DC4B2...

ROSS GERBER

2

DECLARATION OF ROSS GERBER