## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Gilberto Ferreira,

                                        PLAINTIFF(S)

                    v.

Funko, Inc. et al.,

                                        DEFENDANT(S).

CASE NUMBER

2:20-cv-02319-VAP-PJW

**ORDER STRIKING FILED DOCUMENTS FROM THE RECORD**

         WHEREAS, the documents listed below were improperly filed for the following reason(s)
Section III of the Notice of Appearance or Withdrawal of Counsel erroneously states the represented party has been dismissed from the case.

         IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| Document Entitled | Filed |
|---|---|
| Notice of Appearance or Withdrawal of Counsel | July 16, 2020 [68] |
| Notice of Appearance or Withdrawal of Counsel | July 16, 2020 [69] |
| Notice of Appearance or Withdrawal of Counsel | July 16, 2020 [70] |

         IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

July 21, 2020
Date

_Virginia A. Phillips_
United States District Judge/Magistrate Judge

CV-80 (12/95)                ORDER STRIKING FILED DOCUMENTS FROM THE RECORD