LATHAM & WATKINS LLP
   Benjamin A. Naftalis (*pro hac vice*)
   *benjamin.naftalis@lw.com*
   Kevin M. McDonough (*pro hac vice*)
   *kevin.mcdonough@lw.com*
885 Third Avenue
New York, New York  10022-4834
Telephone: +1.212.906.1200
Facsimile: +1.212.751.4864

LATHAM & WATKINS LLP
   Meryn C. N. Grant (State Bar No. 291315)
   *meryn.grant@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California  90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

Attorneys for the Funko Defendants

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERREIRA, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FUNKO, INC., BRIAN MARIOTTI, RUSSELL NICKEL, ANDREW PERLMUTTER, JENNIFER FALL JUNG, KEN BROTMAN, GINO DELLOMO, ADAM KRIGER, ACON INVESTMENTS, L.L.C., ACON FUNKO MANAGER, L.L.C., ACON FUNKO INVESTORS, L.L.C., ACON FUNKO INVESTORS HOLDINGS 1, L.L.C., ACON INVESTORS HOLDINGS 2, L.L.C., ACON INVESTORS HOLDINGS 3, L.L.C., and ACON EQUITY GENPAR, L.L.C., <br><br> Defendants. | Case No. 2:20−cv−02319−VAP−PJW <br><br> **[PROPOSED] ORDER GRANTING FUNKO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT** <br><br><br> Hearing <br> Date: January 25, 2021 <br> Time: 2:00 PM <br> Courtroom: 8A <br> Judge: Hon. Virginia A. Phillips |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER GRANTING
MOTION TO DISMISS

The Court, having read and considered Defendants Funko, Inc., Brian Mariotti, Russell Nickel, Andrew Perlmutter, Jennifer Fall Jung, Ken Brotman, Gino Dellomo, and Adam Kriger's (collectively, the "Funko Defendants") Motion to Dismiss ("Motion") the Consolidated Amended Complaint and the papers submitted in support of and in opposition thereto, hereby GRANTS the Motion.

**IT IS SO ORDERED.**

Dated:

_____
Hon. Virginia A. Phillips
United States District Judge