LATHAM & WATKINS LLP
Benjamin A. Naftalis (*pro hac vice*)
benjamin.naftalis@lw.com
Kevin M. McDonough (*pro hac vice*)
kevin.mcdonough@lw.com
885 Third Avenue
New York, New York 10022-4834
Telephone: +1.212.906.1200
Facsimile: +1.212.751.4864

LATHAM & WATKINS LLP
Meryn C. N. Grant (State Bar No. 291315)
meryn.grant@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

Attorneys for the Funko Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERREIRA, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　Lead Plaintiff,<br><br>　v.<br><br>FUNKO, INC., BRIAN MARIOTTI, RUSSELL NICKEL, ANDREW PERLMUTTER, JENNIFER FALL JUNG, KEN BROTMAN, GINO DELLOMO, ADAM KRIGER, ACON INVESTMENTS, L.L.C., ACON FUNKO MANAGER, L.L.C., ACON FUNKO INVESTORS, L.L.C., ACON FUNKO INVESTORS HOLDINGS 1, L.L.C., ACON INVESTORS HOLDINGS 2, L.L.C., ACON INVESTORS HOLDINGS 3, L.L.C., and ACON EQUITY GENPAR, L.L.C.,<br><br>　　　　　Defendants. | Case No. 2:20-cv-02319-VAP-PJW<br><br>**DECLARATION OF KEVIN M. MCDONOUGH IN SUPPORT OF FUNKO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**<br><br>Hearing<br>Date: January 25, 2021<br>Time: 2:00 PM<br>Courtroom: 8A<br>Judge: Hon. Virginia A. Phillips |

I, Kevin M. McDonough, hereby declare and state as follows:

1. I am a Partner of the law firm Latham & Watkins LLP, and counsel for Defendants Funko, Inc. ("Funko"), Brian Mariotti, Russell Nickel, Andrew Perlmutter, Jennifer Fall Jung, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively, the "Funko Defendants") in the above-captioned matter. I am a member in good standing of the bars of the State of New York and the State of New Jersey and admitted *pro hac vice* to this Court.

2. I respectfully submit this declaration in support of the Funko Defendants' Motion to Dismiss the Consolidated Amended Complaint ("CAC"). I am familiar with all of the facts and circumstances set forth herein.

3. Attached to this declaration as **Exhibit 1** is a true and correct copy of the CAC, dated July 31, 2020.

4. Attached to this declaration as **Exhibit 2** is an Appendix of Alleged Misstatements that are contained in the CAC.

5. Attached to this declaration as **Exhibit 3** is an Appendix of Funko's Key Risk Disclosures that are contained in documents upon which the CAC relies.

6. Attached to this declaration as **Exhibit 4** is an Appendix of A. Perlmutter's Funko Stock Holdings, summarizing information contained in Exhibits 11, 15-16, 23-24, and 32.

7. Attached to this declaration as **Exhibit 5** is a true and correct copy of Funko's Form 8-K attaching a Funko press release announcing its financial results for the third quarter of 2017, filed with the U.S. Securities and Exchange Commission ("SEC") on December 5, 2017.

8. Attached to this declaration as **Exhibit 6** is a true and correct copy of Funko's Form 8-K attaching a Funko press release announcing its financial results for the fourth quarter of 2017 and the year ended December 31, 2017, filed with the SEC on March 8, 2018.

9. Attached to this declaration as **Exhibit 7** is a true and correct copy of Funko's Form 8-K attaching a Funko press release announcing its financial results for the first quarter of 2018, filed with the SEC on May 10, 2018.

10. Attached to this declaration as **Exhibit 8** is a true and correct copy of Funko's Form 8-K attaching a Funko press release announcing its financial results for the second quarter of 2018, filed with the SEC on August 9, 2018.

11. Attached to this declaration as **Exhibit 9** is a true and correct copy of Funko's Form 8-K attaching a Funko press release announcing its financial results for the third quarter of 2018, filed with the SEC on November 8, 2018.

12. Attached to this declaration as **Exhibit 10** is a true and correct copy of Funko's Form 8-K attaching a Funko press release announcing its financial results for the fourth quarter of 2018 and the year ended December 31, 2018, filed with the SEC on February 28, 2019.

13. Attached to this declaration as **Exhibit 11** is a true and correct copy of A. Perlmutter's Form 4 filed with the SEC on April 3, 2019.

14. Attached to this declaration as **Exhibit 12** is a true and correct copy of Funko's Form S-3 filed with the SEC on April 19, 2019.

15. Attached to this declaration as **Exhibit 13** are true and correct excerpts from Funko's Form 10-K for the year ended December 31, 2018, filed with the SEC on March 6, 2019.

16. Attached to this declaration as **Exhibit 14** is a true and correct copy of B. Mariotti's Form 4 filed with the SEC on June 12, 2019.

17. Attached to this declaration as **Exhibit 15** is a true and correct copy of A. Perlmutter's Form 4 filed with the SEC on July 1, 2019.

18. Attached to this declaration as **Exhibit 16** is a true and correct copy of A. Perlmutter's Form 4 filed with the SEC on July 3, 2019.

19. Attached to this declaration as **Exhibit 17** is a true and correct copy of

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

3

DECLARATION OF KEVIN M. MCDONOUGH IN SUPPORT OF DEFENDANTS' MOT. TO DISMISS

1. B. Mariotti's Form 4 filed with the SEC on July 11, 2019.

20. Attached to this declaration as **Exhibit 18** are true and correct excerpts from Funko's Form 10-Q for the quarterly period ended June 30, 2019, filed with the SEC on August 8, 2019.

21. Attached to this declaration as **Exhibit 19** is a true and correct copy of Funko's Form 8-K attaching a Funko press release announcing its financial results for the second quarter of 2019, filed with the SEC on August 8, 2019.

22. Attached to this declaration as **Exhibit 20** is a true and correct copy of the transcript of Funko's earnings call for the second quarter of 2019, dated August 8, 2019.

23. Attached to this declaration as **Exhibit 21** is a true and correct copy of B. Mariotti's Form 4 filed with the SEC on August 14, 2019.

24. Attached to this declaration as **Exhibit 22** is a true and correct copy of B. Mariotti's Form 4 filed with the SEC on September 24, 2019.

25. Attached to this declaration as **Exhibit 23** is a true and correct copy of A. Perlmutter's Form 4 filed with the SEC on October 2, 2019.

26. Attached to this declaration as **Exhibit 24** is a true and correct copy of A. Perlmutter's Form 4 filed with the SEC on October 3, 2019.

27. Attached to this declaration as **Exhibit 25** is a true and correct copy of B. Mariotti's Form 4 filed with the SEC on October 23, 2019.

28. Attached to this declaration as **Exhibit 26** are true and correct excerpts from Funko's Form 10-Q for the quarterly period ended September 30, 2019, filed with the SEC on October 31, 2019.

29. Attached to this declaration as **Exhibit 27** is a true and correct copy of Funko's Form 8-K attaching a Funko press release announcing its financial results for the third quarter of 2019, filed with the SEC on October 31, 2019.

30. Attached to this declaration as **Exhibit 28** is a true and correct copy of

the transcript of Funko's earnings call for the third quarter of 2019, dated October 31, 2019.

31. Attached to this declaration as **Exhibit 29** is a true and correct copy of Funko's Form 8-K attaching a Funko press release announcing its preliminary financial results for the fourth quarter of 2019, filed with the SEC on February 5, 2020.

32. Attached to this declaration as **Exhibit 30** is a true and correct copy of Funko's Form 8-K attaching a Funko press release announcing its financial results for the fourth quarter of 2019 and the year ended December 31, 2019, filed with the SEC on March 5, 2020.

33. Attached to this declaration as **Exhibit 31** is a true and correct copy of the transcript of Funko's earnings call for the fourth quarter of 2019, dated March 5, 2020.

34. Attached to this declaration as **Exhibit 32** is a true and correct copy of A. Perlmutter's Form 4 filed with the SEC on March 6, 2020.

35. Attached to this declaration as **Exhibit 33** is a true and correct copy of Funko's Prospectus Supplement, filed with the SEC on September 18, 2019.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 2nd day of October, 2020, in Chatham, New Jersey.

*/s/* Kevin M. McDonough
Kevin M. McDonough