# EXHIBIT 2

***Gilberto Ferreira, Individually and On Behalf of All Others Similarly Situated v. Funko, Inc., et al.,***
***2:20-cv-02319 (C.D. Cal.)***

**Appendix of Alleged Misstatements**

| Number | Date & Source[1] | Speaker | Statement |
|---|---|---|---|
| 1 | 8/8/2019<br><br>Ex. 20, Q2 2019 Earnings Call Tr. at 9.<br><br>¶¶ 118, 124 | Nickel[2] | Turning to our outlook.  Considering that both Q1 and Q2 results exceeded our expectations, we are raising our full year guidance at this time.  We now expect net sales of $840 million to $850 million, representing year-over-year growth of 22% to 24% compared to our prior guidance of $810 million to $825 million or 18% to 20% growth. |
| 2 | 8/8/2019<br><br>Ex. 20, Q2 2019 Earnings Call Tr. at 8.<br><br>¶ 119 | Nickel | Gross margin, which excludes depreciation and amortization, decreased 90 basis points from Q2 of last year to 37.2%.  The decrease in gross margin this quarter compared to Q2 of last year was driven primarily by higher reserves taken for slower-moving inventory of some old lines as well as the higher Loungefly tariffs I discussed earlier, which was partially offset by lower product costs and royalty costs as a percentage of net sales.  These favorable trends in product and royalty costs should help offset the impact of higher tariffs. |

[1] "Ex. _" refers to Exhibits to the Declaration of Kevin M. McDonough filed concurrently herewith.  "¶ _" refers to paragraphs of the Consolidated Amended Class Action Complaint, Dkt. No. 74.  All emphasis appears in the Complaint.

[2] Plaintiffs incorrectly attributed this statement to Mariotti in the Complaint.

Exhibit 2 - Page 75

| Number | Date & Source[1] | Speaker | Statement |
|---|---|---|---|
| 3 | 8/8/2019<br><br>Ex. 20, Q2 2019 Earnings Call Tr. at 11.<br><br>¶ 125 | Mariotti | I would continue to say the content year as a whole, it's extremely strong.  And we have 2 big bullets left to fire with Frozen 2 and Star Wars: Episode IX.  The demand -- if you look at just kind of the interesting mix of our top 10 licenses quarter-after-quarter and how varied they are, you see something like Dragon Ball Z that sometimes sits in the 8, 9, 10 spot or the 15th spot move up to like 3, I think it was, this quarter.  We still have ways to -- we have so many different ways to monetize different properties for the second half of this year.  We're excited.  We think the content is extremely strong. |
| 4 | 8/8/2019<br><br>Ex. 18, Q2 2019 Form 10-Q at 42.<br><br>¶ 122 | Company | ***Our success depends, in part, on our ability to successfully manage our inventories.***<br><br>We must maintain sufficient inventory levels to operate our business successfully, but we must also avoid accumulating excess inventory, which increases working capital needs and lowers gross margin.  We obtain substantially all of our inventory from third-party manufacturers located outside the United States and must typically order products well in advance of the time these products will be offered for sale to our customers.  As a result, it may be difficult to respond to changes in consumer preferences and market conditions, which, for pop culture products, can change rapidly.  If we do not accurately anticipate the popularity of certain products, then we may not have sufficient inventory to meet demand.  ***Alternatively, if demand or future sales do not reach forecasted levels, we could have excess inventory that we may need to hold for a long period of time, write down, sell at prices lower than expected or discard.*** If we are not successful in managing our inventory, our business, financial condition and results of operations could be adversely affected. |

Exhibit 2 - Page 76

| Number | Date & Source[1] | Speaker | Statement |
|---|---|---|---|
| | | | We may also be negatively affected by changes in retailers' inventory policies and practices.  As a result of the desire of retailers to more closely manage inventory levels, there is a growing trend to make purchases on a "just-in-time" basis.  This requires us to more closely anticipate demand and could require us to carry additional inventory.  Policies and practices of individual retailers may adversely affect us as well, including those relating to access to and time on shelf space, price demands, payment terms and favoring the products of our competitors.  Our retail customers make no binding long-term commitments to us regarding purchase volumes and make all purchases by delivering purchase orders.  Any retailer can therefore freely reduce its overall purchase of our products, including the number and variety of our products that it carries, and reduce the shelf space allotted for our products.  ***If demand or future sales do not reach forecasted levels, we could have excess inventory that we may need to hold for a long period of time, write down, sell at prices lower than expected or discard.***  If we are not successful in managing our inventory, our business, financial condition and results of operations could be adversely affected. |
| 5 | 10/31/2019<br><br>Ex. 27, Q3 2019 Form 8-K at 6.<br><br>¶ 129 | Company | **2019 Outlook**<br><br>The Company is reiterating its outlook for the full year 2019.  The Company expects net sales to be in a range of $840 million to $850 million.  Adjusted EBITDA is expected to be in a range of $140 million to $145 million.  Adjusted Earnings per Diluted Share is expected to be in a range of $1.15 per share to $1.22 per share and is based on estimated adjusted average diluted shares outstanding of 53.5 million for the full year 2019. |

3

Exhibit 2 - Page 77

| Number | Date & Source[1] | Speaker | Statement |
|---|---|---|---|
| 6 | 10/31/2019<br><br>Ex. 28, Q3 2019 Earnings Call Tr. at 8.<br><br>¶ 130 | Jung | While we continue to invest, we are maintaining our guidance ranges we laid out on the second quarter conference call, which are: net sales of $840 million to $850 million, representing year-over-year growth of 22% to 24%; adjusted EBITDA of $140 million to $145 million; and adjusted earnings per diluted share of $1.15 to $1.22, which assumes a blended corporate tax rate of 25% and a weighted average diluted share count of 53.5 million shares at the end of the year. |
| 7 | 10/31/2019<br><br>Ex. 28, Q3 2019 Earnings Call Tr. at 13.<br><br>¶ 133 | Jung | Okay.  I'll start with the guidance question.  So coming out of Q2, the company re-guided to $840 million to $850 million on an annualized basis.  And as you know, we do give annual guidance.  We feel really good that to date, we've grown 28%, and for Q3, we're at 26%.  But the range within that guidance is a little over 1%, so it's already a pretty tight spread there.  As we look forward, though, as well, Q4, we are coming up against a very high Q4 last year, it was approaching 38% in a growth rate.  ***And even with our current guidance, Q4 will be our biggest quarter ever as a company.***<br><br>So we're feeling really good about where we are right now.  And overall, you have to remember that a lot of the Frozen and Star Wars shipments did come into 3Q, and we did have that $3 million in FOB that also came into Q3.  So although we're very positive on Q4, I think if you look at the 2-year stack, it's a very healthy build. |

4

Exhibit 2 - Page 78

| Number | Date & Source[1] | Speaker | Statement |
|---|---|---|---|
| 8 | 10/31/2019<br><br>Ex. 26, Q3 2019 Form 10-Q at 43.<br><br>¶ 136 | Company | ***Our success depends, in part, on our ability to successfully manage our inventories.***<br><br>We must maintain sufficient inventory levels to operate our business successfully, but we must also avoid accumulating excess inventory, which increases working capital needs and lowers gross margin.  We obtain substantially all of our inventory from third-party manufacturers located outside the United States and must typically order products well in advance of the time these products will be offered for sale to our customers.  As a result, it may be difficult to respond to changes in consumer preferences and market conditions, which, for pop culture products, can change rapidly.  If we do not accurately anticipate the popularity of certain products, then we may not have sufficient inventory to meet demand.  Alternatively, ***if demand or future sales do not reach forecasted levels, we could have excess inventory that we may need to hold for a long period of time, write down, sell at prices lower than expected or discard.***  If we are not successful in managing our inventory, our business, financial condition and results of operations could be adversely affected.<br><br>We may also be negatively affected by changes in retailers' inventory policies and practices.  As a result of the desire of retailers to more closely manage inventory levels, there is a growing trend to make purchases on a "just-in-time" basis.  This requires us to more closely anticipate demand and could require us to carry additional inventory.  Policies and practices of individual retailers may adversely affect us as well, including those relating to access to and time on shelf space, price demands, payment terms and favoring the products of our competitors.  Our retail customers make no binding long-term commitments to us regarding purchase volumes and make all purchases by delivering purchase |

5

Exhibit 2 - Page 79

| Number | Date & Source[1] | Speaker | Statement |
|---|---|---|---|
| | | | orders.  Any retailer can therefore freely reduce its overall purchase of our products, including the number and variety of our products that it carries, and reduce the shelf space allotted for our products.  ***If demand or future sales do not reach forecasted levels, we could have excess inventory that we may need to hold for a long period of time, write down, sell at prices lower than expected or discard***.  If we are not successful in managing our inventory, our business, financial condition and results of operations could be adversely affected. |

6

Exhibit 2 - Page 80