# EXHIBIT 3

***Gilberto Ferreira, Individually and On Behalf of All Others Similarly Situated v. Funko, Inc., et al.,***
**2:20-cv-02319 (C.D. Cal.)**

**Appendix of Funko's Key Risk Disclosures**

| Filing | Date | Key Risk Disclosure(s)[1] |
|---|---|---|
| Q2 2019 Earnings Call Tr. | 8/8/2019 | "***Management's remarks on this call may contain forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These may include statements regarding our business goals, plans, abilities and opportunities; industry and customer trends; growth, momentum and investment initiatives***; . . . *and anticipated financial performance. Actual results may differ materially from those indicated by these forward-looking statements as a result of various important factors, including those discussed in the Risk Factors section of our Form 10-Q for the quarter ended June 30, 2019*, and our other filings with the SEC. Any forward-looking statements made on this call represent our views only as of today, ***and we undertake no obligation to update them***."[2]<br><br>This earnings call incorporated by reference the Risk Factors disclosed in Funko, Inc.'s ("Funko") Form 10-Q for the quarter ended June 30, 2019, filed with the U.S. Securities and Exchange Commission ("SEC") on August 8, 2019, including the following:<br><br>• "***The businesses of our retail customers are highly seasonal, with a majority of retail sales occurring during the period from October through December in anticipation of the holiday season.*** As a consequence, we have experienced moderate seasonality in our business. Approximately 59.8%, 60.5% and 58.7% of our net sales for the years ended December 31, 2018, |

---

[1] "Ex. _" refers to Exhibits to the Declaration of Kevin M. McDonough filed concurrently herewith. All emphasis is added unless noted otherwise.

[2] Ex. 20, Q2 2019 Earnings Call Tr. at 4.

Exhibit 3 - Page 81

| Filing | Date | Key Risk Disclosure(s)[1] |
|---|---|---|
| | | 2017 and 2016, respectively, were made in the third and fourth quarters, as our customers build up their inventories in anticipation of the holiday season.<br><br>This seasonal pattern requires significant use of working capital, mainly to manufacture inventory during the portion of the year prior to the holiday season and requires accurate forecasting of demand for products during the holiday season in order to avoid losing potential sales of highly popular products or producing excess inventory of less popular products. In addition, ***as a result of the seasonal nature of our business, we would be significantly and adversely affected, in a manner disproportionate to the impact on a company with sales spread more evenly throughout the year, by unforeseen events such as a terrorist attack or economic shock that harm the retail environment or consumer buying patterns during our key selling season***, or by events such as strikes or port delays that interfere with the shipment of goods during the critical months leading up to the holiday shopping season."[3]<br><br>• "***[O]ur results of operations may fluctuate significantly from quarter to quarter or year to year depending on the timing of new product releases and related content releases.  Sales of a certain product or group of products tied to a particular content release can dramatically increase our net sales in any given quarter or year.  The timing and mix of products we sell in any given year will depend on various factors, including the timing and popularity of new releases by third-party content providers*** and our ability to license properties based on these releases."[4] |

---

[3] Ex. 18, Q2 2019 Form 10-Q at 44.

[4] *Id.* at 45.

2

Exhibit 3 - Page 82

| Filing | Date | Key Risk Disclosure(s)[1] |
|---|---|---|
| | | • "The popularity of the properties we license can significantly affect our sales and profitability.  If we produce products based on a particular movie, TV show or video game, ***the success of the underlying content has a critical impact on the level of consumer interest in the associated products we are offering.***  Although we license a wide variety of properties, ***sales of products tied to major movie franchises have been significant contributors to our business.***  In addition, the theatrical duration of movie releases has decreased over time and we expect this trend to continue with the increase of content made available on video streaming services.  This may make it increasingly difficult for us to sell products based on such properties or lead our customers to reduce demand for our products to minimize inventory risk.  ***If the performance of one or more of such movie franchises failed to meet expectations or if there was a shift in consumer tastes away from such franchises generally, our results of operations could be adversely affected.*** . . . Additionally, ***we have no guarantee that any particular property we license will translate into a successful product.  Products tied to a particular content release may be developed and released before demand for the underlying content is known.  The underperformance of any such product may result in reduced sales and operating profit for us.***"[5] |
| Q3 2019 Form 8-K | 10/31/2019 | "***This press release contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995.  All statements contained in this press release that do not relate to matters of historical fact should be considered forward-looking statements, including statements regarding our anticipated financial results***, the underlying trends in our business, growing demand for our products, our potential for growth, plans for investments in |

---

[5] *Id.* at 41.

3

Exhibit 3 - Page 83

| Filing | Date | Key Risk Disclosure(s)[1] |
|---|---|---|
|  |  | our business and future opportunities . . . .  These forward-looking statements are based on management's current expectations.  ***These statements are neither promises nor guarantees, but involve known and unknown risks, uncertainties and other important factors that may cause our actual results, performance or achievements to be materially different from any future results, performance or achievements expressed or implied by the forward-looking statements, including, but not limited to, the following:*** our ability to maintain and realize the full value of our license agreements; the ongoing level of popularity of our products with consumers; changes in the retail industry and markets for our consumer products; our ability to maintain our relationships with retail customers and distributors; our ability to compete effectively; fluctuations in our gross margin; ***our dependence on content development and creation by third parties***; our ability to develop and introduce products in a timely and cost-effective manner; . . . ***the possibility or existence of global and regional economic downturns*** . . . . ***These and other important factors discussed under the caption 'Risk Factors' in our quarterly report on Form 10-Q for the quarter ended September 30, 2019 and our other filings with the Securities and Exchange Commission could cause actual results to differ materially from those indicated by the forward-looking statements made in this press release.***  Any such forward-looking statements represent management's estimates as of the date of this press release.  While we may elect to update such forward-looking statements at some point in the future, we disclaim any obligation to do so, even if subsequent events cause our views to change.  These forward-looking statements should not be relied upon as representing our views as of any date subsequent to the date of this press release."[6] <br><br> This press release incorporated by reference the Risk Factors disclosed in Funko's Form 10-Q for the quarter ended |

---

[6] Ex. 27, Q3 2019 Form 8-K at 7.

4

Exhibit 3 - Page 84

| Filing | Date | Key Risk Disclosure(s)[1] |
|--------|------|----------------------------|
| | | September 30, 2019, filed with the SEC on October 31, 2019, including the following:<br><br>• "***The businesses of our retail customers are highly seasonal, with a majority of retail sales occurring during the period from October through December in anticipation of the holiday season.*** As a consequence, we have experienced moderate seasonality in our business. Approximately 59.8%, 60.5% and 58.7% of our net sales for the years ended December 31, 2018, 2017 and 2016, respectively, were made in the third and fourth quarters, as our customers build up their inventories in anticipation of the holiday season.<br><br>This seasonal pattern requires significant use of working capital, mainly to manufacture inventory during the portion of the year prior to the holiday season and requires accurate forecasting of demand for products during the holiday season in order to avoid losing potential sales of highly popular products or producing excess inventory of less popular products. In addition, ***as a result of the seasonal nature of our business, we would be significantly and adversely affected, in a manner disproportionate to the impact on a company with sales spread more evenly throughout the year, by unforeseen events such as a terrorist attack or economic shock that harm the retail environment or consumer buying patterns during our key selling season***, or by events such as strikes or port delays that interfere with the shipment of goods during the critical months leading up to the holiday shopping season."[7]<br><br>• "***[O]ur results of operations may fluctuate significantly from quarter to quarter or year to year depending on the timing of new product releases and related content releases. Sales of a certain product or*** |

---

[7] Ex. 26, Q3 2019 Form 10-Q at 45.

5

Exhibit 3 - Page 85

| Filing | Date | Key Risk Disclosure(s)[1] |
|---|---|---|
| | | *group of products tied to a particular content release can dramatically increase our net sales in any given quarter or year.  The timing and mix of products we sell in any given year will depend on various factors, including the timing and popularity of new releases by third-party content providers* and our ability to license properties based on these releases."[8]<br><br>• "The popularity of the properties we license can significantly affect our sales and profitability.  If we produce products based on a particular movie, TV show or video game, *the success of the underlying content has a critical impact on the level of consumer interest in the associated products we are offering.* Although we license a wide variety of properties, *sales of products tied to major movie franchises have been significant contributors to our business.*  In addition, the theatrical duration of movie releases has decreased over time and we expect this trend to continue with the increase of content made available on video streaming services.  This may make it increasingly difficult for us to sell products based on such properties or lead our customers to reduce demand for our products to minimize inventory risk.  *If the performance of one or more of such movie franchises failed to meet expectations or if there was a shift in consumer tastes away from such franchises generally, our results of operations could be adversely affected.* . . . Additionally, *we have no guarantee that any particular property we license will translate into a successful product.  Products tied to a particular content release may be developed and released before demand for the underlying content is known.  The underperformance of any such product may result in reduced sales and operating profit for us.*"[9] |

---

[8] *Id.* at 46.

[9] *Id.* at 42.

6

Exhibit 3 - Page 86

| Filing | Date | Key Risk Disclosure(s)[1] |
|---|---|---|
| Q3 2019 Earnings Call Tr. | 10/31/2019 | "*Management's remarks on this call may contain forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995.  These may include statements regarding our business goals, plans, abilities and opportunities, industry and customer trends, growth, momentum and investment initiatives*, new products, collaboration and license relationships, consumer engagement and brand awareness, acquisitions and related expenses *and anticipated financial performance.  Actual results may differ materially from those indicated by these forward-looking statements as a result of various important factors, including those discussed in the Risk Factors section in our Form 10-Q for the quarter ended September 30, 2019*, and in our other filings with the SEC.  Any forward-looking statements made on this call represent our views only as of today, and we undertake no obligation to update them."[10]<br><br>This earnings call incorporated by reference the same Risk Factors disclosed in Funko's Form 10-Q for the quarter ended September 30, 2019, filed with the SEC on October 31, 2019, as described above. |

---

[10] Ex. 28, Q3 2019 Earnings Call Tr. at 4.

7

Exhibit 3 - Page 87