# EXHIBIT 4

*Gilberto Ferreira, Individually and On Behalf of All Others Similarly Situated v. Funko, Inc., et al., 2:20-cv-02319 (C.D. Cal.)*

**Appendix of A. Perlmutter's Funko Stock Holdings**

| Exhibit | Transaction Date | Class A Common Stock Acquired/ Disposed | Number of Securities Beneficially Owned Following Reported Transaction(s) | Sale Pursuant to 10b5-1 Plan (Y/N) |
|---|---|---|---|---|
| Ex. 11 (4/3/2019 Form 4) | 4/1/2019 | 55,000 | 111,250 | |
| | | (55,000) | 56,250 | Y |
| Ex. 15 (7/1/2019 Form 4) | 6/27/2019 | 4,332 | 60,582 | |
| Ex. 16 (7/3/2019 Form 4) | 7/1/2019 | 55,000 | 115,582 | |
| | | (55,000) | 60,582 | Y |
| Ex. 23 (10/2/2019 Form 4)[1] | 10/1/2019 | 56,250 | 116,832 | |
| | | (56,250) | 60,582 | Y |
| Ex. 24 (10/3/2019 Form 4) | 10/1/2019 | 56,250 | 116,832 | |
| Ex. 32 (3/6/2020 Form 4) | 3/4/2020 | 2,925 | 119,757 | |
| Total Acquired Class Period | | | | 115,425 |
| Total Disposed Class Period | | | | (56,250) |
| Net Change in Holdings During Class Period | | | | 59,175 |

[1] The shaded boxes denote changes to holdings during the Class Period from August 8, 2019 to March 5, 2020.

Exhibit 4 - Page 88