# EXHIBIT 9

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

---

# FORM 8-K

### CURRENT REPORT
**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**November 8, 2018**
Date of Report (Date of earliest event reported)

---

# FUNKO, INC.
(Exact Name of Registrant as Specified in its Charter)

| **Delaware** | **001-38274** | **3-2593276** |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**2802 Wetmore Avenue**
**Everett, Washington 98201**
(Address of Principal Executive Offices) (Zip Code)

**(425) 783-3616**
(Registrant's telephone number, including area code)

(Former Name or Former Address, if Changed Since Last Report)

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (*see* General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company  ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.  ☒

---

Exhibit 9 - Page 146

**Item 2.02. Results of Operations and Financial Condition.**

On November 8, 2018, Funko, Inc. (the "Company") announced its financial results for the quarter ended September 30, 2018. The full text of the press release (the "Press Release") issued in connection with the announcement is furnished as Exhibit 99.1 to this report and is incorporated herein by reference.  The information contained in the website cited in the Press Release is not incorporated herein.

**Item 7.01. Regulation FD Disclosure.**

The slides for the Company's earnings presentation on November 8, 2018 for the quarter ended September 30, 2018, are furnished as Exhibit 99.2 to this report.

The information in this report (including Exhibits 99.1 and 99.2) shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that section, nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as expressly set forth by specific reference in such a filing.

**Item 9.01 Financial Statements and Exhibits.**

(d)    Exhibits:

| Exhibit No. | Description |
| --- | --- |
| Exhibit 99.1 | Press release of Funko, Inc. issued November 8, 2018 |
| Exhibit 99.2 | Earnings presentation of Funko, Inc. dated November 8, 2018. |

Exhibit 9 - Page 147

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date: November 8, 2018                                    **FUNKO, INC.**


By:        /s/ Tracy D. Daw_____

Tracy D. Daw

Sr. Vice President, General Counsel, and Secretary

3

Exhibit 9 - Page 148



Exhibit 99.1

# Funko Reports Third Quarter 2018 Financial Results
# And Raises Full Year 2018 Outlook

### Third Quarter Sales Increased 24% to $177 Million

**EVERETT, Wash. November 8, 2018**-- Funko, Inc. ("Funko," or the "Company") (Nasdaq: FNKO), a leading pop culture consumer products company, today reported its consolidated financial results for the third quarter ended September 30, 2018.

**Third Quarter 2018 Highlights Versus Third Quarter 2017**

- Net sales increased 24% to $176.9 million

- Gross profit[1] increased 16% to $68.0 million

- Gross margin[1] decreased 250 basis points to 38.4%

- Income from operations decreased 3% to $16.8 million, due to $3.7 million in certain non-recurring items

- Net income decreased 2% to $8.1 million and earnings per diluted share were $0.08

- Adjusted pro forma net income[2] improved $7.7 million to $13.8 million and adjusted pro forma earnings per diluted share[2] were $0.27

- Adjusted EBITDA[2] increased 26% to $34.1 million

"Our strong portfolio of properties and products, and our growing network of retail partners allowed us to achieve very strong third quarter growth in sales," said Brian Mariotti, Funko's CEO. "We have delivered great results in every quarter since our IPO last year, despite a retail landscape that companies in the toy industry have described as challenging."

"Consumers, retailers and entertainment brands around the world increasingly count on the Funko platform, with its unique designs, speed-to-market and dynamic merchandising to deliver products that connect fans to the properties they love. We are excited about the early performance of recently launched licenses and categories, and look forward to 2019, which

---

[1] Gross profit is calculated as net sales less cost of sales (excluding depreciation and amortization).  Gross margin is calculated as net sales less cost of sales (excluding depreciation and amortization) as a percentage of net sales.

[2] Adjusted pro forma net income, adjusted pro forma earnings per diluted share, EBITDA and adjusted EBITDA are non-GAAP measures. For a reconciliation of adjusted pro forma net income, adjusted pro forma earnings per diluted share, EBITDA and adjusted EBITDA to U.S. GAAP net income, please refer to the "Non-GAAP Financial Measures" section of this press release.

Exhibit 9 - Page 149

looks to be a banner year for pop culture content, and one in which we plan to continue to expand into new categories and engage with our fans in exciting ways."

**Third Quarter 2018 Financial Results**

Net sales increased 24% to $176.9 million in the third quarter of 2018 from $142.8 million in the third quarter of 2017. The increase was primarily driven by the continued expansion of products and properties in the Company's portfolio.

In the third quarter of 2018, the number of active properties increased 38% to 553 from 400 and net sales per active property decreased 10%. On a geographical basis, net sales in the United States increased 16% to $121.3 million and net sales internationally increased 44% to $55.6 million primarily due to growth in Europe. On a product category basis, net sales of figures increased 24% to $141.8 million and net sales of other products increased 26% to $35.2 million versus the third quarter of 2017.

The tables below show the breakdown of net sales on a geographical and product category basis (in thousands):

| | Three Months Ended September 30, | | Period Over Period Change | |
| --- | --- | --- | --- | --- |
| | 2018 | 2017 | Dollar | Percentage |
| **Net sales by geography:** | | | | |
| United States | $ 121,316 | $ 104,234 | $ 17,082 | 16.4% |
| International | 55,599 | 38,578 | 17,021 | 44.1% |
| Total net sales | $ 176,915 | $ 142,812 | $ 34,103 | 23.9% |

| | Three Months Ended September 30, | | Period Over Period Change | |
| --- | --- | --- | --- | --- |
| | 2018 | 2017 | Dollar | Percentage |
| **Net sales by product:** | | | | |
| Figures | $ 141,762 | $ 114,819 | $ 26,943 | 23.5% |
| Other | 35,153 | 27,993 | 7,160 | 25.6% |
| Total net sales | $ 176,915 | $ 142,812 | $ 34,103 | 23.9% |

Gross margin[1] in the third quarter of 2018 decreased 250 basis points to 38.4% compared to 40.9% in the third quarter of 2017. The lower gross margin[1] in the third quarter of 2018 reflected a reduction in the average sales price to our European customers due in part to an increase in shipments directly from our factories for which we generally provide sales discounts, as well as selective price reductions in Europe to better align global product pricing following the Underground Toys acquisition.

SG&A expenses increased 27% to $41.3 million in the third quarter of 2018 from $32.5 million in the third quarter of 2017. The majority of the increase was driven by growth in the business, including incremental expenses associated with the Company's direct distribution model in Europe, our Loungefly operations and Funko Animation Studios. More specifically, personnel

---

[1] Gross margin is calculated as net sales less cost of sales (excluding depreciation and amortization) as a percentage of net sales.

Exhibit 9 - Page 150

and commission expenses increased $3.9 million (which includes $1.0 million of severance costs), primarily driven by the buildout of the Company's sales, operating and administrative teams worldwide, equity-based compensation increased $3.0 million, and facilities and rent expenses increased $1.9 million, primarily due to new facilities in Europe. In addition, the Company incurred approximately $2.7 million in transaction costs and other non-recurring expenses of which the majority is related to a one-time $2.0 million consent fee related to certain existing license agreements which we expect to pay in connection with the renewal of such licensing agreements.

Depreciation and amortization expense increased 18% to $10.0 million in the third quarter of 2018 from $8.4 million in the third quarter of 2017. The majority of the increase was from higher depreciation on mold and tooling costs as the Company continues to expand its product offerings and make leasehold improvements at its corporate offices and warehouse facilities.

Net interest expense decreased 37% to $5.8 million in the third quarter of 2018 from $9.1 million in the third quarter of 2017 due to lower debt levels and lower rates on borrowings.

The Company ended the third quarter of 2018 with net debt of $248.5 million, which includes total debt of $259.1 million less cash and cash equivalents of $10.6 million. See additional information regarding net debt under "Non-GAAP Financial Measures" below. Inventory was $81.2 million on September 30, 2018, versus $79.1 million on December 31, 2017, and $78.8 million on September 30, 2017.

**Increased 2018 Outlook**

For the full year 2018, Funko now expects net sales to be in a range of approximately $645 million to $650 million, up from a range of $620 million to $630 million in the outlook presented on August 9, 2018. Adjusted EBITDA is now expected to be in a range of approximately $108 million to $112 million, compared to a range of $104 million to $112 million in the August outlook. Adjusted Pro Forma EPS is now expected to be in a range of $0.68 to $0.73, up from a range of $0.60 to $0.70 in the August outlook. The Adjusted Pro Forma EPS is based on estimated adjusted pro forma average diluted shares outstanding of 51.5 million for the full year 2018.

A table summarizing this outlook has been provided at the end of this release.

**Subsequent Events**

On October 22, 2018, the Company closed a previously announced refinancing of its term loan and revolving credit facility with a group of lenders led by PNC Capital Markets and JPMorgan Chase Bank. Under the terms of the new facilities (the details of which are included in a Current Report on Form 8-K filed with the Securities and Exchange Commission on October 25, 2018), the Company's annual interest costs will be reduced significantly, beginning in the fourth quarter of 2018. The Company also expects to incur a one-time, non-cash charge of approximately $4.5 million for the write-off of remaining capitalized financing costs in the fourth quarter of 2018.

**Conference Call and Webcast**

The Company will host a conference call at 4:30 p.m. Eastern Time (1:30 p.m. Pacific Time) today, November 8, 2018, to further discuss its third quarter results. Investors and analysts can participate on the conference call by dialing (877) 407-9039 or (201) 689-8470. Interested parties can also listen to a live webcast or replay of the conference call by logging on to the Investor Relations section on the Company's website at https://investor.funko.com/. The replay of the webcast will be available for one year.

**About Funko**

Headquartered in Everett, Washington, Funko is a leading pop culture consumer products company. Funko designs, sources and distributes licensed pop culture products across multiple categories, including vinyl figures, action toys, plush, apparel, housewares and accessories for consumers who seek tangible ways to connect with their favorite pop culture brands and characters. Learn more at https://funko.com/, and follow us on Twitter (@OriginalFunko) and Instagram (@OriginalFunko).

**Presentation**

This press release presents historical results of Funko, Inc. for the third quarter ended September 30, 2018, and of Funko Acquisition Holdings, LLC ("FAH, LLC"), the predecessor of Funko, Inc. for financial reporting purposes, for the third quarter ended September 30, 2017. The initial public offering ("IPO") and related reorganization transactions (the "Transactions") that occurred on or before November 6, 2017 resulted in the Company being the sole managing member of FAH, LLC. As a result, the Company consolidates the financial results of FAH, LLC and reports a non-controlling interest in its consolidated financial statements. Accordingly, the historical results of FAH, LLC do not purport to reflect what the results of operations of Funko, Inc would have been had the Company's IPO and related transactions occurred prior to such periods. As the Transactions are considered transactions among entities under common control, the financial statements for the periods prior to the IPO and related transactions have been adjusted to combine the previously separate entities for presentation purposes. Unless otherwise indicated, all financial comparisons in this press release compare our financial results from the third quarter of 2018 to our financial results from the third quarter of 2017.

**Forward Looking Statements**

This press release contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. All statements contained in this press release that do not relate to matters of historical fact should be considered forward-looking statements, including statements regarding our anticipated financial results, the underlying trends in our business, growing demand for our products, our potential for growth, potential product launches in the fourth quarter of 2018, anticipated charges relating to our debt instruments, and future opportunities. These forward-looking statements are based on management's current expectations. These statements are neither promises nor guarantees, but involve known and unknown risks, uncertainties and other important factors that may cause our actual results, performance or achievements to be materially different from any future results, performance or achievements expressed or implied by the forward-looking statements, including, but not limited to, the following: our actual financial results for the year ending December 31, 2018 may differ from the anticipated results disclosed in this press release; our ability to maintain and realize the

7

Exhibit 9 - Page 152

full value of our license agreements; the ongoing level of popularity of our products with consumers; changes in the retail industry and markets for our consumer products; our ability to maintain our relationships with retail customers and distributors; our ability to compete effectively; fluctuations in our gross margin; our dependence on content development and creation by third parties; our ability to develop and introduce products in a timely and cost-effective manner; our ability to obtain, maintain and protect our intellectual property rights or those of our licensors; potential violations of the intellectual property rights of others; our ability to attract and retain qualified employees and maintain our corporate culture; risks associated with our international operations; changes in U.S. tax law; foreign currency exchange rate exposure; the possibility or existence of global and regional economic downturns; our dependence on vendors and outsourcers; risks relating to government regulation; risks relating to litigation, including products liability claims and securities class action litigation; any failure to successfully integrate or realize the anticipated benefits of acquisitions or investments; reputational risk resulting from our e-commerce business and social media presence; risks relating to our indebtedness and our ability to secure additional financing; the potential for our electronic data to be compromised; the influence of our significant stockholder, ACON, and the possibility that ACON's interests may conflict with the interests of our other stockholders; risks relating to our organizational structure; volatility in the price of our Class A common stock; and the potential that we will fail to establish and maintain effective internal control over financial reporting. These and other important factors discussed under the caption "Risk Factors" in our annual report on Form 10-K for the fiscal year ended December 31, 2017 and our quarterly report on Form 10-Q for the three and nine months ended September 30, 2018 and our other filings with the Securities and Exchange Commission could cause actual results to differ materially from those indicated by the forward-looking statements made in this press release. Any such forward-looking statements represent management's estimates as of the date of this press release. While we may elect to update such forward-looking statements at some point in the future, we disclaim any obligation to do so, even if subsequent events cause our views to change. These forward-looking statements should not be relied upon as representing our views as of any date subsequent to the date of this press release.

**Investor Relations:**
Sean McGowan, Liolios
FNKO@liolios.com
949-574-3860

**Media:**
Jessica Piha, Funko
jessicap@funko.com
425-783-3616

8

Exhibit 9 - Page 153

**Funko, Inc. and Subsidiaries**
**Condensed Consolidated Statements of Operations**
**(Unaudited)**

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 |
| | (In thousands, except per share data) | | | |
| Net sales | $ 176,915 | $ 142,812 | $ 452,849 | $ 346,610 |
| Cost of sales (exclusive of depreciation and amortization shown separately below) | 108,898 | 84,387 | 280,536 | 214,453 |
| Selling, general, and administrative expenses | 41,267 | 32,511 | 110,306 | 83,412 |
| Acquisition transaction costs | - | 136 | 28 | 3,222 |
| Depreciation and amortization | 9,961 | 8,433 | 28,912 | 22,755 |
| Total operating expenses | 160,126 | 125,467 | 419,782 | 323,842 |
| Income from operations | 16,789 | 17,345 | 33,067 | 22,768 |
| Interest expense, net | 5,750 | 9,091 | 17,230 | 23,768 |
| Other (income) expense, net | 1,434 | (32) | 2,594 | (145) |
| Income (loss) before income taxes | 9,605 | 8,286 | 13,243 | (855) |
| Income tax expense | 1,519 | 22 | 2,049 | 1,046 |
| Net income (loss) | 8,086 | 8,264 | 11,194 | (1,901) |
| *Less:* net income attributable to non-controlling interests | 6,056 | - | 7,848 | - |
| Net income (loss) attributable to Funko, Inc. | $ 2,030 | $ 8,264 | $ 3,346 | $ (1,901) |
| | | | | |
| Earnings per share of Class A common stock [1]: | | | | |
| Basic | $ 0.09 | | $ 0.14 | |
| Diluted | $ 0.08 | | $ 0.13 | |
| Weighted average shares of Class A common stock outstanding [1]: | | | | |
| Basic | 23,765 | | 23,484 | |
| Diluted | 26,286 | | 25,124 | |

[1] Basic and diluted earnings per Class A common stock is applicable only for the period after the Company's initial public offering.

9

Exhibit 9 - Page 154

**Funko, Inc. and Subsidiaries**
**Condensed Consolidated Balance Sheets**
**(Unaudited)**

|  | September 30, 2018 | December 31, 2017 |
|---|---|---|
|  | (In thousands, except per share amounts) | |
| **Assets** | | |
| **Current assets:** | | |
| Cash and cash equivalents | $ 10,576 | $ 7,728 |
| Accounts receivable, net | 127,026 | 115,478 |
| Inventory | 81,206 | 79,082 |
| Prepaid expenses and other current assets | 25,302 | 21,727 |
| Total current assets | 244,110 | 224,015 |
| Property and equipment, net | 44,469 | 40,438 |
| Goodwill | 112,977 | 110,902 |
| Intangible assets, net | 237,518 | 250,649 |
| Deferred tax asset | 5,795 | 51 |
| Other assets | 3,896 | 4,258 |
| Total assets | $ 648,765 | $ 630,313 |
| **Liabilities and Stockholders' Equity** | | |
| **Current liabilities:** | | |
| Line of credit | $ 54,899 | $ 10,801 |
| Current portion long-term debt, net of unamortized discount | 7,973 | 7,928 |
| Accounts payable | 34,978 | 53,428 |
| Income taxes payable | 2,371 | 2,268 |
| Accrued royalties | 31,494 | 25,969 |
| Accrued expenses and other current liabilities | 31,066 | 27,032 |
| Current portion of contingent consideration | 2,500 | 2,500 |
| Total current liabilities | 165,281 | 129,926 |
| Long-term debt, net of unamortized discount | 196,181 | 215,170 |
| Deferred tax liability | 65 | 588 |
| Deferred rent and other long-term liabilities | 10,820 | 3,474 |
| Commitments and contingencies | | |
| **Stockholders' equity:** | | |
| Class A common stock, par value $0.0001 per share, 200,000 shares authorized; 24,701 and 23,338 shares issued and outstanding as of September 30, 2018 and December 31, 2017, respectively | 2 | 2 |
| Class B common stock, par value $0.0001 per share, 50,000 shares authorized; 23,665 and 24,976 shares issued and outstanding as of September 30, 2018 and December 31, 2017, respectively | 2 | 2 |
| Additional paid-in-capital | 142,426 | 129,320 |
| Accumulated other comprehensive income | 163 | 802 |
| Retained earnings | 4,387 | 1,041 |
| Total stockholders' equity attributable to Funko, Inc. | 146,980 | 131,167 |
| Non-controlling interests | 129,438 | 149,988 |
| Total stockholders' equity | 276,418 | 281,155 |
| Total liabilities and stockholders' equity | $ 648,765 | $ 630,313 |

Exhibit 9 - Page 155

**Funko, Inc. and Subsidiaries**
**Non-GAAP Financial Measures**

Adjusted Pro Forma Net Income, Adjusted Pro Forma Earnings per Diluted Share, EBITDA and Adjusted EBITDA are supplemental measures of our performance that are not required by, or presented in accordance with, U.S. GAAP. Adjusted Pro Forma Net Income, Adjusted Pro Forma Earnings per Diluted Share, EBITDA and Adjusted EBITDA are not measurements of our financial performance under U.S. GAAP and should not be considered as an alternative to net income (loss), earnings per share or any other performance measure derived in accordance with U.S. GAAP. We define Adjusted Pro Forma Net Income as net income attributable to Funko, Inc adjusted for the reallocation of income attributable to non-controlling interests from the assumed exchange of all outstanding common units and options in FAH, LLC (or the common unit equivalent of profit interests in FAH, LLC for periods prior to the IPO) for newly issued-shares of Class A common stock of Funko, Inc. and further adjusted for the impact of certain non-cash charges and other items that we do not consider in our evaluation of ongoing operating performance.  These items include, among other things, reallocation of net income attributable to non-controlling interests, monitoring charges, non-cash charges related to equity-based compensation programs, earnout fair market value adjustments, inventory step-ups, acquisition transaction costs, foreign currency transaction gains and losses and other unusual or one-time items, and the income tax expense effect of (1) these adjustments and (2) the pass-through entity taxable income as if the parent company was a subchapter C corporation in periods prior to the IPO.  We define Adjusted Pro Forma Earnings per Diluted Share as Adjusted Pro Forma Net Income divided by the weighted-average shares of Class A common stock outstanding, assuming (1) the full exchange of all outstanding common units and options in FAH, LLC (or the common unit equivalent of profits interest in FAH, LLC for periods prior to the IPO) for newly issued-shares of Class A common stock of Funko, Inc. and (2) the dilutive effect of stock options and unvested common units, if any. We define EBITDA as net income (loss) before interest expense, net, income tax expense, depreciation and amortization. We define Adjusted EBITDA as EBITDA further adjusted for monitoring fees, non-cash charges related to equity-based compensation programs, earnout fair market value adjustments, inventory step-ups, acquisition transaction costs, foreign currency transaction gains and losses and other unusual or one-time items.  We caution investors that amounts presented in accordance with our definitions Adjusted Pro Forma Net Income, Adjusted Pro Forma Earnings per Diluted Share, EBITDA and Adjusted EBITDA may not be comparable to similar measures disclosed by our competitors, because not all companies and analysts calculate Adjusted Pro Forma Net Income, Adjusted Pro Forma Earnings per Diluted Share, EBITDA and Adjusted EBITDA in the same manner. We present Adjusted Pro Forma Net Income, Adjusted Pro Forma Earnings per Diluted Share, EBITDA and Adjusted EBITDA because we consider them to be important supplemental measures of our performance and believe they are frequently used by securities analysts, investors, and other interested parties in the evaluation of companies in our industry. Management believes that investors' understanding of our performance is enhanced by including these non-GAAP financial measures as a reasonable basis for comparing our ongoing results of operations.  Management uses Adjusted Pro Forma Net Income, Adjusted Pro Forma Earnings per Diluted Share, EBITDA and Adjusted EBITDA as a measurement of operating performance because they assist us in comparing the operating performance of our business on a consistent basis, as they remove the impact of items not directly resulting from

11

Exhibit 9 - Page 156

our core operations; for planning purposes, including the preparation of our internal annual operating budget and financial projections; as a consideration to assess incentive compensation for our employees; to evaluate the performance and effectiveness of our operational strategies; and to evaluate our capacity to expand our business.

By providing these non-GAAP financial measures, together with reconciliations, we believe we are enhancing investors' understanding of our business and our results of operations, as well as assisting investors in evaluating how well we are executing our strategic initiatives. In addition, our senior secured credit facilities use Adjusted EBITDA to measure our compliance with covenants such as senior leverage ratio. Adjusted Pro Forma Net Income, Adjusted Pro Forma Earnings per Diluted Share, EBITDA and Adjusted EBITDA have limitations as analytical tools, and should not be considered in isolation, or as an alternative to, or a substitute for net income (loss) or other financial statement data presented in this press release as indicators of financial performance. Some of the limitations are:

     • such measures do not reflect our cash expenditures, or future requirements for capital expenditures or contractual commitments;

     •such measures do not reflect changes in, or cash requirements for, our working capital needs;

     •such measures do not reflect the interest expense, or the cash requirements necessary to service interest or principal payments on our debt;

     •although depreciation and amortization are non-cash charges, the assets being depreciated and amortized will often have to be replaced in the future and such measures do not reflect any cash requirements for such replacements; and

     • other companies in our industry may calculate such measures differently than we do, limiting their usefulness as comparative measures.

Due to these limitations, Adjusted Pro Forma Net Income, Adjusted Pro Forma Earnings per Diluted Share, EBITDA and Adjusted EBITDA should not be considered as measures of discretionary cash available to us to invest in the growth of our business. We compensate for these limitations by relying primarily on our GAAP results and using these non-GAAP measures only supplementally. As noted in the table below, Adjusted Pro Forma Net Income, Adjusted Pro Forma Earnings per Diluted Share and Adjusted EBITDA include adjustments for non-cash charges related to equity-based compensation programs, earnout fair market value adjustments, inventory step-ups, acquisition transaction costs, foreign currency transaction gains and losses, and other unusual or one-time items. It is reasonable to expect that these items will occur in future periods. However, we believe these adjustments are appropriate because the amounts recognized can vary significantly from period to period, do not directly relate to the ongoing operations of our business and complicate comparisons of our internal operating results and operating results of other companies over time. In addition, Adjusted Pro Forma Net Income, Adjusted Pro Forma Earnings per Diluted Share and Adjusted EBITDA include adjustments for other items, such as monitoring fees, that we do not expect to regularly record following our IPO. Each of the normal recurring adjustments and other adjustments

12

Exhibit 9 - Page 157



described herein and in the reconciliation table below help management with a measure of our core operating performance over time by removing items that are not related to day-to-day operations.

In addition, this press release refers to the non-GAAP financial measure Net Debt, which consists of total debt as reported on the consolidated balance sheet less cash and cash equivalents. Management believes that Net Debt provides useful information to investors because it shows the Company's outstanding debt obligations that could not be satisfied by its cash and cash equivalents on hand.

The following tables reconcile Adjusted Pro Forma Net Income, Adjusted Pro Forma Earnings per Diluted Share, EBITDA and Adjusted EBITDA to the most directly comparable U.S. GAAP financial performance measure, which is net income (loss) (in thousands):

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2018 | 2017 | 2018 | 2017 |
| | (In thousands, except per share data) | | | |
| Net income (loss) attributable to Funko, Inc. | $ 2,030 | $ 8,264 | $ 3,346 | $ (1,901) |
| Reallocation of net income attributable to non-controlling interests from the assumed exchange of common units of FAH, LLC for Class A common stock [1] | 6,056 | — | 7,848 | — |
| Monitoring fees [2] | — | 489 | — | 1,470 |
| Equity-based compensation [3] | 3,607 | 583 | 5,750 | 4,328 |
| Earnout fair market value adjustment [4] | — | 22 | — | 30 |
| Inventory step-up [5] | — | — | — | 2,630 |
| Acquisition transaction costs and other expenses [6] | 2,663 | 136 | 2,691 | 4,311 |
| Severance costs [7] | 1,031 | — | 1,031 | - |
| Foreign currency transaction (gain) loss [8] | 1,434 | (32) | 2,594 | (145) |
| Income tax (expense) benefit [9] | (3,066) | (3,411) | (4,278) | (3,214) |
| Adjusted pro forma net income | 13,755 | 6,051 | 18,982 | 7,509 |
| | | | | |
| Weighted-average shares of Class A common stock outstanding-basic | 23,765 | | 23,484 | |
| Equity-based compensation awards and common units of FAH, LLC that are convertible into Class A common stock | 27,682 | | 27,046 | |
| Adjusted pro forma weighted-average shares of Class A stock outstanding - diluted | 51,447 | | 50,530 | |
| Adjusted pro forma earnings per diluted share | $ 0.27 | | $ 0.38 | |

13

Exhibit 9 - Page 158

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 |
| | (amounts in thousands) | | | |
| Net income (loss) | $ 8,086 | $ 8,264 | $ 11,194 | $ (1,901) |
| Interest expense, net | 5,750 | 9,091 | 17,230 | 23,768 |
| Income tax expense (benefit) | 1,519 | 22 | 2,049 | 1,046 |
| Depreciation and amortization | 9,961 | 8,433 | 28,912 | 22,755 |
| EBITDA | $ 25,316 | $ 25,810 | $ 59,385 | $ 45,668 |
| **Adjustments:** | | | | |
| Monitoring fees (2) | — | 489 | — | 1,470 |
| Equity-based compensation (3) | 3,607 | 583 | 5,750 | 4,328 |
| Earnout fair market value adjustment (4) | — | 22 | — | 30 |
| Inventory step-up (5) | — | — | — | 2,630 |
| Acquisition transaction costs and other expenses (6) | 2,663 | 136 | 2,691 | 4,311 |
| Severance costs (7) | 1,031 | — | 1,031 | — |
| Foreign currency transaction (gain) loss (8) | 1,434 | (32) | 2,594 | (145) |
| Adjusted EBITDA | $ 34,051 | $ 27,008 | $ 71,451 | $ 58,292 |

(1)    Represents the reallocation of net income attributable to non-controlling interests from the assumed exchange of common units of FAH, LLC for Class A common stock in periods in which income was attributable to non-controlling interests.

(2)    Represents monitoring fees paid pursuant to a management services agreement with ACON that was entered into in connection with the ACON Acquisition, which terminated upon the consummation of the IPO in November 2017.

(3)    Represents non-cash charges related to equity-based compensation programs, which vary from period to period depending on timing of awards.

(4)    Reflects the increase in the fair value of contingent liabilities incurred in connection with the Underground Toys acquisition.

(5)    Represents a non-cash adjustment to cost of sales resulting from the Underground Toys acquisition.

(6)    Represents legal, accounting, and other related costs incurred in connection with the IPO, acquisitions and other transactions.  Included for the three and nine months ended September 30, 2018 is a one-time $2.0 million consent fee related to certain existing license agreements which we expect to pay in connection with the renewal of such licensing agreements.

(7)    Represents severance costs incurred in connection with the departure of certain members of senior management, including the founders of Loungefly.

(8)    Represents both unrealized and realized foreign currency (gains) losses on transactions other than in U.S. dollars.

(9)    Represents the income tax expense (benefit) effect of (i) the above adjustments and (ii) the pass-through entity taxable income as if the parent company were a subchapter C corporation in periods prior to the IPO. This adjustment uses an effective tax rate of 25% for the three and nine months ended September 30, 2018 and 36.2% for the three and nine months ended September 30, 2017, respectively.

Exhibit 9 - Page 159

**Guidance Reconciliation of Net Income to EBITDA, Adjusted EBITDA, Adjusted Pro Forma Net Income and Adjusted Pro Forma Earnings per Diluted Share**

| | Estimated Range for the Year Ended December 31, 2018 | | | |
| --- | --- | --- | --- | --- |
| | (In millions except per share amounts) | | | |
| Net income | $ | 22.6 | $ | 25.5 |
| Interest expense, net | | 22.1 | | 22.3 |
| Income tax expense | | 4.9 | | 5.5 |
| Depreciation and amortization | | 39.1 | | 39.4 |
| EBITDA | $ | 88.7 | $ | 92.7 |
| Adjustments: | | | | |
| Equity-based compensation [1] | | 8.4 | | 8.4 |
| Acquisition transaction costs and other expenses [2] | | 2.7 | | 2.7 |
| Severance costs [3] | | 1.1 | | 1.1 |
| Loss on extinguishment of debt | | 4.5 | | 4.5 |
| Foreign currency transaction (gain) loss [4] | | 2.6 | | 2.6 |
| Adjusted EBITDA | $ | 108.0 | $ | 112.0 |
| | | | | |
| Net income | $ | 22.6 | $ | 25.5 |
| Equity-based compensation [1] | | 8.4 | | 8.4 |
| Acquisition transaction costs and other expenses [2] | | 2.7 | | 2.7 |
| Severance costs [3] | | 1.1 | | 1.1 |
| Loss on extinguishment of debt | | 4.5 | | 4.5 |
| Foreign currency transaction (gain) loss [4] | | 2.6 | | 2.6 |
| Income tax expense [5] | | (6.8) | | (7.0) |
| Adjusted net income | $ | 35.1 | $ | 37.8 |
| | | | | |
| Weighted-average shares of Class A common stock outstanding | | 23.8 | | 23.8 |
| Equity-based compensation awards and common units of FAH, LLC that are convertible into Class A common stock | | 27.7 | | 27.7 |
| Adjusted weighted-average shares of Class A stock outstanding - diluted | | 51.5 | | 51.5 |
| | | | | |
| Adjusted earnings per diluted share | $ | 0.68 | $ | 0.73 |

[1] Represents non-cash charges related to equity-based compensation programs, which vary from period to period depending on timing of awards.

[2] Represents legal, accounting, and other related costs incurred in connection with the IPO, acquisitions and other transactions. Included for the year ended December 31, 2018 is a one-time $2.0 million consent fee related to certain existing license agreements which we expect to pay in connection with the renewal of such licensing agreements.

[3] Represents severance costs incurred in connection with the departure of certain members of senior management, including the founders of Loungefly.

[4] Represents both unrealized and realized foreign currency (gains) losses on transactions other than in U.S. dollars.

Exhibit 9 - Page 160

(5)    Represents the income tax expense (benefit) effect of (i) the above adjustments and (ii) the pass-through entity taxable income as if the parent company were a subchapter C corporation in periods

prior to the IPO. This adjustment uses an effective tax rate of 25% for the year ended December 31, 2018.

16

Exhibit 9 - Page 161

Exhibit 99.2

# Third Quarter 2018 Earnings

November 8, 2018



## Cautionary Notes



This presentation contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. All statements other than statements of historical facts contained in this presentation, including statements regarding our future results of operations and financial position, anticipated effects of the refinancing our debt, industry dynamics, our mission, growth opportunities and business strategy and plans and our objectives for future operations, are forward-looking statements. The words "may," "will," "should," "expects," "plans," "anticipates," "could," "intends," "targets," "projects," "contemplates," "believes," "estimates," "predicts," "potential" or "continue" or the negative of these terms and similar expressions are intended to identify forward-looking statements. The forward-looking statements in this presentation are only predictions. We have based these forward-looking statements largely on our current expectations and projections about future events and financial trends that we believe may affect our business, financial condition and results of operations. Forward-looking statements involve known and unknown risks, uncertainties and other important factors that may cause our actual results, performance or achievements to be materially different from any future results, performance or achievements expressed or implied by the forward-looking statements, including without limitation our ability to maintain and realize the full value of our license agreements; the ongoing level of popularity of our products with consumers; changes in the retail industry and markets for our consumer products; our ability to maintain our relationships with retail customers and distributors; our ability to compete effectively; fluctuations in our gross margin; our dependence on content development and creation by third parties; our ability to develop and introduce products in a timely and cost-effective manner; risks relating to intellectual property; our ability to attract and retain qualified employees and maintain our corporate culture; risks associated with our international operations; changes in U.S. tax law; foreign currency exchange rate exposure; economic downturns; our dependence on vendors and outsourcers; risks relating to government regulation; risks relating to litigation; any failure to successfully integrate or realize the anticipated benefits of acquisitions or investments; reputational risk resulting from our e-commerce business and social media presence; risks relating to our indebtedness and our ability to secure additional financing; the potential for our electronic data to be compromised, and the important factors discussed under the caption "Risk Factors" in our Form 10-Q for the quarter ended September 30, 2018 and our other filings with the Securities and Exchange Commission.

Because forward-looking statements are inherently subject to risks and uncertainties, some of which cannot be predicted or quantified, you should not rely on these forward-looking statements as predictions of future events. The events and circumstances reflected in our forward-looking statements may not be achieved or occur and actual results could differ materially from those projected in the forward-looking statements. In addition, statements that "we believe" and similar statements reflect our beliefs and opinions on the relevant subject. These statements are based upon information available to us as of the date hereof, and while we believe such information forms a reasonable basis for such statements, such information may be limited or incomplete, and our statements should not be read to indicate that we have conducted an exhaustive inquiry into, or review of, all potentially available relevant information. These statements are inherently uncertain and investors are cautioned not to unduly rely upon these statements. You should read this presentation with the understanding that our actual future results, levels of activity, performance and achievements may be materially different from what we expect. We qualify all of our forward-looking statements by these cautionary statements. These forward-looking statements speak only as of the date of this presentation, and except as otherwise required by law, we do not plan to publicly update or revise any forward-looking statements contained in this presentation, whether as a result of any new information, future events or otherwise.

Unless otherwise indicated, information contained in this presentation concerning our industry, competitive position and the markets in which we operate is based on information from independent industry and research organizations, other third-party sources and management estimates. Management estimates are derived from publicly available information released by independent industry analysts and other third-party sources, as well as data from our internal research, and are based on assumptions made by us upon reviewing such data, and our experience in, and knowledge of, such industry and markets, which we believe to be reasonable. In addition, projections, assumptions and estimates of the future performance of the industry in which we operate and our future performance are necessarily subject to uncertainty and risk due to a variety of factors, including those described above. These and other factors could cause results to differ materially from those expressed in the estimates made by independent parties and by us.

2



Funko is built on the principle that **everyone** is a fan of **something**

# Third Quarter 2018 Snapshot



**Net Sales**
24% YoY Growth

- Net Sales **increased 24% to $176.9m** in Q3'18 compared to Q3'17
- Net Sales growth driven by **broad-based growth** across product categories and geographies

**Pop! Brand**
> 30% YoY Growth

- Continued global momentum in the Pop! brand
- **Pop! Vinyl itself grew 26%** in Q3'18 compared to Q3'17

**Adj. EBITDA**[1]
26% YoY Growth

- Adj. EBITDA[1] **increased 26% to $34.1m** in Q3'18 compared to Q3'17
- **Adj. EBITDA margin**[1] **increased 30bps** in Q3'18 compared to Q3'17

**Retail Sell-Thru**
Up High-Teens YoY

- Through Q3'18, retail sell-thru continued to be strong and was **up high-teens at our major US retailers**
- At the end of Q3'18, **inventory at retail continued to be down low double digits** YoY

**Adj. Pro Forma Net Income**[1]
127% YoY Growth

- Adj. Pro Forma Net Income[1] **increased 127% to $13.8m** in Q3'18 driven by growth in sales, lower interest expense and a decrease in corporate income tax rate

**Fan Engagement**
> 60 million views in Q3'18

- Animated shorts generated **over 150 million views YTD**
- In Q3'18, Funko had a presence at the San Diego, London, South Africa and Russia Comic-Cons

(1)   Adjusted EBITDA, Adjusted EBITDA margin and Adjusted Pro Forma Net Income are non-GAAP measures. Please see the Supplemental Financial Information section for a reconciliation to the most directly comparable GAAP measures for Adjusted EBITDA and Adjusted Pro Forma Net Income. Adjusted EBITDA margin is defined as Adjusted EBITDA divided by net sales.
Note: YTD represents the period from January 1, 2018 through September 30 2018.

# Q3 & YTD Earnings Summary



| $ in millions, except per share and net sales per active property, unaudited | 3Q'18 | 3Q'17 | % Change | YTD'18 | YTD'17 | % Change |
|---|---|---|---|---|---|---|
| Net Sales | $176.9 | $142.8 | 23.9% | $452.8 | $346.6 | 30.7% |

Exhibit 9 - Page 163

| | | | | | | |
|---|---|---|---|---|---|---|
| Gross Margin %[1] | 38.4% | 40.9% | | 38.1% | 38.1% | |
| **Operating Income** | $16.8 | $17.3 | (3.2%) | $33.1 | $27.8 | 45.2% |
| Operating Margin % | 9.5% | 12.1% | | 7.3% | 6.6% | |
| **Net Income (Loss)** | $8.1 | $8.3 | (2.2%) | $11.2 | ($1.9) | NM |
| **Adj. Pro Forma Net Income[2]** | $13.8 | $6.1 | 127.3% | $19.0 | $7.5 | 152.8% |
| Adj. Pro Forma Net Income Margin[2] | 7.8% | 4.2% | | 4.2% | 2.2% | |
| **Adj. Pro Forma Earnings per Share[2]** | $0.27 | N/A | N/A | $0.38 | N/A | N/A |
| **Adj. EBITDA[2]** | $34.1 | $27.0 | 26.1% | $71.5 | $58.3 | 22.6% |
| Adj. EBITDA Margin %[2] | 19.2% | 18.9% | | 15.8% | 16.8% | |

(1)  Gross Profit and Gross Margin are calculated exclusive of depreciation and amortization.
(2)  Adjusted EBITDA, Adjusted EBITDA margin, Adjusted Pro Forma Net Income, Adjusted Pro Forma GAAP Income Margin and Adjusted Pro Forma Earnings per Share are non-GAAP measures. Please see the Supplemental Financial Information section for a reconciliation to the most directly comparable GAAP measures for Adjusted EBITDA and Adjusted Pro Forma Net Income. Adjusted EBITDA margin is defined as Adjusted EBITDA divided by Net Sales. Adjusted Pro Forma Net Income Margin is defined as Adjusted Pro Forma Net Income divided by Net Sales.

---

# Q3 & YTD Active Properties & Net Sales per Active Property



| Active Properties & Net Sales per Active Property | |
|---|---|
| **Third Quarter** | **Year to Date** |

$ in thousands

■ Active Properties   — Net Sales per Active Property

**Third Quarter**
- Q3'17: 400, $357
- Q3'18: 553, $320
- Active Properties up **38%**
- Net Sales per Active Property down **10%**

**Year to Date**
- YTD'17: 468, $741
- YTD'18: 600, $755
- Active Properties up **28%**
- Net Sales per Active Property up **2%**

Funko is built on having a **large and diverse set of licenses** with the **ability to access evergreen content**, which allows us to **not be hit-driven**

---

# Top Properties Breakout

| | Q4'17 | Q1'18 | Q2'18 | Q3'18 | |
|---|---|---|---|---|---|
| 1 | STRANGER THINGS | AVENGERS INFINITY WAR | Harry Potter | Harry Potter | No property was **> 7% of sales** in Q3'18 |
| 2 | STAR WARS | Rick and Morty | DEADPOOL | NIGHTMARE BEFORE CHRISTMAS | |
| 3 | Five Nights at Freddy's | GAME OF THRONES | AVENGERS INFINITY WAR | MARVEL | Top 10 properties were only **34% of sales** in Q3'18 |
| 4 | STAR WARS | STAR WARS | STRANGER THINGS | OVERWATCH | |
| 5 | Rick and Morty | Harry Potter | Disney | Disney | Evergreen content was |











Exhibit 9 - Page 165

| Q3'17 | Q3'18 | YTD'17 | YTD'18 | Q3'17 | Q3'18 | YTD'17 | YTD'18 |
|---|---|---|---|---|---|---|---|

➤ **Excluding Loungefly, U.S. specialty channel is up over 30% YTD** due to increased shelf space and sell-through

➤ 3rd party **e-commerce sites are up over 55% YTD**

➤ In Q3'18, **sell-through was up mid-teens** at our major US retailers that we are able to monitor

➤ **European sales were up 49%** in Q3 and **73% YTD**

➤ Activated **1,600 new doors across EMEA**

➤ Activated **1,100 new doors in Latin and South America**











Consistently we see retailers looking to get into the business of pop culture and *Funko* is often their solution



Exhibit 9 - Page 166





## Thalia Activation (Germany)

## Other International Activations


FANTASY WORLD (Kuwait)


Virgin MEGASTORE (UAE)


Carrefour (Spain)







Exhibit 9 - Page 167







Exhibit 9 - Page 168



### Adjusted EBITDA[1]

| | Third Quarter | | Year to Date | |
|---|---|---|---|---|
| | 26% Growth | | 23% Growth | |
| | Q3'17 $27.0 | Q3'18 $34.1 | YTD'17 $58.3 | YTD'18 $71.5 |
| Adj. EBITDA Margin %[1] | 18.9% | 19.2% | 16.8% | 15.8% |

$ in millions, unaudited

**Adj. EBITDA Margin[1] increased 30bps in Q3'18 over prior year; beginning to gain operating leverage in Q3'18**

(1) See Supplemental Financial Information section for a reconciliation of Adjusted EBITDA, a non-GAAP measure, to the most directly comparable GAAP measure. Adjusted EBITDA margin is defined as Adjusted EBITDA divided by net sales.



## Q3 & YTD Adjusted Pro Forma Net Income[1]

### Adjusted Pro Forma Net Income[1]

| | Third Quarter | | Year to Date | |
|---|---|---|---|---|
| | 127% Growth | | 153% Growth | |
| | Q3'17 $6.1 | Q3'18 $13.8 | YTD'17 $7.5 | YTD'18 $19.0 |
| Adjusted Pro Forma Net Income Margin[1] | 4.2% | 7.8% | 2.2% | 4.2% |

$ in millions, unaudited

**Adjusted Pro Forma Net Income improving due to the growth in net sales, reductions in interest expense and the decrease in the corporate income tax rate**

(1) See Supplemental Financial Information section for a reconciliation of Adjusted Pro Forma Net Income, a non-GAAP measures, to the most directly comparable GAAP measure. Adjusted Pro Forma Net Income margin is defined as Adjusted Pro Forma Net Income divided by net sales.





## Key Balance Sheet Highlights

| $ in millions, unaudited | 9/30/2018 | 12/31/2017 | % Change |
|---|---|---|---|
| Cash & Cash Equivalents | $10.6 | $7.7 | 36.9% |



24

Exhibit 9 - Page 169



| | | | |
|---|---|---|---|
| Accounts Receivable, net | $127.0 | $115.5 | 10.0% |
| Inventory | $81.2 | $79.1 | 2.7% |
| Total Debt(1) | $259.1 | $233.9 | 10.8% |
| Net Debt(2) | $248.5 | $226.2 | 9.9% |

(1) Total Debt is defined as Line of Credit Outstandings plus Current Portion of Long-Term Debt, Net of Unamortized Discount plus Long-Term Debt, Net of Unamortized Discount.
(2) Net Debt, a Non-GAAP financial measure, is defined as Total Debt less Cash & Cash Equivalents.

# Fiscal Year 2018 Guidance

| Fiscal Year 2018 Guidance Range(1) | | % Growth YoY |
|---|---|---|
| Net Sales | $645 to $650 million | 25% to 26% |
| Adjusted EBITDA(2) | $108 to $112 million | 20% to 25% |
| Adjusted Pro Forma EPS(2) | $0.68 to $0.73 | 100% to 115% |



(1) The guidance should be read in conjunction with Funko's third quarter 2018 release issued on November 8, 2018 and is as of such date, and does not take into account any future changes in currency fluctuation.
(2) Adjusted EBITDA and Adjusted Pro Forma Earnings per Share are non-GAAP measures. Please see the Supplemental Financial Information section for a reconciliation to the most directly comparable GAAP measures for Adjusted EBITDA and Adjusted Pro Forma Earnings per Share.

# Refinancing Benefits and Overview



**Refinancing Benefits**

➢ **Interest rate on term loan is expected to be ~3.0% lower**, resulting in significant interest savings

➢ We estimate **~$1.0 million in interest expense savings in the fourth quarter of 2018**

➢ We estimate **~$7.8 million in interest expense savings in 2019**

➢ We estimate the average annual interest expense savings over the next five years will be ~$6.8 million per year, with ~$6.0 million of that in cash savings

➢ **$235.0 million term loan and $50.0 million revolving credit facility**



## Refinancing Overview

- ➤ Matures in October 2023, five years from the closing date
- ➤ Loans will initially bear interest at **LIBOR plus 3.25%**
- ➤ $25.0 million increase option
- ➤ Due to the refinancing, in Q4'18 we anticipate we will recognize a one-time non-cash expense of $4.5 million related to a portion of the remaining unamortized original issue discount
- ➤ For more information regarding the financing, please refer to our Form 8-K filed with the SEC on October 25, 2018



20

---

# Supplemental Financial Information



---

## Q3 and YTD Condensed Consolidated Statements of Operations



$ in thousands, unaudited

| | 3Q'18 | 3Q'17 | % Change | YTD'18 | YTD'17 | % Change |
|---|---|---|---|---|---|---|
| **Net Sales** | $176,915 | $142,812 | 23.9% | $452,849 | $346,610 | 30.7% |
| Cost of Sales[1] | 108,898 | 84,387 | 29.0% | 280,536 | 214,453 | 30.8% |
| **Gross Profit[1]** | 68,017 | 58,425 | 16.4% | 172,313 | 132,157 | 30.4% |
| *Gross Margin[1]* | *38.4%* | *40.9%* | | *38.1%* | *38.1%* | |
| Selling, General and Administrative Expenses | 41,267 | 32,511 | 26.9% | 110,306 | 83,412 | 32.2% |
| Acquisition Transaction Costs | - | 136 | N/A | 28 | 3,222 | (99.1%) |
| Depreciation and Amortization | 9,961 | 8,433 | 18.1% | 28,912 | 22,755 | 27.1% |
| **Income from Operations** | 16,789 | 17,345 | (3.2%) | 33,067 | 22,768 | 45.2% |
| Interest Expense, net | 5,750 | 9,091 | (36.8%) | 17,230 | 23,768 | (27.5%) |
| Other (Income) Expense, net | 1,434 | (32) | NM | 2,594 | (145) | NM |
| **Income (Loss) before Income Taxes** | 9,605 | 8,286 | 15.9% | 13,243 | (855) | NM |
| Income Tax Expense | 1,519 | | NM | 2,049 | | 95.0% |

26

Exhibit 9 - Page 171

| | | | | | | |
|---|---|---|---|---|---|---|
| Net Income (Loss) | $8,086 | | (2.2%) | $11,194 | ($1,901) | NM |
| Net Income Attributable to Non-Controlling Interests | 6,056 | – | N/A | 7,848 | – | N/A |
| Net Income (loss) Attributable to Funko, Inc. | $2,030 | $8,264 | (75.4%) | $3,346 | ($1,901) | NM |

(1) Cost of Sales, Gross Profit and Gross Margin are shown exclusive of depreciation and amortization.

# Condensed Consolidated Balance Sheet



| $ in thousands, unaudited | 9/30/2018 | 12/31/2017 |
|---|---|---|
| Cash and Cash Equivalents | $10,576 | $7,728 |
| Accounts Receivable, net | 127,026 | 115,478 |
| Inventory | 81,206 | 79,082 |
| Prepaid Expenses & Other Current Assets | 25,302 | 21,727 |
| **Total Current Assets** | **244,110** | **224,015** |
| Property & Equipment, net | 44,469 | 40,438 |
| Goodwill | 112,977 | 110,902 |
| Intangible Assets, net | 237,518 | 250,649 |
| Deferred Tax Asset | 5,795 | 51 |
| Other Assets | 3,896 | 4,258 |
| **Total Assets** | **$648,765** | **$630,313** |
| Line of Credit | $54,899 | $10,801 |
| Current Portion of Long-Term Debt, net | 7,973 | 7,928 |
| Accounts Payable | 34,978 | 53,428 |
| Income Taxes Payable | 2,371 | 2,268 |
| Accrued Royalties | 31,494 | 25,969 |
| Accrued Expenses & Other Current Liabilities | 31,066 | 27,032 |
| Current Portion of Contingent Consideration | 2,500 | 2,500 |
| **Total Current Liabilities** | **165,281** | **129,926** |
| Long-Term Debt, net | 196,181 | 215,170 |
| Deferred Tax Liability | 65 | 588 |
| Deferred Rent & Other Long-Term Liabilities | 10,820 | 3,474 |
| **Total Liabilities** | **372,347** | **349,158** |
| Total Shareholders' Equity Attributable to Funko, Inc. | 146,980 | 131,167 |
| Non-Controlling Interests | 129,438 | 149,988 |
| **Total Liabilities & Stockholders' Equity** | **$648,765** | **$630,313** |

# Reconciliation of Non-GAAP Financial Metrics



| | Three Months Ended September 30, | | Nine Months Ended September 30, | | Year Ended December 31, |
|---|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 | 2017 |
| | | | (In thousands, except per share data, unaudited) | | |
| Net Income (loss) attributable to Funko, Inc. | $ 2,030 | $ 8,264 | $ 3,346 | $ (1,901) | $ 3,725 |
| Reallocation of net income attributable to non-controlling interests from the assumed exchange of common units of FAH, LLC for Class A common stock [1] | 6,056 | — | 7,848 | — | 1,875 |
| Monitoring fees [2] | — | 489 | — | 1,470 | 1,676 |
| Equity-based compensation [3] | 3,607 | 583 | 5,750 | 4,328 | 5,574 |
| Earnout fair market value adjustment [4] | — | 22 | — | 30 | 30 |
| Inventory step-up [5] | — | — | — | 2,630 | 3,182 |
| Acquisition transaction costs and other expenses [6] | 2,663 | 136 | 2,691 | 4,311 | 5,336 |
| Severance costs [7] | 1,031 | — | 1,031 | – | – |
| Loss on extinguishment of debt | — | — | — | – | 5,103 |
| Foreign currency transaction (gain) loss [8] | 1,434 | (32) | 2,594 | (145) | (733) |
| Income tax (expense) benefit [9] | (3,066) | (3,411) | (4,278) | (3,214) | (8,343) |
| Adjusted pro forma net income | 13,755 | 6,051 | 18,982 | 7,509 | 17,423 |
| Adjusted pro forma net income margin [10] | 7.8% | 4.2% | 4.2% | 2.2% | 3.4% |
| Weighted-average shares of Class A common stock outstanding-basic | 23,765 | | 23,484 | | 23,338 |
| Equity-based compensation awards and common units of FAH, LLC that are convertible into Class A common stock | 27,682 | | 27,046 | | 27,297 |
| Adjusted pro forma weighted-average shares of Class A stock outstanding - diluted | 51,447 | | 50,530 | | 50,635 |
| Adjusted pro forma earnings per diluted share | $ 0.27 | | $ 0.38 | | $ 0.34 |

(1)   Represents the reallocation of net income attributable to non-controlling interests from the assumed exchange of common units of FAH, LLC for Class A common stock in periods in which income was attributable to non-controlling interests.
(2)   Represents monitoring fees paid pursuant to a management services agreement with ACON that was entered into in connection with the ACON acquisition, which terminated upon the consummation of the IPO in November 2017.
(3)   Represents non-cash charges related to equity-based compensation programs, which vary from period to period depending on timing of awards.
(4)   Reflects the increase in the fair value of contingent liabilities incurred in connection with the Underground Toys acquisition.
(5)   Represents a non-cash adjustment to cost of sales resulting from the Underground Toys acquisition and Loungefly acquisition.
(6)   Represents legal, accounting, and other related costs incurred in connection with the IPO, acquisitions and other transactions. Included for the three and nine months ended September 30, 2018 is a one-time $2.0 million consent fee related to certain existing license agreements which we expect to pay in connection with the renewal of such licensing agreements.
(7)   Represents severance costs incurred in connection with the departure of certain members of senior management, including the founders of Loungefly.
(8)   Represents both unrealized and realized foreign currency (gains) losses on transactions other than in U.S. dollars.

Exhibit 9 - Page 172

(9)   Represents the income tax expense (benefit) effect of (i) the above adjustments and (ii) the pass-through entity taxable income as if the parent company were a subchapter C corporation in periods prior to the IPO. This adjustment uses an effective tax rate of 25% for the three and nine months ended September 30, 2018 and 36.2% for the three and nine months ended September 30, 2017, respectively.

(10)   Adjusted pro forma net income margin, a non-GAAP measure, is defined as adjusted pro forma net income divided by net sales.

# Reconciliation of Non-GAAP Financial Metrics Cont.



| | Three Months Ended September 30, | | | | Nine Months Ended September 30, | | | | Year Ended December 31, | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2018 | | 2017 | | 2018 | | 2017 | | 2017 | |
| | | | | | (amounts in thousands, unaudited) | | | | | |
| Net income (loss) | $ | 8,086 | $ | 8,264 | $ | 11,194 | $ | (1,901) | $ | 5,600 |
| Interest expense, net | | 5,750 | | 9,091 | | 17,230 | | 23,768 | | 30,636 |
| Income tax expense | | 1,519 | | 22 | | 2,049 | | 1,046 | | 1,540 |
| Depreciation and amortization | | 9,961 | | 8,433 | | 28,912 | | 22,755 | | 31,975 |
| EBITDA | $ | 25,316 | $ | 25,810 | $ | 59,385 | $ | 45,668 | $ | 69,751 |
| Adjustments: | | | | | | | | | | |
| Monitoring fees [1] | | — | | 489 | | — | | 1,470 | | 1,676 |
| Equity-based compensation [2] | | 3,607 | | 583 | | 5,750 | | 4,328 | | 5,574 |
| Earnout fair market value adjustment [3] | | — | | 22 | | — | | 30 | | 30 |
| Inventory step-up [4] | | — | | — | | — | | 2,630 | | 3,182 |
| Acquisition transaction costs and other expenses [5] | | 2,663 | | 136 | | 2,691 | | 4,311 | | 5,336 |
| Severance costs [6] | | 1,031 | | — | | 1,031 | | — | | — |
| Loss on extinguishment of debt | | — | | — | | — | | — | | 5,103 |
| Foreign currency transaction (gain) loss [7] | | 1,434 | | (32) | | 2,594 | | (145) | | (733) |
| Adjusted EBITDA | $ | 34,051 | $ | 27,008 | $ | 71,451 | $ | 58,292 | $ | 89,919 |
| Adjusted EBITDA margin [8] | | 19.2% | | 18.9% | | 15.8% | | 16.8% | | 17.4% |

(1)   Represents monitoring fees paid pursuant to a management services agreement with ACON that was entered into in connection with the ACON acquisition, which terminated upon the consummation of the IPO in November 2017.
(2)   Represents non-cash charges related to equity-based compensation programs, which vary from period to period depending on timing of awards.
(3)   Reflects the increase in the fair value of contingent liabilities incurred in connection with the Underground Toys acquisition.
(4)   Represents a non-cash adjustment to cost of sales resulting from the Underground Toys acquisition and Loungefly acquisition.
(5)   Represents legal, accounting, and other related costs incurred in connection with the IPO, acquisitions and other transactions. Included for the three and nine months ended September 30, 2018 is a one-time $2.0 million consent fee related to certain existing license agreements which we expect to pay in connection with the renewal of such licensing agreements.
(6)   Represents severance costs incurred in connection with the departure of certain members of senior management, including the founders of Loungefly.
(7)   Represents both unrealized and realized foreign currency (gains) losses on transactions other than in U.S. dollars.
(8)   Adjusted EBITDA margin, a non-GAAP measure, is defined as adjusted EBITDA divided by net sales.

# Guidance Reconciliation of Net Income to EBITDA, Adjusted EBITDA, Adjusted Pro Forma Net Income and Adjusted Pro Forma Earnings per Diluted Share



| | Estimated Range for the Year Ended December 31, 2018 | | | |
| --- | --- | --- | --- | --- |
| | (In millions except per share amounts) | | | |
| Net income | $ | 22.6 | $ | 25.5 |
| Interest expense, net | | 22.1 | | 22.3 |
| Income tax expense | | 4.9 | | 5.5 |
| Depreciation and amortization | | 39.1 | | 39.4 |
| EBITDA | $ | 88.7 | $ | 92.7 |
| Adjustments: | | | | |
| Equity-based compensation [1] | | 8.4 | | 8.4 |
| Acquisition transaction costs and other expenses [2] | | 2.7 | | 2.7 |
| Severance costs [3] | | 1.1 | | 1.1 |
| Loss on extinguishment of debt | | 4.5 | | 4.5 |
| Foreign currency transaction (gain) loss [4] | | 2.6 | | 2.6 |
| Adjusted EBITDA | $ | 108.0 | $ | 112.0 |
| | | | | |
| Net income | $ | 22.6 | $ | 25.5 |
| Equity-based compensation [1] | | 8.4 | | 8.4 |
| Acquisition transaction costs and other expenses [2] | | 2.7 | | 2.7 |
| Severance costs [3] | | 1.1 | | 1.1 |
| Loss on extinguishment of debt | | 4.5 | | 4.5 |
| Foreign currency transaction (gain) loss [4] | | 2.6 | | 2.6 |
| Income tax expense [5] | | (6.8) | | (7.0) |
| Adjusted pro forma net income | $ | 35.1 | $ | 37.8 |
| | | | | |
| Weighted-average shares of Class A common stock outstanding | | 23.8 | | 23.8 |
| Equity-based compensation awards and common units of FAH, LLC that are convertible into Class A common stock | | 27.7 | | 27.7 |
| Adjusted pro form aweighted-average shares of Class A stock outstanding - diluted | | 51.5 | | 51.5 |
| | | | | |
| Adjusted pro forma earnings per diluted share | $ | 0.68 | $ | 0.73 |

(1)   Represents non-cash charges related to equity-based compensation programs, which vary from period to period depending on timing of awards.
(2)   Represents legal, accounting, and other related costs incurred in connection with the IPO, acquisitions and other transactions. Additionally, included is a one-time $2.0 million consent fee related to certain existing license agreements which we expect to pay in connection with the renewal of such licensing agreements.
(3)   Represents severance costs incurred in connection with the departure of certain members of senior management, including the founders of Loungefly.
(4)   Represents both unrealized and realized foreign currency (gains) losses on transactions other than in U.S. dollars.
(5)   Represents the income tax expense (benefit) effect of (i) the above adjustments and (ii) the pass-through entity taxable income as if the parent company were a subchapter C corporation in periods prior to the IPO. This adjustment uses an effective tax rate of 25%.

This supplemental financial information and guidance included herein should be read in conjunction with Funko's third quarter 2018 release issued on November 8, 2018 and is as of such date, and does not take into account any future changes in currency fluctuation

28

Exhibit 9 - Page 173

29



Exhibit 9 - Page 174