# EXHIBIT 10

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

---

# FORM 8-K

### CURRENT REPORT
**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**February 28, 2019**
Date of Report (Date of earliest event reported)

---

# FUNKO, INC.
(Exact Name of Registrant as Specified in its Charter)

| **Delaware** | **001-38274** | **3-2593276** |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**2802 Wetmore Avenue**
**Everett, Washington 98201**
(Address of Principal Executive Offices) (Zip Code)

**(425) 783-3616**
(Registrant's telephone number, including area code)

(Former Name or Former Address, if Changed Since Last Report)

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (*see* General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☒

---

Exhibit 10 - Page 175

**Item 2.02. Results of Operations and Financial Condition.**

On February 28, 2019, Funko, Inc. (the "Company") announced its financial results for the quarter and fiscal year ended December 31, 2018. The full text of the press release (the "Press Release") issued in connection with the announcement is furnished as Exhibit 99.1 to this report and is incorporated herein by reference.  The information contained in the website cited in the Press Release is not incorporated herein.

**Item 7.01. Regulation FD Disclosure.**

The slides for the Company's earnings presentation on February 28, 2019 for the quarter and fiscal year ended December 31, 2018, are furnished as Exhibit 99.2 to this report.

The information in this report (including Exhibits 99.1 and 99.2) shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that section, nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as expressly set forth by specific reference in such a filing.

**Item 9.01 Financial Statements and Exhibits.**

(d)   Exhibits:

| Exhibit No. | Description |
| --- | --- |
| Exhibit 99.1 | Press release of Funko, Inc. issued February 28, 2019. |
| Exhibit 99.2 | Earnings presentation of Funko, Inc. dated February 28, 2019. |

2

Exhibit 10 - Page 176

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date: February 28, 2019                                                                 **FUNKO, INC.**


By:        /s/ Russell Nickel
_____

Russell Nickel

Chief Financial Officer (Principal Financial Officer)

3

Exhibit 10 - Page 177

**Exhibit 99.1**

# Funko Reports Fourth Quarter and Fiscal 2018 Financial Results

## Fourth Quarter Sales Increased 38% to $233 Million

**EVERETT, Wash. February 28, 2019**-- Funko, Inc. ("Funko," or the "Company") (Nasdaq: FNKO), a leading pop culture consumer products company, today reported its consolidated financial results for the fourth quarter and fiscal year ended December 31, 2018.

**Fourth Quarter 2018 Highlights**

- Net sales increased 38% to $233.2 million

- Gross profit[1] increased 29% to $85.7 million

- Gross margin[1] decreased 260 basis points to 36.7%

- Income from operations increased 57% to $30.5 million

- Net income increased 128% to $17.1 million and earnings per diluted share were $0.23

- Adjusted pro forma net income[2] improved 127% or $12.6 million to $22.5 million and adjusted pro forma earnings per diluted share[2] were $0.44, up 120% over the prior year

- Adjusted EBITDA[2] increased 42% to $44.8 million

**Fiscal 2018 Highlights**

- Net sales increased 33% to $686.1 million

- Gross profit[1] increased 30% to $258.0 million

- Gross margin[1] decreased 90 basis points to 37.6%

- Income from operations increased 51% to $63.5 million

---

[1] Gross profit is calculated as net sales less cost of sales (excluding depreciation and amortization).  Gross margin is calculated as net sales less cost of sales (excluding depreciation and amortization) as a percentage of net sales.

[2] Adjusted pro forma net income, adjusted pro forma earnings per diluted share, EBITDA and adjusted EBITDA are non-GAAP measures. For a reconciliation of adjusted pro forma net income, adjusted pro forma earnings per diluted share, EBITDA and adjusted EBITDA to the most directly comparable U.S. GAAP financial measures, please refer to the "Non-GAAP Financial Measures" section of this press release.

Exhibit 10 - Page 178

- Net income increased 406% to $28.3 million and earnings per diluted share were $0.37

- Adjusted pro forma net income[2] improved 138% or $24.1 million to $41.5 million and adjusted pro forma earnings per diluted share[2] were $0.82

- Adjusted EBITDA[2] increased 29% to $116.2 million

"Once again, Funko had a terrific quarter and full year, significantly exceeding our own expectations," said Brian Mariotti, Funko's CEO. "Our balanced sales growth resulted from our growing base of entertainment properties, enhanced retail presence and expansion of our product categories and geographic markets."

"In order to better serve our retail customers and our fans, we consciously made in-quarter decisions to better meet the strong demand we saw for our products. Some of these decisions reduced our gross margin, but allowed us to enlarge our market and satisfy better-than-expected demand for our products. For 2019, we expect our sales growth target to be 18% to 20%, as we see greater opportunities for growth, and we plan to continue to make investments to improve our operations and efficiencies over the longer term."

**Fourth Quarter 2018 Financial Results**

Net sales increased 38% to $233.2 million in the fourth quarter of 2018 from $169.5 million in the fourth quarter of 2017.  The increase was driven by strong and balanced demand for the Company's products, across a broader number of properties.

In the fourth quarter of 2018, the number of active properties increased 34% to 583 from 435 and net sales per active property increased 3%. On a geographical basis, net sales in the United States increased 30% to $158.8 million and net sales internationally increased 58% to $74.5 million with strong growth across the globe. On a product category basis, the growth in net sales was balanced across figures and the Company's other products.  Net sales of figures increased 38% to $188.3 million and net sales of other products increased 37% to $45.0 million versus the fourth quarter of 2017.

5

Exhibit 10 - Page 179

The tables below show the breakdown of net sales on a geographical and product category basis (in thousands):

| | Three Months Ended December 31, | | Period Over Period Change | |
| --- | --- | --- | --- | --- |
| | 2018 | 2017 | Dollar | Percentage |
| **Net sales by geography:** | | | | |
| United States | $ 158,770 | $ 122,305 | $ 36,465 | 29.8% |
| International | 74,454 | 47,169 | 27,285 | 57.8% |
| Total net sales | $ 233,224 | $ 169,474 | $ 63,750 | 37.6% |

| | Three Months Ended December 31, | | Period Over Period Change | |
| --- | --- | --- | --- | --- |
| | 2018 | 2017 | Dollar | Percentage |
| **Net sales by product:** | | | | |
| Figures | $ 188,261 | $ 136,552 | $ 51,709 | 37.9% |
| Other | 44,963 | 32,922 | 12,041 | 36.6% |
| Total net sales | $ 233,224 | $ 169,474 | $ 63,750 | 37.6% |

Gross margin[1] in the fourth quarter of 2018 decreased 260 basis points to 36.7% compared to 39.3% in the fourth quarter of 2017. The lower gross margin[1] in the fourth quarter of 2018 compared to the fourth quarter of 2017 was impacted by a number of factors including an increase in non-compliance chargebacks, an increase in shipping and freight costs and an increase in the effective royalty rate recognized in the quarter.  Additionally, the decrease in gross margin[1] was also driven by a reduction made earlier in 2018 in the pricing to some European customers to align pricing on a global basis and an increase in shipments directly from the Company's factories for which it generally provide sales discounts.

SG&A expenses increased 20% to $45.0 million in the fourth quarter of 2018 from $37.5 million in the fourth quarter of 2017. The majority of the increase was driven by growth in the business, including expenses associated with the Company's distribution operations in Europe, our Loungefly operations and growth in personnel at Funko Animation Studios. More specifically, personnel and commission expenses increased $3.7 million, primarily driven by the higher sales achieved as well as the buildout of the Company's sales, operating and administrative teams worldwide; facilities and rent expenses increased $2.3 million, as a result of the Company's continued expanded operations and equity-based compensation increased $2.1 million. These increases were partially offset by a decrease in professional and consulting fees of $2.3 million.

Depreciation and amortization expense increased 11% to $10.2 million in the fourth quarter of 2018 from $9.2 million in the fourth quarter of 2017. The majority of the increase was from higher depreciation on mold and tooling costs as the Company continues to expand its product offerings and make leasehold improvements at its corporate offices and warehouse facilities.

Net interest expense decreased 34% to $4.5 million in the fourth quarter of 2018 from $6.9 million in the fourth quarter of 2017 due to lower debt levels and lower rates on borrowings.

The Company ended the fourth quarter of 2018 with net debt of $233.8 million, which includes total debt of $247.3 million less cash and cash equivalents of $13.5 million. See additional

Exhibit 10 - Page 180

information regarding net debt under "Non-GAAP Financial Measures" below. Inventory was $86.6 million on December 31, 2018, versus $79.1 million on December 31, 2017.

## 2019 Outlook

For the full year 2019, the Company expects net sales to be in a range of $810 million to $825 million. Adjusted EBITDA[2] is expected to be in a range of $133 million to $143 million. Adjusted pro forma earnings per share[2] is expected to be in a range of $1.05 to $1.15 per share and is based on estimated adjusted pro forma average diluted shares outstanding of 53.5 million for the full year 2019.

Adjusted EBITDA and Adjusted Pro Forma EPS are non-GAAP measures. A table at the end of this release reconciles its outlook for the full year 2019 Adjusted EBITDA and Adjusted Pro Forma EPS guidance to the most directly comparable U.S. GAAP financial measures.  Please refer to the "Non-GAAP Financial Measures" section of this press release.

## Subsequent Events

In February 2019, the Company acquired 100% of the membership interests of Forrest-Pruzan Creative LLC, an acclaimed board game development studio, which will operate under the name "Funko Games".

In February 2019, under the terms of its existing credit agreement, the Company increased the capacity of its revolving credit facility from $50.0 million to $75.0 million.

## Conference Call and Webcast

The Company will host a conference call at 4:30 p.m. Eastern Time (1:30 p.m. Pacific Time) today, February 28, 2019, to further discuss its fourth quarter results. Investors and analysts can participate on the conference call by dialing (877) 407-9039 or (201) 689-8470. Interested parties can also listen to a live webcast or replay of the conference call by logging on to the Investor Relations section on the Company's website at https://investor.funko.com/. The replay of the webcast will be available for one year.

7

Exhibit 10 - Page 181

**About Funko**

Headquartered in Everett, Washington, Funko is a leading pop culture consumer products company. Funko designs, sources and distributes licensed pop culture products across multiple categories, including vinyl figures, action toys, plush, apparel, housewares and accessories for consumers who seek tangible ways to connect with their favorite pop culture brands and characters. Learn more at https://funko.com/, and follow us on Twitter (@OriginalFunko) and Instagram (@OriginalFunko).

**Presentation**

This press release presents historical results of Funko, Inc. for the fourth quarter and year ended December 31, 2018 and for the fourth quarter ended December 31, 2017, and of Funko Acquisition Holdings, LLC ("FAH, LLC"), the predecessor of Funko, Inc. for financial reporting purposes, for the year ended December 31, 2017. The initial public offering ("IPO") and related reorganization transactions (the "Transactions") that occurred on or before November 6, 2017 resulted in the Company being the sole managing member of FAH, LLC. As a result, the Company consolidates the financial results of FAH, LLC and reports a non-controlling interest in its consolidated financial statements. Accordingly, the historical results of FAH, LLC do not purport to reflect what the results of operations of Funko, Inc. would have been had the Company's IPO and related transactions occurred prior to such periods. As the Transactions are considered transactions among entities under common control, the financial statements for the periods prior to the IPO and related transactions have been adjusted to combine the previously separate entities for presentation purposes. Unless otherwise indicated, all financial comparisons in this press release compare our financial results from the fourth quarter of 2018 to our financial results from the fourth quarter of 2017.

**Forward Looking Statements**

This press release contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. All statements contained in this press release that do not relate to matters of historical fact should be considered forward-looking statements, including statements regarding our anticipated financial results, the underlying trends in our business, growing demand for our products, our potential for growth, plans for investments in our business and future opportunities. These forward-looking statements are based on management's current expectations. These statements are neither promises nor guarantees, but involve known and unknown risks, uncertainties and other important factors that may cause our actual results, performance or achievements to be materially different from any future results, performance or achievements expressed or implied by the forward-looking statements, including, but not limited to, the following: our ability to maintain and realize the full value of our license agreements; the ongoing level of popularity of our products with consumers; changes in the retail industry and markets for our consumer products; our ability to maintain our relationships with retail customers and distributors; our ability to compete effectively; fluctuations in our gross margin; our dependence on content development and creation by third parties; our ability to develop and introduce products in a timely and cost-effective manner; our ability to obtain, maintain and protect our intellectual property rights or those of our licensors; potential violations of the intellectual property rights of others; risks associated with counterfeit versions of our products; our ability to attract and retain qualified employees and maintain our corporate culture; risks associated with our international operations; changes in U.S. tax law; foreign currency exchange rate exposure; the possibility or existence of global and regional economic

Exhibit 10 - Page 182



downturns; our dependence on vendors and outsourcers; risks relating to government regulation; risks relating to litigation, including products liability claims and securities class action litigation; any failure to successfully integrate or realize the anticipated benefits of acquisitions or investments; reputational risk resulting from our e-commerce business and social media presence; risks relating to our indebtedness and our ability to secure additional financing; the potential for our electronic data to be compromised; the influence of our significant stockholder, ACON, and the possibility that ACON's interests may conflict with the interests of our other stockholders; risks relating to our organizational structure; volatility in the price of our Class A common stock; and the potential that we will fail to establish and maintain effective internal control over financial reporting. These and other important factors discussed under the caption "Risk Factors" in our quarterly report on Form 10-Q for the third quarter of 2018 and our other filings with the Securities and Exchange Commission could cause actual results to differ materially from those indicated by the forward-looking statements made in this press release. Any such forward-looking statements represent management's estimates as of the date of this press release. While we may elect to update such forward-looking statements at some point in the future, we disclaim any obligation to do so, even if subsequent events cause our views to change. These forward-looking statements should not be relied upon as representing our views as of any date subsequent to the date of this press release.

**Investor Relations:**
Sean McGowan, Liolios
FNKO@liolios.com
949-574-3860

**Media:**
Jessica Piha, Funko
jessicap@funko.com
425-783-3616

---

Exhibit 10 - Page 183



## Funko, Inc. and Subsidiaries
## Condensed Consolidated Statements of Operations
## (Unaudited)

| | Three Months Ended December 31, | | Year Ended December 31, | |
| --- | --- | --- | --- | --- |
| | 2018 | 2017 | 2018 | 2017 |
| | (In thousands, except per share data) | | | |
| Net sales | $ 233,224 | $ 169,474 | $ 686,073 | $ 516,084 |
| Cost of sales (exclusive of depreciation and amortization shown separately below) | 147,526 | 102,926 | 428,062 | 317,379 |
| Selling, general, and administrative expenses | 45,015 | 37,532 | 155,321 | 120,944 |
| Acquisition transaction costs | - | 419 | 28 | 3,641 |
| Depreciation and amortization | 10,204 | 9,220 | 39,116 | 31,975 |
| Total operating expenses | 202,745 | 150,097 | 622,527 | 473,939 |
| Income from operations | 30,479 | 19,377 | 63,546 | 42,145 |
| Interest expense, net | 4,509 | 6,868 | 21,739 | 30,636 |
| Loss on extinguishment of debt | 4,547 | 5,103 | 4,547 | 5,103 |
| Other (income) expense, net | 1,488 | (589) | 4,082 | (734) |
| Income before income taxes | 19,935 | 7,995 | 33,178 | 7,140 |
| Income tax expense | 2,818 | 494 | 4,867 | 1,540 |
| Net income | 17,117 | 7,501 | 28,311 | 5,600 |
| *Less:* net income attributable to non-controlling interests | 11,107 | 1,875 | 18,955 | 1,875 |
| Net income attributable to Funko, Inc. | $ 6,010 | $ 5,626 | $ 9,356 | $ 3,725 |
| | | | | |
| Earnings per share of Class A common stock [1]: | | | | |
| Basic | $ 0.24 | $ 0.04 | $ 0.39 | $ 0.04 |
| Diluted | $ 0.23 | $ 0.04 | $ 0.37 | $ 0.04 |
| Weighted average shares of Class A common stock outstanding [1]: | | | | |
| Basic | 24,821 | 23,338 | 23,821 | 23,338 |
| Diluted | 26,607 | 50,635 | 25,560 | 50,635 |

[1]   Basic and diluted earnings per Class A common stock is applicable only for the period after the Company's initial public offering.

Exhibit 10 - Page 184



**Funko, Inc. and Subsidiaries**
**Condensed Consolidated Balance Sheets**
**(Unaudited)**

| | December 31, | |
| --- | --- | --- |
| | 2018 | 2017 |
| | (In thousands) | |
| **Assets** | | |
| **Current assets:** | | |
| Cash and cash equivalents | $ 13,486 | $ 7,728 |
| Accounts receivable, net | 148,627 | 115,478 |
| Inventory | 86,622 | 79,082 |
| Prepaid expenses and other current assets | 11,904 | 21,727 |
| Total current assets | 260,639 | 224,015 |
| Property and equipment, net | 44,296 | 40,438 |
| Goodwill | 112,818 | 110,902 |
| Intangible assets, net | 233,645 | 250,649 |
| Deferred tax asset | 7,346 | 51 |
| Other assets | 4,275 | 4,258 |
| Total assets | $ 663,019 | $ 630,313 |
| **Liabilities and Stockholders' Equity** | | |
| **Current liabilities:** | | |
| Line of credit | $ 20,000 | $ 10,801 |
| Current portion long-term debt, net of unamortized discount | 10,593 | 7,928 |
| Accounts payable | 36,130 | 53,428 |
| Income taxes payable | 4,492 | 2,268 |
| Accrued royalties | 39,020 | 25,969 |
| Accrued expenses and other current liabilities | 27,621 | 27,032 |
| Current portion of contingent consideration | — | 2,500 |
| Total current liabilities | 137,856 | 129,926 |
| Long-term debt, net of unamortized discount | 216,704 | 215,170 |
| Deferred tax liability | 5 | 588 |
| Liabilities under tax receivable agreement, net of current portion | 6,504 | — |
| Deferred rent and other long-term liabilities | 5,584 | 3,474 |
| Commitments and contingencies | | |
| **Stockholders' equity:** | | |
| Class A common stock, par value $0.0001 per share, 200,000 shares authorized; 24,960 shares and 23,338 shares issued and outstanding as of December 31, 2018 and 2017, respectively | 2 | 2 |
| Class B common stock, par value $0.0001 per share, 50,000 shares authorized; 23,584 shares and 24,976 shares issued and outstanding as of December 31, 2018 and 2017, respectively | 2 | 2 |
| Additional paid-in-capital | 146,408 | 129,320 |
| Accumulated other comprehensive income | (171) | 802 |
| Retained earnings | 10,397 | 1,041 |
| Total stockholders' equity attributable to Funko, Inc. | 156,638 | 131,167 |
| Non-controlling interests | 139,728 | 149,988 |
| Total stockholders' equity | 296,366 | 281,155 |
| Total liabilities and stockholders' equity | $ 663,019 | $ 630,313 |

11

Exhibit 10 - Page 185



## Funko, Inc. and Subsidiaries
## Non-GAAP Financial Measures

Adjusted Pro Forma Net Income, Adjusted Pro Forma Earnings per Diluted Share, EBITDA and Adjusted EBITDA are supplemental measures of our performance that are not required by, or presented in accordance with, U.S. GAAP. Adjusted Pro Forma Net Income, Adjusted Pro Forma Earnings per Diluted Share, EBITDA and Adjusted EBITDA are not measurements of our financial performance under U.S. GAAP and should not be considered as an alternative to net income (loss), earnings per share or any other performance measure derived in accordance with U.S. GAAP. We define Adjusted Pro Forma Net Income as net income attributable to Funko, Inc. adjusted for the reallocation of income attributable to non-controlling interests from the assumed exchange of all outstanding common units and options in FAH, LLC (or the common unit equivalent of profit interests in FAH, LLC for periods prior to the IPO) for newly issued-shares of Class A common stock of Funko, Inc. and further adjusted for the impact of certain non-cash charges and other items that we do not consider in our evaluation of ongoing operating performance.  These items include, among other things, reallocation of net income attributable to non-controlling interests, monitoring charges, loss on extinguishment of debt, non-cash charges related to equity-based compensation programs, earnout fair market value adjustments, inventory step -ups, acquisition transaction costs, certain severance costs, foreign currency transaction gains and losses and other unusual or one-time items, and the income tax expense (benefit) effect of (1) these adjustments and (2) the pass-through entity taxable income as if the parent company was a subchapter C corporation in periods prior to the IPO.  We define Adjusted Pro Forma Earnings per Diluted Share as Adjusted Pro Forma Net Income divided by the weighted-average shares of Class A common stock outstanding, assuming (1) the full exchange of all outstanding common units and options in FAH, LLC (or the common unit equivalent of profits interest in FAH, LLC for periods prior to the IPO) for newly issued-shares of Class A common stock of Funko, Inc. and (2) the dilutive effect of stock options and unvested common units, if any. We define EBITDA as net income (loss) before interest expense, net, income tax expense (benefit), depreciation and amortization. We define Adjusted EBITDA as EBITDA further adjusted for monitoring fees, non-cash charges related to equity-based compensation programs, earnout fair market value adjustments, inventory step-ups, loss on extinguishment of debt, certain severance costs, acquisition transaction costs, foreign currency transaction gains and losses and other unusual or one-time items.  We caution investors that amounts presented in accordance with our definitions Adjusted Pro Forma Net Income, Adjusted Pro Forma Earnings per Diluted Share, EBITDA and Adjusted EBITDA may not be comparable to similar measures disclosed by our competitors, because not all companies and analysts calculate Adjusted Pro Forma Net Income, Adjusted Pro Forma Earnings per Diluted Share, EBITDA and Adjusted EBITDA in the same manner. We present Adjusted Pro Forma Net Income, Adjusted Pro Forma Earnings per Diluted Share, EBITDA and Adjusted EBITDA because we consider them to be important supplemental measures of our performance and believe they are frequently used by securities analysts, investors, and other interested parties in the evaluation of companies in our industry. Management believes that investors' understanding of our performance is enhanced by including these non-GAAP financial measures as a

Exhibit 10 - Page 186

reasonable basis for comparing our ongoing results of operations.  Management uses Adjusted Pro Forma Net Income, Adjusted Pro Forma Earnings per Diluted Share, EBITDA and Adjusted EBITDA as a measurement of operating performance because they assist us in comparing the operating performance of our business on a consistent basis, as they remove the impact of items not directly resulting from our core operations; for planning purposes, including the preparation of our internal annual operating budget and financial projections; as a consideration to assess incentive compensation for our employees; to evaluate the performance and effectiveness of our operational strategies; and to evaluate our capacity to expand our business.

By providing these non-GAAP financial measures, together with reconciliations, we believe we are enhancing investors' understanding of our business and our results of operations, as well as assisting investors in evaluating how well we are executing our strategic initiatives. In addition, our senior secured credit facilities use Adjusted EBITDA to measure our compliance with covenants such as senior leverage ratio. Adjusted Pro Forma Net Income, Adjusted Pro Forma Earnings per Diluted Share, EBITDA and Adjusted EBITDA have limitations as analytical tools, and should not be considered in isolation, or as an alternative to, or a substitute for net income (loss) or other financial statement data presented in this press release as indicators of financial performance. Some of the limitations are:

• such measures do not reflect our cash expenditures, or future requirements for capital expenditures or contractual commitments;

•such measures do not reflect changes in, or cash requirements for, our working capital needs;

•such measures do not reflect the interest expense, or the cash requirements necessary to service interest or principal payments on our debt;

•although depreciation and amortization are non-cash charges, the assets being depreciated and amortized will often have to be replaced in the future and such measures do not reflect any cash requirements for such replacements; and

• other companies in our industry may calculate such measures differently than we do, limiting their usefulness as comparative measures.

Due to these limitations, Adjusted Pro Forma Net Income, Adjusted Pro Forma Earnings per Diluted Share, EBITDA and Adjusted EBITDA should not be considered as measures of discretionary cash available to us to invest in the growth of our business. We compensate for these limitations by relying primarily on our GAAP results and using these non-GAAP measures only supplementally. As noted in the table below, Adjusted Pro Forma Net Income, Adjusted Pro Forma Earnings per Diluted Share and Adjusted EBITDA include adjustments for non-cash charges related to equity-based compensation programs, earnout fair market value adjustments, inventory step-ups, loss on extinguishment of debt, acquisition transaction costs, certain severance costs, foreign currency transaction gains and losses, and other unusual or one-time items. It is reasonable to expect that these items will occur in future periods. However, we believe these adjustments are appropriate because the amounts recognized can vary significantly from period to period, do not directly relate to the ongoing operations of our

13

Exhibit 10 - Page 187

business and complicate comparisons of our internal operating results and operating results of other companies over time. In addition, Adjusted Pro Forma Net Income, Adjusted Pro Forma Earnings per Diluted Share and Adjusted EBITDA include adjustments for other items, such as monitoring fees, that we do not expect to regularly record following our IPO. Each of the normal recurring adjustments and other adjustments described herein and in the reconciliation table below help management with a measure of our core operating performance over time by removing items that are not related to day-to-day operations.

In addition, this press release refers to the non-GAAP financial measure Net Debt, which consists of total debt as reported on the consolidated balance sheet less cash and cash equivalents. Management believes that Net Debt provides useful information to investors because it shows the Company's outstanding debt obligations that could not be satisfied by its cash and cash equivalents on hand.

14

Exhibit 10 - Page 188

The following tables reconcile Adjusted Pro Forma Net Income, Adjusted Pro Forma Earnings per Diluted Share, EBITDA and Adjusted EBITDA to the most directly comparable U.S. GAAP financial performance measure:

| | Three Months Ended December 31, | | Year Ended December 31, | |
| --- | --- | --- | --- | --- |
| | 2018 | 2017 | 2018 | 2017 |
| | (In thousands, except per share data) | | | |
| Net income (loss) attributable to Funko, Inc. | $ 6,010 | $ 5,626 | $ 9,356 | $ 3,725 |
| Reallocation of net income attributable to non-controlling interests from the assumed exchange of common units of FAH, LLC for Class A common stock [1] | 11,107 | 1,875 | 18,955 | 1,875 |
| Monitoring fees [2] | — | 206 | — | 1,676 |
| Equity-based compensation [3] | 3,390 | 1,246 | 9,140 | 5,574 |
| Loss on extinguishment of debt | 4,547 | 5,103 | 4,547 | 5,103 |
| Earnout fair market value adjustment [4] | — | — | — | 30 |
| Inventory step-up [5] | — | 552 | — | 3,182 |
| Acquisition transaction costs and other expenses [6] | 700 | 1,025 | 3,391 | 5,336 |
| Certain severance costs [7] | — | — | 1,031 | — |
| Foreign currency transaction loss (gain) [8] | 1,488 | (588) | 4,082 | (733) |
| Income tax expense [9] | (4,697) | (5,131) | (8,975) | (8,345) |
| Adjusted pro forma net income | 22,545 | 9,914 | 41,527 | 17,423 |
| | | | | |
| Weighted-average shares of Class A common stock outstanding-basic | 24,821 | 23,338 | 23,821 | 23,338 |
| Equity-based compensation awards and common units of FAH, LLC that are convertible into Class A common stock | 26,054 | 27,297 | 26,858 | 27,297 |
| Adjusted pro forma weighted-average shares of Class A stock outstanding - diluted | 50,875 | 50,635 | 50,679 | 50,635 |
| Adjusted pro forma earnings per diluted share | $ 0.44 | $ 0.20 | $ 0.82 | $ 0.34 |

15

Exhibit 10 - Page 189



|  | Three Months Ended December 31, | | Year Ended December 31, | |
| --- | --- | --- | --- | --- |
|  | 2018 | 2017 | 2018 | 2017 |
| Net income | $ 17,117 | $ 7,501 | $ 28,311 | $ 5,600 |
| Interest expense, net | 4,509 | 6,868 | 21,739 | 30,636 |
| Income tax expense | 2,818 | 494 | 4,867 | 1,540 |
| Depreciation and amortization | 10,204 | 9,220 | 39,116 | 31,975 |
| **EBITDA** | $ 34,648 | $ 24,083 | $ 94,033 | $ 69,751 |
| **Adjustments:** | | | | |
| Monitoring fees [2] | — | 206 | — | 1,676 |
| Equity-based compensation [3] | 3,390 | 1,246 | 9,140 | 5,574 |
| Loss on extinguishment of debt | 4,547 | 5,103 | 4,547 | 5,103 |
| Earnout fair market value adjustment [4] | — | — | — | 30 |
| Inventory step-up [5] | — | 552 | — | 3,182 |
| Acquisition transaction costs and other expenses [6] | 700 | 1,025 | 3,391 | 5,336 |
| Certain severance costs [7] | — | — | 1,031 | — |
| Foreign currency transaction gain [8] | 1,488 | (588) | 4,082 | (733) |
| **Adjusted EBITDA** | $ 44,773 | $ 31,627 | $ 116,224 | $ 89,919 |

[1]  Represents the reallocation of net income attributable to non-controlling interests from the assumed exchange of common units of FAH, LLC for Class A common stock in periods in which income was attributable to non-controlling interests.

[2]  Represents monitoring fees paid pursuant to a management services agreement with ACON that was entered into in connection with the ACON Acquisition, which terminated upon the consummation of the IPO in November 2017.

[3]  Represents non-cash charges related to equity-based compensation programs, which vary from period to period depending on timing of awards.

[4]  Reflects the increase in the fair value of contingent liabilities incurred in connection with the Underground Toys acquisition

[5]  Represents a non-cash adjustment to cost of sales resulting from the Underground Toys and Loungefly acquisitions.

[6]  Represents legal, accounting, and other related costs incurred in connection with the IPO, acquisitions and other transactions. Included for the twelve months ended December 31, 2018 is a one-time $2.0 million consent fee related to certain existing license agreements and $0.7 million for the recognition of a pre-acquisition contingency related to our Loungefly acquisition.

[7]  Represents severance costs incurred in connection with the departure of certain members of senior management, including the founders of Loungefly.

[8]  Represents both unrealized and realized foreign currency (gains) losses on transactions other than in U.S. dollars.

[9]  Represents the income tax expense (benefit) effect of (i) the above adjustments and (ii) the pass-through entity taxable income as if the parent company were a subchapter C corporation in periods prior to the IPO. This adjustment uses an effective tax rate of 25% for the three and twelve months ended December 31, 2018 and 36.2% for the three and twelve months ended December 31, 2017, respectively.

Exhibit 10 - Page 190

**Guidance Reconciliation of Net Income to EBITDA, Adjusted EBITDA, Adjusted Pro Forma Net Income and Adjusted Pro Forma Earnings per Diluted Share**

| | Estimated Range for the Year Ending December 31, 2019 | | | |
| --- | --- | --- | --- | --- |
| | (In millions except per share amounts) | | | |
| Net income | $ | 47.3 | $ | 50.8 |
| Interest expense, net | | 16.0 | | 17.0 |
| Income tax expense | | 11.5 | | 13.0 |
| Depreciation and amortization | | 46.0 | | 48.0 |
| EBITDA | $ | 120.8 | $ | 128.8 |
| **Adjustments:** | | | | |
| Equity-based compensation [1] | | 12.0 | | 14.0 |
| Acquisition transaction costs and other expenses [2] | | 0.3 | | 0.3 |
| Adjusted EBITDA | $ | 133.0 | $ | 143.0 |
| | | | | |
| Net income | $ | 47.3 | $ | 50.8 |
| Equity-based compensation [1] | | 12.0 | | 14.0 |
| Acquisition transaction costs and other expenses [2] | | 0.3 | | 0.3 |
| Income tax expense [3] | | (3.4) | | (3.3) |
| Adjusted pro forma net income | $ | 56.1 | $ | 61.8 |
| | | | | |
| Weighted-average shares of Class A common stock outstanding | | 25.5 | | 25.5 |
| Equity-based compensation awards and common units of FAH, LLC that are convertible into Class A common stock | | 28.0 | | 28.0 |
| Adjusted pro forma weighted-average shares of Class A stock outstanding - diluted | | 53.5 | | 53.5 |
| | | | | |
| Adjusted pro forma earnings per diluted share | $ | 1.05 | $ | 1.15 |

[1]  Represents non-cash charges related to equity-based compensation programs, which vary from period to period depending on timing of awards.

[2]  Represents legal, accounting, and other related costs incurred in connection with potential and completed acquisitions and other transactions.

[3]  Represents the income tax expense (benefit) effect of (i) the above adjustments and (ii) the pass-through entity taxable income as if the parent company were a subchapter C corporation. This adjustment uses an effective tax rate of 25% for the year ended December 31, 2019.

Note:  The Company is not able to provide the expected impact of unrealized and realized foreign currency (gains) losses on transactions without unreasonable efforts because the calculation for that change is primarily driven by changes in foreign currency exchange rates, principally British pounds and euros.  Additionally, the impacts are also driven by fluctuations in product sales and operating expenses in each of those local currencies, which can fluctuate month to month.  Therefore, the Company's Adjusted EBITDA, Adjusted Pro Forma Net Income and Adjusted Pro Forma Earnings per Diluted Share for the year ending December 31, 2019, including the above adjustments, may differ materially from that forecasted in the table above.

Exhibit 10 - Page 191

Exhibit 99.2

# Fourth Quarter 2018 Earnings

**February 28, 2019**



---

## Cautionary Notes



This presentation contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. All statements other than statements of historical facts contained in this presentation, including statements regarding our future results of operations and financial position, industry dynamics, our mission, growth opportunities and business strategy and plans and our objectives for future operations, are forward-looking statements. The words "may," "will," "should," "expects," "plans," "anticipates," "could," "intends," "targets," "projects," "contemplates," "believes," "estimates," "predicts," "potential" or "continue" or the negative of these terms and similar expressions are intended to identify forward-looking statements. The forward-looking statements in this presentation are only predictions. We have based these forward-looking statements largely on our current expectations and projections about future events and financial trends that we believe may affect our business, financial condition and results of operations. Forward-looking statements involve known and unknown risks, uncertainties and other important factors that may cause our actual results, performance or achievements to be materially different from any future results, performance or achievements expressed or implied by the forward-looking statements, including without limitation our ability to maintain and realize the full value of our license agreements; the ongoing level of popularity of our products with consumers; changes in the retail industry and markets for our consumer products; our ability to maintain our relationships with retail customers and distributors; our ability to compete effectively; fluctuations in our gross margin; our dependence on content development and creation by third parties; our ability to develop and introduce products in a timely and cost-effective manner; increases in tariffs, trade restrictions or taxes; risks related to Brexit; counterfeit product risks; risks relating to intellectual property; our ability to attract and retain qualified employees and maintain our corporate culture; risks associated with our international operations; changes in U.S. tax law; foreign currency exchange rate exposure; economic downturns; our dependence on vendors and outsourcers; risks relating to government regulation; risks relating to litigation; any failure to successfully integrate or realize the anticipated benefits of acquisitions or investments; reputational risk resulting from our e-commerce business and social media presence; risks relating to our indebtedness and our ability to secure additional financing; the potential for our electronic data to be compromised, and the important factors discussed under the caption "Risk Factors" in our Form 10-Q for the quarter ended September 30, 2018 and our other filings with the Securities and Exchange Commission.

Because forward-looking statements are inherently subject to risks and uncertainties, some of which cannot be predicted or quantified, you should not rely on these forward-looking statements as predictions of future events. The events and circumstances reflected in our forward-looking statements may not be achieved or occur and actual results could differ materially from those projected in the forward-looking statements. In addition, statements that "we believe" and similar statements reflect our beliefs and opinions on the relevant subject. These statements are based upon information available to us as of the date hereof, and while we believe such information forms a reasonable basis for such statements, such information may be limited or incomplete, and our statements should not be read to indicate that we have conducted an exhaustive inquiry into, or review of, all potentially available relevant information. These statements are inherently uncertain and investors are cautioned not to unduly rely upon these statements. You should read this presentation with the understanding that our actual future results, levels of activity, performance and achievements may be materially different from what we expect. We qualify all of our forward-looking statements by these cautionary statements. These forward-looking statements speak only as of the date of this presentation, and except as otherwise required by law, we do not plan to publicly update or revise any forward-looking statements contained in this presentation, whether as a result of any new information, future events or otherwise.

Unless otherwise indicated, information contained in this presentation concerning our industry, competitive position and the markets in which we operate is based on information from independent industry and research organizations, other third-party sources and management estimates. Management estimates are derived from publicly available information released by independent industry analysts and other third-party sources, as well as data from our internal research, and are based on assumptions made by us upon reviewing such data, and our experience in, and knowledge of, such industry and markets, which we believe to be reasonable. In addition, projections, assumptions and estimates of the future performance of the industry in which we operate and our future performance are necessarily subject to uncertainty and risk due to a variety of factors, including those described above. These and other factors could cause results to differ materially from those expressed in the estimates made by independent parties and by us.

2





## ...and Funko has something for every fan



Funko is like an **"index fund"** for pop culture

NOTE: Represents a sampling of our current portfolio of properties as of January 2019.

## Fourth Quarter 2018 Snapshot



**Net Sales**
38% YoY

> Net Sales **increased 38% to $233.2m** in Q4'18 compared to Q4'17

> Net Sales growth driven by **broad-based growth** across product



**Pop! Brand**
52% YoY

> In Q4'18, **Pop! Vinyl itself grew 48%** compared to Q4'17

> **Pop! Vinyl was up 39%** in 2018

Exhibit 10 - Page 193

## Slide 5

| | | | |
|---|---|---|---|
| **Adj. EBITDA(1)** 42% YoY Growth | ➤ Adj. EBITDA(1) **increased 42% to $44.8m** in Q4'18 compared to Q4'17<br>➤ **Adj. EBITDA margin(1) was 19.2% increased 50 bps** compared to Q4'17 | **Balanced Growth** Across Product and Geographic markets | ➤ Sales growth in both our Figures and Other product category **were consistent with top line growth**<br>➤ **All of our global markets** showed sales growth in Q4'18 to Q4 '17 |
| **Adj. Pro Forma Net Income(1)** 127% YoY Growth | ➤ Adj. Pro Forma Net Income(1) **increased 127% to $22.5m** in Q4'18 driven by growth in sales, lower interest expense and leveraging SG&A costs | **Fan Engagement** > 70 million views of our video content in Q4'18 | ➤ **3.5 million followers** across Facebook, Twitter, Instagram and YouTube<br>➤ **Over 100 million** all time views on our YouTube channel |



(1) Adjusted EBITDA, Adjusted EBITDA margin and Adjusted Pro Forma Net Income are non-GAAP measures. Please see the Supplemental Financial Information section for a reconciliation to the most directly comparable GAAP measures for Adjusted EBITDA and Adjusted Pro Forma Net Income. Adjusted EBITDA margin is defined as Adjusted EBITDA divided by net sales.

## Slide 6

# Q4 & Fiscal Year Earnings Summary    *Funko*

| $ in millions, except per share and net sales per active property, unaudited | 4Q'18 | 4Q'17 | % Change | 2018 | 2017 | % Change |
|---|---|---|---|---|---|---|
| **Net Sales** | $233.2 | $169.5 | 37.6% | $686.1 | $516.1 | 32.9% |
| **Gross Profit(1)** | $85.7 | $66.5 | 28.8% | $258.0 | $198.7 | 29.8% |
| *Gross Margin %(1)* | 36.7% | 39.3% | | 37.6% | 38.5% | |
| **Operating Income** | $30.5 | $19.4 | 57.3% | $63.5 | $42.1 | 50.8% |
| *Operating Margin %* | 13.1% | 11.4% | | 9.3% | 8.2% | |
| **Net Income (Loss)** | $17.1 | $7.5 | 128.2% | $28.3 | $5.6 | 405.6% |
| **Adj. Pro Forma Net Income(2)** | $22.5 | $9.9 | 127.4% | $41.5 | $17.4 | 138.3% |
| *Adj. Pro Forma Net Income Margin(2)* | 9.7% | 5.8% | | 6.1% | 3.4% | |
| **Adj. Pro Forma Earnings per Share(2)** | $0.44 | $0.20 | 120.0% | $0.82 | $0.34 | 141.2% |
| **Adj. EBITDA(2)** | $44.8 | $31.6 | 41.6% | $116.2 | $89.9 | 29.3% |
| *Adj. EBITDA Margin %(2)* | 19.2% | 18.7% | | 16.9% | 17.4% | |

(1) Gross Profit and Gross Margin are calculated exclusive of depreciation and amortization.
(2) Adjusted EBITDA, Adjusted EBITDA margin, Adjusted Pro Forma Net Income, Adjusted Pro Forma Net Income Margin and Adjusted Pro Forma Earnings per Share are non-GAAP measures. Please see the Supplemental Financial Information section for a reconciliation to the most directly comparable GAAP measures for Adjusted EBITDA and Adjusted Pro Forma Net Income. Adjusted EBITDA margin is defined as Adjusted EBITDA divided by Net Sales. Adjusted Pro Forma Net Income Margin is defined as Adjusted Pro Forma Net Income divided by Net Sales.

## Slide 7

# Q4 & Fiscal Year Active Properties & Net Sales per Active Property    *Funko*



| Active Properties & Net Sales per Active Property | |
|---|---|
| **Fourth Quarter** | **Fiscal Year** |

$ in thousands

■ Active Properties    — Net Sales per Active Property

435    583    500    672

Exhibit 10 - Page 194



$390   $400   $1,032   $1,021

Q4'17   Q4'18   2017   2018

Active Properties up **34%**
Net Sales per Active Property up **3%**

Active Properties up **34%**
Net Sales per Active Property down **1%**

Funko is built on having a **large and diverse set of licenses**
with the **ability to access evergreen content**, which allows us to **not be hit-driven**



## Top Properties Breakout

| | Q1'18 | Q2'18 | Q3'18 | Q4'18 | |
|---|---|---|---|---|---|
| 1 | Avengers Infinity War 7%* | Harry Potter 6%* | Harry Potter 7%* | FORTNITE 12%* | No property was **> 6%** of sales for 2018 |
| 2 | Rick and Morty | DEADPOOL | Nightmare Before Christmas | Harry Potter | |
| 3 | Game of Thrones | Avengers Infinity War | MARVEL | Avengers Infinity War | Top 10 properties were only **38%** of sales in Q4'18 |
| 4 | Star Wars | Stranger Things | Overwatch | Marvel Studios The First Ten Years | |
| 5 | Harry Potter | Disney | Disney | Stranger Things | Evergreen properties accounted for **46%** of sales in Q4'18 |
| 6 | Five Nights at Freddy's | Rick and Morty | DEADPOOL | Overwatch | |
| 7 | Stranger Things | Overwatch | Crimes of Grindelwald | Star Wars | |
| 8 | Overwatch | Solo Star Wars | Star Wars | Mickey Mouse | |
| 9 | Star Wars | It | Five Nights at Freddy's | Dragon Ball Z | |
| 10 | DC | Incredibles 2 | Stranger Things | Nightmare Before Christmas | |

Top 10 Properties % of Sales: 38% | 38% | 34% | 38%

*% of net sales



## Q4 & Fiscal Year Product Category Performance

| Figures | | Other | |
|---|---|---|---|
| Fourth Quarter | Fiscal Year | Fourth Quarter | Fiscal Year |

$ in millions

**38% Growth**  $188.3  $136.6

**33% Growth**  $560.1  $422.1

**37% Growth**  $45.0  $32.9

**34% Growth**  $126.0  $94.0



21

Exhibit 10 - Page 195

Q4'17        Q4'18              FY'17    FY'18       Q4'17        Q4'18              FY'17        FY'18

Q4 and the fiscal year 2018 showed **consistent sales growth** in product categories and was
**in line** with total sales growth for Q4 and the fiscal year 2018

# Something For Everyone

The Funko-verse continues to expand with new product categories.

| Figures | Other |
|---------|-------|



82% of Sales



18% of Sales

# Q4 & Fiscal Year Geographic Performance

| United States | | International | |
|---------------|--|--------------|--|
| **Fourth Quarter** | **Fiscal Year** | **Fourth Quarter** | **Fiscal Year** |

$ in millions

| 30% Growth | 24% Growth | 58% Growth | 57% Growth |

$122.3  →  $158.8    $376.1  →  $466.0    $47.2  →  $74.5    $140.0  →  $220.0

| Q4'17  Q4'18 | FY'17  FY'18 | Q4'17  Q4'18 | FY'17  FY'18 |

➤ **Excluding Loungefly, U.S. specialty channel up over 41%** for the fiscal year due to increased shelf space and sell-through

➤ European sales were up 49% in Q4 and 61% for the fiscal year





22

Exhibit 10 - Page 196



# Global Toy Fair Presence

Funko products are a hit at toy fairs around the world from New York to London to Nuremberg to Hong Kong and beyond.

*New York*

*London*

*Nuremberg*

*Hong Kong*

# Fan Engagement

Connecting fans to their favorite characters, moments and stories from pop culture.

| Campaigns | Original Content | Social Media | Photo-A-Day Contest |
|---|---|---|---|
| • Captain Marvel and the #FunkoWomenOfPower campaign create buzz | • In-house video content and Funko Animation Studio shorts | • Direct engagement via content and conversation across social channels | • Engaging audiences with daily challenges for user generated content |
| **Over 50 million impressions** | **Over 70 million views in Q4** | | **545K engagements** |

Social Media:
- 900K+ followers
- nearly 1M followers
- 1.3M+ followers
- 300K+ subscribers



New channels added in 2019

Exhibit 10 - Page 197

## Latest Pop! Stars

*Funko*

Everyone has their favorite Funko products, but there are certain products that the media and public just can't get enough of, even before they're available for purchase.







**LeBron James**

Earned Placements: 173
Earned Impressions: 102,062,129

YAHOO! FINANCE

**Britney Spears**

Earned Placements: 92
Earned Impressions: 84,436,987

BuzzFeed

**Colonel Sanders**

Earned Placements: 18
Earned Impressions: 86,953,490

ELITE DAILY

*Definitions: Earned Placements represent organic articles that do not have any paid component tied to it. Earned Impressions are any interaction with a piece of content and an audience member that do not have any paid component tied to their reach.*

## Enhancing the Funko brand thru Retail-tainment

*Funko*

Delivering a pop culture driven **experience** that connects fans to the properties they love through a wide variety of high-quality products.







*Our Everett, WA HQ store*

*Bat Cave at the Everett, WA HQ store*

*in Late 2019*

## Q4 & Fiscal Year Adjusted Pro Forma Net Income[(1)] *Funko*



### Adjusted Pro Forma Net Income[1]

|  | Fourth Quarter | | Fiscal Year | |
|---|---|---|---|---|
| $ in millions, unaudited | Q4'17 | Q4'18 | FY'17 | FY'18 |
|  | $9.9 | $22.5 (127% Growth) | $17.4 | $41.5 (138% Growth) |
| Adjusted Pro Forma Net Income Margin[1] | 5.8% | 9.6% | 3.4% | 6.0% |

**Adjusted Pro Forma Net Income improving due to the growth in net sales, reduction in interest expense and leveraging SG&A costs**

(1) See Supplemental Financial Information section for a reconciliation of Adjusted Pro Forma Net Income, a non-GAAP measures, to the most directly comparable GAAP measure. Adjusted Pro Forma Net Income margin is defined as Adjusted Pro Forma Net Income divided by net sales.



# Q4 & Fiscal Year Adjusted EBITDA[1]

### Adjusted EBITDA[1]

|  | Fourth Quarter | | Fiscal Year | |
|---|---|---|---|---|
| $ in millions, unaudited | Q4'17 | Q4'18 | FY'17 | FY'18 |
|  | $31.6 | $44.8 (42% Growth) | $89.9 | $116.2 (29% Growth) |
| Adj. EBITDA Margin %[1] | 18.7% | 19.2% | 17.4% | 16.9% |

**Adj. EBITDA Margin[1] increased 50bps in Q4'18 over Q4'17**

(1) See Supplemental Financial Information section for a reconciliation of Adjusted EBITDA, a non-GAAP measure, to the most directly comparable GAAP measure. Adjusted EBITDA margin is defined as Adjusted EBITDA divided by net sales.



# Key Balance Sheet Highlights

| $ in millions, unaudited | 12/31/2018 | 12/31/2017 | % Change |
|---|---|---|---|
| Cash & Cash Equivalents | $13.5 | $7.7 | 74.5% |



|  |  |  |  |
|---|---|---|---|
| Accounts Receivable, net | $148.6 | $115.5 | 28.7% |
| Inventory | $86.6 | $79.1 | 9.5% |
| Total Debt[1] | $247.3 | $233.9 | 5.7% |
| Net Debt[2] | $233.8 | $226.2 | 3.4% |

(1)   Total Debt is defined as Line of Credit Outstandings plus Current Portion of Long-Term Debt, Net of Unamortized Discount plus Long-Term Debt, Net of Unamortized Discount.
(2)   Net Debt, a Non-GAAP financial measure, is defined as Total Debt less Cash & Cash Equivalents.

# Fiscal Year 2019 Guidance



| Fiscal Year 2019 Guidance Range[1] | | % Growth YoY |
|---|---|---|
| Net Sales | $810 to $825 million | 18% to 20% |
| Adjusted EBITDA[2] | $133 to $143 million | 15% to 23% |
| Adjusted Pro Forma EPS[2] | $1.05 to $1.15 | 28% to 40% |



(1)   The guidance should be read in conjunction with Funko's fourth quarter 2018 release issued on February 28, 2019 and is as of such date, and does not take into account any future changes in currency fluctuation.
(2)   Adjusted EBITDA and Adjusted Pro Forma Earnings per Share are non-GAAP measures. Please see the Supplemental Financial Information section for a reconciliation to the most directly comparable GAAP measures for Adjusted EBITDA and Adjusted Pro Forma Earnings per Share.

Exhibit 10 - Page 200

# Supplemental Financial Information



## Q4 and Fiscal Year Condensed Consolidated Statements of Operations



| $ in thousands, unaudited | 4Q'18 | 4Q'17 | % Change | 2018 | 2017 | % Change |
|---|---|---|---|---|---|---|
| Net Sales | $233,224 | $169,474 | 37.6% | $686,073 | $516,084 | 32.9% |
| Cost of Sales[1] | 147,526 | 102,926 | 43.3% | 428,062 | 317,379 | 34.9% |
| Gross Profit[1] | 85,698 | 66,548 | 28.8% | 258,011 | 198,705 | 29.8% |
| Gross Margin[1] | 36.7% | 39.3% | | 37.6% | 38.5% | |
| Selling, General and Administrative Expenses | 45,015 | 37,532 | 19.9% | 155,321 | 120,944 | 28.4% |
| Acquisition Transaction Costs | - | 419 | N/A | 28 | 3,641 | (99.2%) |
| Depreciation and Amortization | 10,204 | 9,220 | 10.7% | 39,116 | 31,975 | 22.3% |
| Income from Operations | 30,479 | 19,377 | 57.3% | 63,549 | 42,145 | 50.8% |
| Interest Expense, net | 4,509 | 6,868 | (34.3%) | 21,739 | 30,636 | (29.0%) |
| Loss on extinguishment of debt | 4,547 | 5,103 | (10.9%) | 4,547 | 5,103 | (10.9%) |
| Other (Income) Expense, net | 1,488 | (589) | NM | 4,082 | (734) | NM |
| Income (Loss) before Income Taxes | 19,935 | 7,995 | 149.3% | 33,178 | 7,140 | NM |
| Income Tax Expense | 2,818 | 494 | NM | 4,867 | 1,540 | 216.0% |
| Net Income (Loss) | $17,117 | $7,501 | 128.2% | $28,311 | $5,600 | NM |
| Net Income Attributable to Non-Controlling Interests | 11,107 | 1,875 | NM | 18,955 | 1,875 | NM |
| Net Income (loss) Attributable to Funko, Inc. | $6,010 | $5,626 | 6.8% | $9,356 | $3,725 | 151.2% |

(1) Cost of Sales, Gross Profit and Gross Margin are shown exclusive of depreciation and amortization.

## Condensed Consolidated Balance Sheet



| $ in thousands, unaudited | 12/31/2018 | 12/31/2017 |
|---|---|---|
| Cash and Cash Equivalents | $13,486 | $7,728 |
| Accounts Receivable, net | 148,627 | 115,478 |
| Inventory | 86,622 | 79,082 |
| Prepaid Expenses & Other Current Assets | 11,904 | 21,727 |
| Total Current Assets | 260,639 | 224,015 |
| Property & Equipment, net | 44,296 | 40,438 |
| Goodwill | 112,818 | 110,902 |
| Intangible Assets, net | 233,645 | 250,649 |
| Deferred Tax Asset | 7,346 | 51 |
| Other Assets | 4,275 | 4,258 |
| Total Assets | $663,019 | $630,313 |
| Line of Credit | $20,000 | $10,801 |
| Current Portion of Long-Term Debt, net | 10,593 | 7,928 |
| Accounts Payable | 36,130 | 53,428 |
| Income Taxes Payable | 4,492 | 2,268 |
| Accrued Royalties | 39,020 | 25,969 |
| Accrued Expenses & Other Current Liabilities | 37,621 | 27,032 |

27

Exhibit 10 - Page 201

| | | |
|---|---|---|
| Total Current Liabilities | 137,856 | 129,926 |
| Long-Term Debt, net | 216,704 | 215,170 |
| Deferred Tax Liability & Liabilities under TRA | 6,509 | 588 |
| Deferred Rent & Other Long-Term Liabilities | 5,584 | 3,474 |
| Total Liabilities | 228,797 | 349,158 |
| Total Shareholders' Equity Attributable to Funko, Inc. | 156,638 | 131,167 |
| Non-Controlling Interests | 139,728 | 149,988 |
| Total Liabilities & Stockholders' Equity | $663,019 | $630,313 |

# Reconciliation of Non-GAAP Financial Metrics



| | Three Months Ended December 31, | | Year Ended December 31, | |
|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 |
| | (in thousands, except per share data) | | | |
| Net income (loss) attributable to Funko, Inc. | $ 6,010 | $ 5,626 | $ 9,356 | $ 3,725 |
| Reallocation of net income attributable to non-controlling interests from the assumed exchange of common units of FAH, LLC for Class A common stock [1] | 11,107 | 1,875 | 18,955 | 1,875 |
| Monitoring fees [2] | — | 206 | — | 1,676 |
| Equity-based compensation [3] | 3,390 | 1,246 | 9,140 | 5,574 |
| Loss on extinguishment of debt | 4,547 | 5,103 | 4,547 | 5,103 |
| Earnout fair market value adjustment [4] | — | — | — | 30 |
| Inventory step-up [5] | — | 552 | — | 3,182 |
| Acquisition transaction costs and other expenses [6] | 700 | 1,025 | 3,391 | 5,336 |
| Certain severance costs [7] | — | — | 1,031 | — |
| Foreign currency transaction loss (gain) [8] | 1,488 | (588) | 4,082 | (733) |
| Income tax expense [9] | (4,697) | (5,131) | (8,975) | (8,345) |
| Adjusted pro forma net income | 22,545 | 9,914 | 41,527 | 17,423 |
| Adjusted pro forma net income margin [10] | 9.7% | 5.8% | 6.1% | 3.4% |
| Weighted-average shares of Class A common stock outstanding-basic | 24,821 | 23,338 | 23,821 | 23,338 |
| Equity-based compensation awards and common units of FAH, LLC that are convertible into Class A common stock | 26,054 | 27,297 | 26,858 | 27,297 |
| Adjusted pro forma weighted-average shares of Class A stock outstanding - diluted | 50,875 | 50,635 | 50,679 | 50,635 |
| Adjusted pro forma earnings per diluted share | $ 0.44 | $ 0.20 | $ 0.82 | $ 0.34 |

(1) Represents the reallocation of net income attributable to non-controlling interests from the assumed exchange of common units of FAH, LLC for Class A common stock in periods in which income was attributable to non-controlling interests.
(2) Represents monitoring fees paid pursuant to a management services agreement with ACON that was entered into in connection with the ACON acquisition, which terminated upon the consummation of the IPO in November 2017.
(3) Represents non-cash charges related to equity-based compensation programs, which vary from period to period depending on timing of awards.
(4) Reflects the increase in the fair value of contingent liabilities incurred in connection with the Underground Toys acquisition.
(5) Represents a non-cash adjustment to cost of sales resulting from the Underground Toys acquisition and Loungefly acquisition.
(6) Represents legal, accounting, and other related costs incurred in connection with the IPO, acquisitions and other transactions. Included for the three months and year ended December 31, 2018 is a one-time $2.0 million consent fee related to certain existing license agreements and $0.7 million for the recognition of a pre-acquisition contingency related to our Loungefly acquisition.
(7) Represents severance costs incurred in connection with the departure of certain members of senior management, including the founders of Loungefly.
(8) Represents both unrealized and realized foreign currency (gains) losses on transactions other than in U.S. dollars.
(9) Represents the income tax expense (benefit) effect of (i) the above adjustments and (ii) the pass-through entity taxable income as if the parent company were a subchapter C corporation in periods prior to the IPO. This adjustment uses an effective tax rate of 25% for the three months and year ended December 31, 2018 and 36.2% for the three months and year ended December 31, 2017, respectively.
(10) Adjusted pro forma net income margin, a non-GAAP measure, is defined as adjusted pro forma net income divided by net sales.

# Reconciliation of Non-GAAP Financial Metrics Cont.

| | Three Months Ended December 31, | | Year Ended December 31, | |
|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 |
| | (amounts in thousands) | | | |
| Net income (loss) | $ 17,117 | $ 7,501 | $ 28,311 | $ 5,600 |
| Interest expense, net | 4,509 | 6,868 | 21,739 | 30,636 |
| Income tax expense | 2,818 | 494 | 4,867 | 1,540 |
| Depreciation and amortization | 10,204 | 9,220 | 39,116 | 31,975 |
| EBITDA | $ 34,648 | $ 24,083 | $ 94,033 | $ 69,751 |
| Adjustments: | | | | |
| Monitoring fees [1] | — | 206 | — | 1,676 |
| Equity-based compensation [2] | 3,390 | 1,246 | 9,140 | 5,574 |
| Loss on extinguishment of debt | 4,547 | 5,103 | 4,547 | 5,103 |
| Earnout fair market value adjustment [3] | — | — | — | 30 |
| Inventory step-up [4] | — | 552 | — | 3,182 |
| Acquisition transaction costs and other expenses [5] | 700 | 1,025 | 3,391 | 5,336 |
| Certain severance costs [6] | — | — | 1,031 | — |
| Foreign currency transaction loss (gain) [7] | 1,488 | (588) | 4,082 | (733) |
| Adjusted EBITDA | $ 44,773 | $ 31,627 | $ 116,224 | $ 89,919 |
| Adjusted EBITDA margin [8] | 19.2% | 18.7% | 16.9% | 17.4% |

(1) Represents monitoring fees paid pursuant to a management services agreement with ACON that was entered into in connection with the ACON acquisition, which terminated upon the consummation of the IPO in November 2017.
(2) Represents non-cash charges related to equity-based compensation programs, which vary from period to period depending on timing of awards.
(3) Reflects the increase in the fair value of contingent liabilities incurred in connection with the Underground Toys acquisition.
(4) Represents a non-cash adjustment to cost of sales resulting from the Underground Toys acquisition and Loungefly acquisitions.
(5) Represents legal, accounting and other related costs incurred in connection with the IPO, acquisitions and other transactions. Included for the three months and year ended December 31, 2018 is a one-time $2.0 million consent fee related to certain existing license agreements and $0.7 million for the recognition of a pre-acquisition contingency related to our Loungefly acquisition.
(6) Represents severance costs incurred in connection with the departure of certain members of senior management, including the founders of Loungefly.
(7) Represents both unrealized and realized foreign currency (gains) losses on transactions other than in U.S. dollars.
(8) Adjusted EBITDA margin, a non-GAAP measure, is defined as adjusted EBITDA divided by net sales.

28

Exhibit 10 - Page 202

## Guidance Reconciliation of Net Income to EBITDA, Adjusted EBITDA, Adjusted Pro Forma Net Income and Adjusted Pro Forma Earnings per Diluted Share



| | Estimated Range for the Year Ending December 31, 2019 | |
| --- | --- | --- |
| | (In millions except per share amounts) | |
| Net income | $ 47.3 | $ 50.8 |
| Interest expense, net | 16.0 | 17.0 |
| Income tax expense | 11.5 | 13.0 |
| Depreciation and amortization | 46.0 | 48.0 |
| EBITDA | $ 120.8 | $ 128.8 |
| Adjustments: | | |
| Equity-based compensation [1] | 12.0 | 14.0 |
| Acquisition transaction costs and other expenses [2] | 0.3 | 0.3 |
| Adjusted EBITDA | $ 133.0 | $ 143.0 |
| | | |
| Net income | $ 47.3 | $ 50.8 |
| Equity-based compensation [1] | 12.0 | 14.0 |
| Acquisition transaction costs and other expenses [2] | 0.3 | 0.3 |
| Income tax expense [2] | (3.4) | (3.3) |
| Adjusted pro forma net income | $ 56.1 | $ 61.8 |
| | | |
| Weighted-average shares of Class A common stock outstanding | 25.5 | 25.5 |
| Equity-based compensation awards and common units of FAH, LLC that are convertible into Class A common stock | 28.0 | 28.0 |
| Adjusted pro forma weighted-average shares of Class A stock outstanding - diluted | 53.5 | 53.5 |
| | | |
| Adjusted pro forma earnings per diluted share | $ 1.05 | $ 1.15 |

(1)  Represents non-cash charges related to equity-based compensation programs, which vary from period to period depending on timing of awards.
(2)  Represents legal, accounting, and other related costs incurred in connection with potential and completed acquisitions and other transactions.
(3)  Represents the income tax expense (benefit) effect of (i) the above adjustments and (ii) the pass-through entity taxable income as if the parent company were a subchapter C corporation. This adjustment uses an effective tax rate of 25%.

The Company is not able to provide the expected impact of unrealized and realized foreign currency (gains) losses on transactions without unreasonable efforts because the calculation for that change is primarily driven by changes in foreign currency exchange rates, principally British pounds and euros. Additionally, the impacts are also driven by fluctuations in product sales and operating expenses in each of those local currencies, which can fluctuate month to month. Therefore, the Company's Adjusted EBITDA, Adjusted Pro Forma Net Income and Adjusted Pro Forma Earnings per Diluted Share for the year ending December 31, 2019, including the above adjustments, may differ materially from that forecasted in the table above.



29

Exhibit 10 - Page 203