# EXHIBIT 13

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## FORM 10-K

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2018**

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

**Commission file number: 001-38274**

# FUNKO, INC.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **35-2593276** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **2802 Wetmore Avenue Everett, Washington** | **98201** |
| (Address of principal executive offices) | (Zip Code) |

**(425) 783-3616**
(Registrant's telephone number, including area code)

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Name of exchange on which registered |
|---|---|
| **Class A Common Stock, $0.0001 Par value** | **Nasdaq** |

**Securities registered pursuant to Section 12(g) of the Act: None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ☐   No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Exchange Act.   Yes ☐   No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   Yes ☒   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☒ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☒ |
| Emerging growth company | ☒ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☒

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐   No ☒

As of June 29, 2018, the last business day of the registrant's most recently completed second quarter, the approximate market value of the registrant's common stock held by non-affiliates was $130.90 million.

As of March 1, 2019, the registrant had 27,344,705 shares of Class A common stock outstanding and 21,405,976 shares of Class B common stock outstanding.

## DOCUMENTS INCORPORATED BY REFERENCE

Portions of the registrant's definitive Proxy Statement relating to its 2019 Annual Meeting of Stockholders to be filed with the SEC within 120 days after the end of the fiscal year ended December 31, 2018 are incorporated herein by reference in Part III.

Exhibit 13 - Page 264

**INDEX**

| | | | **Page** |
|---|---|---|---|
| **Part I** | | | |
| | Item 1. | Business | 5 |
| | Item 1A. | Risk Factors | 20 |
| | Item 1B. | Unresolved Staff Comments | 54 |
| | Item 2. | Properties | 54 |
| | Item 3. | Legal Proceedings | 54 |
| | Item 4. | Mine Safety Disclosures | 55 |
| **Part II** | | | |
| | Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 56 |
| | Item 6. | Selected Financial Data | 58 |
| | Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 61 |
| | Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | 83 |
| | Item 8. | Financial Statements and Supplementary Data | 84 |
| | Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 118 |
| | Item 9A. | Controls and Procedures | 118 |
| | Item 9B. | Other Information | 118 |
| **Part III** | | | |
| | Item 10. | Directors, Executive Officers and Corporate Governance | 119 |
| | Item 11. | Executive Compensation | 119 |
| | Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 119 |
| | Item 13. | Certain Relationships and Related Transactions, and Director Independence | 119 |
| | Item 14. | Principal Accounting Fees and Services | 119 |
| **Part IV** | | | |
| | Item 15. | Exhibits | 120 |
| | Item 16. | Form 10-K Summary | 125 |

Exhibit 13 - Page 265

**BASIS OF PRESENTATION**

As used in this Annual Report on Form 10-K (this "Form 10-K"), unless the context otherwise requires, references to:

- *"we," "us," "our," the "Company," "Funko"* and similar references refer to: (1) following the consummation of the Transactions, to Funko, Inc., and, unless otherwise stated, all of its subsidiaries, including FAH, LLC and, unless otherwise stated, all of its subsidiaries, and (2) prior to the completion of the Transactions, to FAH, LLC and, unless otherwise stated, all of its subsidiaries.

- *"ACON"* refers to ACON Funko Investors, L.L.C., a Delaware limited liability company, and certain funds affiliated with ACON Funko Investors, L.L.C. (including any such fund or entity that holds shares of Class A common stock for the Former Equity Owners).

- *"Continuing Equity Owners"* refers collectively to ACON, Fundamental, the Former Profits Interests Holders, the Warrant Holders and certain current and former executive officers, employees and directors and each of their permitted transferees that own common units in FAH, LLC and who may redeem at each of their options (subject in certain circumstances to time-based vesting requirements) their common units for, at our election, cash or newly-issued shares of Funko, Inc.'s Class A common stock.

- *"FAH LLC Agreement"* refers to FAH, LLC's second amended and restated limited liability company agreement.

- *"FHL"* refers to Funko Holdings LLC, a Delaware limited liability company.

- *"Former Equity Owners"* refers to those Original Equity Owners affiliated with ACON who transferred their indirect ownership interests in common units of FAH, LLC for shares of Funko, Inc.'s Class A common stock (to be held by them either directly or indirectly) in connection with the consummation of the Transactions.

- *"Former Profits Interests Holders"* refers collectively to certain of our directors and certain current executive officers and employees, in each case, who, prior to the consummation of the Transactions, held existing vested and unvested profits interests in FAH, LLC pursuant to FAH, LLC's prior equity incentive plan and received common units of FAH, LLC in exchange for their profits interests (subject to any common units received in exchange for unvested profits interests remaining subject to their existing time-based vesting requirements) in connection with the Transactions.

- *"Former Senior Secured Credit Facilities"* refers to the Company's credit agreement, dated October 30, 2015, which provided for a $175.0 million term loan facility (the "Term Loan A Facility") and a revolving credit facility, including a $3.0 million sub-facility for the issuance of letters of credit (the "Revolving Credit Facility" and, together with the Term Loan A Facility, the "Former Senior Secured Credit Facilities"). Among other amendments to the credit agreement, on January 17, 2017, the Company entered into an amendment which provided for, among other things, an additional $50.0 million term loan facility (the "Term Loan B Facility"), which was repaid in November 2017 in connection with our initial public offering ("IPO"). The Former Senior Secured Credit Facilities were terminated on October 22, 2018.

- *"Fundamental"* refers collectively to Fundamental Capital, LLC and Funko International, LLC.

- *"New Credit Facilities"* refers to the Company's credit agreement, dated October 22, 2018 (the "Credit Agreement"), providing for a term loan facility in the amount of $235.0 million (the "New Term Loan Facility") and a revolving credit facility of $50.0 million (which was increased to $75.0 million on February 11, 2019) (the "New Revolving Credit Facility" and together with the New Term Loan Facility, the "New Credit Facilities").

- *"Original Equity Owners"* refers to the owners of ownership interests in FAH, LLC, collectively, prior to the Transactions, which include ACON, Fundamental, the Former Profits Interests Holders and certain current and former executive officers, employees and directors.

- *"Tax Receivable Agreement"* refers to a tax receivable agreement entered into between Funko, Inc., FAH, LLC and each of the Continuing Equity Owners as part of the Transactions, defined below.

1

Exhibit 13 - Page 266

- *"Transactions"* refers to certain organizational transactions that we effected in connection with our IPO in November 2017. See Note 16, Stockholders' Equity of the notes to our consolidated financial statements for a description of the Transactions.

- *"Warrant Holders"* refers to lenders under our Former Senior Secured Credit Facilities (as defined herein) that previously held warrants to purchase ownership interests in FAH, LLC, which were converted into common units of FAH, LLC in connection with the consummation of the Transactions.

2

Exhibit 13 - Page 267

**Presentation of Financial Information**

FAH, LLC is the predecessor of the issuer, Funko, Inc., for financial reporting purposes. Funko, Inc. is the audited financial reporting entity. On October 30, 2015, ACON, through FAH, LLC, an entity formed in contemplation of the transaction, acquired a controlling interest in FHL and its subsidiary, Funko, LLC. We refer to this transaction as the "ACON Acquisition." As a result of the ACON Acquisition, this Annual Report on Form 10-K presents certain financial information for two periods, Predecessor and Successor, which relate to the period preceding the ACON Acquisition on October 30, 2015 and the period succeeding the ACON Acquisition, respectively. References to the "Successor 2015 Period" refer to the period from October 31, 2015 through December 31, 2015 and references to the "Predecessor 2015 Period" refer to the period from January 1, 2015 through October 30, 2015. Financial information in the Predecessor 2015 Period principally relates to FHL and its subsidiary Funko, LLC.

3

Exhibit 13 - Page 268

**SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS**

*This Annual Report on Form 10-K contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. All statements contained in this Annual Report on Form 10-K other than statements of historical fact, including statements regarding our future operating results and financial position, our business strategy and plans, potential acquisitions, market growth and trends, demand for our products, our planned retail store in Los Angeles, and our objectives for future operations, are forward-looking statements. The words "believe," "may," "will," "estimate," "continue," "anticipate," "intend," "expect," "could," "would," "project," "plan," "potentially," "preliminary," "likely," and similar expressions are intended to identify forward-looking statements. We have based these forward-looking statements largely on our current expectations and projections about future events and trends that we believe may affect our financial condition, results of operations, business strategy, short-term and long-term business operations and objectives, and financial needs. These forward-looking statements are subject to a number of risks, uncertainties, and assumptions, including the important factors described in this Annual Report on Form 10-K under Part II. Item 1A. "Risk Factors," and in our other filings with the Securities and Exchange Commission ("SEC"), that may cause our actual results, performance or achievements to differ materially and adversely from those expressed or implied by the forward-looking statements.*

*Any forward-looking statements made herein speak only as of the date of this Annual Report on Form 10-K, and you should not rely on forward-looking statements as predictions of future events. Although we believe that the expectations reflected in the forward-looking statements are reasonable, we cannot guarantee that the future results, performance, or achievements reflected in the forward-looking statements will be achieved or occur. We undertake no obligation to update any of these forward-looking statements for any reason after the date of this Annual Report on Form 10-K or to conform these statements to actual results or revised expectations.*

4

Exhibit 13 - Page 269

*Seasonality*

While our customers in the retail industry typically operate in highly seasonal businesses, we have historically experienced only moderate seasonality in our business. Historically, over 50% of our net sales are made in the third and fourth quarters, primarily in the period from August through November, as our customers build up their inventories in anticipation of the holiday season. Historically, the first quarter of the year has represented the lowest volume of shipment and sales in our business and in the retail and toy industries generally and it is also the least profitable quarter due to the various fixed costs of the business. However, the rapid growth we have experienced in recent years may have masked the full effects of seasonal factors on our business to date, and as such, seasonality may have a greater effect on our results of operations in future periods.

*Contractual Obligations*

The following summarizes our principal future minimum commitments as of December 31, 2018 (in thousands):

| | 2019 | 2020 | 2021 | 2022 | 2023 | Thereafter | Total |
|---|---|---|---|---|---|---|---|
| Long term debt and related interest [1] | $ 24,513 | $ 26,825 | $ 34,532 | $ 34,683 | $ 164,080 | $ — | $ 284,633 |
| Operating leases | 12,279 | 11,634 | 8,169 | 4,615 | 4,774 | 13,287 | 54,758 |
| Minimum royalty obligations [2] | 4,684 | 2,383 | 159 | — | — | — | 7,226 |
| New Revolving Credit Facility [3] | 20,000 | — | — | — | — | — | 20,000 |
| Total | $ 61,476 | $ 40,842 | $ 42,860 | $ 39,298 | $ 168,854 | $ 13,287 | $ 366,617 |

[1]    We estimated interest payments through the maturity of our New Credit Facilities by applying the interest rate of 5.53% in effect as of December 31, 2018 under our New Term Loan Facility. See Note 10, Debt of the notes to our consolidated financial statements.

[2]    Represents minimum guaranteed royalty payments under licensing arrangements.

[3]    Represents the amount owed as of December 31, 2018 under our New Revolving Credit Facility.

*Off-Balance Sheet Arrangements*

As of December 31, 2018, we did not have any off-balance sheet arrangements.

*Recent Accounting Pronouncements*

See discussion of recently adopted and recently issued accounting pronouncements in Note 2, Significant Accounting Policies of the notes to our consolidated financial statements.

*Critical Accounting Policies and Estimates*

Discussion and analysis of our financial condition and results of operations are based on our consolidated financial statements which have been prepared in accordance with U.S. GAAP. The preparation of these financial statements requires us to make estimates and judgments that affect the reported amounts of assets and liabilities and related disclosures of contingent assets and liabilities, revenue and expenses at the date of the consolidated financial statements. We base our estimates on historical experience and on various other assumptions in accordance with U.S. GAAP that we believe to be reasonable under the circumstances. Actual results may differ from these estimates under different assumptions or conditions.

Critical accounting policies and estimates are those that we consider the most important to the portrayal of our financial condition and operating results and require management's most difficult, subjective or complex judgments, often as a result of the need to make estimates about the effect of matters that are inherently uncertain. Our critical accounting policies and estimates include those related to revenue recognition and sales allowances, royalties, inventory, goodwill and intangible assets, equity-based compensation and income taxes. Changes to these policies and estimates could have a material adverse effect on our results of operations and financial condition.

Exhibit 13 - Page 270

The JOBS Act permits us, as an "emerging growth company," to take advantage of an extended transition period to comply with new or revised accounting standards applicable to public companies. We have chosen to "opt out" of this provision and, as a result, we will adopt new or revised accounting standards upon or prior to required public company adoption dates. This decision to opt out of the extended transition period under the JOBS Act is irrevocable.

*Revenue Recognition and Sales Allowance.* Revenue from the sale of our products is recognized when control of the goods is transferred to the customer, which is upon shipment or upon receipt of finished goods by the customer, depending on the contract terms. The majority of revenue is recognized upon shipment of products to the customer.

We routinely enter into arrangements with our customers to provide sales incentives, support customer promotions, and provide allowances for returns and defective merchandise. These sales adjustments require management to make estimates. In making these estimates, management considers all available information including the overall business environment, historical trends and information from customers, such as agreed upon customer contract terms as well as historical experience from the customer. The estimated costs of these programs reduce gross sales in the period the related sale is recognized. We adjust our estimates at least quarterly or when facts and circumstances used in the estimate process change; historically adjustments to these estimates have not been material.

Amounts received prior to when control of the goods is transferred to the customer are recorded as deferred revenue on our consolidated balance sheets. Sales terms do not allow for a right of return exception in relation to a manufacturing defect. We defer revenue on these advance payments until our performance obligation is satisfied. Deferred revenue is classified as a current liability when recognition is expected within 12 months following the balance sheet date.

We have elected to account for shipping and handling activities that occur after control of the related good transfers as fulfillment activities instead of assessing such activities as performance obligations.  Accordingly, shipping and handling activities that are performed by us, whether before or after a customer has obtained control of the products, are considered fulfillment costs to satisfy our performance obligation to transfer the products and are recorded as incurred within cost of goods sold.

We have made an accounting policy election to exclude from revenue all taxes assessed by a governmental authority that are both imposed on and concurrent with a specific revenue-producing transaction and collected by the Company from a customer (for example, sales, use, value added, and some excise taxes).

*Royalties.* We enter into agreements for rights to licensed trademarks, copyrights and likenesses for use in our products. These licensing agreements require the payment of royalty fees to the licensor based on a percentage of revenue. Many licensing agreements also require minimum royalty commitments. When royalty fees are paid in advance, we record these payments as a prepaid asset, either current or long- term based on when we expect to realize revenues under the related licensing agreement. If we determine that it is probable that the expected revenue will not be realized, a reserve is recorded against the prepaid asset for the non-recoverable portion. As of December 31, 2018, we recorded a prepaid asset of $5.5 million, net of a reserve of $5.5 million. As of December 31, 2017, we recorded a prepaid asset of $6.4 million, net of a reserve of $2.9 million.

We record a royalty liability as revenues are earned based on the terms of the licensing agreement. In situations where a minimum commitment is not expected to be met based on expected revenues, we will accrue up to the minimum amount when it is reasonably certain that revenues generated will not meet the minimum commitment. Royalty and license expense is recorded within cost of sales on the consolidated statements of operations. Royalty expenses for the years ended December 31, 2018, 2017 and 2016, were $110.2 million, $77.5 million and $64.7 million, respectively.

*Inventory.* Inventory consists primarily of figures, plush and accessories and other finished goods, and is accounted for using the first-in, first-out, or FIFO, method. We maintain reserves for excess and obsolete inventories to reflect the inventory balance at the lower of cost or net realizable value. This valuation requires us to make judgments, based on currently available information, about the likely method of disposition, such as

80

Exhibit 13 - Page 271

through sales to customers, or liquidation, and expected recoverable value of each disposition category. We estimate obsolescence based on assumptions regarding future demand.

Inventory costs include direct product costs and freight costs. As a result of the ACON Acquisition, the Underground Toys Acquisition and the Loungefly Acquisition, inventory was adjusted to fair value as of October 31, 2015, January 27, 2017 and June 28, 2017, respectively. See Note 3, Acquisitions of the notes to our consolidated financial statements.

*Goodwill and Intangible Assets.* Goodwill represents the excess of the purchase price over the net amount of identifiable assets acquired and liabilities assumed in a business combination measured at fair value. We evaluate goodwill for impairment annually on October 1 of each year and upon the occurrence of triggering events or substantive changes in circumstances that could indicate a potential impairment by assessing qualitative factors or performing a quantitative analysis in determining whether it is more likely than not that the fair value of the net assets is below their carrying amounts.

Intangible assets acquired in a business combination are recognized separately from goodwill and are initially recognized at their fair value at the acquisition date. Intangible assets acquired include intellectual property (product design), customer relationships, and trade names. These are definite-lived assets and are amortized on a straight-line basis over their useful lives. Intangible assets are reviewed for impairment whenever events or changes in circumstances indicate that the carrying amount of the assets might not be recoverable. Conditions that would necessitate an impairment assessment include a significant decline in the observable market value of an asset, a significant change in the extent or manner in which an asset is used, or any other significant adverse change that would indicate that the carrying amount of an asset or group of assets may not be recoverable.

*Income Taxes.* We apply the provisions of Accounting Standards Codification ("ASC") Topic No. 740, "Income Taxes" ("ASC 740"). Under ASC 740, deferred tax assets and liabilities are determined based on differences between the financial reporting and tax bases of assets and liabilities and are measured using the enacted tax rates and laws that will be in effect when the differences are expected to reverse. We record a valuation allowance against our deferred tax assets when it is more likely than not that all or a portion of a deferred tax asset will not be realized. In evaluating our ability to recover our deferred tax assets, we consider all available positive and negative evidence, including our operating results, ongoing tax planning and forecasts of future taxable income on a jurisdiction-by-jurisdiction basis. If we determine we will not be able to fully utilize all or part of these deferred tax assets, we would record a valuation allowance through earnings in the period the determination was made, which would have an adverse effect on our results of operations and earnings. In accordance with ASC 740, we recognize, in our consolidated financial statements, the impact of our tax positions that are more likely than not to be sustained upon examination based on the technical merits of the positions. We recognize interest and penalties for uncertain tax positions in selling, general and administrative expenses.

We are subject to U.S. federal, state and local income taxes with respect to our allocable share of any taxable income of FAH, LLC and are taxed at the prevailing corporate tax rates. FAH, LLC is treated as a partnership for U.S. federal income tax purposes and, as such, generally is not subject to any entity-level U.S. federal income tax. Instead, taxable income is allocated to holders of its common units, including us. As a result, we incur income taxes on our allocable share of any net taxable income of FAH, LLC. Pursuant to the Second Amended and Restated FAH, LLC Agreement, FAH, LLC will generally make pro rata tax distributions to holders of common units in an amount sufficient to fund all or part of their tax obligations with respect to the taxable income of FAH, LLC that is allocated to them.

In connection with the consummation of the IPO, we entered into a Tax Receivable Agreement ("TRA") with FAH, LLC and each of the Continuing Equity Owners. Pursuant to the Tax Receivable Agreement, we are required to make cash payments to the Continuing Equity Owners equal to 85% of the tax benefits, if any, that we realize, or in some circumstances are deemed to realize, as a result of (1) any redemptions funded by us or exchanges (or deemed exchanges in certain circumstances) of common units for Class A common stock or cash, and (2) certain additional tax benefits attributable to payments under the Tax Receivable Agreement ("TRA Payments"). Amounts payable under the TRA are contingent upon, among other things, (i) generation of taxable income over the term of the TRA and (ii) changes in tax laws. If we do not generate sufficient taxable income in the aggregate over the term of the TRA to utilize the tax benefits, then we would not be required to make the related TRA Payments. Therefore, we only recognize a liability for TRA Payments if we determine that it is probable that we will generate

81

Exhibit 13 - Page 272

sufficient future taxable income over the term of the TRA to utilize the related tax benefits. Estimating future taxable income is inherently uncertain and requires judgment. In projecting future taxable income, we consider our historical results and incorporate certain assumptions, including projected revenue growth, and operating margins, among others.

Upon redemption or exchange of common units in FAH, LLC, we record a liability relating to the obligation if we believe that it is probable that we would have sufficient future taxable income to utilize the related tax benefits. If we determine in the future that we will not be able to fully utilize all or part of the related tax benefits, we would derecognize any portion of the liability related to the benefits not expected to be utilized.

Additionally, we will estimate the amount of TRA Payments expected to be paid within the next 12 months and classify this amount as current on our consolidated balance sheets. This determination is based on our estimate of taxable income for the next fiscal year. To the extent our estimate differs from actual results, we may be required to reclassify portions of our liabilities under the TRA between current and non-current.

During the year ended December 31, 2018, we acquired an aggregate of 1.4 million common units of FAH, LLC in connection with the redemption of common units, which resulted in an increase in the tax basis of our investment in FAH, LLC subject to the provisions of the Tax Receivable Agreement.  As a result of these exchanges, during the year ended December 31, 2018 we recognized an increase to our net deferred tax assets in the amount of $7.0 million, and a corresponding increase to our TRA liabilities of $6.8 million, representing 85% of the tax benefits due to the Continuing Equity Owners.

During the year ended December 31, 2017, there were no redemptions or exchanges of common units in FAH, LLC under the TRA. As such, we did not record any liabilities relating to our obligations under the TRA for 2017.

Refer to Note 2, Significant Accounting Policies of the notes to our consolidated financial statements for a discussion of recent accounting pronouncements.

82

Exhibit 13 - Page 273

**FUNKO, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME**

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2018 | 2017 | 2016 |
| | (In thousands) | | |
| Net income | $ 28,311 | $ 5,600 | $ 26,880 |
| Other comprehensive income: | | | |
| Foreign currency translation (loss) gain, net of tax effect of $51, $0 and $0 for the years ended December 31, 2018, 2017 and 2016, respectively | (2,020) | 802 | — |
| Comprehensive income | 26,291 | 6,402 | 26,880 |
| *Less:* Comprehensive income attributable to non-controlling interests | 17,908 | 859 | — |
| Comprehensive income attributable to Funko, Inc. | $ 8,383 | $ 5,543 | $ 26,880 |

See accompanying notes to consolidated financial statements.

87

Exhibit 13 - Page 274

**FUNKO, INC. AND SUBSIDIARIES**
**CONSOLIDATED BALANCE SHEETS**

|  | December 31, | |
|---|---:|---:|
|  | **2018** | **2017** |
|  | (In thousands) | |
| **Assets** | | |
| **Current assets:** | | |
| Cash and cash equivalents | $ 13,486 | $ 7,728 |
| Accounts receivable, net | 148,627 | 115,478 |
| Inventory | 86,622 | 79,082 |
| Prepaid expenses and other current assets | 11,904 | 21,727 |
| Total current assets | 260,639 | 224,015 |
| | | |
| Property and equipment, net | 44,296 | 40,438 |
| Goodwill | 112,818 | 110,902 |
| Intangible assets, net | 233,645 | 250,649 |
| Deferred tax asset | 7,346 | 51 |
| Other assets | 4,275 | 4,258 |
| Total assets | $ 663,019 | $ 630,313 |
| | | |
| **Liabilities and Stockholders' Equity** | | |
| **Current liabilities:** | | |
| Line of credit | $ 20,000 | $ 10,801 |
| Current portion long-term debt, net of unamortized discount | 10,593 | 7,928 |
| Accounts payable | 36,130 | 53,428 |
| Income taxes payable | 4,492 | 2,268 |
| Accrued royalties | 39,020 | 25,969 |
| Accrued expenses and other current liabilities | 27,621 | 27,032 |
| Current portion of contingent consideration | — | 2,500 |
| Total current liabilities | 137,856 | 129,926 |
| | | |
| Long-term debt, net of unamortized discount | 216,704 | 215,170 |
| Deferred tax liability | 5 | 588 |
| Liabilities under tax receivable agreement, net of current portion | 6,504 | — |
| Deferred rent and other long-term liabilities | 5,584 | 3,474 |
| | | |
| Commitments and contingencies | | |
| | | |
| **Stockholders' equity:** | | |
| Class A common stock, par value $0.0001 per share, 200,000 shares authorized; 24,960 shares and 23,338 shares issued and outstanding as of December 31, 2018 and 2017, respectively | 2 | 2 |
| Class B common stock, par value $0.0001 per share, 50,000 shares authorized; 23,584 shares and 24,976 shares issued and outstanding as of December 31, 2018 and 2017, respectively | 2 | 2 |
| Additional paid-in-capital | 146,408 | 129,320 |
| Accumulated other comprehensive income | (171) | 802 |
| Retained earnings | 10,397 | 1,041 |
| Total stockholders' equity attributable to Funko, Inc. | 156,638 | 131,167 |
| Non-controlling interests | 139,728 | 149,988 |
| Total stockholders' equity | 296,366 | 281,155 |
| Total liabilities and stockholders' equity | $ 663,019 | $ 630,313 |

See accompanying notes to consolidated financial statements.

88

Exhibit 13 - Page 275

**FUNKO, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF STOCKHOLDERS' AND MEMBERS' EQUITY**
**(In thousands)**

| | Member Units | | Recourse Loans To Management | Other Comprehensive Income | Members' Earnings (Deficit) | Class A Common Stock | | Class B Common Stock | | Additional Paid-In Capital | Other Comprehensive Income | Retained Earnings (Deficit) | Non-Controlling Interests | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Units | Amounts | | | | Shares | Amount | Shares | Amount | | | | | |
| January 1, 2016 | 224 | $ 250,601 | $ (915) | $ — | $ (6,130) | — | $ — | — | $ — | $ — | $ — | $ — | $ — | 243,556 |
| Members' contributions | 15 | 24,431 | — | — | (9,431) | — | — | — | — | — | — | — | — | 15,000 |
| Equity-based compensation | 4 | 2,369 | — | — | — | — | — | — | — | — | — | — | — | 2,369 |
| Net income | — | — | — | — | 26,880 | — | — | — | — | — | — | — | — | 26,880 |
| Recourse loans to management | — | — | 142 | — | — | — | — | — | — | — | — | — | — | 142 |
| Distribution to members | — | — | — | — | (70,570) | — | — | — | — | — | — | — | — | (70,570) |
| Period ended December 31, 2016 | 243 | $ 277,401 | $ (773) | $ — | $ (59,251) | — | $ — | — | $ — | $ — | $ — | $ — | $ — | $ 217,377 |
| Equity issued in connection with acquisition prior to Transactions | 2 | 5,313 | — | — | — | — | — | — | — | — | — | — | — | 5,313 |
| Warrants issued in connection with long-term debt prior to Transactions | — | — | — | — | 5,726 | — | — | — | — | — | — | — | — | 5,726 |
| Equity-based compensation prior to Transactions | — | 4,571 | 159 | — | — | — | — | — | — | — | — | — | — | 4,730 |
| Net income prior to Transactions | — | — | — | — | 2,684 | — | — | — | — | — | — | — | — | 2,684 |
| Cumulative translation adjustment prior to Transactions | — | — | — | 1,184 | — | — | — | — | — | — | — | — | — | 1,184 |
| Distribution to members prior to Transactions | — | — | — | — | (72,965) | — | — | — | — | — | — | — | — | (72,965) |
| Contributions from members prior to Transactions | 5 | 5,000 | — | — | — | — | — | — | — | — | — | — | — | 5,000 |
| Recourse loans to management prior to Transactions | — | — | 188 | — | — | — | — | — | — | — | — | — | — | 188 |
| Effect of Transactions | (250) | (292,285) | 426 | (1,184) | 123,806 | 12,921 | 1 | | | 168,052 | 572 | | 612 | - |
| Sale of Class A common stock in initial public offering, net | — | — | — | — | — | 10,417 | 1 | — | — | 108,919 | — | — | — | 108,920 |
| Issuance of Class B common stock | — | — | — | — | — | — | — | 24,976 | 2 | — | — | — | — | 2 |
| Net deferred tax adjustments resulting from the Transactions | — | — | — | — | — | — | — | — | — | (1,241) | — | — | — | (1,241) |
| Non-controlling interests related to purchase of common units from FAH, LLC | — | — | — | — | — | — | — | — | — | (147,254) | — | — | 147,254 | - |
| Equity-based compensation subsequent to Transactions | — | — | — | — | — | — | — | — | — | 844 | — | — | — | 844 |
| Cumulative translation adjustment | — | — | — | — | — | — | — | — | — | — | 230 | — | 247 | 477 |
| Net income subsequent to the Transactions | — | — | — | — | — | — | — | — | — | — | — | 1,041 | 1,875 | 2,916 |
| Period ended December 31, 2017 | - | $ - | $ - | $ — | $ - | 23,338 | $ 2 | 24,976 | $ 2 | $ 129,320 | $ 802 | $ 1,041 | $ 149,988 | $ 281,155 |
| Distribution to continuing equity owners | — | — | — | — | — | — | — | — | — | — | — | — | (20,441) | (20,441) |
| Equity-based compensation | — | — | — | — | — | — | — | — | — | $ 9,140 | — | — | — | 9,140 |
| Shares issued for equity-based compensation awards | — | — | — | — | — | 176 | — | — | — | 28 | — | — | — | 28 |
| Cumulative translation adjustment, net of tax | — | — | — | — | — | — | — | — | — | — | (973) | — | (1,047) | (2,020) |
| Establishment of liabilities under tax receivable agreement and related changes to deferred tax assets | — | — | — | — | — | — | — | — | — | 193 | — | — | — | 193 |
| Redemption of common units of FAH, LLC | — | — | — | — | — | 1,447 | — | (1,392) | — | 7,727 | — | — | (7,727) | — |
| Net income | — | — | — | — | — | — | — | — | — | — | — | 9,356 | 18,955 | 28,311 |
| Period ended December 31, 2018 | — | — | $ - | $ - | $ - | 24,961 | $ 2 | 23,584 | $ 2 | $ 146,408 | $ (171) | $ 10,397 | $ 139,728 | $ 296,366 |

See accompanying notes to consolidated financial statements.

89

Exhibit 13 - Page 276

**FUNKO, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**

|  | Year Ended December 31, | | |
| --- | --- | --- | --- |
|  | **2018** | **2017** | **2016** |
|  | (In thousands) | | |
| **Operating Activities** | | | |
| Net income | $ 28,311 | $ 5,600 | $ 26,880 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | | |
| Depreciation and amortization | 39,116 | 31,975 | 23,509 |
| Equity-based compensation | 9,140 | 5,574 | 2,369 |
| Contingent consideration | — | 30 | 5,503 |
| Accretion of discount on long-term debt | 1,414 | 3,887 | 1,150 |
| Amortization of debt issuance costs | 709 | 534 | 248 |
| Loss on debt extinguishment | 4,547 | 5,103 | — |
| Deferred tax benefit | (903) | (718) | — |
| Other | 4,288 | — | — |
| Changes in operating assets and liabilities: | | | |
| Accounts receivable, net | (36,139) | (28,473) | (33,624) |
| Inventory | (9,389) | (16,703) | 6,013 |
| Prepaid expenses and other assets | 8,736 | (9,737) | (8,549) |
| Accounts payable | (16,375) | 18,998 | 14,652 |
| Income taxes payable | 2,177 | 2,268 | — |
| Accrued royalties | 13,072 | 3,073 | 7,720 |
| Accrued expenses and other liabilities | 1,287 | 2,426 | 3,597 |
| Net cash provided by operating activities | 49,991 | 23,837 | 49,468 |
|  | | | |
| **Investing Activities** | | | |
| Purchase of property and equipment | (26,866) | (33,562) | (21,202) |
| Acquisitions, net of cash | (635) | (31,653) | (903) |
| Net cash used in investing activities | (27,501) | (65,215) | (22,105) |
|  | | | |
| **Financing Activities** | | | |
| Borrowings on line of credit | 316,390 | 153,383 | 57,741 |
| Payments on line of credit | (307,191) | (149,311) | (51,012) |
| Proceeds from long-term debt, net | 230,011 | 66,336 | 47,628 |
| Payment of long-term debt | (231,338) | (59,000) | (7,600) |
| Payment of subordinated debt, net | — | (20,000) | — |
| Proceeds from subordinated debt, net | — | 20,000 | — |
| Contingent consideration | (2,500) | (17,958) | (36,942) |
| Contributions from members | — | 5,000 | 15,000 |
| Proceeds from initial public offering, net of underwriters discount and commissions | — | 117,337 | — |
| Proceeds from issuance of Class B common stock | — | 2 | — |
| Distributions to continuing equity owners | (20,441) | (72,777) | (70,428) |
| Proceeds from exercise of equity-based options | 23 | — | — |
| Net cash provided by (used in) financing activities | (15,046) | 43,012 | (45,613) |
|  | | | |
| Effect of exchange rates on cash and cash equivalents | (1,686) | (67) | — |
|  | | | |
| Net increase (decrease) in cash and cash equivalents | 5,758 | 1,567 | (18,250) |
| Cash and cash equivalents at beginning of period | 7,728 | 6,161 | 24,411 |
| Cash and cash equivalents at end of period | $ 13,486 | $ 7,728 | $ 6,161 |
|  | | | |
| **Supplemental Cash Flow Information** | | | |
| Cash paid for interest | $ 19,403 | $ 25,360 | $ 12,455 |
| Income tax payments | 2,311 | — | - |
| Accrual for purchases of property and equipment | 1,137 | 1,607 | (489) |
| Establishment of liabilities under tax receivable agreement | 6,771 | — | - |
| Issuance of Class A units for acquisitions | — | 5,313 | - |
| Issuance of warrants for Class A units in connection with long-term debt | — | 5,061 | - |
| Issuance of warrants for common units in connection with long-term debt | — | 665 | - |
| Reimbursement of management recourse loans | — | 773 | 142 |
| Tenant allowance | 168 | — | 2,041 |

See accompanying notes to consolidated financial statements.

90

Exhibit 13 - Page 277

**FUNKO, INC. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**1. Basis of Presentation and Description of Business**

The consolidated financial statements include Funko, Inc. and its subsidiaries (together with its subsidiaries, the "Company") and have been prepared in accordance with U.S. generally accepted accounting principles ("U.S. GAAP"). All intercompany balances and transactions have been eliminated.

The Company was formed as a Delaware corporation on April 21, 2017. The Company was formed for the purpose of completing an initial public offering ("IPO") of its Class A common stock and related transactions in order to carry on the business of Funko Acquisition Holdings, L.L.C. ("FAH, LLC") and its subsidiaries. FAH, LLC, a holding company with no operating assets or operations, was formed on September 24, 2015. On October 30, 2015, ACON Funko Investors, L.L.C. (together with related entities, "ACON"), through FAH, LLC, acquired a controlling interest in Funko Holdings LLC ("FHL") (the "ACON Acquisition"), a Delaware limited liability company formed on May 28, 2013, which is also a holding company with no operating assets or operations. FAH, LLC owns 100% of FHL and FHL owns 100% of Funko, LLC, a limited liability company formed in the state of Washington, which is its operating entity. Funko, LLC is headquartered in Everett, Washington and is a leading pop culture consumer products company. Funko, LLC designs, sources, and distributes licensed pop culture products.

On November 6, 2017, the Company completed an IPO of 10,416,666 shares of its Class A common stock at a public offering price of $12.00 per share (the "IPO"), receiving approximately $117.3 million in net proceeds, after deducting underwriting discounts and commissions, which were used to purchase 10,416,666 of FAH, LLC's newly-issued common units at a price per unit equal to the price per share of Class A common stock sold in the IPO, less underwriting discounts and commissions. The IPO and related reorganization transactions (the "Transactions") resulted in the Company being the sole managing member of FAH, LLC. As the sole managing member of FAH, LLC, Funko, Inc. operates and controls all of FAH, LLC's operations and, through FAH, LLC and its subsidiaries, conducts FAH, LLC's business.  Accordingly, the Company consolidates the financial results of FAH, LLC and reports a non-controlling interest in its consolidated financial statements representing the FAH, LLC interests held by ACON Funko Investors, L.L.C., a Delaware limited liability company ("ACON Funko Investors") and certain of its affiliates, Fundamental Capital, LLC and Funko International, LLC (collectively, "Fundamental"), and certain current and former executive officers, employees and directors, in each case, who held profits interests in FAH, LLC and who received common units of FAH, LLC in exchange for their profits interests in connection with the Transactions (as defined herein) (collectively, the "Original Equity Owners") and the former holders of warrants to purchase ownership interests in FAH, LLC, which were converted into common units of FAH, LLC in connection with the Transactions, and, in each case, each of their permitted transferees that own common units in FAH, LLC and who may redeem at each of their options (subject in certain circumstances to time-based vesting requirements) their common units for, at the Company's election, cash or newly-issued shares of the Company's Class A common stock (collectively, the "Continuing Equity Owners").

As the Transactions, discussed further in Note 16, Stockholders' Equity, are considered transactions between entities under common control, the financial statements reflect the combined entities for all periods presented.

91

Exhibit 13 - Page 278

**2. Significant Accounting Policies**

Certain of the significant accounting policies are discussed within the note to which they specifically relate.

### Use of Estimates

The preparation of the Company's consolidated financial statements in conformity with U.S. GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and the disclosure of contingent assets and liabilities at the date of the consolidated financial statements as well as the reported amounts of revenues and expenses during the reporting period. Actual results could differ from these estimates and assumptions.

### Cash Equivalents

Cash equivalents include amounts due from third-party financial institutions for credit and debit card transactions. These receivables typically settle in less than five days and were $0.1 million for both December 31, 2018 and 2017.

### Concentrations of Business and Credit Risk

The Company grants credit to its customers on an unsecured basis. As of December 31, 2018 and 2017, the balance of accounts receivable consisted of 10% and 9%, respectively, of amounts owed from the largest customer for the given period. The collection of these receivables has been within the terms of the associated customer agreement.

For the years ended December 31, 2018 and 2017, there was no individual customer that generated net sales over 10%. For the year ended December 31, 2016, approximately 12% of sales were generated from one customer.

For the year ended December 31, 2018, 15%, 11% and 10% of sales were related to the Company's three largest license agreements with no other license agreements accounting for more than 10% of sales. For the year ended December 31, 2017, there were no license agreements that accounted for more than 10% of sales. For the year ended December 31, 2016, 15% of sales were related to one license agreement with no other license agreements accounting for more than 10% of sales.

The Company maintains its cash within bank deposit accounts at high quality, accredited financial institutions. These amounts at times may exceed federally insured limits. The Company has not experienced any credit losses in such accounts and does not believe it is exposed to significant credit risk on cash.

### Inventory

Inventory consists primarily of figures, plush, accessories and other finished goods, and is accounted for using the first-in, first-out ("FIFO") method. The Company maintains reserves for excess and obsolete inventories to reflect the inventory balance at the lower of cost or net realizable value. This valuation requires us to make judgments, based on currently available information, about the likely method of disposition, such as through sales to customers, or liquidation, and expected recoverable value of each disposition category. The Company estimates obsolescence based on assumptions regarding future demand. Inventory costs include direct product costs and freight costs.

92

Exhibit 13 - Page 279

*Property and Equipment*

Property and equipment is stated at historical cost, net of accumulated depreciation, and, if applicable, impairment charges. Depreciation of property and equipment is recorded using the straight-line method over the shorter of the estimated useful life of the asset or the lease term. The estimated useful lives of our property and equipment are generally as follows:

| Asset | Lives (in years) |
|---|---:|
| Tooling and molds | 2 |
| Furniture, fixtures, and warehouse equipment | 5 to 7 |
| Computer equipment, software and other | 3 to 5 |
| Leasehold improvements | Lesser of useful life or term of lease |

*Revenue Recognition and Sales Allowance*

Revenue from the sale of Company products is recognized when control of the goods is transferred to the customer, which is upon shipment or upon receipt of finished goods by the customer, depending on the contract terms.

The Company routinely enters into arrangements with its customers to provide sales incentives, support customer promotions, and provide allowances for returns and defective merchandise. These sales adjustments require management to make estimates. In making these estimates, management considers all available information including the overall business environment, historical trends and information from customers, such as agreed upon customer contract terms as well as historical experience from the customer. The costs of these programs reduce gross sales in the period the related sale is recognized. The Company adjusts its estimates at least quarterly or when facts and circumstances used in the estimate process change; historically these adjustments have not been material.

Amounts received prior to when control of the goods is transferred to the customer are recorded as deferred revenue on the consolidated balance sheet. Sales terms do not allow for a right of return exception in relation to a manufacturing defect. The Company defers revenue on these advance payments until its performance obligation is satisfied. Deferred revenue is classified as a current liability when recognition is expected within 12 months following the balance sheet date. Deferred revenue was $0.3 million and $3.3 million as of December 31, 2018 and 2017, and the changes in deferred revenue were a decrease of $3.0 million, a decrease of $0.5 million and an increase of $0.8 million for the years ended December 31, 2018, 2017 and 2016, respectively.

We have elected to account for shipping and handling activities that occur after control of the related good transfers as fulfillment activities instead of assessing such activities as performance obligations. Accordingly, shipping and handling activities that are performed by the Company, whether before or after a customer has obtained control of the products, are considered fulfillment costs to satisfy our performance obligation to transfer the products, and are recorded as incurred within cost of sales.

We have made an accounting policy election to exclude from revenue all taxes assessed by a governmental authority that are both imposed on and concurrent with a specific revenue-producing transaction and collected by the Company from a customer (for example, sales, use, value-added, and some excise taxes).

We have elected the practical expedient permitting expensing of costs to obtain a contract when the expected amortization period is one year or less.

*Shipping Revenue and Costs*

Shipping and handling costs include inbound freight costs and the cost to ship product to the customer and are included in cost of sales. Shipping fees billed to customers are included in net sales.

*Advertising and Marketing Costs*

Advertising and marketing costs are expensed when the advertising or marketing event takes place. These costs include the fees to participate in trade shows and Comic-Cons, as well as costs to develop promotional video and

93

Exhibit 13 - Page 280

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

FUNKO, INC.(Registrant)

Date: March 5, 2019                    By:    /s/ Russell Nickel
_____

Russell Nickel

Chief Financial Officer (Principal Financial Officer)

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of Registrant and in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ Brian Mariotti<br>———————————————<br>Brian Mariotti | Chief Executive Officer and Director (Principal Executive Officer) | March 5, 2019 |
| /s/ Russell Nickel<br>———————————————<br>Russell Nickel | Chief Financial Officer (Principal Financial and Accounting Officer) | March 5, 2019 |
| /s/ Ken Brotman<br>———————————————<br>Ken Brotman | Chairman of the Board and Director | March 5, 2019 |
| /s/ Gino Dellomo<br>———————————————<br>Gino Dellomo | Director | March 5, 2019 |
| /s/ Charles Denson<br>———————————————<br>Charles Denson | Director | March 5, 2019 |
| /s/ Diane Irvine<br>———————————————<br>Diane Irvine | Director | March 5, 2019 |
| /s/ Adam Kriger<br>———————————————<br>Adam Kriger | Director | March 5, 2019 |
| /s/ Michael Lunsford<br>———————————————<br>Michael Lunsford | Director | March 5, 2019 |

126

Exhibit 13 - Page 281