# EXHIBIT 14

| FORM 4 | |
|---|---|
| ☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b). | |

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response... | 0.5 |

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

(Print or Type Responses)

| 1. Name and Address of Reporting Person [*] <br> Mariotti Brian Richard | 2. Issuer Name **and** Ticker or Trading Symbol <br> Funko, Inc. [FNKO] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)     (First)     (Middle) <br> C/O FUNKO, INC., 2802 WETMORE AVENUE | 3. Date of Earliest Transaction (Month/Day/Year) <br> 06/10/2019 | __X__ Director            __X__ 10% Owner <br> __X__ Officer (give title below)    ____ Other (specify below) <br> CHIEF EXECUTIVE OFFICER |
| (Street) <br> EVERETT, WA 98201 | 4. If Amendment, Date Original Filed(Month/Day/Year) | 6. Individual or Joint/Group Filing(Check Applicable Line) <br> _X_ Form filed by One Reporting Person <br> ___ Form filed by More than One Reporting Person |
| (City)     (State)     (Zip) | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| CLASS A COMMON STOCK | 06/10/2019 | | C[(1)] | | 50,000 | A | $ 0 | 50,000 | D | |
| CLASS B COMMON STOCK | 06/10/2019 | | D[(2)] | | 50,000 | D | $ 0 | 3,131,689 | D | |
| CLASS A COMMON STOCK | 06/10/2019 | | S[(3)] | | 50,000 | D | $ 22.0189 [(4)] | 0 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.**

SEC 1474 (9-02)

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Common Units | [(1)] | 06/10/2019 | | C[(1)] | | | 50,000 | [(1)] | [(1)] | Class A Common Stock | 50,000 | $ 0 | 3,858,496 [(5)] | D | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| Mariotti Brian Richard <br> C/O FUNKO, INC. <br> 2802 WETMORE AVENUE <br> EVERETT, WA 98201 | X | X | CHIEF EXECUTIVE OFFICER | |

## Signatures

Exhibit 14 - Page 282

/s/ Tracy Daw, as Attorney-in-Fact for Brian Richard Mariotti                    06/12/2019

**\*\*** Signature of Reporting Person                                           Date

## Explanation of Responses:

\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*   Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

**(1)**   Vested Common Units of Funko Acquisition Holdings, L.L.C. ("Common Units") may be redeemed by the Reporting Person at any time for Class A common stock of Funko, Inc. (the "Issuer"), par value $0.0001 per share ("Class A Shares"), on a 1-to-1 basis. The Common Units have no expiration date.

**(2)**   Reflects the cancellation for no consideration of a number of shares of Class B Common Stock of the Issuer, par value $0.0001 per share, in connection with the redemption by the Reporting Person of an equal number of Common Units for Class A Shares.

**(3)**   The sales reported in this Form 4 were effected pursuant to a 10b5-1 trading plan adopted by the Reporting Person in accordance with Rule 10b5-1 of the Securities Exchange Act of 1934, as amended.

**(4)**   The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $21.61 to $22.50, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the ranges set forth in this footnote.

**(5)**   3,616,227 Common Units are vested and 242,269 Common Units will vest on December 21, 2019, subject to the Reporting Person's continued service with the Issuer.

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

Exhibit 14 - Page 283