# EXHIBIT 27

Case 2:20-cv-02319-WLH-MAA    Document 117-27    Filed 10/02/20    Page 1 of 29   Page ID #:1912

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

---

# FORM 8-K

### CURRENT REPORT
**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**October 31, 2019**
Date of Report (Date of earliest event reported)

---

# FUNKO, INC.
(Exact Name of Registrant as Specified in its Charter)

| **Delaware** | **001-38274** | **35-2593276** |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**2802 Wetmore Avenue**
**Everett, Washington 98201**
(Address of Principal Executive Offices) (Zip Code)

**(425) 783-3616**
(Registrant's telephone number, including area code)

(Former Name or Former Address, if Changed Since Last Report)

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (*see* General Instruction A.2. below):

☐  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Class A Common Stock, $0.0001 par value per share | FNKO | The Nasdaq Stock Market LLC |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☒

---

Exhibit 27 - Page 386

**Item 2.02. Results of Operations and Financial Condition.**

On October 31, 2019, Funko, Inc. (the "Company") announced its financial results for the three and nine months ended September 30, 2019. The full text of the press release (the "Press Release") issued in connection with the announcement is furnished as Exhibit 99.1 to this report and is incorporated herein by reference.  The information contained in the website cited in the Press Release is not incorporated herein.

**Item 7.01. Regulation FD Disclosure.**

The slides for the Company's earnings presentation on October 31, 2019 for the three and nine months ended September 30, 2019, are furnished as Exhibit 99.2 to this report.

The information in this report (including Exhibits 99.1 and 99.2) shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that section, nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as expressly set forth by specific reference in such a filing.

**Item 9.01 Financial Statements and Exhibits.**

(d)   Exhibits:

| Exhibit No. | Description |
|---|---|
| Exhibit 99.1 | Press release of Funko, Inc. issued October 31, 2019. |
| Exhibit 99.2 | Earnings presentation of Funko, Inc. dated October 31, 2019. |

2

Exhibit 27 - Page 387

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date: October 31, 2019

**FUNKO, INC.**

By:    /s/ Jennifer Fall Jung

Jennifer Fall Jung

Chief Financial Officer (Principal Financial Officer)

Exhibit 99.1



## Funko Reports Third Quarter 2019 Financial Results

**Sales Increased 26% to $223.3 Million**
**Net Income Grew to $15.5 million from $7.6 million**
**Adjusted EBITDA Rose 20%**

**EVERETT, Wash. October 31, 2019**-- Funko, Inc. ("Funko," or the "Company") (Nasdaq: FNKO), a leading pop culture consumer products company, today reported its consolidated financial results for the third quarter ended September 30, 2019.

**Third Quarter 2019 Highlights[1]**

- Net sales increased 26% to $223.3 million

- Gross profit[2] increased 26% to $85.5 million

- Gross margin[2] decreased 10 basis points to 38.3%

- Income from operations increased 36% to $22.6 million

- Net income increased to $15.5 million from $7.6 million

- Earnings per diluted share increased to $0.25

- Adjusted Net Income[3] was $19.9 million compared to $13.6 million in the third quarter of 2018, and Adjusted Earnings per Diluted Share[3] was $0.38, compared to $0.27 in the third quarter of 2018

- Adjusted EBITDA[3] increased 20% to $40.6 million

"Funko once again delivered another quarter of strong growth and financial performance" said Brian Mariotti, Funko's CEO. "We are driving results by executing against our strategic initiatives and investing in the long-term success of Funko."

"More and more people are choosing Funko to be the platform in which they engage with pop culture. We are focused on finding new and innovative ways to connect people to their favorite entertainment through fan experiences as well as digital and physical goods."

---

[1] The prior period amounts have been revised to reflect the correction of immaterial errors related to an underpayment of certain duties owed to U.S. Customs as well as other previously identified immaterial errors. Please see Note 1 to our Form 10-Q for the period ended September 30, 2019 for further information.

[2] Gross profit is calculated as net sales less cost of sales (excluding depreciation and amortization).   Gross margin is calculated as net sales less cost of sales (excluding depreciation and amortization) as a percentage of net sales.

[3] Adjusted Net Income, Adjusted Earnings per Diluted Share, EBITDA and Adjusted EBITDA are non-GAAP financial measures. For a reconciliation of Adjusted Net Income, Adju

4

Exhibit 27 - Page 389

"There continues to be strong global demand for our products as the proliferation of content persists around the world. We are continuing to make the investments needed to capitalize on our expanding growth opportunities in both new and existing markets."

**Third Quarter 2019 Financial Results**

Net sales increased 26% to $223.3 million in the third quarter of 2019 from $176.9 million in the third quarter of 2018.  The growth was driven primarily by an increase in the number of active properties and strong sales demand in the United States and Europe.

In the third quarter of 2019, the number of active properties increased 13% to 627 from 553 in the third quarter of 2018 and net sales per active property increased 11%. On a geographical basis, net sales in the United States increased 21% to $147.3 million and net sales internationally increased 37% to $76 million with strong growth in Europe. On a product category basis, net sales of figures increased 24% to $176.5 million and net sales of other products increased 33% to $46.8 million versus the third quarter of 2018, driven primarily by continued growth of our Loungefly and other softline products and the introduction of our games product line.

The tables below show the breakdown of net sales on a geographical and product category basis (in thousands):

| | Three Months Ended September 30, | | | | Period Over Period Change | | |
| | 2019 | | 2018 | | Dollar | | Percentage |
|---|---|---|---|---|---|---|---|
| **Net sales by geography:** | | | | | | | |
| United States | $ | 147,308 | $ | 121,316 | $ | 25,992 | 21.4% |
| International | | 75,999 | | 55,599 | | 20,400 | 36.7% |
| Total net sales | $ | 223,307 | $ | 176,915 | $ | 46,392 | 26.2% |

| | Three Months Ended September 30, | | | | Period Over Period Change | | |
| | 2019 | | 2018 | | Dollar | | Percentage |
|---|---|---|---|---|---|---|---|
| **Net sales by product:** | | | | | | | |
| Figures | $ | 176,480 | $ | 141,762 | $ | 34,718 | 24.5% |
| Other | | 46,827 | | 35,153 | | 11,674 | 33.2% |
| Total net sales | $ | 223,307 | $ | 176,915 | $ | 46,392 | 26.2% |

Gross margin[2] in the third quarter of 2019 decreased 10 basis points to 38.3% compared to 38.4% in the third quarter of 2018. The decrease in gross margin[2] in the third quarter of 2019 compared to the third quarter of 2018 was driven primarily by higher duties related to our Loungefly products, partially offset by lower license and royalty costs as a percentage of net sales and lower shipping and freight costs as a percentage of net sales.

SG&A expenses increased 27% to $52.4 million in the third quarter of 2019 from $41.3 million in the third quarter of 2018, primarily driven by growth and investment in the business and the continued expansion of our office, retail and warehouse facilities, reflecting an increase of $5.0 million in personnel and related costs (including salary and related taxes/benefits, commissions and stock compensation expense), an increase of $2.1 million in administrative and other costs, an increase of $1.3 million in warehouse and office support and an increase of $1.1 million in

Exhibit 27 - Page 390

rent and related facilities costs.  In addition, SG&A expenses included $2.9 million of legal, accounting and other related costs incurred in connection with the Company's investigation of the underpayment of customs duties at Loungefly.  SG&A expenses increased 20 basis points as a percentage of net sales.

Net income for the third quarter of 2019 increased to $15.5 million from $7.6 million in the third quarter of 2018, and Adjusted Net Income[3] increased $6.3 million to $19.9 million from $13.6 million in the third quarter of 2018. Factors that led to net income and Adjusted Net Income[3] growing faster than net sales in the third quarter of 2019 compared to the third quarter of 2018 include lower depreciation and amortization expense as a percentage of net sales, a reduction in interest expense, net and the reduced impact of foreign currency gains and losses relating to transactions denominated in currencies other than the US dollar compared to the third quarter of 2018.

Adjusted EBITDA[3] in the third quarter of 2019 rose 20% to $40.6 million or 18.2% of net sales from $33.9 million, or 19.2%, of net sales in the third quarter of 2018. The decrease in Adjusted EBITDA[3] as a percentage of net sales in the third quarter of 2019 compared to the third quarter of 2018 resulted primarily from higher SG&A as a percentage of net sales reflecting investments we made in the business.

**2019 Outlook**

The Company is reiterating its outlook for the full year 2019. The Company expects net sales to be in a range of $840 million to $850 million. Adjusted EBITDA[3] is expected to be in a range of $140 million to $145 million. Adjusted Earnings per Diluted Share[3] is expected to be in a range of $1.15 per share to $1.22 per share and is based on estimated adjusted average diluted shares outstanding of 53.5 million for the full year 2019.

Adjusted EBITDA and Adjusted EPS are non-GAAP measures. A table at the end of this release reconciles Funko's outlook for the full year 2019 Adjusted EBITDA and Adjusted Earnings per Diluted Share guidance to the most directly comparable U.S. GAAP financial measures.  Please refer to the "Non-GAAP Financial Measures" section of this press release.

**Conference Call and Webcast**

The Company will host a conference call at 4:30 p.m. Eastern Time (1:30 p.m. Pacific Time) today, October 31, 2019, to further discuss its third quarter results. Investors and analysts can participate on the conference call by dialing (877) 407-9039 or (201) 689-8470. Interested parties can also listen to a live webcast or replay of the conference call by logging on to the Investor Relations section on the Company's website at https://investor.funko.com/. The replay of the webcast will be available for one year.

Exhibit 27 - Page 391

**About Funko**

Headquartered in Everett, Washington, Funko is a leading pop culture consumer products company. Funko designs, sources and distributes licensed pop culture products across multiple categories, including vinyl figures, action toys, plush, apparel, housewares and accessories for consumers who seek tangible ways to connect with their favorite pop culture brands and characters. Learn more at https://funko.com/, and follow us on Twitter (@OriginalFunko) and Instagram (@OriginalFunko).

**Forward Looking Statements**

This press release contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. All statements contained in this press release that do not relate to matters of historical fact should be considered forward-looking statements, including statements regarding our anticipated financial results, the underlying trends in our business, growing demand for our products, our potential for growth, plans for investments in our business and future opportunities, including expanding into new product categories, broadening our retailer network and increasing international sales. These forward-looking statements are based on management's current expectations. These statements are neither promises nor guarantees, but involve known and unknown risks, uncertainties and other important factors that may cause our actual results, performance or achievements to be materially different from any future results, performance or achievements expressed or implied by the forward-looking statements, including, but not limited to, the following: our ability to maintain and realize the full value of our license agreements; the ongoing level of popularity of our products with consumers; changes in the retail industry and markets for our consumer products; our ability to maintain our relationships with retail customers and distributors; our ability to compete effectively; fluctuations in our gross margin; our dependence on content development and creation by third parties; our ability to develop and introduce products in a timely and cost-effective manner; our ability to obtain, maintain and protect our intellectual property rights or those of our licensors; potential violations of the intellectual property rights of others; risks associated with counterfeit versions of our products; our ability to attract and retain qualified employees and maintain our corporate culture; risks associated with our international operations; changes in U.S. tax law; foreign currency exchange rate exposure; the possibility or existence of global and regional economic downturns; our dependence on vendors and outsourcers; risks relating to government regulation; risks relating to litigation, including products liability claims and securities class action litigation; any failure to successfully integrate or realize the anticipated benefits of acquisitions or investments; reputational risk resulting from our e-commerce business and social media presence; risks relating to our indebtedness and our ability to secure additional financing; the potential for our electronic data to be compromised; the influence of our significant stockholder, ACON, and the possibility that ACON's interests may conflict with the interests of our other stockholders; risks relating to our organizational structure; volatility in the price of our Class A common stock; and the potential that we will fail to establish and maintain effective internal control over financial reporting. These and other important factors discussed under the caption "Risk Factors" in our quarterly report on Form 10-Q for the quarter ended September 30, 2019 and our other filings with the Securities and Exchange Commission could cause actual results to differ materially from those indicated by the forward-looking statements made in this press release. Any such forward-looking statements represent management's estimates as of the date of this press release. While we may elect to update such forward-looking statements at some point in the future, we disclaim any obligation

Exhibit 27 - Page 392

to do so, even if subsequent events cause our views to change. These forward-looking statements should not be relied upon as representing our views as of any date subsequent to the date of this press release.

Exhibit 27 - Page 393



**Investor Relations:**
Sean McGowan
Gateway Investor Relations
FNKO@gatewayir.com
(949) 574-3860

Andrew Harless
Funko Investor Relations
andrewh@funko.com
(425) 783-3616

**Media:**
Jessica Piha-Grafstein, Funko
jessicap@funko.com
425-783-3616

---

Exhibit 27 - Page 394



**Funko, Inc. and Subsidiaries**
**Condensed Consolidated Statements of Operations**
**(Unaudited)**

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2019 | 2018 [1] | 2019 [1] | 2018 [1] |
| | (In thousands, except per share data) | | | |
| Net sales | $ 223,307 | $ 176,915 | $ 581,571 | $ 452,849 |
| Cost of sales (exclusive of depreciation and amortization shown separately below) | 137,801 | 109,046 | 361,455 | 281,574 |
| Selling, general, and administrative expenses | 52,424 | 41,267 | 136,539 | 110,306 |
| Acquisition transaction costs | — | — | — | 28 |
| Depreciation and amortization | 10,472 | 9,961 | 31,127 | 28,912 |
| Total operating expenses | 200,697 | 160,274 | 529,121 | 420,820 |
| Income from operations | 22,610 | 16,641 | 52,450 | 32,029 |
| Interest expense, net | 3,620 | 5,750 | 11,455 | 17,230 |
| Other expense, net | 577 | 1,434 | 423 | 2,594 |
| Income before income taxes | 18,413 | 9,457 | 40,572 | 12,205 |
| Income tax expense | 2,865 | 1,906 | 6,464 | 2,661 |
| Net income | 15,548 | 7,551 | 34,108 | 9,544 |
| *Less:* net income attributable to non-controlling interests | 6,909 | 5,981 | 18,142 | 7,307 |
| Net income attributable to Funko, Inc. | $ 8,639 | $ 1,570 | $ 15,966 | $ 2,237 |
| | -- | -- | -- | -- |
| Earnings per share of Class A common stock: | -- | -- | -- | -- |
| Basic | $ 0.27 | $ 0.07 | $ 0.54 | $ 0.10 |
| Diluted | $ 0.25 | $ 0.06 | $ 0.50 | $ 0.09 |
| Weighted average shares of Class A common stock outstanding: | | | | |
| Basic | 32,055 | 23,765 | 29,555 | 23,484 |
| Diluted | 34,503 | 26,286 | 31,712 | 25,124 |

(1)    The prior period amounts have been revised to reflect the correction of immaterial errors related to an underpayment of certain duties owed to U.S. Customs as well as other previously identified immaterial errors. Please see Note 1 to our Form 10-Q for the period ended September 30, 2019 for further information.

10

Exhibit 27 - Page 395



**Funko, Inc. and Subsidiaries**
**Condensed Consolidated Balance Sheets**
**(Unaudited)**

| | September 30, 2019 | | December 31, 2018[1] | |
|---|---|---|---|---|
| | **(In thousands, except per share amounts)** | | | |
| **Assets** | | | | |
| **Current assets:** | | | | |
| Cash and cash equivalents | $ | 13,492 | $ | 13,486 |
| Accounts receivable, net | | 163,088 | | 148,627 |
| Inventory | | 94,347 | | 86,622 |
| Prepaid expenses and other current assets | | 14,039 | | 11,904 |
| Total current assets | | 284,966 | | 260,639 |
| | | | | |
| Property and equipment, net | | 53,954 | | 44,296 |
| Operating lease right-of-use assets | | 61,847 | | — |
| Goodwill | | 124,282 | | 116,078 |
| Intangible assets, net | | 225,165 | | 233,645 |
| Deferred tax asset | | 55,232 | | 7,407 |
| Other assets | | 4,859 | | 4,275 |
| Total assets | $ | 810,305 | $ | 666,340 |
| | | | | |
| **Liabilities and Stockholders' Equity** | | | | |
| **Current liabilities:** | | | | |
| Line of credit | $ | 18,542 | $ | 20,000 |
| Current portion long-term debt, net of unamortized discount | | 10,722 | | 10,593 |
| Current portion of operating lease liabilities | | 9,525 | | — |
| Accounts payable | | 61,415 | | 36,130 |
| Income taxes payable | | 937 | | 4,492 |
| Accrued royalties | | 37,767 | | 39,020 |
| Accrued expenses and other current liabilities | | 26,932 | | 33,015 |
| Total current liabilities | | 165,840 | | 143,250 |
| | | | | |
| Long-term debt, net of unamortized discount | | 208,460 | | 216,704 |
| Operating lease liabilities, net of current portion | | 61,093 | | — |
| Deferred tax liability | | 38 | | 5 |
| Liabilities under tax receivable agreement, net of current portion | | 61,061 | | 6,504 |
| Deferred rent and other long-term liabilities | | 7,225 | | 6,623 |
| | | | | |
| Commitments and contingencies | | | | |
| | | | | |
| **Stockholders' equity:** | | | | |
| Class A common stock, par value $0.0001 per share, 200,000 shares authorized; 30,214 and 24,960 shares issued and outstanding as of September 30, 2019 and December 31, 2018, respectively | | 3 | | 2 |
| Class B common stock, par value $0.0001 per share, 50,000 shares authorized; 18,740 and 23,584 shares issued and outstanding as of September 30, 2019 and December 31, 2018, respectively | | 1 | | 2 |
| Additional paid-in-capital | | 200,365 | | 146,154 |
| Accumulated other comprehensive loss | | (874) | | (167) |
| Retained earnings | | 24,683 | | 8,717 |
| Total stockholders' equity attributable to Funko, Inc. | | 224,178 | | 154,708 |
| Non-controlling interests | | 82,410 | | 138,546 |
| Total stockholders' equity | | 306,588 | | 293,254 |
| Total liabilities and stockholders' equity | $ | 810,305 | $ | 666,340 |

(1)    The prior period amounts have been revised to reflect the correction of immaterial errors related to an underpayment of certain duties owed to U.S. Customs as well as other previously identified immaterial errors. Please see Note 1 to our Form 10-Q for the period ended September 30, 2019 for further information.

Exhibit 27 - Page 396



**Funko, Inc. and Subsidiaries**
**Non-GAAP Financial Measures**

Adjusted Net Income, Adjusted Earnings per Diluted Share, EBITDA and Adjusted EBITDA are supplemental measures of our performance that are not required by, or presented in accordance with, U.S. GAAP. Adjusted Net Income, Adjusted Earnings per Diluted Share, EBITDA and Adjusted EBITDA are not measurements of our financial performance under U.S. GAAP and should not be considered as an alternative to net income (loss), earnings per share or any other performance measure derived in accordance with U.S. GAAP. We define Adjusted Net Income as net income attributable to Funko, Inc. adjusted for the reallocation of income attributable to non-controlling interests from the assumed exchange of all outstanding common units and options in FAH, LLC for newly issued-shares of Class A common stock of Funko, Inc. and further adjusted for the impact of certain non-cash charges and other items that we do not consider in our evaluation of ongoing operating performance.  These items include, among other things, reallocation of net income attributable to non-controlling interests, non-cash charges related to equity-based compensation programs, acquisition transaction costs and other expenses, foreign currency transaction gains and losses, the Loungefly customs investigation and related costs, certain severance, relocation and related costs, and other unusual or one-time items, and the income tax expense (benefit) effect of these adjustments.  We define Adjusted Earnings per Diluted Share as Adjusted Net Income divided by the weighted-average shares of Class A common stock outstanding, assuming (1) the full exchange of all outstanding common units and options in FAH, LLC for newly issued-shares of Class A common stock of Funko, Inc. and (2) the dilutive effect of stock options and unvested common units, if any. We define EBITDA as net income (loss) before interest expense, net, income tax expense (benefit), depreciation and amortization. We define Adjusted EBITDA as EBITDA further adjusted for non-cash charges related to equity-based compensation programs, acquisition transaction costs and other expenses, the Loungefly customs investigation and related costs, certain severance, relocation and related costs, foreign currency transaction gains and losses and other unusual or one-time items.  We caution investors that amounts presented in accordance with our definitions of Adjusted Net Income, Adjusted Earnings per Diluted Share, EBITDA and Adjusted EBITDA may not be comparable to similar measures disclosed by our competitors, because not all companies and analysts calculate these measures in the same manner. We present Adjusted Net Income, Adjusted Earnings per Diluted Share, EBITDA and Adjusted EBITDA because we consider them to be important supplemental measures of our performance and believe they are frequently used by securities analysts, investors, and other interested parties in the evaluation of companies in our industry. Management believes that investors' understanding of our performance is enhanced by including these non-GAAP financial measures as a reasonable basis for comparing our ongoing results of operations.  Management uses Adjusted Net Income, Adjusted Earnings per Diluted Share, EBITDA and Adjusted EBITDA as a measurement of operating performance because they assist us in comparing the operating performance of our business on a consistent basis, as they remove the impact of items not directly resulting from our core operations; for planning purposes, including the preparation of our internal annual operating budget and financial projections; as a consideration to assess incentive compensation for our employees; to evaluate the performance and effectiveness of our operational strategies; and to evaluate our capacity to expand our business.

Exhibit 27 - Page 397

By providing these non-GAAP financial measures, together with reconciliations, we believe we are enhancing investors' understanding of our business and our results of operations, as well as assisting investors in evaluating how well we are executing our strategic initiatives. In addition, our senior secured credit facilities use Adjusted EBITDA to measure our compliance with covenants such as senior leverage ratio. Adjusted Net Income, Adjusted Earnings per Diluted Share, EBITDA and Adjusted EBITDA have limitations as analytical tools, and should not be considered in isolation, or as an alternative to, or a substitute for net income (loss) or other financial statement data presented in this press release as indicators of financial performance. Some of the limitations are:

- such measures do not reflect our cash expenditures, or future requirements for capital expenditures or contractual commitments;

- such measures do not reflect changes in, or cash requirements for, our working capital needs;

- such measures do not reflect the interest expense, or the cash requirements necessary to service interest or principal payments on our debt;

- although depreciation and amortization are non-cash charges, the assets being depreciated and amortized will often have to be replaced in the future and such measures do not reflect any cash requirements for such replacements; and

- other companies in our industry may calculate such measures differently than we do, limiting their usefulness as comparative measures.

Due to these limitations, Adjusted Net Income, Adjusted Earnings per Diluted Share, EBITDA and Adjusted EBITDA should not be considered as measures of discretionary cash available to us to invest in the growth of our business. We compensate for these limitations by relying primarily on our GAAP results and using these non-GAAP measures only supplementally. As noted in the table below, Adjusted Net Income, Adjusted Earnings per Diluted Share and Adjusted EBITDA include adjustments for non-cash charges related to equity-based compensation programs, acquisition transaction costs and other expenses, foreign currency transaction gains and losses, and other unusual or one-time items. It is reasonable to expect that these items will occur in future periods. However, we believe these adjustments are appropriate because the amounts recognized can vary significantly from period to period, do not directly relate to the ongoing operations of our business and complicate comparisons of our internal operating results and operating results of other companies over time. Each of the normal recurring adjustments and other adjustments described herein and in the reconciliation table below help management with a measure of our core operating performance over time by removing items that are not related to day-to-day operations.

13

Exhibit 27 - Page 398

The following tables reconcile Adjusted Net Income, Adjusted Earnings per Diluted Share, EBITDA and Adjusted EBITDA to the most directly comparable U.S. GAAP financial performance measure:

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2019 | 2018 [10] | 2019 [10] | 2018 [10] |
| | (In thousands, except per share data) | | | |
| Net income attributable to Funko, Inc. | $ 8,639 | 1,570 | $ 15,966 | $ 2,237 |
| Reallocation of net income attributable to non-controlling interests from the assumed exchange of common units of FAH, LLC for Class A common stock [1] | 6,909 | 5,981 | 18,142 | 7,307 |
| Equity-based compensation [2] | 3,715 | 3,607 | 9,830 | 5,750 |
| Acquisition transaction costs and other expenses [3] | 733 | 2,663 | 383 | 2,691 |
| Customs investigation and related costs [4] | 2,907 | — | 3,357 | — |
| Certain severance and relocation costs [5] | 180 | 1,031 | 180 | 1,031 |
| Foreign currency transaction loss [6] | 577 | 1,434 | 423 | 2,594 |
| Income tax expense [7] | (3,766) | (2,642) | (7,222) | (3,407) |
| Adjusted net income | 19,894 | 13,644 | 41,059 | 18,203 |
| Adjusted net income margin [8] | 8.9% | 7.7% | 7.1% | 4.0% |
| | | | | |
| Weighted-average shares of Class A common stock outstanding-basic | 32,055 | 23,765 | 29,555 | 23,484 |
| Equity-based compensation awards and common units of FAH, LLC that are convertible into Class A common stock | 20,510 | 27,682 | 22,556 | 27,046 |
| Adjusted weighted-average shares of Class A stock outstanding - diluted | 52,565 | 51,447 | 52,111 | 50,530 |
| Adjusted earnings per diluted share | $ 0.38 | $ 0.27 | $ 0.79 | $ 0.36 |

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2019 | 2018 [10] | 2019 [10] | 2018 [10] |
| | (amounts in thousands) | | | |
| Net income | $ 15,548 | $ 7,551 | $ 34,108 | $ 9,544 |
| Interest expense, net | 3,620 | 5,750 | 11,455 | 17,230 |
| Income tax expense | 2,865 | 1,906 | 6,464 | 2,661 |
| Depreciation and amortization | 10,472 | 9,961 | 31,127 | 28,912 |
| EBITDA | $ 32,505 | $ 25,168 | $ 83,154 | $ 58,347 |
| **Adjustments:** | | | | |
| Equity-based compensation [2] | 3,715 | 3,607 | 9,830 | 5,750 |
| Acquisition transaction costs and other expenses [3] | 733 | 2,663 | 383 | 2,691 |
| Customs investigation and related costs [4] | 2,907 | — | 3,357 | — |
| Certain severance and relocation costs [5] | 180 | 1,031 | 180 | 1,031 |
| Foreign currency transaction loss [6] | 577 | 1,434 | 423 | 2,594 |
| Adjusted EBITDA | $ 40,617 | $ 33,903 | $ 97,327 | $ 70,413 |
| Adjusted EBITDA margin [9] | 18.2% | 19.2% | 16.7% | 15.5% |

14

Exhibit 27 - Page 399

(1)     Represents the reallocation of net income attributable to non-controlling interests from the assumed exchange of common units of FAH, LLC for Class A common stock in periods in which income was attributable to non-controlling interests.

(2)     Represents non-cash charges related to equity-based compensation programs, which vary from period to period depending on timing of awards.

(3)     Represents legal, accounting, and other related costs incurred in connection with acquisitions and other potential transactions.

(4)     Represents legal, accounting and other related costs incurred in connection with the Company's investigation of the underpayment of customs duties at Loungefly.  For the nine months ended September 30, 2019, includes the accrual of a contingent liability of $0.5 million related to potential penalties that may be assessed by U.S. Customs in connection with the underpayment of customs duties at Loungefly.

(5)     For the three and nine months ended September 30, 2019, represents severance, relocation and related costs associated with the opening of a new warehouse facility in the United Kingdom.  For the three and nine months ended September 30, 2018, represents severance costs incurred in connection with the departure of certain executives, including the founders of Loungefly.

(6)     Represents both unrealized and realized foreign currency losses on transactions other than in U.S. dollars.

(7)     Represents the income tax expense effect of the above adjustments. This adjustment uses an effective tax rate of 25% for all periods presented.

(8)     Adjusted net income margin is calculated as Adjusted net income as a percentage of net sales.

(9)     Adjusted EBITDA margin is calculated as Adjusted EBITDA as a percentage of net sales.

(10)    The prior period amounts have been revised to reflect the correction of immaterial errors related to an underpayment of certain duties owed to U.S. Customs as well as other previously identified immaterial errors. Please see Note 1 to our Form 10-Q for the period ended September 30, 2019 for further information.

15

Exhibit 27 - Page 400

**Guidance Reconciliation of Net Income to EBITDA, Adjusted EBITDA, Adjusted Net Income and Adjusted Earnings per Diluted Share**

| | Estimated Range for the Year Ending December 31, 2019 | |
|---|---:|---:|
| | (In millions except per share amounts) | |
| Net income | $ 54.0 | $ 58.3 |
| Interest expense, net | 15.8 | 15.6 |
| Income tax expense | 10.2 | 11.1 |
| Depreciation and amortization | 42.5 | 42.5 |
| EBITDA | $ 122.5 | $ 127.5 |
| **Adjustments:** | | |
| Equity-based compensation [1] | 13.2 | 13.2 |
| Acquisition transaction costs and other expenses [2] | 0.4 | 0.4 |
| Customs investigation and related costs [3] | 3.4 | 3.4 |
| Certain severance, relocation and related costs [4] | 0.2 | 0.2 |
| Foreign currency transaction gain [5] | 0.4 | 0.4 |
| Adjusted EBITDA | $ 140.0 | $ 145.0 |
| | | |
| Net income | $ 54.0 | $ 58.3 |
| Equity-based compensation [1] | 13.2 | 13.2 |
| Acquisition transaction costs and other expenses [2] | 0.4 | 0.4 |
| Customs investigation and related costs [3] | 3.4 | 3.4 |
| Certain severance, relocation and related costs [4] | 0.2 | 0.2 |
| Foreign currency transaction gain [5] | 0.4 | 0.4 |
| Income tax expense [6] | (10.2) | (10.6) |
| Adjusted net income | $ 61.3 | $ 65.2 |
| | | |
| Weighted-average shares of Class A common stock outstanding | 25.5 | 25.5 |
| Equity-based compensation awards and common units of FAH, LLC that are convertible into Class A common stock | 28.0 | 28.0 |
| Adjusted weighted-average shares of Class A stock outstanding - diluted | 53.5 | 53.5 |
| | | |
| Adjusted earnings per diluted share | $ 1.15 | $ 1.22 |

(1)   Represents non-cash charges related to equity-based compensation programs, which vary from period to period depending on timing of awards.
(2)   Represents legal, accounting, and other related costs incurred in connection with potential and completed acquisitions and other transactions.
(3)   Represents legal, accounting and other related costs incurred through the nine months ended September 30, 2019 in connection with the Company's investigation of the underpayment of customs duties at Loungefly and the accrual of a contingent liability of $0.5 million related to potential penalties that may be assessed by U.S. Customs in connection with the underpayment of customs duties at Loungefly.
(4)   Represents severance, relocation and related costs associated with the consolidation of our new warehouse facilities in the United Kingdom through the nine months ended September 30, 2019.
(5)   Represents both unrealized and realized foreign currency gains and losses on transactions other than in U.S. dollars through the nine months ended September 30, 2019.
(6)   Represents the income tax expense effect of the above adjustments. This adjustment uses an effective tax rate of 25% for the year ending December 31, 2019.

16

Exhibit 27 - Page 401

Note:  The Company is not able to provide the expected impact of unrealized and realized foreign currency gains and losses for the three months ending December 31, 2019 on transactions without unreasonable efforts because the calculation for that change is primarily driven by changes in foreign currency exchange rates, principally British pounds and euros.  Additionally, the impacts are also driven by fluctuations in product sales and operating expenses in each of those local currencies, which can fluctuate month to month.  Therefore, the Company's Adjusted EBITDA, Adjusted Net Income and Adjusted Earnings per Diluted Share for the year ending December 31, 2019, including the above adjustments, may differ materially from that forecasted in the table above.

Exhibit 27 - Page 402

Exhibit 99.2

# Third Quarter 2019 Earnings

October 31, 2019



---

## Cautionary Notes



This presentation contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. All statements other than statements of historical facts contained in this presentation, including statements regarding our future results of operations and financial position, industry dynamics, our mission, growth opportunities and business strategy and plans and our objectives for future operations, including expanding into new product categories, broadening our retailer network and increasing international sales, are forward-looking statements. The words "may," "will," "should," "expects," "plans," "anticipates," "could," "intends," "targets," "projects," "contemplates," "believes," "estimates," "predicts," "potential" or "continue" or the negative of these terms and similar expressions are intended to identify forward-looking statements. The forward-looking statements in this presentation are only predictions. We have based these forward-looking statements largely on our current expectations and projections about future events and financial trends that we believe may affect our business, financial condition and results of operations. Forward-looking statements involve known and unknown risks, uncertainties and other important factors that may cause our actual results, performance or achievements to be materially different from any future results, performance or achievements expressed or implied by the forward-looking statements, including without limitation our ability to maintain and realize the full value of our license agreements; the ongoing level of popularity of our products with consumers; changes in the retail industry and markets for our consumer products; our ability to maintain our relationships with retail customers and distributors; our ability to compete effectively; fluctuations in our gross margin; our dependence on content development and creation by third parties; our ability to develop and introduce products in a timely and cost-effective manner; increases in tariffs, trade restrictions or taxes; risks related to Brexit; counterfeit product risks; risks relating to intellectual property; our ability to attract and retain qualified employees and maintain our corporate culture; risks associated with our international operations; changes in U.S. tax law; foreign currency exchange rate exposure; economic downturns; our dependence on vendors and outsourcers; risks relating to government regulation; risks relating to litigation; any failure to successfully integrate or realize the anticipated benefits of acquisitions or investments; reputational risk resulting from our e-commerce business and social media presence; risks relating to our indebtedness and our ability to secure additional financing; the potential for our electronic data to be compromised; and the important factors discussed under the caption "Risk Factors" in our Form 10-Q for the quarter ended September 30, 2019 and our other filings with the Securities and Exchange Commission.

Because forward-looking statements are inherently subject to risks and uncertainties, some of which cannot be predicted or quantified, you should not rely on these forward-looking statements as predictions of future events. The events and circumstances reflected in our forward-looking statements may not be achieved or occur and actual results could differ materially from those projected in the forward-looking statements. In addition, statements that "we believe" and similar statements reflect our beliefs and opinions on the relevant subject. These statements are based upon information available to us as of the date hereof, and while we believe such information forms a reasonable basis for such statements, such information may be limited or incomplete, and our statements should not be read to indicate that we have conducted an exhaustive inquiry into, or review of, all potentially available relevant information. These statements are inherently uncertain and investors are cautioned not to unduly rely upon these statements. You should read this presentation with the understanding that our actual future results, levels of activity, performance and achievements may be materially different from what we expect. We qualify all of our forward-looking statements by these cautionary statements. These forward-looking statements speak only as of the date of this presentation, and except as otherwise required by law, we do not plan to publicly update or revise any forward-looking statements contained in this presentation, whether as a result of any new information, future events or otherwise.

Unless otherwise indicated, information contained in this presentation concerning our industry, competitive position and the markets in which we operate is based on information from independent industry and research organizations, other third-party sources and management estimates. Management estimates are derived from publicly available information released by independent industry analysts and other third-party sources, as well as data from our internal research, and are based on assumptions made by us upon reviewing such data, and our experience in, and knowledge of, such industry and markets, which we believe to be reasonable. In addition, projections, assumptions and estimates of the future performance of the industry in which we operate and our future performance are necessarily subject to uncertainty and risk due to a variety of factors, including those described above. These and other factors could cause results to differ materially from those expressed in the estimates made by independent parties and by us.

2

---

18

Exhibit 27 - Page 403



# ...and Funko has something for every fan



Funko is like an **"index fund"** for pop culture

NOTE: Represents a sampling of our current portfolio of properties as of January 2019.

# Third Quarter 2019 Snapshot<sup>(1)</sup>



**Net Sales**

26% QoQ Growth

➤ Net Sales **increased 26% to $223.3m** in Q3'19 compared to Q3'18

➤ Net Sales growth driven by **broad-based growth** across our geographical

**Broad-Based Growth**

➤ In Q3'19, sales in the **United States and International region** grew 21% and 37%, respectively, year over year

➤ In Q3'19, sales **growth across both our product categories were strong** with Figures and Other products

Exhibit 27 - Page 404

**Adj. EBITDA(2)**
20% QoQ Growth

- Adj. EBITDA(2) **increased 20% to $40.6m** in Q3'19 compared to Q3'18
- **Adj. EBITDA margin(2) was 18.2%**, a decrease of 100 bps compared to Q3'18 which is primarily due to the planned increase in SG&A investment in the second half of 2019

**Pop! Brand**
24% QoQ Growth

- In Q3'19, **Pop! branded products grew 24%** compared to Q3'18
- Significant growth in **Pop!** in both the United States and International regions

**Adjusted Net Income(2)**
Increased to $19.9m

- Adjusted Net Income(2) **increased $6.3m to $19.9m** in Q3'19 compared to Q3'18 driven by growth in sales, interest expense savings, and decrease in depreciation and amortization expense as a percent of net sales

**Evergreen Properties**
58% of Sales

- **Evergreen properties** were 58% of sales in Q3'19 compared to 53% in Q3'18
- Strong growth in Evergreen properties due to **expansion of properties and product categories**



(1) The prior period amounts included in this presentation have been revised to reflect the correction of immaterial errors related to an underpayment of certain duties owed to U.S. customs as well as other previously identified immaterial errors. Please see Note 1 to our Form 10-Q for the period ended September 30, 2019 for further information.
(2) Adjusted EBITDA, Adjusted EBITDA margin and Adjusted Net Income are non-GAAP measures. Please see the Supplemental Financial Information section for a reconciliation to the most directly comparable GAAP measures for Adjusted EBITDA and Adjusted Net Income. Adjusted EBITDA margin is defined as Adjusted EBITDA divided by net sales.

---

# Q3 & YTD Earnings Summary

| $ in millions, except per share amounts, unaudited | 3Q'19 | 3Q'18 | % Change | YTD'19 | YTD'18 | % Change |
|---|---|---|---|---|---|---|
| **Net Sales** | $223.3 | $176.9 | 26.2% | $581.6 | $452.8 | 28.4% |
| **Gross Profit(1)** | $85.5 | $67.8 | 26.0% | $220.1 | $171.3 | 28.5% |
| Gross Margin %(1) | 38.3% | 38.4% | | 37.8% | 37.8% | |
| **Operating Income** | $22.6 | $16.6 | 35.9% | $52.5 | $32.0 | 63.8% |
| Operating Margin % | 10.1% | 9.4% | | 9.0% | 7.1% | |
| **Net Income** | $15.5 | $7.6 | 105.9% | $34.1 | $9.5 | 257.4% |
| **Adjusted Net Income(2)** | $19.9 | $13.6 | 45.8% | $41.1 | $18.2 | 125.6% |
| Adjusted Net Income Margin(2) | 8.9% | 7.7% | | 7.1% | 4.0% | |
| **Adjusted Earnings per Share(2)** | $0.38 | $0.27 | 40.7% | $0.79 | $0.36 | 119.4% |
| **Adjusted EBITDA(2)** | $40.6 | $33.9 | 19.8% | $97.3 | $70.4 | 38.2% |
| Adjusted EBITDA Margin %(2) | 18.2% | 19.2% | | 16.7% | 15.5% | |

(1) Gross Profit and Gross Margin are calculated exclusive of depreciation and amortization.
(2) Adjusted EBITDA, Adjusted EBITDA margin, Adjusted Net Income, Adjusted Net Income Margin and Adjusted Earnings per Share are non-GAAP measures. Please see the Supplemental Financial Information section for a reconciliation to the most directly comparable GAAP measures for Adjusted EBITDA and Adjusted Net Income. Adjusted EBITDA margin is defined as Adjusted EBITDA divided by Net Sales. Adjusted Net Income Margin is defined as Adjusted Net Income divided by Net Sales.

---

# Q3 & YTD Active Properties & Net Sales per Active Property



| Active Properties & Net Sales per Active Property | |
|---|---|
| **Third Quarter** | **Year to Date** |

$ in thousands, unaudited

■ Active Properties   — Net Sales per Active Property

Third Quarter: 553, 627
Year to Date: 600, 737

Exhibit 27 - Page 405



$320   $356   $755   $789

Q3'18   Q3'19
Active Properties up 13%
Net Sales per Active Property up 11%

YTD' 18   YTD' 19
Active Properties up 23%
Net Sales per Active Property up 5%

Funko is built on having a **large and diverse set of licenses** with the **ability to access evergreen content**. Sales per Active Property can fluctuate from time to time depending on the timing of product and property launches.



# Top Properties Breakout

The top property in Q3'19 represented only **9% of sales**

Evergreen properties accounted for **58% of sales** in Q3'19 driven by the expansion of properties and product categories

*% of net sales



# Q3 & YTD Product Category Performance



Exhibit 27 - Page 406

| Q3'18 | Q3'19 | YTD'18 | YTD'19 | Q3'18 | Q3'19 | YTD'18 | YTD'19 |

The significant **sales growth** in the **figure category** was primarily due to Pop! Vinyl growth and the expanded selection of advent calendars; growth in **Other products** was driven by the expansion of Apparel, Bags & Wallets and Board Games

# Something for Everyone



Fans can find their something as the world of Funko continues to expand with new product categories.

| FIGURES | OTHER |
|---------|-------|



79% of Sales*



21% of Sales*

*% of net sales for Q3' 19

# Q3 & YTD Geographic Performance



| United States | | International | |
|---------------|---|---------------|---|
| Third Quarter | Year to Date | Third Quarter | Year to Date |

$ in millions, unaudited



| 21% Growth | 23% Growth | 37% Growth | 39% Growth |

| $121.3 | $147.3 | $307.3 | $378.9 | $55.6 | $76.0 | $145.6 | $202.7 |

| Q3'18 | Q3'19 | YTD'18 | YTD'19 | Q3'18 | Q3'19 | YTD'18 | YTD'19 |

22

Exhibit 27 - Page 407

> Sales in the United States **mass-market channel** were up over 65% in Q3'19

> Strong sales growth in international markets primarily due to the **European region** growing over 60% in Q3'19



# Q3 & YTD Adjusted Net Income[1]

Q3'19 improvement in Adjusted Net Income[1] and Adjusted Net Income Margin[1] is primarily due to the growth in sales as well as interest expense savings and lower depreciation and amortization expense as a percent of net sales

(1) See Supplemental Financial Information section for a reconciliation of Adjusted Net Income, a non-GAAP measure, to the most directly comparable GAAP measure. Adjusted Net Income Margin is defined as Adjusted Net Income divided by net sales.



# Q3 & YTD Adjusted EBITDA[1]

Adj. EBITDA Margin[1] decreased in Q3'19 due to the planned increase in investments in SG&A in the second half of 2019

(1) See Supplemental Financial Information section for a reconciliation of Adjusted EBITDA, a non-GAAP measure, to the most directly comparable GAAP measure. Adjusted EBITDA Margin is defined as Adjusted EBITDA divided by net sales.

Exhibit 27 - Page 408

# Key Balance Sheet Highlights





| $ in millions, unaudited | 9/30/2019 | 9/30/2018 | YoY % Change | 12/31/2018 |
|---|---|---|---|---|
| Cash & Cash Equivalents | $13.5 | $10.6 | 27.6% | $13.5 |
| Accounts Receivable, net | $163.1 | $127.0 | 28.4% | $148.6 |
| Inventory | $94.3 | $82.3 | 14.7% | $86.6 |
| Total Debt[1] | $237.7 | $259.1 | -8.2% | $247.3 |
| Net Debt[2] | $224.2 | $248.5 | -9.8% | $233.8 |

(1)    Total Debt is defined as Line of Credit Outstandings plus Current Portion of Long-Term Debt, Net of Unamortized Discount plus Long-Term Debt, Net of Unamortized Discount.
(2)    Net Debt, a Non-GAAP financial measure, is defined as Total Debt less Cash & Cash Equivalents.

# Fiscal Year 2019 Guidance



| Fiscal Year 2019 Guidance Range[1] | | % Growth YoY |
|---|---|---|
| Net Sales | $840 to $850 million | 22% to 24% |
| Adjusted EBITDA[2] | $140 to $145 million | 20% to 25% |
| Adjusted EPS[2] | $1.15 to $1.22 | 40% to 48% |

(1)    The guidance should be read in conjunction with Funko's third quarter 2019 earnings release issued on October 31, 2019 and is as of such date and does not take into account any future changes in currency fluctuation.
(2)    Adjusted EBITDA and Adjusted Earnings per Share are non-GAAP measures. Please see the Supplemental Financial Information section for a reconciliation to the most directly comparable GAAP measures for Adjusted EBITDA and Adjusted Earnings per Share.

Exhibit 27 - Page 409

# Supplemental Financial Information



## Q3 & YTD Condensed Consolidated Statements of Operations [2]



| $ in thousands, unaudited | Q3'19 | Q3'18 | % Change | YTD'19 | YTD'18 | % Change |
|---|---|---|---|---|---|---|
| Net Sales | $223,307 | $176,915 | 26.2% | $581,571 | $452,849 | 28.4% |
| Cost of Sales[1] | 137,801 | 109,046 | 26.4% | 361,455 | 281,574 | 28.4% |
| Gross Profit[1] | 85,506 | 67,869 | 26.0% | 220,116 | 171,275 | 28.5% |
| Gross Margin[1] | 38.3% | 38.4% | | 37.8% | 37.8% | |
| Selling, General and Administrative Expenses | 52,424 | 41,267 | 27.0% | 136,539 | 110,306 | 23.8% |
| Acquisition Transaction Costs | - | - | n/a | - | 28 | n/a |
| Depreciation and Amortization | 10,472 | 9,961 | 5.1% | 31,127 | 28,912 | 7.7% |
| Income from Operations | 22,610 | 16,641 | 35.9% | 52,450 | 32,029 | 63.8% |
| Interest Expense, net | 3,620 | 5,750 | -37.0% | 11,455 | 17,230 | -33.5% |
| Other Expense, net | 577 | 1,434 | -59.8% | 423 | 2,594 | -83.7% |
| Income before Income Taxes | 18,413 | 9,457 | 94.7% | 40,572 | 12,205 | 232.4% |
| Income Tax Expense | 2,865 | 1,906 | 50.3% | 6,464 | 2,661 | 142.9% |
| Net Income | $15,548 | $7,551 | 105.9% | $34,108 | $9,544 | 257.4% |
| Less: Net Income Attributable to Non-Controlling Interests | 6,909 | 5,981 | 15.5% | 18,142 | 7,307 | 148.3% |
| Net Income Attributable to Funko, Inc. | $8,639 | $1,570 | 450.3% | $15,966 | $2,237 | 613.7% |

(1) Cost of Sales, Gross Profit and Gross Margin are shown exclusive of depreciation and amortization.
(2) The prior period amounts have been revised to reflect the correction of immaterial errors related to an underpayment of certain duties owed to U.S. customs as well as other previously identified immaterial errors. Please see Note 1 to our Form 10-Q for the period ended September 30, 2019 for further information.

## Condensed Consolidated Balance Sheet [1]

| $ in thousands, unaudited | 9/30/2019 | 9/30/2018 | 12/31/2018 |
|---|---|---|---|
| Cash and Cash Equivalents | $13,492 | $10,576 | $13,486 |
| Accounts Receivable, net | 163,088 | 127,026 | 148,627 |
| Inventory | 94,347 | 82,254 | 86,622 |
| Prepaid Expenses & Other Current Assets | 14,039 | 25,302 | 11,904 |
| Total Current Assets | 284,966 | 245,158 | 260,639 |
| Property & Equipment, net | 53,954 | 44,469 | 44,296 |
| Operating Lease Right-Of-Use Assets | 61,847 | | |

25

Exhibit 27 - Page 410

| | 2019 | 2018 | 2017 |
|---|---|---|---|
| Goodwill & Intangible Assets, net | 349,447 | 353,755 | 349,723 |
| Deferred Tax Asset | 55,232 | 5,904 | 7,407 |
| Other Assets | 4,859 | 3,896 | 4,275 |
| **Total Assets** | **$810,305** | **$653,182** | **$666,340** |
| Line of Credit | $18,542 | $54,899 | $20,000 |
| Current Portion of Operating Lease Liability | 10,722 | - | - |
| Current Portion of Long-Term Debt, net | 9,525 | 7,973 | 10,593 |
| Accounts Payable | 61,415 | 34,978 | 36,130 |
| Income Taxes Payable | 937 | 2,371 | 4,492 |
| Accrued Royalties | 37,767 | 31,494 | 39,020 |
| Accrued Expenses & Other Current Liabilities | 26,932 | 38,362 | 33,015 |
| **Total Current Liabilities** | **165,840** | **170,077** | **143,250** |
| Long-Term Debt, net | 208,460 | 196,181 | 216,704 |
| Operating Lease Liabilities, net | 61,093 | - | - |
| Deferred Tax Liability & Liabilities under TRA | 61,099 | 65 | 6,509 |
| Deferred Rent & Other Long-Term Liabilities | 7,225 | 11,955 | 6,623 |
| **Total Liabilities** | **503,717** | **378,278** | **373,086** |
| Total Shareholders' Equity Attributable to Funko, Inc. | 224,178 | 145,833 | 154,708 |
| Non-Controlling Interests | 82,410 | 129,071 | 138,546 |
| **Total Liabilities & Stockholders' Equity** | **$810,305** | **$653,182** | **$666,340** |

(1) The prior period amounts have been revised to reflect the correction of immaterial errors related to an underpayment of certain duties owed to U.S. customs as well as other previously identified immaterial errors. Please see Note 1 to our Form 10-Q for the period ended September 30, 2019 for further information.

# Reconciliation of Non-GAAP Financial Metrics



| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2019 | 2018 (9) | 2019 (9) | 2018 (9) |
| | (In thousands, except per share data) | | | |
| Net income attributable to Funko, Inc. | $ 8,639 | $ 1,570 | $ 15,966 | $ 2,237 |
| Reallocation of net income attributable to non-controlling interests from the assumed exchange of common units of FAH, LLC for Class A common stock (1) | 6,909 | 5,981 | 18,142 | 7,307 |
| Equity-based compensation (2) | 3,715 | 3,607 | 9,830 | 5,750 |
| Acquisition transaction costs and other expenses (3) | 733 | 2,663 | 383 | 2,691 |
| Customs investigation and related costs (4) | 2,907 | — | 3,357 | — |
| Certain severance, relocation and related costs (5) | 180 | 1,031 | 180 | 1,031 |
| Foreign currency transaction loss (6) | 577 | 1,434 | 423 | 2,594 |
| Income tax expense (7) | (3,766) | (2,642) | (7,222) | (3,407) |
| Adjusted net income | 19,894 | 13,644 | 41,059 | 18,203 |
| Adjusted net income margin (8) | 8.9% | 7.7% | 7.1% | 4.0% |
| | | | | |
| Weighted-average shares of Class A common stock outstanding - basic | 32,055 | 23,765 | 29,555 | 23,484 |
| Equity-based compensation awards and common units of FAH, LLC that are convertible into Class A common stock | 20,510 | 27,682 | 22,556 | 27,046 |
| Adjusted weighted-average shares of Class A stock outstanding - diluted | 52,565 | 51,447 | 52,111 | 50,530 |
| Adjusted earnings per diluted share | $ 0.38 | $ 0.27 | $ 0.79 | $ 0.36 |

1) Represents the reallocation of net income attributable to non-controlling interests from the assumed exchange of common units of FAH, LLC for Class A common stock in periods in which income was attributable to non-controlling interests.
2) Represents non-cash charges related to equity-based compensation programs, which vary from period to period depending on timing of awards.
3) Represents legal, accounting, and other related costs incurred in connection with acquisitions and other potential transactions.
4) Represents legal, accounting and other related costs incurred in connection with the Company's investigation of the underpayment of customs duties at Loungefly. For the nine months ended September 30, 2019, includes the accrual of a contingent liability of $0.5 million related to potential penalties that may be assessed by U.S. Customs in connection with the underpayment of customs duties at Loungefly.
5) For the three and nine months ended September 30, 2019, represents severance, relocation and related costs associated with the consolidation of warehouse facilities in the United Kingdom. For the three and nine months ended September 30, 2018, represents severance costs incurred in connection with the departure of certain executives, including the founders of Loungefly.
6) Represents both unrealized and realized foreign currency (gains) losses on transactions other than in U.S. dollars.
7) Represents the income tax expense effect of the above adjustments. This adjustment uses an effective tax rate of 25% for all periods presented.
8) Adjusted net income margin is calculated as Adjusted net income as a percentage of net sales.
9) The prior period amounts have been revised to reflect the correction of immaterial errors related to an underpayment of certain duties owed to U.S. Customs as well as other previously identified immaterial errors. Please see Note 1 to our Form 10-Q for the period ended September 30, 2019 for further information.

# Reconciliation of Non-GAAP Financial Metrics Cont.



| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2019 | 2018 (9) | 2019 (9) | 2018 (9) |
| | (amounts in thousands) | | | |
| Net income | $ 15,548 | $ 7,551 | $ 34,108 | $ 9,544 |
| Interest expense, net | 3,620 | 5,750 | 11,455 | 17,230 |
| Income tax expense | 2,865 | 1,906 | 6,464 | 2,661 |
| Depreciation and amortization | 10,472 | 9,961 | 31,127 | 28,912 |
| EBITDA | $ 32,505 | $ 25,168 | $ 83,154 | $ 58,347 |
| **Adjustments:** | | | | |
| Equity-based compensation (2) | 3,715 | 3,607 | 9,830 | 5,750 |
| Acquisition transaction costs and other expenses (3) | 733 | 2,663 | 383 | 2,691 |
| Customs investigation and related costs (4) | 2,907 | — | 3,357 | — |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Certain severance, relocation and related costs | | 186 | | 1,631 | | 786 | 3,681 |
| Foreign currency transaction loss [6] | | 757 | | 1,434 | | 423 | 2,594 |
| Adjusted EBITDA | $ | 40,617 | $ | 33,903 | $ | 97,327 | $ 70,413 |
| Adjusted EBITDA margin [7] | | 18.2% | | 19.2% | | 16.7% | 15.5% |

1) Represents the reallocation of net income attributable to non-controlling interests from the assumed exchange of common units of FAH, LLC for Class A common stock in periods in which income was attributable to non-controlling interests.
2) Represents non-cash charges related to equity-based compensation programs, which vary from period to period depending on timing of awards.
3) Represents legal, accounting, and other related costs incurred in connection with acquisitions and other potential transactions.
4) Represents legal, accounting and other related costs incurred in connection with the Company's investigation of the underpayment of customs duties at Loungefly. For the nine months ended September 30, 2019, includes the accrual of a contingent liability of $0.5 million related to potential penalties that may be assessed by U.S. Customs in connection with the underpayment of customs duties at Loungefly.
5) For the three and nine months ended September 30, 2019, represents severance, relocation and related costs associated with the consolidation of warehouse facilities in the United Kingdom. For the three and nine months ended September 30, 2018, represents severance costs incurred in connection with the departure of certain executives, including the founders of Loungefly.
6) Represents both unrealized and realized foreign currency (gains) losses on transactions other than in U.S. dollars.
7) Adjusted EBITDA margin is calculated as Adjusted EBITDA as a percentage of net sales.
8) The prior period amounts have been revised to reflect the correction of immaterial errors related to an underpayment of certain duties owed to U.S. Customs as well as other previously identified immaterial errors. Please see Note 1 to our Form 10-Q for the period ended September 30, 2019 for further information.

---

# Guidance Reconciliation of Net Income to EBITDA, Adjusted EBITDA, Adjusted Net Income and Adjusted Earnings per Diluted Share



| | | Estimated Range for the Year Ending December 31, 2019 | | |
|---|---|---|---|---|
| | | (in millions, except per share amounts) | | |
| Net Income | $ | 54.0 | $ | 58.3 |
| Interest expense, net | | 15.8 | | 15.6 |
| Income tax expense | | 10.2 | | 11.1 |
| Depreciation and amortization | | 42.5 | | 42.5 |
| EBITDA | $ | 122.5 | $ | 127.5 |
| Adjustments: | | | | |
| Equity-based compensation [1] | | 13.2 | | 13.2 |
| Acquisition transaction costs and other expenses [2] | | 0.4 | | 0.4 |
| Customs investigation and related costs [3] | | 3.4 | | 3.4 |
| Certain severance, relocation and related costs [4] | | 0.2 | | 0.2 |
| Foreign currency transaction gain [5] | | 0.4 | | 0.4 |
| Adjusted EBITDA | $ | 140.0 | $ | 145.0 |
| | | | | |
| Net Income | $ | 54.0 | $ | 58.3 |
| Equity-based compensation [1] | | 13.2 | | 13.2 |
| Acquisition transaction costs and other expenses [2] | | 0.4 | | 0.4 |
| Customs investigation and related costs [3] | | 3.4 | | 3.4 |
| Certain severance, relocation and related costs [4] | | 0.2 | | 0.2 |
| Foreign currency transaction gain [5] | | 0.4 | | 0.4 |
| Income tax expense [6] | | (10.2) | | (10.6) |
| Adjusted net income | $ | 61.3 | $ | 65.2 |
| | | | | |
| Weighted-average shares of Class A common stock outstanding | | 25.5 | | 25.5 |
| Equity-based compensation awards and common units of FAH, LLC that are convertible into Class A common stock | | 28.0 | | 28.0 |
| Adjusted weighted-average shares of Class A stock outstanding – diluted | | 53.5 | | 53.5 |
| | | | | |
| Adjusted earnings per diluted share | $ | 1.15 | $ | 1.22 |

(1) Represents non-cash charges related to equity-based compensation programs, which vary from period to period depending on timing of awards.
(2) Represents legal, accounting, and other related costs incurred in connection with potential and completed acquisitions and other transactions.
(3) Represents legal, accounting and other related costs incurred through the nine months ended September 30, 2019 in connection with the Company's investigation of the underpayment of customs duties at Loungefly and the accrual of a contingent liability of $0.5 million related to potential penalties that may be assessed by U.S. Customs in connection with the underpayment of customs duties at Loungefly.
(4) Represents severance, relocation and related costs associated with the consolidation of our new warehouse facilities in the United Kingdom through the nine months ended September 30, 2019.
(5) Represents both unrealized and realized foreign currency losses (gains) on transactions other than in U.S. dollars through the nine months ended September 30, 2019.
(6) Represents the income tax expense (benefit) effect of the above adjustments. This adjustment uses an effective tax rate of 25% for the year ending December 31, 2019.

The Company is not able to provide the expected impact of unrealized and realized foreign currency gains and losses on transactions without unreasonable efforts because the calculation for that change is primarily driven by changes in foreign currency exchange rates, principally British pounds and euros. Additionally, the impacts are also driven by fluctuations in product sales and operating expenses in each of those local currencies, which can fluctuate month to month. Therefore, the Company's Adjusted EBITDA, Adjusted Net Income and Adjusted Earnings per Diluted Share for the year ending December 31, 2019, including the above adjustments, may differ materially from that forecasted in the table above.



Exhibit 27 - Page 412

28

Exhibit 27 - Page 413