# EXHIBIT 30

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

March 5, 2020
Date of Report (Date of earliest event reported)

# FUNKO, INC.

(Exact Name of Registrant as Specified in its Charter)

| **Delaware** | **001-38274** | **35-2593276** |
|---|---|---|
| (State or Other Jurisdiction | (Commission File Number) | (IRS Employer |
| of Incorporation) | | Identification No.) |

**2802 Wetmore Avenue**
**Everett, Washington 98201**
(Address of Principal Executive Offices) (Zip Code)

**(425) 783-3616**
(Registrant's telephone number, including area code)

(Former Name or Former Address, if Changed Since Last Report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (*see* General Instruction A.2. below):

&#9747; Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

&#9747; Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

&#9747; Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

&#9747; Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Securities registered pursuant to Section 12(b) of the Act:**

Exhibit 30 - Page 437

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Class A Common Stock, $0.0001 par value per share | FNKO | The Nasdaq Stock Market LLC |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☒

**Item 2.02. Results of Operations and Financial Condition.**

On March 5, 2020, Funko, Inc. (the "Company") announced its financial results for the quarter and fiscal year ended December 31, 2019. The full text of the press release (the "Press Release") issued in connection with the announcement is furnished as Exhibit 99.1 to this report and is incorporated herein by reference. The information contained in the website cited in the Press Release is not incorporated herein.

**Item 7.01. Regulation FD Disclosure.**

The slides for the Company's earnings presentation on March 5, 2020 for the quarter and fiscal year ended December 31, 2019, are furnished as Exhibit 99.2 to this report.

The information in this report (including Exhibits 99.1 and 99.2) shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that section, nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as expressly set forth by specific reference in such a filing.

**Item 9.01 Financial Statements and Exhibits.**

(d)   Exhibits:

| Exhibit No. | Description |
|---|---|
| Exhibit 99.1 | Press release of Funko, Inc. issued March 5, 2020. |
| Exhibit 99.2 | Earnings presentation of Funko, Inc. dated March 5, 2020. |

Exhibit 30 - Page 438

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date: March 5, 2020 **FUNKO, INC.**

By:      /s/ Jennifer Fall Jung
                 Jennifer Fall Jung

                 Chief Financial Officer (Principal Financial Officer)

Exhibit 30 - Page 439



# Funko Reports Fourth Quarter and Fiscal 2019 Financial Results

### Full Year Net Sales Increased 16% to $795 Million
### Provides 2020 Outlook

**EVERETT, Wash. March 5, 2020**-- Funko, Inc. ("Funko," or the "Company") (Nasdaq: FNKO), a leading pop culture consumer products company, today reported its consolidated financial results for the fourth quarter and fiscal year ended December 31, 2019.

## Full Year 2019 Financial Highlights

- Net sales increased 16% to $795.1 million

- Gross profit[1] increased 11% to $282.5 million, and gross profit excluding a one-time charge of $16.8 million related to the write-down of inventory[2] increased 17% to $299.3 million

- Gross margin[1] of 35.5% and gross margin excluding the inventory write-down referenced above[2] of 37.6%

- Net income of $27.8 million

- Adjusted EBITDA[3] of $123.0 million and Adjusted EBITDA Margin[3] of 15.5%

- Cash  flow from operations of $90.8 million

## Full Year 2019 Operating Highlights

- Completed the strategic acquisition of world-class game design studio Forrest-Pruzan, creating Funko Games, and successfully entered the board game category

- Grew sales in the European region approximately 32% on a year-over-year basis

- Successfully grew sales of Loungefly products more than 60% on a year-over-year basis

- Unveiled an enhanced mobile app with robust new features and rolled out a fan loyalty program

- Opened Funko's second flagship store in Hollywood, CA

- Reinforced Funko's bench with new hires across the Company in operations, planning, supply chain and finance

---

[1]Gross profit is calculated as net sales less cost of sales (exclusive of depreciation and amortization). Gross margin is calculated as net sales less cost of sales (exclusive of depreciation and amortization) as a percentage of net sales.

[2]Gross profit excluding the one-time inventory write-down and gross margin excluding the one-time inventory write-down are non-GAAP financial measures. Please see the "Non-GAAP Financial Measures" section for a reconciliation to the most directly comparable U.S. GAAP measure.

[3]Adjusted Net Income, Adjusted Earnings per Diluted Share, Adjusted EBITDA and Adjusted EBITDA margin are non-GAAP financial measures. For a reconciliation of Adjusted Net Income, Adjusted Earnings per Diluted Share and Adjusted EBITDA to the most directly comparable U.S. GAAP financial measures, please refer to the "Non-GAAP Financial Measures" section of this press release.



- Strengthened the Company's balance sheet through the successful refinancing of Funko's credit facilities

Exhibit 30 - Page 440

Brian Mariotti, Chief Executive Officer, stated, "Full year top line growth of 16% was driven by the underlying strength of Pop! Vinyl, growth in key geographic markets and the introduction of new products and categories. Although we closed the year with a difficult fourth quarter, we remain confident in the underlying strength of our business model and have a number of initiatives underway to drive growth in 2020. We have an exceptional line-up of games, toys and figures coming to market in the second half, unique evergreen retail programs and new products and partnerships in underpenetrated genres, including anime, sports and music."

"Funko's deep roots and expertise in all things pop culture provide us with a strong foundation for growth and expansion. As the proliferation of content continues to occur across pop culture, we believe Funko will be at the forefront. We are focused on building for scale – ensuring we have the tools and talent in place to drive a high level of execution, support our growth and deliver long-term shareholder value."

**Full Year 2019 Financial Results**

Net sales grew 16% to $795.1 million in 2019 compared to $686.1 million in 2018. The year-over-year improvement was primarily driven by an increase in the number of active properties and strength in the U.S. and international markets.

In 2019, the number of active properties increased 20% to 804 from 672 in 2018 and net sales per active property decreased 3%. On a geographical basis, net sales in the United States increased 12% to $523.9 million and net sales internationally increased 23% to $271.2 million driven by strong growth in Europe. On a product category basis, net sales of figures increased 15% to $642.5 million. Net sales of other products increased 21% to $152.6 million, which reflects strong growth in our Loungefly products.

The tables below show the breakdown of net sales on a geographical and product category basis (in thousands):

| | Twelve Months Ended December 31, | | | | Period Over Period Change | | |
| | 2019 | | 2018 | | Dollar | | Percentage |
|---|---|---|---|---|---|---|---|
| **Net sales by geography:** | | | | | | | |
| United States | $ | 523,897 | $ | 466,044 | $ | 57,853 | 12.4 % |
| International | | 271,225 | | 220,029 | | 51,196 | 23.3 % |
| Total net sales | $ | 795,122 | $ | 686,073 | $ | 109,049 | 15.9 % |



| | Twelve Months Ended December 31, | | | | Period Over Period Change | | |
| | 2019 | | 2018 | | Dollar | | Percentage |
|---|---|---|---|---|---|---|---|
| **Net sales by product:** | | | | | | | |
| Figures | $ | 642,531 | $ | 560,100 | $ | 82,431 | 14.7 % |
| Other | | 152,591 | | 125,973 | | 26,618 | 21.1 % |
| Total net sales | $ | 795,122 | $ | 686,073 | $ | 109,049 | 15.9 % |

Gross margin[1] in 2019 decreased 170 basis points to 35.5% compared to 37.2% in 2018, primarily due to a one-time charge of $16.8 million related to the write-down of inventory in the fourth quarter of 2019. Gross margin excluding the one-time inventory write down[2] was 37.6%, an increase of 40 basis points compared to 2018. The year-over-year increase is primarily attributable to lower product costs as a percentage of net sales due to a mix shift toward higher margin products as well as a decrease in shipping and freight costs as a percentage of net sales, which was partially offset by higher duties as a percentage of net sales related to our Loungefly products.

SG&A expenses increased 25% to $193.8 million in 2019 compared to $155.3 million in 2018, primarily reflecting increased headcount, warehouse costs and marketing to support new product launches as well as new office, retail and warehouse facilities.

Exhibit 30 - Page 441

Net income in 2019 was $27.8 million compared to net income of $25.1 million in 2018 and Adjusted Net Income[3] (non-GAAP) was $49.9 million in 2019 versus $39.5 million in 2018. Adjusted EBITDA[3] in 2019 was $123.0 million and Adjusted EBITDA margin[3] was 15.5%, compared to $113.5 million and 16.5%, respectively, in 2018. A reconciliation of these non-GAAP measures to GAAP is provided below.

## Fourth Quarter 2019 Financial Results

Net sales decreased 8% to $213.6 million in the fourth quarter of 2019 compared to $233.2 million in the fourth quarter of 2018. The year-over-year decline was primarily driven by underperformance in more mature markets, including the U.S., Australia and Canada, and reflects three primary factors: softness at retail during the holiday season which led to a decrease in orders, underperformance in key tentpole properties, and difficult comparisons from the year ago period due to the strength of Fortnite which generated 12% of sales in the fourth quarter of 2018.

In the fourth quarter of 2019, the number of active properties increased 14% to 667 from 583 in the fourth quarter of 2018 and net sales per active property decreased 20%. On a geographical basis, net sales in the United States decreased 9% to $144.9 million and net sales internationally decreased 8% to $68.6 million due to declines in Australia and Canada, partially offset by strong growth in Europe. On a product category basis, net sales of figures decreased 10% to $170.2 million reflecting the overall softness at retail in the quarter. Net sales of other products decreased 3% to $43.3 million versus the fourth quarter of 2018, which reflects decreased sales in plush and accessories, partially offset by double digit growth in our Loungefly brand.



The tables below show the breakdown of net sales on a geographical and product category basis (in thousands):

| | Three Months Ended December 31, | | Period Over Period Change | |
| | 2019 | 2018 | Dollar | Percentage |
|---|---|---|---|---|
| **Net sales by geography:** | | | | |
| United States | $ 144,932 | $ 158,770 | $ (13,838) | (8.7) % |
| International | 68,619 | 74,454 | (5,835) | (7.8) % |
| Total net sales | $ 213,551 | $ 233,224 | $ (19,673) | (8.4) % |

| | Three Months Ended December 31, | | Period Over Period Change | |
| | 2019 | 2018 | Dollar | Percentage |
|---|---|---|---|---|
| **Net sales by product:** | | | | |
| Figures | $ 170,204 | $ 188,261 | $ (18,057) | (9.6) % |
| Other | 43,347 | 44,963 | (1,616) | (3.6) % |
| Total net sales | $ 213,551 | $ 233,224 | $ (19,673) | (8.4) % |

Gross margin[1] in the fourth quarter of 2019 decreased 680 basis points to 29.2% compared to 36.0% in the fourth quarter of 2018, primarily due to a one-time charge of $16.8 million related to the write-down of inventory in the 2019 quarter. Gross margin excluding the one-time inventory write down[2] was 37.1%, an increase of 110 basis points compared to the fourth quarter of 2018. The year-over-year increase is primarily attributable to lower product costs as a percentage of net sales due to a mix shift toward higher margin products, which was partially offset by higher duties as a percentage of net sales related to our Loungefly products.

Exhibit 30 - Page 442

SG&A expenses increased 27% to $57.3 million in the fourth quarter of 2019 compared to $45.0 million in the fourth quarter of 2018, primarily reflecting increased headcount, marketing spend to support new product launches, and the addition of new office, retail and warehouse facilities.

Net loss in the fourth quarter of 2019 was $6.3 million compared to net income of $15.5 million in the fourth quarter of 2018 and Adjusted Net Income[3] (non-GAAP) was $8.9 million in the fourth quarter of 2019 versus $21.3 million in the fourth quarter of 2018. Adjusted EBITDA[3] in the fourth quarter of 2019 was $25.7 million and Adjusted EBITDA margin[3] was 12.0%, compared to $43.1 million and 18.5%, respectively, in the fourth quarter of 2018. A reconciliation of these non-GAAP measures to GAAP is provided below.



## Balance Sheet Highlights

As of December 31, 2019, the Company had cash and cash equivalents of $25 million and total debt of $242 million. Inventories at year-end totaled $62 million, a decrease of 28% compared to a year ago, primarily reflecting an inventory write-down in the fourth quarter of 2019.

Jennifer Fall Jung, Chief Financial Officer, stated, "In 2019, we generated strong operating cash flow and strengthened our balance sheet, providing us with the financial flexibility to invest in our infrastructure and strategic growth opportunities. Looking at 2020, we expect to achieve top line growth in the range of 6% to 9%, and adjusted EBITDA margins of approximately 14%, which includes our current assumptions regarding the impact of the coronavirus crisis. Our adjusted EBITDA outlook reflects strong gross margin performance, offset by the investments we're making to enhance our operations, drive efficiency and build scale in our model."

## 2020 Outlook

In 2020, the Company expects the following:

- Net sales of $840.0 million to $865.0 million, representing 6% to 9% growth compared to 2019, including approximately 2 points of anticipated impact from the coronavirus;

- Adjusted EBITDA[3] of $115.0 million to $125.0 million, representing Adjusted EBITDA margin of 13.7% to 14.5%;

- Adjusted Net Income[3] of $43.3 million to $50.8 million, based on a blended tax rate of 25%; and

- Adjusted Earnings per Diluted Share[3] of $0.85 per share to $1.00 per share, based on estimated adjusted average diluted shares outstanding of 51.0 million for the full year.

The Company's 2020 outlook reflects its current assumptions regarding any potential effect of the novel coronavirus due to manufacturing disruptions and delayed shipments resulting from the crisis. Compared to 2019, the Company anticipates that net sales in the first quarter of 2020 will decline in the mid-teens and the first half of the year will decline mid-single digits, which includes the anticipated impact of manufacturing disruptions and delayed shipments.

Adjusted EBITDA and Adjusted EPS are non-GAAP measures. A table at the end of this release reconciles Funko's outlook for the full year 2020 Adjusted EBITDA and Adjusted Earnings per Diluted Share guidance to the most directly comparable U.S. GAAP financial measures. Please refer to the "Non-GAAP Financial Measures" section of this press release.

Exhibit 30 - Page 443



**Conference Call and Webcast**

The Company will host a conference call at 4:30 p.m. Eastern Time (1:30 p.m. Pacific Time) today, March 5, 2020, to further discuss its fourth quarter results. Investors and analysts can participate on the conference call by dialing (833) 227-5847 or (647) 689-4074 and referencing passcode 6565388. Interested parties can also listen to a live webcast or replay of the conference call by logging on to the Investor Relations section on the Company's website at investor.funko.com. The replay of the webcast will be available for one year.

**About Funko**

Headquartered in Everett, Washington, Funko is a leading pop culture consumer products company. Funko designs, sources and distributes licensed pop culture products across multiple categories, including vinyl figures, action toys, plush, apparel, housewares and accessories for consumers who seek tangible ways to connect with their favorite pop culture brands and characters. Learn more at https://funko.com/, and follow us on Twitter (@OriginalFunko) and Instagram (@OriginalFunko).

**Forward Looking Statements**

This press release contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. All statements contained in this press release that do not relate to matters of historical fact should be considered forward-looking statements, including statements regarding our anticipated financial results, the underlying trends in our business, the anticipated impact of the novel coronavirus outbreak on our business, growing demand for our products, our potential for growth, plans for investments in our business and expected enhancements to operations. These forward-looking statements are based on management's current expectations. These statements are neither promises nor guarantees, but involve known and unknown risks, uncertainties and other important factors that may cause our actual results, performance or achievements to be materially different from any future results, performance or achievements expressed or implied by the forward-looking statements, including, but not limited to, the following: our ability to execute our business strategy; our ability to maintain and realize the full value of our license agreements; the ongoing level of popularity of our products with consumers; changes in the retail industry and markets for our consumer products; our ability to maintain our relationships with retail customers and distributors; our ability to compete effectively; fluctuations in our gross margin; our dependence on content development and creation by third parties; our ability to manage our inventories; our ability to develop and introduce products in a timely and cost-effective manner; our ability to obtain, maintain and protect our intellectual property rights or those of our licensors; potential violations of the intellectual property rights of others; risks associated with counterfeit versions of our products; our ability to attract and retain qualified employees and maintain our corporate culture; our use of third-party manufacturing; risks associated with our international operations; changes in effective tax rates or tax law; foreign currency exchange rate exposure; the possibility or existence of global and regional economic downturns; our dependence on vendors and outsourcers; risks relating to government regulation; risks relating to litigation, including products liability claims and securities class action litigation; any failure to successfully integrate or realize the anticipated benefits of acquisitions or investments; reputational risk resulting from our e-commerce business and social media presence; risks relating to our indebtedness and our ability to secure additional financing; the potential for our electronic data or the electronic data of our customers to be compromised; the influence of our significant stockholder, ACON, and the possibility that ACON's interests may conflict with the interests of our other stockholders; risks relating to our organizational structure; volatility in the price of our Class A common stock; and risks associated with our internal control over financial reporting. These and other important factors discussed under the caption

"Risk Factors" in our annual report on Form 10-K for the year ended December 31, 2019 and our other filings with the

Exhibit 30 - Page 444

Securities and Exchange Commission could cause actual results to differ materially from those indicated by the forward-looking statements made in this press release. Any such forward-looking statements represent management's estimates as of the date of this press release. While we may elect to update such forward-looking statements at some point in the future, we disclaim any obligation to do so, even if subsequent events cause our views to change. These forward-looking statements should not be relied upon as representing our views as of any date subsequent to the date of this press release.

**Investor Relations:**

Andrew Harless

Funko Investor Relations

investorrelations@funko.com

**Media:**

Jessica Piha-Grafstein

Funko Public Relations

jessicap@funko.com



## Funko, Inc. and Subsidiaries
## Condensed Consolidated Statements of Operations
## (Unaudited)

| | Three Months Ended December 31, | | Twelve Months Ended December 31, | |
|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 |
| | (In thousands, except per share data) | | | |
| Net sales | $ 213,551 | $ 233,224 | $ 795,122 | $ 686,073 |
| Cost of sales (exclusive of depreciation and amortization shown separately below) | 151,125 | 149,172 | 512,580 | 430,746 |
| Selling, general, and administrative expenses | 57,264 | 45,015 | 193,803 | 155,321 |
| Acquisition transaction costs | — | — | — | 28 |
| Depreciation and amortization | 10,999 | 10,204 | 42,126 | 39,116 |
| Total operating expenses | 219,388 | 204,391 | 748,509 | 625,211 |
| Income (loss) from operations | (5,837) | 28,833 | 46,613 | 60,862 |
| Interest expense, net | 2,887 | 4,509 | 14,342 | 21,739 |
| Loss on extinguishment of debt | — | 4,547 | — | 4,547 |
| Other (income) expense, net | (448) | 1,488 | (25) | 4,082 |
| Income (loss) before income taxes | (8,276) | 18,289 | 32,296 | 30,494 |
| Income tax (benefit) expense | (1,988) | 2,770 | 4,476 | 5,432 |
| Net (loss) income | (6,288) | 15,519 | 27,820 | 25,062 |
| Less: net income (loss) attributable to non-controlling interests | (2,047) | 10,292 | 16,095 | 17,599 |
| Net income (loss) attributable to Funko, Inc. | $ (4,241) | $ 5,227 | $ 11,725 | $ 7,463 |
| | | | | |
| Earnings (loss) per share of Class A common stock: | | | | |
| Basic | $ (0.12) | $ 0.21 | $ 0.38 | $ 0.31 |
| Diluted | $ (0.12) | $ 0.20 | $ 0.36 | $ 0.29 |
| Weighted average shares of Class A | | | | |

Exhibit 30 - Page 445

common stock outstanding:

| | | | | |
|---|---|---|---|---|
| Basic | 34,883 | 24,821 | 30,898 | 23,821 |
| Diluted | 34,883 | 26,607 | 32,926 | 25,560 |



### Funko, Inc. and Subsidiaries
### Condensed Consolidated Balance Sheets

| | | December 31, | | |
|---|---|---|---|---|
| | | **2019** | | **2018** |
| | | (In thousands) | | |
| **Assets** | | | | |
| **Current assets:** | | | | |
| Cash and cash equivalents | $ | 25,229 | $ | 13,486 |
| Accounts receivable, net | | 151,564 | | 148,627 |
| Inventory | | 62,124 | | 86,622 |
| Prepaid expenses and other current assets | | 20,280 | | 11,904 |
| Total current assets | | 259,197 | | 260,639 |
| Property and equipment, net | | 65,712 | | 44,296 |
| Operating lease right-of-use assets | | 62,901 | | — |
| Goodwill | | 124,835 | | 116,078 |
| Intangible assets, net | | 221,492 | | 233,645 |
| Deferred tax asset | | 57,547 | | 7,407 |
| Other assets | | 4,783 | | 4,275 |
| Total assets | $ | 796,467 | $ | 666,340 |
| **Liabilities and Stockholders' Equity** | | | | |
| **Current liabilities:** | | | | |
| Line of credit | $ | 25,822 | $ | 20,000 |
| Current portion long-term debt, net of unamortized discount | | 13,685 | | 10,593 |
| Current portion of operating lease liabilities | | 11,314 | | — |
| Accounts payable | | 42,531 | | 36,130 |
| Income taxes payable | | 637 | | 4,492 |
| Accrued royalties | | 34,625 | | 39,020 |
| Accrued expenses and other current liabilities | | 28,955 | | 33,015 |
| Total current liabilities | | 157,569 | | 143,250 |
| | | | | |
| Operating lease liabilities, net of current portion | | 61,622 | | — |
| Deferred tax liability | | 341 | | 5 |
| Liabilities under tax receivable agreement, net of current portion | | 61,554 | | 6,504 |
| Deferred rent and other long-term liabilities | | 7,421 | | 6,623 |
| Commitments and contingencies | | | | |
| **Stockholders' equity:** | | | | |
| Class A common stock, par value $0.0001 per share, 200,000 shares authorized; 34,918 shares and 24,960 shares issued and outstanding as of December 31, 2019 and 2018, respectively | | 3 | | 2 |
| Class B common stock, par value $0.0001 per share, 50,000 shares authorized; 14,515 shares and 23,584 shares issued and outstanding as of December 31, 2019 and 2018, respectively | | 1 | | 2 |
| Additional paid-in-capital | | 204,174 | | 146,154 |
| Accumulated other comprehensive income | | 791 | | (167) |
| Retained earnings | | 20,442 | | 8,717 |
| Total stockholders' equity attributable to Funko, Inc. | | 225,411 | | 154,708 |
| Non-controlling interests | | 79,733 | | 138,546 |
| Total stockholders' equity | | 305,144 | | 293,254 |
| Total liabilities and stockholders' equity | $ | 796,467 | $ | 666,340 |

Exhibit 30 - Page 446



### Funko, Inc. and Subsidiaries
### Condensed Consolidated Statements of Cash Flows

| | | Year Ended December 31, | | |
|---|---|---|---|---|
| | | 2019 | | 2018 |
| | | (In thousands) | | |
| **Operating Activities** | | | | |
| Net income | $ | 27,820 | $ | 25,062 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | | | |
| Depreciation, amortization and other | | 44,518 | | 39,116 |
| Equity-based compensation | | 13,044 | | 9,140 |
| Accretion of discount on long-term debt | | 952 | | 1,414 |
| Amortization of debt issuance costs | | 258 | | 709 |
| Loss on debt extinguishment | | — | | 4,547 |
| Deferred tax benefit | | (2,293) | | (964) |
| Other | | 635 | | 4,288 |
| Changes in operating assets and liabilities: | | | | |
| Accounts receivable, net | | (3,969) | | (36,139) |
| Inventory | | 25,372 | | (8,886) |
| Prepaid expenses and other assets | | (5,824) | | 8,736 |
| Accounts payable | | 4,629 | | (16,375) |
| Income taxes payable | | (3,618) | | 2,177 |
| Accrued royalties | | (4,403) | | 13,495 |
| Accrued expenses and other liabilities | | (6,356) | | 3,671 |
| Net cash provided by operating activities | | 90,765 | | 49,991 |
| | | | | |
| **Investing Activities** | | | | |
| Purchase of property and equipment | | (42,264) | | (26,866) |
| Acquisitions, net of cash | | (6,369) | | (635) |
| Net cash used in investing activities | | (48,633) | | (27,501) |
| | | | | |
| **Financing Activities** | | | | |
| Borrowings on line of credit | | 42,083 | | 316,390 |
| Payments on line of credit | | (36,383) | | (307,191) |
| Debt issuance costs | | (411) | | — |
| Proceeds from long-term debt, net | | — | | 230,011 |
| Payment of long-term debt | | (11,750) | | (231,338) |
| Payment of subordinated debt, net | | — | | — |
| Proceeds from subordinated debt, net | | — | | — |
| Contingent consideration | | — | | (2,500) |
| Contributions from members | | — | | — |
| Proceeds from initial public offering, net of underwriters discount and commissions | | — | | — |
| Proceeds from issuance of Class B common stock | | — | | — |
| Distributions to continuing equity owners | | (23,923) | | (20,441) |
| Payments under tax receivable agreement | | (173) | | — |
| Proceeds from exercise of equity-based options | | 2,217 | | 23 |
| Net cash provided by (used in) financing activities | | (28,340) | | (15,046) |
| | | | | |
| Effect of exchange rates on cash and cash equivalents | | (2,049) | | (1,686) |

Exhibit 30 - Page 447

| | | | | |
|---|---|---|---|---|
| Net increase in cash and cash equivalents | | | 11,743 | 5,758 |
| Cash and cash equivalents at beginning of period | | | 13,486 | 7,728 |
| Cash and cash equivalents at end of period | $ | 25,229 | $ | 13,486 |



**Funko, Inc. and Subsidiaries**
**Non-GAAP Financial Measures**

Adjusted Net Income, Adjusted Earnings per Diluted Share, EBITDA, Adjusted EBITDA and Adjusted EBITDA margin are supplemental measures of our performance that are not required by, or presented in accordance with, U.S. GAAP. Adjusted Net Income, Adjusted Earnings per Diluted Share, EBITDA, Adjusted EBITDA and Adjusted EBITDA margin are not measurements of our financial performance under U.S. GAAP and should not be considered as an alternative to net income (loss), earnings per share or any other performance measure derived in accordance with U.S. GAAP. We define Adjusted Net Income as net income attributable to Funko, Inc. adjusted for the reallocation of income attributable to non-controlling interests from the assumed exchange of all outstanding common units and options in FAH, LLC for newly issued-shares of Class A common stock of Funko, Inc. and further adjusted for the impact of certain non-cash charges and other items that we do not consider in our evaluation of ongoing operating performance. These items include, among other things, non-cash charges related to equity-based compensation programs, loss on extinguishment of debt, acquisition transaction costs and other expenses, foreign currency transaction gains and losses, the Loungefly customs investigation and related costs, certain severance, relocation and related costs, tax receivable agreement liability adjustments, and other unusual or one-time items, and the income tax expense (benefit) effect of these adjustments. We define Adjusted Earnings per Diluted Share as Adjusted Net Income divided by the weighted-average shares of Class A common stock outstanding, assuming (1) the full exchange of all outstanding common units and options in FAH, LLC for newly issued-shares of Class A common stock of Funko, Inc. and (2) the dilutive effect of stock options and unvested common units, if any. We define EBITDA as net income (loss) before interest expense, net, income tax expense (benefit), depreciation and amortization. We define Adjusted EBITDA as EBITDA further adjusted for non-cash charges related to equity-based compensation programs, loss on extinguishment of debt, acquisition transaction costs and other expenses, the Loungefly customs investigation and related costs, certain severance, relocation and related costs, foreign currency transaction gains and losses, tax receivable agreement liability adjustments and other unusual or one-time items. Adjusted EBITDA margin is calculated as Adjusted EBITDA as a percentage of net sales We caution investors that amounts presented in accordance with our definitions of Adjusted Net Income, Adjusted Earnings per Diluted Share, EBITDA, Adjusted EBITDA and Adjusted EBITDA margin may not be comparable to similar measures disclosed by our competitors, because not all companies and analysts calculate these measures in the same manner. We present Adjusted Net Income, Adjusted Earnings per Diluted Share, EBITDA, Adjusted EBITDA and Adjusted EBITDA margin because we consider them to be important supplemental measures of our performance and believe they are frequently used by securities analysts, investors, and other interested parties in the evaluation of companies in our industry. Management believes that investors' understanding of our performance is enhanced by including these non-GAAP financial measures as a reasonable basis for comparing our ongoing results of operations. Management uses Adjusted Net Income, Adjusted Earnings per Diluted Share, EBITDA, Adjusted EBITDA and Adjusted EBITDA margin as a measurement of operating performance because they assist us in comparing the operating performance of our business on a consistent basis, as they remove the impact of items not directly resulting from our core operations; for planning purposes, including the preparation of our internal annual operating budget and financial projections; as a consideration to assess incentive compensation for our employees; to evaluate the performance and effectiveness of our operational strategies; and to evaluate our capacity to expand our business.

By providing these non-GAAP financial measures, together with reconciliations, we believe we are enhancing investors' understanding of our business and our results of operations, as well as assisting investors in evaluating how well we are executing our strategic initiatives. In addition, our senior secured credit facilities use Adjusted EBITDA to measure our compliance with covenants such as senior leverage ratio. Adjusted Net Income, Adjusted Earnings per Diluted Share, EBITDA, Adjusted EBITDA and Adjusted EBITDA margin have limitations as analytical tools, and should not be

Exhibit 30 - Page 448

considered in isolation, or as an alternative to, or a substitute for net income (loss) or other financial statement data presented in this press release as indicators of financial performance. Some of the limitations are:



- such measures do not reflect our cash expenditures, or future requirements for capital expenditures or contractual commitments;
- such measures do not reflect changes in, or cash requirements for, our working capital needs;
- such measures do not reflect the interest expense, or the cash requirements necessary to service interest or principal payments on our debt;
- although depreciation and amortization are non-cash charges, the assets being depreciated and amortized will often have to be replaced in the future and such measures do not reflect any cash requirements for such replacements; and
- other companies in our industry may calculate such measures differently than we do, limiting their usefulness as comparative measures.

Due to these limitations, Adjusted Net Income, Adjusted Earnings per Diluted Share, EBITDA, Adjusted EBITDA and Adjusted EBITDA margin should not be considered as measures of discretionary cash available to us to invest in the growth of our business. We compensate for these limitations by relying primarily on our GAAP results and using these non-GAAP measures only supplementally. As noted in the table below, Adjusted Net Income, Adjusted Earnings per Diluted Share, Adjusted EBITDA and Adjusted EBITDA margin include adjustments for non-cash charges related to equity -based compensation programs, loss on extinguishment of debt, acquisition transaction costs and other expenses, the Loungefly customs investigation and related costs, certain severance, relocation and related costs, foreign currency transaction gains and losses, tax receivable agreement liability adjustments and other unusual or one-time items. It is reasonable to expect that these items will occur in future periods. However, we believe these adjustments are appropriate because the amounts recognized can vary significantly from period to period, do not directly relate to the ongoing operations of our business and complicate comparisons of our internal operating results and operating results of other companies over time. Each of the normal recurring adjustments and other adjustments described herein and in the reconciliation table below help management with a measure of our core operating performance over time by removing items that are not related to day-to-day operations.

In addition, this press release refers to the non-GAAP financial measures gross profit excluding the one-time inventory write-down and gross margin excluding the one-time inventory write-down. Gross profit excluding the one-time inventory write-down is calculated as net sales less cost of goods sold (exclusive of depreciation and amortization) less the $16.8 million charge related to the one-time inventory write-down in the fourth quarter of 2019. Gross margin excluding the one-time inventory write-down is calculated as net sales less cost of goods sold (exclusive of depreciation and amortization) less the $16.8 million charge related to the one-time inventory write-down as a percentage of net sales. Management believes that gross profit excluding the one-time inventory write-down and gross margin excluding the one-time inventory write-down provides useful information to investors because it assists investors in comparing our ongoing operating performance between periods.



The following table reconciles gross profit excluding the one-time inventory write-down and gross margin excluding the one-time inventory write-down to the most directly comparable U.S. GAAP financial performance measure:

| | Three Months Ended December 31, | Twelve Months Ended December 31, |
|---|---|---|

Exhibit 30 - Page 449

| | 2019 | 2018 | 2019 | 2018 |
|---|---|---|---|---|
| | (amounts in thousands) | | | |
| Net sales | $ 213,551 | $ 233,224 | $ 795,122 | $ 686,073 |
| Cost of sales (exclusive of depreciation and amortization) | 151,125 | 149,172 | 512,580 | 430,746 |
| Gross profit[1] | $ 62,426 | $ 84,052 | $ 282,542 | $ 255,327 |
| Gross margin[1] | 29.2 % | 36.0 % | 35.5 % | 37.2 % |
| **Adjustments:** | | | | |
| One-time inventory write-down[2] | 16,775 | — | 16,775 | — |
| Gross profit excluding the one-time inventory write-down | $ 79,201 | $ 84,052 | $ 299,317 | $ 255,327 |
| Gross margin excluding the one-time inventory write-down | 37.1 % | 36.0 % | 37.6 % | 37.2 % |

(1) Gross profit is calculated as net sales less cost of sales (exclusive of depreciation and amortization). Gross margin is calculated as net sales less cost of sales (exclusive of depreciation and amortization) as a percentage of net sales.

(2) Represents a one-time $16.8 million charge for the three and twelve months ended December 31, 2019 to cost of goods sold for additional inventory reserves to dispose of certain inventory items. This charge is incremental to normal course inventory reserves and was recorded as a result of the Company's decision to dispose of slower moving inventory to increase operational capacity.



The following tables reconcile Adjusted Net Income, Adjusted Earnings per Diluted Share, EBITDA and Adjusted EBITDA to the most directly comparable U.S. GAAP financial performance measure:

| | Three Months Ended December 31, | | Twelve Months Ended December 31, | |
|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 |
| | (In thousands, except per share data) | | | |
| Net income (loss) attributable to Funko, Inc. | $ (4,241) | $ 5,227 | $ 11,725 | $ 7,463 |
| Reallocation of net income (loss) attributable to non-controlling interests from the assumed exchange of common units of FAH, LLC for Class A common stock [1] | (2,047) | 10,292 | 16,095 | 17,599 |
| Equity-based compensation [2] | 3,214 | 3,390 | 13,044 | 9,140 |
| Loss on extinguishment of debt | — | 4,547 | — | 4,547 |
| Acquisition transaction costs and other expenses [3] | — | 700 | 383 | 3,391 |
| Customs investigation and related costs [4] | — | — | 3,357 | — |
| Certain severance, relocation and related costs [5] | 559 | — | 739 | 1,031 |
| Foreign currency transaction loss [6] | (600) | 1,488 | (177) | 4,082 |
| Tax receivable agreement liability adjustments | 152 | — | 152 | — |
| One-time inventory write-down [7] | 16,775 | — | 16,775 | — |
| Income tax expense (benefit) [8] | (4,944) | (4,334) | (12,166) | (7,739) |
| Adjusted net income | 8,868 | 21,310 | 49,927 | 39,514 |
| Adjusted net income margin [9] | 4.2 % | 9.1 % | 6.3 % | 5.8 % |
| | | | | |
| Weighted-average shares of Class A | | | | |

Exhibit 30 - Page 450

| common stock outstanding - basic | | 34,883 | | 24,821 | | 30,898 | | 23,821 |
|---|---|---|---|---|---|---|---|---|
| Equity-based compensation awards and common units of FAH, LLC that are convertible into Class A common stock | | 15,403 | | 26,054 | | 21,167 | | 26,858 |
| Adjusted weighted-average shares of Class A stock outstanding - diluted | | 50,286 | | 50,875 | | 52,065 | | 50,679 |
| Adjusted earnings per diluted share | $ | 0.18 | $ | 0.42 | $ | 0.96 | $ | 0.78 |



| | Three Months Ended December 31, | | | | Twelve Months Ended December 31, | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2019 | | 2018 | | 2019 | | 2018 | |
| | (amounts in thousands) | | | | | | | |
| Net income | $ | (6,288) | $ | 15,519 | $ | 27,820 | $ | 25,062 |
| Interest expense, net | | 2,887 | | 4,509 | | 14,342 | | 21,739 |
| Income tax (benefit) expense | | (1,988) | | 2,770 | | 4,476 | | 5,432 |
| Depreciation and amortization | | 10,999 | | 10,204 | | 42,126 | | 39,116 |
| EBITDA | $ | 5,610 | $ | 33,002 | $ | 88,764 | $ | 91,349 |
| **Adjustments:** | | | | | | | | |
| Equity-based compensation [2] | | 3,214 | | 3,390 | | 13,044 | | 9,140 |
| Loss on extinguishment of debt | | — | | 4,547 | | — | | 4,547 |
| Acquisition transaction costs and other expenses [3] | | — | | 700 | | 383 | | 3,391 |
| Customs investigation and related costs [4] | | — | | — | | 3,357 | | — |
| Certain severance, relocation and related costs [5] | | 559 | | — | | 739 | | 1,031 |
| Foreign currency transaction (gain) loss [6] | | (600) | | 1,488 | | (177) | | 4,082 |
| One-time inventory write-down [7] | | 16,775 | | — | | 16,775 | | — |
| Tax receivable agreement liability adjustments | | 152 | | — | | 152 | | — |
| Adjusted EBITDA | $ | 25,710 | $ | 43,127 | $ | 123,037 | $ | 113,540 |
| Adjusted EBITDA margin [10] | | 12.0 % | | 18.5 % | | 15.5 % | | 16.5 % |

(1)   Represents the reallocation of net income attributable to non-controlling interests from the assumed exchange of common units of FAH, LLC for Class A common stock in periods in which income was attributable to non-controlling interests.

(2)   Represents non-cash charges related to equity-based compensation programs, which vary from period to period depending on timing of awards.

(3)   Represents legal, accounting, and other related costs incurred in connection with acquisitions and other potential transactions. Included for the twelve months ended December 31, 2018 is a one-time $2.0 million consent fee related to certain existing license agreements and $0.7 million for the recognition of a pre-acquisition contingency related to our Loungefly acquisition.

(4)   Represents legal, accounting and other related costs incurred in connection with the Company's investigation of the underpayment of customs duties at Loungefly. For the twelve months ended December 31, 2019, includes the accrual of a contingent liability of $0.5 million related to potential penalties that may be assessed by U.S. Customs in connection with the underpayment of customs duties at Loungefly.

(5)   Represents certain severance, relocation and related costs. For the three months and twelve months ended December 31, 2019, includes $0.4 million of severance costs incurred in connection with the departure of our former Chief Financial Officer as well as severance, relocation and related costs associated with the consolidation of our warehouse facilities in the United Kingdom. For the twelve months ended December 31, 2018, includes severance costs incurred in connection with the departure of certain members of senior management, including the founders of Loungefly.

(6)   Represents both unrealized and realized foreign currency losses on transactions other than in U.S. dollars.

Exhibit 30 - Page 451

(7)  Represents a one-time $16.8 million charge for the three and twelve months ended December 31, 2019 to cost of goods sold for additional inventory reserves to dispose of certain inventory items. This charge is incremental to normal course inventory reserves and was recorded as a result of the Company's decision to dispose of slower moving inventory to increase operational capacity.

(8)  Represents the income tax expense effect of the above adjustments. This adjustment uses an effective tax rate of 25% for all periods presented.

(9)  Adjusted net income margin is calculated as Adjusted net income as a percentage of net sales.

(10) Adjusted EBITDA margin is calculated as Adjusted EBITDA as a percentage of net sales.



## Guidance Reconciliation of Net Income to EBITDA, Adjusted EBITDA, Adjusted EBITDA Margin, Adjusted Net Income and Adjusted Earnings per Diluted Share

| | Estimated Range for the Year Ending December 31, 2020 | | | |
| --- | --- | --- | --- | --- |
| | (In millions, except per share amounts) | | | |
| Net Sales | $ | 840.0 | $ | 865.0 |
| | | | | |
| Net income | | 34.1 | | 41.9 |
| Interest expense, net | | 11.5 | | 11.5 |
| Income tax expense | | 9.6 | | 11.8 |
| Depreciation and amortization | | 45.8 | | 45.8 |
| EBITDA | $ | 101.0 | $ | 111.0 |
| Adjustments: | | | | |
| Equity-based compensation [1] | | 13.3 | | 13.3 |
| Certain severance, relocation and related costs [2] | | 0.7 | | 0.7 |
| Adjusted EBITDA | $ | 115.0 | $ | 125.0 |
| Adjusted EBITDA Margin [3] | | 13.7 % | | 14.5 % |
| | | | | |
| Net income | $ | 34.1 | $ | 41.9 |
| Equity-based compensation [1] | | 13.3 | | 13.3 |
| Certain severance, relocation and related costs [2] | | 0.7 | | 0.7 |
| Income tax expense [4] | | (4.8) | | (5.1) |
| Adjusted net income | $ | 43.3 | $ | 50.8 |
| | | | | |
| Weighted-average shares of Class A common stock outstanding | | 35.6 | | 35.6 |
| Equity-based compensation awards and common units of FAH, LLC that are convertible into Class A common stock | | 15.4 | | 15.4 |
| Adjusted weighted-average shares of Class A stock outstanding - diluted | | 51.0 | | 51.0 |
| | | | | |
| Adjusted earnings per diluted share | $ | 0.85 | $ | 1.00 |

(1) Represents non-cash charges related to equity-based compensation programs, which vary from period to period depending on timing of awards.

(2) Represents severance, relocation and related costs associated with the consolidation of our new warehouse facilities in the United Kingdom.

(3) Adjusted EBITDA Margin is calculated as Adjusted EBITDA as a percentage of net sales.

(4) Represents the income tax expense effect of the above adjustments. This adjustment uses an effective tax rate of 25% for the year ending

Exhibit 30 - Page 452



Note: The Company is not able to provide the expected impact of unrealized and realized foreign currency gains and losses for the year ending December 31, 2020 on transactions without unreasonable efforts because the calculation for that change is primarily driven by changes in foreign currency exchange rates, principally British pounds and euros. Additionally, the impacts are also driven by fluctuations in product sales and operating expenses in each of those local currencies, which can fluctuate month to month. Therefore, the Company's Adjusted EBITDA, Adjusted Net Income and Adjusted Earnings per Diluted Share for the year ending December 31, 2020, including the above adjustments, may differ materially from that forecasted in the table above.

Exhibit 30 - Page 453



Exhibit 30 - Page 454

# Cautionary Notes

This presentation contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. All staten facts contained in this presentation, including statements regarding our future results of operations and financial position, industry dynami business strategy and plans and our objectives for future operations, including expanding into new product categories, broadening our reta sales, are forward-looking statements. The words "may," "will," "should," "expects," "plans," "anticipates," "could," "intends," "targets," "projects "predicts," "potential" or "continue" or the negative of these terms and similar expressions are intended to identify forward-looking stateme this presentation are only predictions. We have based these forward-looking statements largely on our current expectations and projectior trends that we believe may affect our business, financial condition and results of operations. Forward-looking statements involve known ar important factors that may cause our actual results, performance or achievements to be materially different from any future results, perfor implied by the forward-looking statements, including without limitation our ability to execute our business strategy; our ability to maintain a agreements; the ongoing level of popularity of our products with consumers; changes in the retail industry and markets for our consumer relationships with retail customers and distributors; our ability to compete effectively; fluctuations in our gross margin; our dependence on third parties; our ability to manage our inventories; our ability to develop and introduce products in a timely and cost-effective manner; incr taxes; risks related to Brexit; counterfeit product risks; risks relating to intellectual property; our ability to attract and retain qualified employ our use of third-party manufacturing; risks associated with our international operations; risks related to the recent coronavirus outbreak; cl currency exchange rate exposure; economic downturns; our dependence on vendors and outsourcers; risks relating to government regula to successfully integrate or realize the anticipated benefits of acquisitions or investments; reputational risk resulting from our e-commerce relating to our indebtedness and our ability to secure additional financing; the potential for our electronic data or the electronic data of our relating to our organizational structure; risks associated with our internal control over financial reporting; and the important factors discuss Form 10-K for the year ended December 31, 2019 and our other filings with the Securities and Exchange Commission.

Because forward-looking statements are inherently subject to risks and uncertainties, some of which cannot be predicted or quantified, you looking statements as predictions of future events. The events and circumstances reflected in our forward-looking statements may not be differ materially from those projected in the forward-looking statements. In addition, statements that "we believe" and similar statements r relevant subject. These statements are based upon information available to us as of the date hereof, and while we believe such informatior statements, such information may be limited or incomplete, and our statements should not be read to indicate that we have conducted an potentially available relevant information. These statements are inherently uncertain and investors are cautioned not to unduly rely upon tl presentation with the understanding that our actual future results, levels of activity, performance and achievements may be materially diffe of our forward-looking statements by these cautionary statements. These forward-looking statements speak only as of the date of this pre required by law, we do not plan to publicly update or revise any forward-looking statements contained in this presentation, whether as a re events or otherwise.

Unless otherwise indicated, information contained in this presentation concerning our industry, competitive position and the markets in wh from independent industry and research organizations, other third-party sources and management estimates. Management estimates are information released by independent industry analysts and other third-party sources, as well as data from our internal research, and are ba reviewing such data, and our experience in, and knowledge of, such industry and markets, which we believe to be reasonable. In addition, of the future performance of the industry in which we operate and our future performance are necessarily subject to uncertainty and risk c described above. These and other factors could cause results to differ materially from those expressed in the estimates made by independ

2

Exhibit 30 - Page 455



Exhibit 30 - Page 456



Exhibit 30 - Page 457

# Fiscal Year 2019 Highlights

## Operational Highlights

- Completed the strategic **acquisition of world-class game design studio Forrest-Pruzan**, creating Funko Games, and **successfully entered the board game category**

- **Grew sales in the European region approximately 32%** on a year-over-year basis

- Successfully **grew sales of Loungefly products more than 60%** on a year-over-year basis

- **Unveiled an enhanced mobile app** with robust new features and rolled out a fan loyalty program

- **Opened Funko's second flagship store in Hollywood, CA**

- **Reinforced Funko's bench** with new hires across the Company in operations, planning, supply chain and finance

- **Strengthened the Company's balance sheet** through the successful refinancing of Funko's credit facilities

## Financial

- **Net sales increased 16%**

- Gross profit[1] increased 1 gross profit excluding a o million related to the writ increased 17% to $299.3

- Gross margin[1] of 35.5% the inventory write-do 37.6%[2]

- **Net income of $27.8 mil**

- **Adjusted EBITDA[2] of $** EBITDA Margin[2] of 15.5%

- **Cash flow from operati**

(1) Gross profit is calculated as net sales less cost of sales (exclusive of depreciation and amortization). Gross margin is calculated as net sales less cost of sales (exclusive of depreciation and amortizati
(2) Gross profit excluding the one-time inventory write-down, gross margin excluding the one-time inventory write-down, Adjusted EBITDA and Adjusted EBITDA margin are non-GAAP measures. Please
section for a reconciliation to the most directly comparable GAAP measures.

5

Exhibit 30 - Page 458

# Q4 & Fiscal Year Earnings Summary

| $ in millions, except per share amounts, unaudited | 4Q'19 | 4Q'18 | % Change | FY'19 |
|---|---|---|---|---|
| Net Sales | $213.6 | $233.2 | (8.4)% | $795.1 |
| Gross Profit[1] | $62.4 | $84.1 | (25.7)% | $282.5 |
| Gross Margin %[1] | 29.2% | 36.0% | | 35.5% |
| Gross profit excluding the one-time inventory write-down[2] | $79.2 | $84.1 | (5.8)% | $299.3 |
| Gross margin excluding the one-time inventory write-down[2] | 37.1% | 36.0% | | 37.6% |
| Operating Income (Loss) | $(5.8) | $28.8 | (120.2)% | $46.6 |
| Operating Margin % | (2.7)% | 12.4% | | 5.9% |
| Net Income (Loss) | $(6.3) | $15.5 | (140.5)% | $27.8 |
| Adjusted Net Income[2] | $8.9 | $21.3 | (58.4)% | $49.9 |
| Adjusted Net Income Margin[2] | 4.2% | 9.1% | | 6.3% |
| Adjusted Earnings per Share[2] | $0.18 | $0.42 | (57.1)% | $0.96 |
| Adjusted EBITDA[2] | $25.7 | $43.1 | (40.4)% | $123.0 |
| Adjusted EBITDA Margin %[2] | 12.0% | 18.5% | | 15.5% |

(1)    Gross Profit and Gross Margin are calculated exclusive of depreciation and amortization.
(2)    Gross profit excluding the one-time inventory write-down, gross margin excluding the one-time inventory write-down, Adjusted EBITDA, Adjusted EBITDA margin, Adjusted Net Income,
GAAP measures. Please see the Supplemental Financial Information section for a reconciliation to the most directly comparable GAAP measures for gross profit excluding the one-time
down, Adjusted EBITDA, Adjusted Net Income and Adjusted Earnings per Share. Adjusted EBITDA margin is defined as Adjusted EBITDA divided by Net Sales. Adjusted Net Income Marg
excluding the one-time inventory write-down is calculated as gross profit excluding the one-time inventory write-down as a percentage of net sales.

6

Exhibit 30 - Page 459



Exhibit 30 - Page 460

# Top Properties Breakout



Exhibit 30 - Page 461



Exhibit 30 - Page 462



Exhibit 30 - Page 463

# Something for Everyone

Fans can find their something as the world of Funko continues to expand with n





Exhibit 30 - Page 464

# Recent Non-Licensed Toy Line Announcement:

*Funko is expanding its addressable market by launching new non-*
*that will live in the toy aisle and be supported by Funko Anim:*





Exhibit 30 - Page 465



Exhibit 30 - Page 466



Exhibit 30 - Page 467

# Annual Geographic Performance



Exhibit 30 - Page 468



Exhibit 30 - Page 469



Exhibit 30 - Page 470

# Key Balance Sheet Highlights

| $ in millions, unaudited | 12/31/2019 | 12/31/2018 |
|---|---|---|
| Cash & Cash Equivalents | $25.2 | $13.5 |
| Accounts Receivable, net | $151.6 | $148.6 |
| Inventory | $62.1 | $86.6 |
| Total Debt[1] | $242.3 | $247.3 |

(1)    Total Debt is defined as Line of Credit Outstandings plus Current Portion of Long-Term Debt, Net of Unamortized Discount plus Long-Term Debt, Net of Unamortizec

Exhibit 30 - Page 471

# Fiscal Year 2020 Guidance

| Fiscal Year 2020 Guidance Range[1] | |
| --- | --- |
| Net Sales | $840 to $865 million |
| Adjusted EBITDA[2] | $115 to $125 million |
| Adjusted Net Income[2] | $43 to $51 million |
| Adjusted EPS[2] | $0.85 to $1.00 |

(1)  The guidance should be read in conjunction with Funko's fourth quarter 2019 earnings release issued on March 5, 2020 and is as of such date and does not take into
(2)  Adjusted EBITDA, Adjusted Net Income and Adjusted Earnings per Share are non-GAAP measures. Please see the Supplemental Financial Information section for a re
measures for Adjusted EBITDA, Adjusted Net Income and Adjusted Earnings per Share.

19

Exhibit 30 - Page 472



Exhibit 30 - Page 473

## Q4 & Fiscal Year Condensed Consolidated Statements of Ope

| $ in thousands, unaudited | Q4'19 | Q4'18 | % Change | FY'19 |
|---|---|---|---|---|
| **Net Sales** | $213,551 | $233,224 | (8.4)% | $795,12 |
| Cost of Sales[1] | 151,125 | 149,172 | 1.3% | 512,58( |
| **Gross Profit[1]** | 62,426 | 84,052 | (25.7)% | 282,54: |
| *Gross Margin[1]* | 29.2% | 36.0% | | 35.5% |
| Selling, General and Administrative Expenses | 57,264 | 45,015 | 27.2% | 193,80: |
| Acquisition Transaction Costs | - | - | n/a | - |
| Depreciation and Amortization | 10,999 | 10,204 | 7.8% | 42,126 |
| **Income (Loss) from Operations** | (5,837) | 28,833 | (120.2)% | 46,613 |
| Interest Expense, net | 2,887 | 4,509 | (36.0)% | 14,342 |
| Loss on extinguishment of debt | -- | 4,547 | n/a | -- |
| Other (Income) Expense, net | (448) | 1,488 | (130.1)% | (25) |
| **Income (Loss) before Income Taxes** | (8,276) | 18,289 | (145.3)% | 32,296 |
| Income Tax (Benefit) Expense | (1,988) | 2,770 | (171.8)% | 4,476 |
| **Net Income (Loss)** | $(6,288) | $15,519 | (140.5)% | $27,82( |
| Less: Net Income (Loss) Attributable to Non-Controlling Interests | (2,047) | 10,292 | (119.9)% | 16,095 |
| **Net Income (Loss) Attributable to Funko, Inc.** | $(4,241) | $5,227 | (181.1)% | $11,72: |

(1)    Cost of Sales, Gross Profit and Gross Margin are shown exclusive of depreciation and amortization.

Exhibit 30 - Page 474

# Condensed Consolidated Balance Sheet

| $ in thousands, unaudited | 12/31/2019 | 12/31/ |
|---|---|---|
| Cash and Cash Equivalents | $25,229 | |
| Accounts Receivable, net | 151,564 | |
| Inventory | 62,124 | |
| Prepaid Expenses & Other Current Assets | 20,280 | |
| **Total Current Assets** | **259,197** | |
| Property & Equipment, net | 65,712 | |
| Operating Lease Right-Of-Use Assets | 62,901 | |
| Goodwill & Intangible Assets, net | 346,327 | |
| Deferred Tax Asset | 57,547 | |
| Other Assets | 4,783 | |
| **Total Assets** | **$796,467** | $ |
| Line of Credit | $25,822 | |
| Current Portion of Long-Term Debt, net | 13,685 | |
| Current Portion of Operating Lease Liability | 11,314 | |
| Accounts Payable | 42,531 | |
| Income Taxes Payable | 637 | |
| Accrued Royalties | 34,625 | |
| Accrued Expenses & Other Current Liabilities | 28,955 | |
| **Total Current Liabilities** | **157,569** | |
| Long-Term Debt, net | 202,816 | |
| Operating Lease Liabilities, net | 61,622 | |
| Deferred Tax Liability & Liabilities under TRA | 61,895 | |
| Deferred Rent & Other Long-Term Liabilities | 7,421 | |
| **Total Liabilities** | **491,323** | |
| Total Shareholders' Equity Attributable to Funko, Inc. | 225,411 | |
| Non-Controlling Interests | 79,733 | |
| **Total Liabilities & Stockholders' Equity** | **$796,467** | $ |

22

Exhibit 30 - Page 475

# Reconciliation of Non-GAAP Financial Metr

|  | Three Months Ended December 31, | | | | Twelve Months Ended | |
|  | 2019 | | 2018 | | 2019 | |
|  | (amounts in thousands) | | | | | |
| Net sales | $ | 213,551 | $ | 233,224 | $ | 795,122 | $ |
| Cost of sales (exclusive of depreciation and amortization) |  | 151,125 |  | 149,172 |  | 512,580 |  |
| Gross profit [1] | $ | 62,426 | $ | 84,052 | $ | 282,542 | $ |
| Gross margin [1] |  | 29.2% |  | 36.0% |  | 35.5% |  |
| Adjustments: |  | | | | | |
| One-time inventory write-down [2] |  | 16,775 |  | — |  | 16,775 |  |
| Gross profit excluding the one-time inventory write-down | $ | 79,201 | $ | 84,052 | $ | 299,317 | $ |
| Gross margin excluding the one-time inventory write-down |  | 37.1% |  | 36.0% |  | 37.6% |  |

1) Gross profit is calculated as net sales less cost of sales (exclusive of depreciation and amortization). Gross margin is calculated as net sales less cost of sales (exclu
percentage of net sales.
2) Represents a one-time $16.8 million charge for the three and twelve months ended December 31, 2019 to cost of goods sold for additional inventory reserves to d
incremental to normal course inventory reserves and was recorded as a result of the Company's decision to dispose of slower moving inventory to increase opera

23

Exhibit 30 - Page 476

# Reconciliation of Non-GAAP Financial Metrics (

| | Three Months Ended December 31, | | | | Twelve Months Ended Decem | |
|---|---|---|---|---|---|---|
| | 2019 | | 2018 | | 2019 | |
| | (In thousands, except per share data) | | | | | |
| Net income (loss) attributable to Funko, Inc. | $ | (4,241) | $ | 5,227 | $ | 11,725 | $ |
| Reallocation of net income (loss) attributable to non-controlling interests from the assumed exchange of common units of FAH, LLC for Class A common stock [1] | | (2,047) | | 10,292 | | 16,095 | |
| Equity-based compensation [2] | | 3,214 | | 3,390 | | 13,044 | |
| Loss on extinguishment of debt | | — | | 4,547 | | — | |
| Acquisition transaction costs and other expenses [3] | | — | | 700 | | 383 | |
| Customs investigation and related costs [4] | | — | | — | | 3,357 | |
| Certain severance, relocation and related costs [5] | | 559 | | — | | 739 | |
| Foreign currency transaction (gain) loss [6] | | (600) | | 1,488 | | (177) | |
| Tax receivable agreement liability adjustments | | 152 | | — | | 152 | |
| One-time inventory write-down [7] | | 16,775 | | — | | 16,775 | |
| Income tax expense (benefit) [8] | | (4,944) | | (4,334) | | (12,166) | |
| Adjusted net income | | 8,868 | | 21,310 | | 49,927 | |
| Adjusted net income margin [9] | | 4.2% | | 9.1% | | 6.3% | |
| | | | | | | |
| Weighted-average shares of Class A common stock outstanding - basic | | 34,883 | | 24,821 | | 30,898 | |
| Equity-based compensation awards and common units of FAH, LLC that are convertible into Class A common stock | | 15,403 | | 26,054 | | 21,167 | |
| Adjusted weighted-average shares of Class A stock outstanding - diluted | | 50,286 | | 50,875 | | 52,065 | |
| Adjusted earnings per diluted share | $ | 0.18 | $ | 0.42 | $ | 0.96 | $ |

1)  Represents the reallocation of net income attributable to non-controlling interests from the assumed exchange of common units of FAH, LLC for Class A common non-controlling interests.

2)  Represents non-cash charges related to equity-based compensation programs, which vary from period to period depending on timing of awards.

3)  Represents legal, accounting, and other related costs incurred in connection with acquisitions and other potential transactions. Included for the twelve months en consent fee related to certain existing license agreements and $0.7 million for the recognition of a pre-acquisition contingency related to our Loungefly acquisition

4)  Represents legal, accounting and other related costs incurred in connection with the Company's investigation of the underpayment of customs duties at Loungefl includes the accrual of a contingent liability of $0.5 million related to potential penalties that may be assessed by U.S. Customs in connection with the underpayme

5)  Represents certain severance, relocation and related costs. For the three months and twelve months ended December 31, 2019, includes $0.4 million of severanc our former Chief Financial Officer as well as severance, relocation and related costs associated with the consolidation of our warehouse facilities in the United Kin 2018, includes severance costs incurred in connection with the departure of certain members of senior management, including the founders of Loungefly.

6)  Represents both unrealized and realized foreign currency losses on transactions other than in U.S. dollars.

7)  Represents a one-time $16.8 million charge for the three and twelve months ended December 31, 2019 to cost of goods sold for additional inventory reserves to d incremental to normal course inventory reserves and was recorded as a result of the Company's decision to dispose of slower moving inventory to increase opera

8)  Represents the income tax expense effect of the above adjustments. This adjustment uses an effective tax rate of 25% for all periods presented.

9)  Adjusted net income margin is calculated as Adjusted net income as a percentage of net sales.

24

Exhibit 30 - Page 477

# Reconciliation of Non-GAAP Financial Metrics (

| | Three Months Ended December 31, | | | Twelve Mont |
|---|---|---|---|---|
| | 2019 | | 2018 | 2019 |
| | (amounts in thousands) | | | |
| Net income (loss) | $ (6,288) | $ | 15,519 | $ 27,8 |
| Interest expense, net | 2,887 | | 4,509 | 14,3 |
| Income tax (benefit) expense | (1,988) | | 2,770 | 4,4 |
| Depreciation and amortization | 10,999 | | 10,204 | 42,1 |
| EBITDA | $ 5,610 | $ | 33,002 | $ 88,7 |
| Adjustments: | | | | |
| Equity-based compensation [1] | 3,214 | | 3,390 | 13,0 |
| Loss on extinguishment of debt | — | | 4,547 | |
| Acquisition transaction costs and other expenses [2] | — | | 700 | 3 |
| Customs investigation and related costs [3] | — | | — | 3,3 |
| Certain severance, relocation and related costs [4] | 559 | | — | 7 |
| Foreign currency transaction (gain) loss [5] | (600) | | 1,488 | (1 |
| One-time inventory write-down [6] | 16,775 | | — | 16,7 |
| Tax receivable agreement liability adjustments | 152 | | — | 1 |
| Adjusted EBITDA | $ 25,710 | $ | 43,127 | $ 123,0 |
| Adjusted EBITDA margin [7] | 12.0% | | 18.5% | 15. |

1) Represents non-cash charges related to equity-based compensation programs, which vary from period to period depending on timing of awards.
2) Represents legal, accounting, and other related costs incurred in connection with acquisitions and other potential transactions. Included for the twelve months ende fee related to certain existing license agreements and $0.7 million for the recognition of a pre-acquisition contingency related to our Loungefly acquisition.
3) Represents legal, accounting and other related costs incurred in connection with the Company's investigation of the underpayment of customs duties at Loungefly. I includes the accrual of a contingent liability of $0.5 million related to potential penalties that may be assessed by U.S. Customs in connection with the underpayment
4) Represents certain severance, relocation and related costs. For the three months and twelve months ended December 31, 2019, includes $0.4 million of severance c former Chief Financial Officer as well as severance, relocation and related costs associated with the consolidation of our warehouse facilities in the United Kingdom. includes severance costs incurred in connection with the departure of certain members of senior management, including the founders of Loungefly.
5) Represents both unrealized and realized foreign currency losses on transactions other than in U.S. dollars.
6) Represents a one-time $16.8 million charge for the three and twelve months ended December 31, 2019 to cost of goods sold for additional inventory reserves to disp incremental to normal course inventory reserves and was recorded as a result of the Company's decision to dispose of slower moving inventory to increase operatic
7) Adjusted EBITDA margin is calculated as Adjusted EBITDA as a percentage of net sales.

25

Exhibit 30 - Page 478

## Guidance Reconciliation of Net Income to EBITDA, Adjusted EBITDA, Adjust Margin, Adjusted Net Income and Adjusted Earnings per Diluted Sh

|  | Estimated Range for the Year December 31, 2020 | |
|---|---|---|
|  | (In millions, except per share a | |
| Net Sales | $ | 840.0 | $ |
|  |  |  |
| Net income | $ | 34.1 | $ |
| Interest expense, net | | 11.5 |
| Income tax expense | | 9.6 |
| Depreciation and amortization | | 45.8 |
| EBITDA | $ | 101.0 | $ |
| Adjustments: | |  |
| Equity-based compensation [1] | | 13.3 |
| Certain severance, relocation and related costs [2] | | 0.7 |
| Adjusted EBITDA | $ | 115.0 | $ |
| Adjusted EBITDA Margin[3] | | 13.7% |
|  |  |  |
| Net income | $ | 34.1 | $ |
| Equity-based compensation [1] | | 13.3 |
| Certain severance, relocation and related costs [2] | | 0.7 |
| Income tax expense [4] | | (4.8) |
| Adjusted net income | $ | 43.3 | $ |
|  |  |  |
| Weighted-average shares of Class A common stock outstanding | | 35.6 |
| Equity-based compensation awards and common units of FAH, LLC that are convertible into Class A common stock | | 15.4 |
| Adjusted weighted-average shares of Class A stock outstanding - diluted | | 51.0 |
|  |  |  |
| Adjusted earnings per diluted share | $ | 0.85 | $ |

(1)     Represents non-cash charges related to equity-based compensation programs, which vary from period to period depending on timing of awards.
(2)     Represents severance, relocation and related costs associated with the consolidation of our new warehouse facilities in the United Kingdom.
(3)     Adjusted EBITDA Margin is calculated as Adjusted EBITDA as a percentage of net sales.
(4)     Represents the income tax expense effect of the above adjustments. This adjustment uses an effective tax rate of 25% for the year ending December 31, 2020.

The Company is not able to provide the expected impact of unrealized and realized foreign currency gains and losses for the year ending December 31, 2020 on transactions without unreasonable efforts b driven by changes in foreign currency exchange rates, principally British pounds and euros. Additionally, the impacts are also driven by fluctuations in product sales and operating expenses in each of thos Therefore, the Company's Adjusted EBITDA, Adjusted EBITDA Margin, Adjusted Net Income and Adjusted Earnings per Diluted Share for the year ending December 31, 2020, including the above adjustment above.

26

Exhibit 30 - Page 479



Exhibit 30 - Page 480