ESKOVITZ LAW
Sean Eskovitz (State Bar No. 241877)
seane@eskovitz.com
1217 Wilshire Blvd, # 3683
Santa Monica, CA 90403
Tel: 323.821.5836

AEGIS LAW GROUP LLP
Michael K. Ross (*pro hac vice forthcoming*)
mross@aegislawgroup.com
Sean M. Roberts (*pro hac vice forthcoming*)
sroberts@aegislawgroup.com
Market Square West, Suite 740
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: 202.737.3500

Counsel for ACON Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERREIRA, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FUNKO, INC., BRIAN MARIOTTI, RUSSELL NICKEL, ANDREW PERLMUTTER, JENNIFER FALL JUNG, KEN BROTMAN, GINO DELLOMO, ADAM KRIGER, ACON INVESTMENTS, L.L.C., ACON FUNKO MANAGER, L.L.C., ACON FUNKO INVESTORS, L.L.C., ACON FUNKO INVESTORS HOLDINGS 1, L.L.C., ACON FUNKO INVESTORS HOLDINGS 2, L.L.C., ACON FUNKO INVESTORS HOLDINGS 3, L.L.C., and ACON EQUITY GENPAR, L.L.C. <br><br> Defendants. | Case No. 2:20−cv−02319−VAP−PJW <br><br> **[PROPOSED] ORDER GRANTING ACON DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT** <br><br> Hearing <br> Date: January 25, 2021 <br> Time: 2:00 PM <br> Courtroom: 8A <br> Judge: Hon. Virginia A. Phillips |

Upon consideration of defendants ACON Investments, L.L.C., ACON Funko Manager, L.L.C, ACON Funko Investors, L.L.C., ACON Funko Investors Holdings 1, L.L.C., ACON Funko Investors Holdings 2, L.L.C., ACON Funko Investors Holdings 3, L.L.C., and ACON Equity GenPar, L.L.C.'s (collectively, "ACON Defendants") Motion to Dismiss the Consolidated Amended Complaint and Memorandum of Points and Authorities, Plaintiffs' opposition thereto, the ACON Defendants' reply in support thereof, and any evidence and argument thereon, it is hereby ORDERED that the ACON Defendants' motion is GRANTED and all claims against the ACON Defendants are DISMISSED.

IT IS SO ORDERED.

_____
Honorable Virginia A. Phillips
United States District Judge

[PROPOSED] ORDER GRANTING
MOTION TO DISMISS
Case No. 2:20-cv-02319-VAP-PJW