ESKOVITZ LAW
Sean Eskovitz (State Bar No. 241877)
seane@eskovitz.com
1217 Wilshire Blvd, # 3683
Santa Monica, CA 90403
Tel: 323.821.5836

AEGIS LAW GROUP LLP
Michael K. Ross (*pro hac vice forthcoming*)
mross@aegislawgroup.com
Sean M. Roberts (*pro hac vice forthcoming*)
sroberts@aegislawgroup.com
Market Square West, Suite 740
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: 202.737.3500

Counsel for ACON Defendants

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

GILBERTO FERREIRA,
Individually and On Behalf of All
Others Similarly Situated,

        Plaintiff,

    v.

FUNKO, INC., BRIAN MARIOTTI,
RUSSELL NICKEL, ANDREW
PERLMUTTER, JENNIFER FALL
JUNG, KEN BROTMAN, GINO
DELLOMO, ADAM KRIGER, ACON
INVESTMENTS, L.L.C., ACON
FUNKO MANAGER, L.L.C., ACON
FUNKO INVESTORS, L.L.C., ACON
FUNKO INVESTORS HOLDINGS 1,
L.L.C., ACON FUNKO INVESTORS
HOLDINGS 2, L.L.C., ACON FUNKO
INVESTORS HOLDINGS 3, L.L.C.,
and ACON EQUITY GENPAR, L.L.C.

        Defendants.

Case No. 2:20−cv−02319−VAP−PJW

**ACON DEFENDANTS' NOTICE OF JOINDER AND JOINDER TO FUNKO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**

Hearing
Date: January 25, 2021
Time: 2:00 PM
Courtroom: 8A

Judge: Hon. Virginia A. Phillips

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that defendants ACON Investments, L.L.C., ACON Funko Manager, L.L.C, ACON Funko Investors, L.L.C., ACON Funko Investors Holdings 1, L.L.C., ACON Funko Investors Holdings 2, L.L.C., ACON Funko Investors Holdings 3, L.L.C., and ACON Equity GenPar, L.L.C. (collectively, "ACON Defendants") hereby join the Funko Defendants' Request for Judicial Notice, on the grounds stated therein.

This Joinder is based upon this Notice of Joinder, the Request for Judicial Notice in Support of Funko Defendants' Motion to Dismiss the Consolidated Amended Complaint, the Declaration of Kevin M. McDonough and exhibits thereto, the Court's record on this matter, and on such oral arguments and evidence that may be presented at the hearing.

Dated:  October 2, 2020

Respectfully submitted,

ESKOVITZ LAW

By:  /s/ Sean Eskovitz
　　　Sean Eskovitz
　　　(State Bar No. 241877)
　　　1217 Wilshire Blvd, # 3683
　　　Santa Monica, CA 90403
　　　Tel: +1.323.821.5836
　　　E-mail:  seane@eskovitz.com

AEGIS LAW GROUP LLP

　　　Michael K. Ross
　　　(*pro hac vice forthcoming*)
　　　Sean M. Roberts
　　　(*pro hac vice forthcoming*)
　　　Market Square West, Suite 740
　　　801 Pennsylvania Avenue, N.W.
　　　Washington, D.C. 20004
　　　Tel:  +1.202.737.3500
　　　E-mail:  mross@aegislawgroup.com
　　　E-mail:  sroberts@aegislawgroup.com

*Counsel for ACON Defendants*