**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Co-Lead Counsel for*
*Lead Plaintiffs*

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERREIRA, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FUNKO, INC., et al., <br><br> Defendants. | Case No. 2:20-cv-02319-VAP-PJW <br><br> **LEAD PLAINTIFFS' *EX PARTE* APPLICATION FOR AN ORDER GRANTING LEAD PLAINTIFFS LEAVE TO FILE A CORRECTED OMNIBUS MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE AMENDED COMPLAINT** <br><br> Filed Concurrently Herewith: <br> (1) Declaration of Stephanie M. Beige in support of this *Ex Parte* Application; <br> (2) [Proposed] Order |

*EX PARTE* APPLICATION FOR AN ORDER GRANTING LEAD PLAINTIFFS LEAVE TO FILE A CORRECTED OMNIBUS MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE AMENDED COMPLAINT  Case No. 2:20-cv-02319-VAP-PJW

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 7-19, Lead Plaintiffs Abdul Baker, Zhibin Zhang, and Huaiyu Zheng ("Plaintiffs"), by and through their counsel, hereby apply to the Court *ex parte* for an Order Granting Lead Plaintiffs Leave to File a Corrected Omnibus Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Complaint.

The name, address, and telephone number of counsel for all parties are as follows:

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
Email: jpafiti@pomlaw.com
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190

Jeremy A. Lieberman (admitted *pro hac vice*)
Email: jalieberman@pomlaw.com
Cara David (admitted *pro hac vice*)
Email: cdavid@pomlaw.com
600 Third Ave., 20th Fl.
New York, NY 10016
Telephone: (212) 661-1100

**BERNSTEIN LIEBHARD LLP**
Stanley D. Bernstein (*pro hac vice* forthcoming)
Email: bernstein@bernlieb.com
Stephanie Beige (admitted *pro hac vice*)
Email: beige@bernlieb.com
Laurence J. Hasson (*pro hac vice* forthcoming)
Email: lhasson@bernlieb.com
Peter J. Harrington (*pro hac vice* forthcoming)
Email: pharrington@bernlieb.com
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414

1

*EX PARTE* APPLICATION FOR AN ORDER GRANTING LEAD PLAINTIFFS LEAVE TO FILE A CORRECTED OMNIBUS MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE AMENDED COMPLAINT  Case No. 2:20-cv-02319-VAP-PJW

**BRONSTEIN, GEWIRTZ
& GROSSMAN, LLC**
Peretz Bronstein
Email: peretz@bgandg.com
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484

**LATHAM & WATKINS**
Kevin M. McDonough (admitted *pro hac vice*)
Email: kevin.mcdonough@lw.com
Benjamin A. Naftalis (admitted *pro hac vice*)
Email: benjamin.naftalis@lw.com
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1246

Meryn C. N. Grant
Email: meryn.grant@lw.com
355 South Grand Avenue
Los Angeles, CA 90071-1560
Telephone: (213) 485-1234

**ESKOVITZ LAW**
Sean Eskovitz (State Bar No. 241877)
Email: seane@eskovitz.com
1217 Wilshire Blvd, # 3683
Santa Monica, CA 90403
Telephone: (323) 821-5836

**AEGIS LAW GROUP LLP**
Michael K. Ross (*pro hac vice forthcoming*)
Email: mross@aegislawgroup.com
Sean M. Roberts (*pro hac vice forthcoming*)
Email: sroberts@aegislawgroup.com
Market Square West, Suite 740
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 737-3500

2

*EX PARTE* APPLICATION FOR AN ORDER GRANTING LEAD PLAINTIFFS LEAVE TO FILE A
CORRECTED OMNIBUS MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTIONS TO
DISMISS THE AMENDED COMPLAINT  Case No. 2:20-cv-02319-VAP-PJW

Counsel for Defendants received notice of this *ex parte* application on January 6, 2021.  *See* Declaration of Stephanie M. Beige ("Beige Dec."), filed concurrently herein, ¶ 15.  Defendants oppose Plaintiffs' application. *See id.*

DATED: January 8, 2021                         Respectfully submitted,


                                                **BERNSTEIN LIEBHARD LLP**


                                                */s/ Stephanie Beige*
                                                Stanley D. Bernstein
                                                (*pro hac vice* forthcoming)
                                                Stephanie Beige
                                                (admitted *pro hac vice*)
                                                Laurence J. Hasson
                                                (*pro hac vice* forthcoming)
                                                Peter J. Harrington
                                                (*pro hac vice* forthcoming)
                                                10 East 40th Street
                                                New York, NY 10016
                                                Telephone: (212) 779-1414
                                                Facsimile: (212) 779-3218
                                                Email: bernstein@bernlieb.com
                                                beige@bernlieb.com
                                                lhasson@bernlieb.com
                                                pharrington@bernlieb.com


                                                *Co-Lead Counsel for Lead Plaintiffs*


                                                **POMERANTZ LLP**
                                                Jeremy A. Lieberman
                                                (admitted *pro hac vice*)
                                                Cara David
                                                (admitted *pro hac vice*)
                                                600 Third Ave., 20th Fl.
                                                New York, NY 10016
                                                (212) 661-1100

3

jalieberman@pomlaw.com
cdavid@pomlaw.com

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
Email:  jpafiti@pomlaw.com

*Co-Lead Counsel for Lead
Plaintiffs*

**BRONSTEIN, GEWIRTZ
& GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Email: peretz@bgandg.com

*Additional Counsel for Lead Plaintiffs*

4