**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Co-Lead Counsel for Lead Plaintiffs*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GILBERTO FERREIRA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FUNKO, INC., et al.,<br><br>Defendants. | Case No. 2:20-cv-02319-VAP-PJW<br><br>**DECLARATION OF STEPHANIE M. BEIGE IN SUPPORT OF LEAD PLAINTIFFS' *EX PARTE* APPLICATION FOR AN ORDER GRANTING LEAD PLAINTIFFS LEAVE TO FILE A CORRECTED OMNIBUS MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE AMENDED COMPLAINT** |

DECLARATION OF STEPHANIE M. BEIGE            Case No. 2:20-cv-02319-VAP-PJW

I, Stephanie M. Beige, declare and state, under penalty of perjury, that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am a Partner at Bernstein Liebhard LLP, court-appointed Co-Lead Counsel on behalf of Lead Plaintiffs Abdul Baker, Zhibin Zhang, and Huaiyu Zheng ("Plaintiffs") in the class action styled as *Gilberto Ferreira v. Funko, Inc., et al.*, No. 2:20-cv-02319-VAP-PJW (C.D. Cal.).

2.      I am admitted to appear *pro hac* on behalf of Plaintiffs in this Action. I have personal knowledge of the matters set forth herein and, if called upon, could and would competently testify thereto.

3.      I respectfully submit this Declaration ("Dec." or "Declaration") in support of Plaintiffs' *Ex Parte* Application For An Order Granting Lead Plaintiffs' Leave To File A Corrected Omnibus Memorandum Of Law In Opposition To Defendants' Motions To Dismiss The Amended Complaint to add a short section of the brief that was inadvertently deleted before filing.

4.      On July 31, 2020, Plaintiffs filed the First Consolidated Amended Complaint against Defendants (ECF No. 74).

5.      On October 2, 2020, Defendants Funko, Inc., Brian Mariotti, Russell Nickel, Andrew Perlmutter, Jennifer Fall Jung, Ken Brotman, Gino Dellomo and Adam Kriger (the "Funko Defendants") filed their Motion to Dismiss the Consolidated Amended Complaint (ECF No. 116).

6.      On October 2, 2020, Defendants Acon Investments, L.L.C., Acon Funko Manager, L.L.C., Acon Funko Investors, L.L.C., Acon Funko Investors Holdings 1, L.L.C., Acon Investors Holdings 2, L.L.C., Acon Investors Holdings 3, L.L.C., and Acon Equity Genpar, L.L.C (the "Acon Defendants") filed their Motion to Dismiss the Consolidated Amended Complaint (ECF No. 119).

7.      On December 1, 2020, Lead Plaintiffs filed their Omnibus Memorandum of Law In Opposition To Defendants' Motions to Dismiss the Amended Complaint (the "Opposition Brief," ECF No. 123).

1

DECLARATION OF STEPHANIE M. BEIGE                    Case No. 2:20-cv-02319-VAP-PJW

8. On December 30, 2020, the Funko Defendants filed their Reply in Support of their Motion to Dismiss the Consolidated Amended Complaint (the "Funko Defendants' Reply Brief," ECF No. 125).

9. Upon reviewing the Funko Defendants' Reply Brief, I realized that a short section of the Opposition Brief addressing the adequacy of Funko's cautionary language relating to its fiscal year 2019 guidance was missing. While this section appeared in multiple drafts of the Opposition Brief as late as the day before Thanksgiving, and was marked for further revision, it was mistakenly deleted the night before Thanksgiving while everyone was working remotely due to the pandemic.

10. The deletion was unintentional and unfortunately not noticed when a non-redlined version of the Opposition Brief was finalized following the holiday.

11. Plaintiffs ask the Court's indulgence and respectfully request leave to file a corrected opposition brief that contains the omitted section. The additional section, which is set forth in Exhibit A, would begin on page 20 of the Opposition Brief.

12. As the Opposition Brief is currently just over 36 pages, the addition of this section, if permitted, will not cause Plaintiffs to run afoul of the 40-page limit.

13. A draft of the proposed Corrected Opposition Brief is attached as Exhibit B.

14. If the Court is inclined to grant this request, we propose providing the Funko Defendants with ten (10) days to respond to the additional arguments.

15. I conferred with Defendants on January 6, 2021 and unfortunately, while sympathetic, they advised on January 7, 2021 that they do not consent to this request.

16. A hearing on Defendants' Motions to Dismiss is currently noticed for January 25, 2021 at 2:00 p.m.

2

DECLARATION OF STEPHANIE M. BEIGE                    Case No. 2:20-cv-02319-VAP-PJW

17.    I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 8, 2021

/s/ Stephanie M. Beige
Stephanie M. Beige

DECLARATION OF STEPHANIE M. BEIGE                Case No. 2:20-cv-02319-VAP-PJW