# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

GILBERTO FERREIRA, Individually and On Behalf of All Others Similarly Situated,

                                    Plaintiff,

                    v.

FUNKO, INC., et al.,

                                    Defendants.

Case No. 2:20-cv-02319-VAP-PJW

**[PROPOSED] ORDER**

Having considered the *Ex Parte* Application of Lead Plaintiffs Abdul Baker, Zhibin Zhang, and Huaiyu Zheng ("Plaintiffs"), for an Order Granting Plaintiffs Leave to File a Corrected Omnibus Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Complaint, the Court hereby orders that:

1.    Plaintiffs are granted leave to file a Corrected Omnibus Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Complaint; and

2.    The Funko Defendants have ten (10) days from the filing of Lead Plaintiffs' Corrected Omnibus Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Complaint to respond to the additional arguments raised by Plaintiffs.

IT IS SO ORDERED.

Dated:

_____
The Honorable Virginia A. Phillips
United States District Judge

PROPOSED ORDER                                    Case No. 2:20-cv-02319-VAP-PJW