LATHAM & WATKINS LLP
   Benjamin A. Naftalis (*pro hac vice*)
   *benjamin.naftalis@lw.com*
   Kevin M. McDonough (*pro hac vice*)
   *kevin.mcdonough@lw.com*
885 Third Avenue
New York, New York  10022-4834
Telephone: +1.212.906.1200
Facsimile: +1.212.751.4864

LATHAM & WATKINS LLP
   Meryn C. N. Grant (State Bar No. 291315)
   *meryn.grant@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California  90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

Attorneys for the Funko Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERREIRA, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>   v.<br><br>FUNKO, INC., BRIAN MARIOTTI, RUSSELL NICKEL, ANDREW PERLMUTTER, JENNIFER FALL JUNG, KEN BROTMAN, GINO DELLOMO, ADAM KRIGER, ACON INVESTMENTS, L.L.C., ACON FUNKO MANAGER, L.L.C., ACON FUNKO INVESTORS, L.L.C., ACON FUNKO INVESTORS HOLDINGS 1, L.L.C., ACON INVESTORS HOLDINGS 2, L.L.C., ACON INVESTORS HOLDINGS 3, L.L.C., and ACON EQUITY GENPAR, L.L.C.,<br><br>              Defendants. | Case No. 2:20−cv−02319−VAP−PJW<br><br>**FUNKO DEFENDANTS' RESPONSE TO LEAD PLAINTIFFS' *EX PARTE* APPLICATION FOR AN ORDER GRANTING LEAD PLAINTIFFS LEAVE TO FILE A CORRECTED OMNIBUS MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE AMENDED COMPLAINT**<br><br><u>Hearing on Motions to Dismiss the Amended Complaint</u><br>Date: January 25, 2021<br>Time: 2:00 PM<br>Courtroom: 8A<br>Judge: Hon. Virginia A. Phillips |

LATHAM&WATKINS ᴸᴸᶠ
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 2:20−cv−02319−VAP−PJW
FUNKO DEFENDANTS' RESPONSE TO APPLICATION
FOR LEAVE TO FILE CORRECTED OPPOSITION

Defendants Funko, Inc. ("Funko"), Brian Mariotti, Russell Nickel, Andrew Perlmutter, Jennifer Fall Jung, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively, the "Funko Defendants") hereby respond to lead plaintiffs Abdul Baker, Zhibin Zhang, and Huaiyu Zheng's ("Plaintiffs") *Ex Parte* Application for an Order Granting Lead Plaintiffs Leave to File a Corrected Omnibus Memorandum of Law in Opposition to Defendants' Motions to Dismiss the Amended Complaint (Dkt. No. 127.)

In their *ex parte* application, Plaintiffs ask the Court for leave to replace a one-sentence section of the Opposition they filed on December 1, 2020, with a two-and-a-half page argument that, according to Plaintiffs, existed in some form in a prior draft but was removed nearly a week before the Opposition was filed. (Dkt. 127-1; *compare* Dkt. No. 123 at 20 *with* Dkt. No. 127-3 at 20-22.)[1]  Plaintiffs brought this matter to Defendants' attention five weeks after filing the Opposition and only after reviewing and reacting to the Funko Defendants' December 30, 2020 reply brief.

While the Funko Defendants sympathize with the predicament Plaintiffs have described, it would be prejudicial to the Funko Defendants to expend additional resources to engage in further briefing on an argument that Plaintiffs did not include in the Opposition but wish they had.  In this regard, there is no dispute that Plaintiffs, with 60 days to brief the Opposition and a 40-page limit, had a full and fair opportunity to present argument on the issue (the adequacy of Funko's cautionary language in the context of applying the Private Securities Litigation Reform Act's safe harbor for forward-looking statements), which the Funko Defendants very clearly raised in the opening papers in support of their motion to dismiss. (*See* Dkt. 116 at 11-12.)[2]

[1] It is unclear from Plaintiffs' submission whether the additional section in Plaintiffs' proposed "Corrected Opposition Brief" is the section that existed before December 1 or has been revised since then.

[2] The Funko Defendants also note that Plaintiffs did not address the application of the safe harbor *at all* in their Amended Complaint, although allegations challenging the application of the safe harbor are frequently included in securities complaints. (*See* Dkt. No. 74.)

LATHAM&WATKINS^LLP
ATTORNEYS AT LAW
LOS ANGELES

1

CASE NO. 2:20−cv−02319−VAP−PJW
FUNKO DEFENDANTS' RESPONSE TO APPLICATION
FOR LEAVE TO FILE CORRECTED OPPOSITION

Accordingly, the Funko Defendants respectfully submit that the circumstances do not warrant supplementation of the Opposition or further briefing on the issues raised in the Funko Defendants' motion to dismiss. In the event the Court accepts Plaintiffs' amended Opposition, the Funko Defendants will submit a response to the new argument contained therein.

Dated: January 12, 2021

Respectfully submitted,

**LATHAM & WATKINS LLP**

By: /s/ Kevin M. McDonough
        Kevin M. McDonough

*Attorneys for the Funko Defendants*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

CASE NO. 2:20−cv−02319−VAP−PJW
FUNKO DEFENDANTS' RESPONSE TO APPLICATION
FOR LEAVE TO FILE CORRECTED OPPOSITION