UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | **LACV 20-02319-VAP (PJWx)** | Date | January 12, 2021 |
|---|---|---|---|
| Title | *Gilberto Ferreira v. Funko Inc., et al.* | | |

Present: The Honorable    VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| Christine Chung | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    MINUTE ORDER (1) GRANTING LEAD PLAINTIFFS LEAVE TO FILE
CORRECTED OPPOSITION BRIEF AND (2) VACATING HEARING ON MOTIONS
TO DISMISS (IN CHAMBERS)**

The Court has received and considered lead Plaintiffs Zhibin Zhang, Abdul Baker, and Huaiyu Zheng's ("Plaintiffs") "Ex Parte Application for an Order Granting Lead Plaintiffs Leave to File a Corrected Omnibus Memorandum of Law in Opposition to Defendants' Motions to Dismiss the Amended Complaint" ("Ex Parte Application"), filed on January 8, 2021. The Funko Defendants filed Opposition to the Ex Parte Application on January 12, 2021.

In the Ex Parte Application, Plaintiffs explain they intended to include a section in their omnibus Opposition to the Funko Defendants and ACON Defendants' motions to dismiss, but that section was deleted inadvertently when the Opposition was filed. Plaintiffs were not aware of this mistake until they reviewed the reply briefs filed by the Funko Defendants and ACON Defendants. In Opposition to the Ex Parte Application, the Funko Defendants argue Plaintiffs had over 60 days to file their Opposition brief and "it would be prejudicial to the Funko Defendants to expend additional resources to engage in further briefing on an argument that Plaintiffs did not include in the Opposition but wish they had." (Opp'n at 1.)

Having considered the arguments made in support of, and in opposition to, the Ex Parte Application, the Court finds good cause for the relief requested. It appears Plaintiffs' counsel made a drafting error and moved for relief quickly upon realizing that error. Allowing the additional briefing to be filed will not cause any undue delay in this litigation nor prejudice any party. The Court hereby GRANTS Plaintiffs leave to file a corrected omnibus opposition to Defendants' two pending motions to dismiss. The corrected omnibus opposition brief must be

filed by no later than **January 14, 2021**.  The Funko Defendants and ACON Defendants may file a supplemental reply brief of no more than 5 pages each to address the new arguments raised by Plaintiffs in the corrected opposition brief.  The supplemental reply briefs must be filed by no later than **January 22, 2021**.

Pursuant to Local Rule 7-15, the Court VACATES the January 25, 2021 hearing on the two pending motions to dismiss.  Following Defendants' filing of the supplemental reply briefs, the Court will take both motions to dismiss under submission and the matters will stand submitted on the papers timely filed.

**IT IS SO ORDERED.**