ESKOVITZ LAW
Sean Eskovitz (State Bar No. 241877)
seane@eskovitz.com
1217 Wilshire Blvd, # 3683
Santa Monica, CA 90403
Tel: 323.821.5836

AEGIS LAW GROUP LLP
Michael K. Ross (*pro hac vice forthcoming*)
mross@aegislawgroup.com
Sean M. Roberts (*pro hac vice forthcoming*)
sroberts@aegislawgroup.com
Market Square West, Suite 740
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: 202.737.3500

Counsel for the ACON Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERREIRA, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>FUNKO, INC., BRIAN MARIOTTI, RUSSELL NICKEL, ANDREW PERLMUTTER, JENNIFER FALL JUNG, KEN BROTMAN, GINO DELLOMO, ADAM KRIGER, ACON INVESTMENTS, L.L.C., ACON FUNKO MANAGER, L.L.C., ACON FUNKO INVESTORS, L.L.C., ACON FUNKO INVESTORS HOLDINGS 1, L.L.C., ACON FUNKO INVESTORS HOLDINGS 2, L.L.C., ACON FUNKO INVESTORS HOLDINGS 3, L.L.C., and ACON EQUITY GENPAR, L.L.C.<br><br>    Defendants. | Case No. 2:20−cv−02319−VAP−PJW<br><br>**SUPPLEMENTAL BRIEF IN SUPPORT OF ACON DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**<br><br><br>Hearing Vacated |

The ACON Defendants submit this brief in accordance with the Court's January 26, 2021 Order (ECF No. 133) to file supplemental briefing addressing the impact of the Ninth Circuit's recent decision in *Kurt Friedman, et al. v. Tesla, Inc., et al.*, No. 19-15672, 2021 WL 246210 (9th Cir. Jan. 26, 2021).

The *Tesla* decision addressed the PSLRA's safe harbor for forward-looking statements and the standard for pleading falsity in Rule 10b-5 claims.  Plaintiffs do not allege any misrepresentations – forward-looking or otherwise – by the ACON Defendants.  However, Plaintiffs assert control person liability against the ACON Defendants for alleged misrepresentations (including forward-looking statements) by Funko.  The ACON Defendants thus join and incorporate by reference the Funko Defendants' Supplemental Brief.

Respectfully submitted,

Dated:  January 29, 2021

ESKOVITZ LAW

By:  /s/ Sean Eskovitz
     Sean Eskovitz
     (State Bar No. 241877)
     1217 Wilshire Blvd, # 3683
     Santa Monica, CA 90403
     Tel: +1.323.821.5836
     E-mail:  seane@eskovitz.com

AEGIS LAW GROUP LLP

     Michael K. Ross
     (*pro hac vice forthcoming*)
     Sean M. Roberts
     (*pro hac vice forthcoming*)
     Market Square West, Suite 740
     801 Pennsylvania Avenue, N.W.
     Washington, D.C. 20004
     Tel:  +1.202.737.3500
     E-mail:  mross@aegislawgroup.com
     E-mail:  sroberts@aegislawgroup.com

*Counsel for ACON Investments, L.L.C., ACON Funko Manager, L.L.C., ACON Funko Investors, L.L.C., ACON Funko Investors Holdings 1, L.L.C., ACON Funko Investors Holdings 2, L.L.C., ACON Funko Investors Holdings 3, L.L.C., and ACON Equity GenPar, L.L.C.*

SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO DISMISS CAC
Case No. 2:20-cv-02319-VAP-PJW