LATHAM & WATKINS LLP
  Benjamin A. Naftalis (*pro hac vice*)
  *benjamin.naftalis@lw.com*
  Kevin M. McDonough (*pro hac vice*)
  *kevin.mcdonough@lw.com*
1271 Avenue of the Americas
New York, New York  10020
Telephone: +1.212.906.1200
Facsimile: +1.212.751.4864

LATHAM & WATKINS LLP
  Meryn C. N. Grant (State Bar No. 291315)
  *meryn.grant@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California  90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

Attorneys for the Funko Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERREIRA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FUNKO, INC., BRIAN MARIOTTI, RUSSELL NICKEL, ANDREW PERLMUTTER, JENNIFER FALL JUNG, KEN BROTMAN, GINO DELLOMO, ADAM KRIGER, ACON INVESTMENTS, L.L.C., ACON FUNKO MANAGER, L.L.C., ACON FUNKO INVESTORS, L.L.C., ACON FUNKO INVESTORS HOLDINGS 1, L.L.C., ACON INVESTORS HOLDINGS 2, L.L.C., ACON INVESTORS HOLDINGS 3, L.L.C., and ACON EQUITY GENPAR, L.L.C.,<br><br>Defendants. | Case No. 2:20-cv-02319-VAP-PJW<br><br>**DECLARATION OF KEVIN M. MCDONOUGH IN SUPPORT OF FUNKO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED SECOND AMENDED COMPLAINT**<br><br><u>Hearing</u><br>Date: September 20, 2021<br>Time: 2:00 PM<br>Courtroom: 8A<br>Judge: Hon. Virginia A. Phillips |

I, Kevin M. McDonough, hereby declare and state as follows:

1.    I am a Partner of the law firm Latham & Watkins LLP, and counsel for Defendants Funko, Inc. ("Funko"), Brian Mariotti, Russell Nickel, Andrew Perlmutter, Jennifer Fall Jung, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively, the "Funko Defendants") in the above-captioned matter.  I am a member in good standing of the bars of the State of New York and the State of New Jersey and admitted *pro hac vice* to this Court.

2.    I respectfully submit this declaration in support of the Funko Defendants' Motion to Dismiss the Consolidated Second Amended Complaint ("SAC").  I am familiar with all of the facts and circumstances set forth herein.

3.    Attached to this declaration as **Exhibit 1** is a true and correct copy of the SAC, dated March 29, 2021.

4.    Attached to this declaration as **Exhibit 2** is a true and correct copy of the Consolidated Amended Complaint, dated July 31, 2020.

5.    Attached to this declaration as **Exhibit 3** is a true and correct copy of Subtopic 330-10-35 of the Financial Accounting Standards Board's Accounting Standards Codification.

6.    Attached to this declaration as **Exhibit 4** are true and correct excerpts from Funko's Form 10-K for the year ended December 31, 2018, filed with the SEC on March 6, 2019.

7.    Attached to this declaration as **Exhibit 5** are true and correct excerpts from Funko's Form 10-Q for the quarterly period ended June 30, 2019, filed with the SEC on August 8, 2019.

8.    Attached to this declaration as **Exhibit 6** is a true and correct copy of the transcript of Funko's earnings call for the second quarter of 2019, dated August 8, 2019.

9.    Attached to this declaration as **Exhibit 7** are true and correct excerpts

from Funko's Form 10-Q for the quarterly period ended September 30, 2019, filed with the SEC on October 31, 2019.

10.    Attached to this declaration as **Exhibit 8** is a true and correct copy of Funko's Form 8-K attaching a Funko press release announcing its financial results for the third quarter of 2019, filed with the SEC on October 31, 2019.

11.    Attached to this declaration as **Exhibit 9** is a true and correct copy of the transcript of Funko's earnings call for the third quarter of 2019, dated October 31, 2019.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on this 7th day of May, 2021, in Chatham, New Jersey.

*/s/* Kevin M. McDonough
Kevin M. McDonough