ESKOVITZ LAW
Sean Eskovitz (State Bar No. 241877)
seane@eskovitz.com
1217 Wilshire Blvd, # 3683
Santa Monica, CA 90403
Tel: 323.821.5836

AEGIS LAW GROUP LLP
Michael K. Ross (*pro hac vice*)
mross@aegislawgroup.com
Sean M. Roberts (*pro hac vice*)
sroberts@aegislawgroup.com
Market Square West, Suite 740
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: 202.737.3500

Counsel for ACON Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERREIRA, Individually and On Behalf of All Others Similarly Situated, | Case No. 2:20−cv−02319−VAP−PJW |
| Plaintiff, | **ACON DEFENDANTS' NOTICE OF JOINDER AND JOINDER TO FUNKO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS** |
| v. | |
| FUNKO, INC., BRIAN MARIOTTI, RUSSELL NICKEL, ANDREW PERLMUTTER, JENNIFER FALL JUNG, KEN BROTMAN, GINO DELLOMO, ADAM KRIGER, ACON INVESTMENTS, L.L.C., ACON FUNKO MANAGER, L.L.C., ACON FUNKO INVESTORS, L.L.C., ACON FUNKO INVESTORS HOLDINGS 1, L.L.C., ACON FUNKO INVESTORS HOLDINGS 2, L.L.C., ACON FUNKO INVESTORS HOLDINGS 3, L.L.C., and ACON EQUITY GENPAR, L.L.C. | Hearing<br>Date: September 20, 2021<br>Time: 2:00 PM<br>Courtroom: 8A<br><br>Judge: Hon. Virginia A. Phillips |
| Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that defendants ACON Investments, L.L.C., ACON Funko Manager, L.L.C, ACON Funko Investors, L.L.C., ACON Funko Investors Holdings 1, L.L.C., ACON Funko Investors Holdings 2, L.L.C., ACON Funko Investors Holdings 3, L.L.C., and ACON Equity GenPar, L.L.C. (collectively, "ACON Defendants") hereby join the Funko Defendants' Request for Judicial Notice, on the grounds stated therein.

This Joinder is based upon this Notice of Joinder, the Request for Judicial Notice in Support of Funko Defendants' Motion to Dismiss the Second Consolidated Amended Complaint, the Declaration of Kevin M. McDonough and exhibits thereto, the Court's record on this matter, and on such oral arguments and evidence that may be presented at the hearing.

Dated:  May 7, 2021

Respectfully submitted,

AEGIS LAW GROUP LLP

By:  /s/ *Michael K. Ross*
　　Michael K. Ross
　　(*pro hac vice*)
　　Sean M. Roberts
　　(*pro hac vice*)
　　Market Square West, Suite 740
　　801 Pennsylvania Avenue, N.W.
　　Washington, D.C. 20004
　　Tel:  +1.202.737.3500
　　E-mail:  mross@aegislawgroup.com
　　E-mail:  sroberts@aegislawgroup.com


ESKOVITZ LAW

　　Sean Eskovitz
　　(State Bar No. 241877)
　　1217 Wilshire Blvd # 3683
　　Santa Monica, CA 90403
　　Tel: +1.323.821.5836
　　E-mail:  seane@eskovitz.com

*Counsel for ACON Defendants*