**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Co-Lead Counsel for*
*Lead Plaintiffs*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERREIRA, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>     v.<br><br>FUNKO, INC., BRIAN MARIOTTI, RUSSELL NICKEL, ANDREW PERLMUTTER, JENNIFER FALL JUNG, KEN BROTMAN, GINO DELLOMO, ADAM KRIGER, ACON INVESTMENTS, L.L.C., ACON FUNKO MANAGER, L.L.C., ACON FUNKO INVESTORS, L.L.C., ACON FUNKO INVESTORS HOLDINGS 1, L.L.C., ACON FUNKO INVESTORS HOLDLINGS 2, L.L.C., ACON FUNKO INVESTORS HOLDINGS 3, L.L.C., and ACON EQUITY GENPAR, L.L.C.,<br><br>     Defendants. | Case No. 2:20-cv-02319-VAP-PJW<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO THE ACON DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED SECOND AMENDED COMPLAINT**<br><br>Hearing<br>Date:  September 20, 2021<br>Time:  2:00 p.m.<br>Courtroom:  8A<br>Judge:  Hon. Virginia A. Phillips |

Pursuant to the incorporation by reference doctrine, Lead Plaintiffs Abdul Baker, Zhibin Zhang, and Huajyu Zheng (collectively, the "Plaintiffs") hereby respectfully request that the Court consider, in connection with Plaintiffs' Opposition to the ACON Defendants' Motion to Dismiss the Consolidated Second Amended Complaint ("ACON Opposition"), page S-62 of Exhibit 1 attached to the Declaration of Stephanie M. Beige in Support of Plaintiffs' Opposition to ACON's Motion to Dismiss  (the "Beige Declaration"):

Exhibit 1: True and correct excerpts from Funko's Prospectus Supplement dated September 16, 2019, filed with the Securities and Exchange Commission pursuant to Rule 424(b)(7) on September 18, 2019 (the "Prospectus").

## I.    ARGUMENT

The Supreme Court has made clear that when considering a motion to dismiss a claim under Section 10(b) of the Securities Exchange Act of 1934, courts "must consider the complaint in its entirety, as well as . . . documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.,* 551 U.S. 308, 322 (2007). The incorporation by reference doctrine permits the Court to consider "documents whose contents are alleged in" or relied upon in the Consolidated Second Amended Complaint ("SAC"), whose "authenticity is not in question," and whose relevance is not in dispute. *Ferreira v. Funko Inc.,* 2021 WL 880400, at \*7 (C.D. Cal. Feb. 25, 2021); *Khoja v. Orexigen Therapeutics, Inc.* 899 F.3d 988, 1002 (9th Cir. 2018) (the court may incorporate documents that were either "necessarily depended on" in the complaint or referenced in the complaint and not subject to reasonable dispute).

The Prospectus is subject to judicial notice pursuant to the incorporation by reference doctrine because it is "central to the complaint." *Siemers v. Wells Fargo & Co.,* 2006 WL 3041090, at \*8 (N.D. Cal. Oct. 24, 2006) (granting the request for judicial notice for prospectuses relied upon in the complaint); *Elec. Workers*

*Pension Fund., Loc. 103, I.B.E.W. v. HP Inc.,* 2021 WL 1056549, at *3 (N.D. Cal. Mar. 19, 2021) (granting plaintiffs' requests for judicial notice of documents that were necessarily depended on); *Coto Settlement v. Eisenberg,* 593 F.3d 1031, 1038 (9th Cir. 2010) (on a motion to dismiss, the court may consider matters of public record integral to the complaint).

In the SAC, Plaintiffs rely on the Prospectus to form the basis of their allegations. The Prospectus describes the terms of Funko's Secondary Public Offering (the "Offering") conducted on September 19, 2019. *See* Exhibit 1; ¶ 8. The SAC alleges that Defendants used the Offering to take advantage of Funko's inflated stock price and profit off of their inside knowledge before the truth was disclosed to the market. ¶¶ 118-125. Plaintiffs rely on the Prospectus for key facts concerning the Offering including, the number of shares Defendant Mariotti and the ACON Defendants sold and the price at which they sold their shares (¶¶ 122-23; 204-207); their ownership interests before and after the Offering (¶ 124); and allegations regarding ACON Defendants' control over the Funko Defendants as the controlling shareholders of the Company. *See* ¶¶ 8, 32-38, 118-125. Plaintiffs seek judicial notice of page S-62 of the Prospectus for the same purpose.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court consider Exhibit 1 to the ACON Opposition.

DATED: June 11, 2021                    Respectfully submitted,

2

**POMERANTZ LLP**

By:*/s/ Cara David*
Jeremy A. Lieberman
(admitted *pro hac vice*)
Cara David
(admitted *pro hac vice*)
600 Third Ave., 20th Fl.
New York, NY 10016
(212) 661-1100
jalieberman@pomlaw.com
cdavid@pomlaw.com

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Co-Lead Counsel for Lead Plaintiffs*

**BERNSTEIN LIEBHARD LLP**
Stanley D. Bernstein
 (*pro hac vice* forthcoming)
Stephanie Beige
(admitted *pro hac vice*)
Laurence J. Hasson
(*pro hac vice* forthcoming)
Peter J. Harrington
(*pro hac vice* forthcoming)
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email: bernstein@bernlieb.com
beige@bernlieb.com
lhasson@bernlieb.com
pharrington@bernlieb.com

*Co-Lead Counsel for Lead Plaintiffs*

3

**BRONSTEIN, GEWIRTZ
& GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Email: peretz@bgandg.com

*Additional Counsel for Lead Plaintiffs*

4

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Cara David

Cara David