**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Co-Lead Counsel for*
*Lead Plaintiffs*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERREIRA, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>FUNKO, INC., BRIAN MARIOTTI, RUSSELL NICKEL, ANDREW PERLMUTTER, JENNIFER FALL JUNG, KEN BROTMAN, GINO DELLOMO, ADAM KRIGER, ACON INVESTMENTS, L.L.C., ACON FUNKO MANAGER, L.L.C., ACON FUNKO INVESTORS, L.L.C., ACON FUNKO INVESTORS HOLDINGS 1, L.L.C., ACON FUNKO INVESTORS HOLDLINGS 2, L.L.C., ACON FUNKO INVESTORS HOLDINGS 3, L.L.C., and ACON EQUITY GENPAR, L.L.C.,<br><br>    Defendants. | Case No. 2:20-cv-02319-VAP-PJW<br><br>**DECLARATION OF STEPHANIE M. BEIGE IN SUPPORT OF LEAD PLAINTIFFS' OPPOSITION TO THE ACON DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED SECOND AMENDED COMPLAINT**<br><br>Hearing<br>Date:  September 20, 2021<br>Time:  2:00 p.m.<br>Courtroom:  8A<br>Judge:  Hon. Virginia A. Phillips |

DECLARATION OF STEPHANIE M. BEIGE          Case No. 2:20-cv-02319-VAP-PJW

I, Stephanie M. Beige, declare and state, under penalty of perjury, that the following is true and correct to the best of my knowledge, information, and belief:

1.  I am a Partner at Bernstein Liebhard LLP, court-appointed Co-Lead Counsel on behalf of Lead Plaintiffs Abdul Baker, Zhibin Zhang, and Huaiyu Zheng ("Plaintiffs") in the class action styled as *Gilberto Ferreira v. Funko, Inc., et al.*, No. 2:20-cv-02319-VAP-PJW (C.D. Cal.).

2.  I am admitted to appear *pro hac* on behalf of Plaintiffs in this Action.  I have personal knowledge of the matters set forth herein and, if called upon, could and would competently testify thereto.

3.  I respectfully submit this Declaration ("Dec." or "Declaration") in support of Plaintiffs' Opposition to the ACON Defendants' Motion to Dismiss the Consolidated Second Amended Complaint (the "ACON Opposition").

4.  Attached to this Declaration as Exhibit 1 are true and correct excerpts from Funko's Prospectus Supplement dated September 16, 2019, filed with the Securities and Exchange Commission pursuant to Rule 424(b)(7) on September 18, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 11, 2021

/s/ Stephanie M. Beige
Stephanie M. Beige

1
DECLARATION OF STEPHANIE M. BEIGE                Case No. 2:20-cv-02319-VAP-PJW