# EXHIBIT 1

Filed Pursuant to Rule 424(b)(7)
Registration No. 333-230964

**Prospectus supplement**
**(to prospectus dated September 16, 2019)**

## *4,000,000 shares*



# Funko, Inc.

## *Class A common stock*

The Selling Stockholders identified in this prospectus supplement are offering an aggregate of 4,000,000 shares of Class A common stock. We will not receive any proceeds from the sale of the shares of Class A common stock to be offered by the Selling Stockholders.

Our Class A common stock is listed on the Nasdaq Global Select Market under the symbol "FNKO." We have two classes of common stock outstanding: Class A common stock and Class B common stock. Each share of our Class A common stock and Class B common stock entitles its holders to one vote per share on all matters presented to our stockholders. All shares of our Class B common stock are held by the Continuing Equity Owners (as defined herein). See "Basis of Presentation" and "Prospectus Supplement Summary."

The last reported sale price for our Class A common stock as reported on the Nasdaq Global Select Market on September 16, 2019 was $27.86 per share.

The underwriter has agreed to purchase shares of Class A common stock from the Selling Stockholders at a price of $25.42 per share, which will result in $101,680,000 of aggregate proceeds to the Selling Stockholders. The underwriter may offer the Class A common stock from time to time for sale in one or more transactions on the Nasdaq Global Select Market, in the over-the-counter market, through negotiated transactions or otherwise at market prices prevailing at the time of sale, at prices related to prevailing market prices or at negotiated prices. We have agreed to reimburse the underwriter for certain FINRA-related expenses. See "Underwriting."

We currently are, and following this offering we will continue to be, a "controlled company" within the meaning of the Nasdaq rules (as defined herein). See the section entitled "Corporate Governance—Controlled Company Exemption" in our 2018 Proxy Statement (as defined herein), which is incorporated by reference herein.

We are an "emerging growth company," as defined in Section 2(a) of the Securities Act of 1933, as amended, and are subject to reduced public reporting requirements. This prospectus supplement complies with the requirements that apply to an issuer that is an emerging growth company.

**See "Risk Factors" beginning on page S-17 of this prospectus supplement and the risk factors described in the documents incorporated by reference in this prospectus supplement and the accompanying prospectus, including the 2019 Second Quarter 10-Q (as defined herein), to read about factors you should consider before buying shares of our Class A common stock.**

**Neither the Securities and Exchange Commission nor any other regulatory body has approved or disapproved of these securities or passed upon the accuracy or adequacy of this prospectus supplement or the accompanying prospectus. Any representation to the contrary is a criminal offense.**

The underwriter expects to deliver the shares of Class A common stock against payment in New York, New York on September 19, 2019.

# J.P. Morgan

**Prospectus Supplement dated September 16, 2019**

Table of Contents

Any Selling Stockholder may be deemed to be an "underwriter" within the meaning of the Securities Act. Based upon the applicable facts and circumstances, including when and how each Selling Stockholder's respective shares of Class A common stock were acquired, none of the Selling Stockholders believes that it should be considered an "underwriter" within the meaning of such term under the Securities Act.

| Name of beneficial owner(3) | Class A common stock beneficially owned(1) | | | | Class B common stock beneficially owned | | | | Combined voting power(2) |
| | Before this offering | | After this offering | | Before this offering | | After this offering | | After this offering |
| | Number | % | Number | % | Number | % | Number | % | % |
|---|---|---|---|---|---|---|---|---|---|
| ACON(4) | 23,416,726 | 54.5% | 19,816,726 | 45.7% | 10,495,687 | 63.1% | 8,882,120 | 60.8% | 40.3% |
| Brian Mariotti(5) | 3,629,915 | 10.0% | 3,229,915 | 8.6% | 3,031,690 | 18.2% | 2,631,690 | 18.0% | 6.5% |

\*      Represents beneficial ownership of less than 1%.

(1)     Each common unit (other than common units held by us and 560,618 common units held by certain of the Former Profits Interests Holders that remain subject to time-based vesting requirements) is redeemable from time to time at each holder's option for, at our election (determined solely by our independent directors (within the meaning of the Nasdaq rules) who are disinterested), newly-issued shares of our Class A common stock on a one-for-one basis or a cash payment equal to a volume weighted average market price of one share of Class A common stock for each common unit redeemed, in each case, in accordance with the terms of the FAH LLC Agreement; provided that, at our election (determined solely by our independent directors (within the meaning of the Nasdaq rules) who are disinterested), we may effect a direct exchange by Funko, Inc. of such Class A common stock or such cash, as applicable, for such common units. The Continuing Equity Owners may exercise such redemption right for as long as their common units remain outstanding. In these tables, beneficial ownership of common units has been reflected as beneficial ownership of shares of our Class A common stock for which such common units may be exchanged. When a common unit is exchanged by a Continuing Equity Owner who holds shares of our Class B common stock, a corresponding share of Class B common stock will be cancelled.

(2)     Represents the percentage of voting power of our Class A common stock and Class B common stock voting as a single class. Each share of Class A common stock and each share of Class B common stock entitles the registered holder thereof to one vote per share on all matters presented to stockholders for a vote generally, including the election of directors. The Class A common stock and Class B common stock vote as a single class on all matters except as required by law or by our amended and restated certificate of incorporation.

(3)     Except as otherwise noted, all shares of Class A common stock shown as beneficially owned represent shares of Class A common stock that may be acquired upon the exchange of common units of FAH, LLC for shares of Class A common stock on a one-for-one basis.

(4)     Before giving effect to this offering, includes (a) 10,495,687 common units of FAH, LLC held by ACON Funko Investors, L.L.C., (b) 4,971,870 shares of Class A common stock held by ACON Funko Investors Holdings 1, L.L.C., (c) 2,096,368 shares of Class A common stock held by ACON Funko Investors Holdings 2, L.L.C. and (d) 5,852,801 shares of Class A common stock held by ACON Funko Investors Holdings 3, L.L.C. In this offering, ACON Funko Investors, L.L.C. is offering 1,613,567 shares of Class A common stock (which shares of Class A common stock will be issued to ACON Funko Investors, L.L.C. in exchange for a corresponding number of common units of FAH, LLC and the cancellation of a corresponding number of shares of its Class B common stock), ACON Funko Investors Holdings 1, L.L.C. is offering 764,357 shares of Class A common stock, ACON Funko Investors Holdings 2, L.L.C. is offering 322,288 shares of Class A common stock and ACON Funko Investors Holdings 3, L.L.C. is offering 899,788 shares of Class A common stock. Based on information obtained from a Schedule 13G filed on February 13, 2018, ACON Funko Manager, L.L.C. is (x) the sole manager of, and exercises voting and investment power over shares held by, ACON Funko Investors, L.L.C. and (y) the sole managing member of, and exercises voting and investment power over shares held by, ACON Funko Investors Holdings 1, L.L.C. ACON Equity GenPar, L.L.C. is the sole managing member of, and exercises voting and investment power over shares held by, each of ACON Funko Investors Holdings 2, L.L.C. and ACON Funko Investors Holdings 3, L.L.C. Voting and investment decisions at ACON Funko Manager, L.L.C. are made by a board of managers, the members of which are Bernard Aronson, Kenneth Brotman, Jonathan Ginns, Daniel Jinich, Andre Bhatia and Aron Schwartz. Voting and investment decisions at ACON Equity GenPar, L.L.C. are made by an investment committee, the members of which are Bernard Aronson, Kenneth Brotman, Jonathan Ginns, Daniel Jinich, Andre Bhatia and Aron Schwartz. ACON Equity Management, L.L.C. advises ACON Equity Gen Par, L.L.C. and ACON Funko Manager, L.L.C., though it does not exercise voting or dispositive control over the shares beneficially owned by them. The address of ACON Funko Investors, L.L.C., ACON Funko Investors Holdings 1, L.L.C., ACON Funko Investors Holdings 2, L.L.C., ACON Funko Investors Holdings 3, L.L.C., ACON Funko Manager, L.L.C. and ACON Equity GenPar, L.L.C. is 1133 Connecticut Avenue, NW, Suite 700, Washington, D.C. 20036.

(5)     Before giving effect to this offering, includes (a) 8,665 shares of Class A common stock, (b) options to purchase 91,895 shares of Class A common stock that are currently vested and (c) options to purchase 13,128 shares of Class A common stock that will vest within in 60 days of the date of this prospectus supplement. In this offering, Mr. Mariotti is offering 400,000 shares of Class A common stock (which shares of Class A common stock will be issued to Mr. Mariotti in exchange for a corresponding number of common units of FAH, LLC and the cancellation of a corresponding number of shares of his Class B common stock).