**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Plaintiffs*

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERREIRA, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FUNKO, INC., et al., <br><br> Defendants. | Case No. <br> 2:20−cv−02319−VAP−PJW <br><br> **ORDER REGARDING HEARING CONTINUANCE ON MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

Having reviewed the stipulation of Lead Plaintiffs Huaiyu Zheng, Abdul Baker, and Zhibin Zhang (collectively, "Lead Plaintiffs") and defendants Funko, Inc., Brian Mariotti, Russell Nickel, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, Adam Kriger, ACON Investments, L.L.C., ACON Funko Manager, L.L.C., ACON Funko Investors, L.L.C., ACON Funko Investors Holdings 1, L.L.C., ACON Funko Investors Holdings 2, L.L.C., ACON Funko Investors Holdings 3, L.L.C., and ACON Equity GenPar, L.L.C. (collectively, "Defendants"), and good cause appearing therefor, the Court hereby ORDERS that:

1

ORDER REGARDING CONTINUANCE:  Case No. 2:20−cv−02319−VAP−PJW

The hearing on Defendants' Motions to Dismiss Lead Plaintiffs' Second Amended Complaint, currently scheduled for September 20, 2021 at 2:00 p.m., be continued until October 18, 2021 at 2:00 p.m.

**IT IS SO ORDERED.**

DATED: September 14, 2021

_____
Hon. Virginia A. Phillips
United States District Judge

ORDER REGARDING CONTINUANCE:  Case No. 2:20−cv−02319−VAP−PJW