UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    2:20-cv-02319-VAP-PJWx                          Date:  October 18, 2021

Title    *Gilberto Ferreira v. Funko, Inc. et al*

Present:  The Honorable:   VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| Christine Chung | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:
Cara David
Stephanie Beige

Attorneys Present for Defendants:
Meryn C.N. Grant
Thomas J. Giblin
Kevin M. McDonough
Michael K. Ross
Sean Eskovitz

**Proceedings:**  Motion to Dismiss Second Amended Complaint filed by Defendants
(Dkt. 149-152)

The Court issues its tentative ruling prior to the hearing.

Case called, and counsel make their appearance.  The Court hears oral argument and takes the matter under submission.  The Court will issue an Order.

|  | 0:31 |
|---|---|
| **Initials of Preparer** | CCH |