LATHAM & WATKINS LLP
  Kevin M. McDonough (*pro hac vice*)
  kevin.mcdonough@lw.com
  Thomas J. Giblin (*pro hac vice*)
  thomas.giblin@lw.com
1271 Avenue of the Americas
New York, New York 10020
Telephone: +1.212.906.1200
Facsimile: +1.212.751.4864

LATHAM & WATKINS LLP
  Meryn C. N. Grant (State Bar No. 291315)
  meryn.grant@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

*Attorneys for the Funko Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERREIRA, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>FUNKO, INC., ET AL.,<br><br>    Defendants. | Case No. 2:20−cv−02319−VAP−MAA<br><br>**JOINT STATUS REPORT**<br><br>Honorable Virginia A. Phillips |

Pursuant to the Court's February 1, 2022 Minute Order Setting Dates (the "February 1, 2022 Order"), Lead Plaintiffs Abdul Baker, Zhibin Zhang, and Huaiyu Zheng ("Plaintiffs") and Defendants Funko, Inc., Brian Mariotti, Andrew Perlmutter, Jennifer Fall Jung, Ken Brotman, Gino Dellomo, and Adam Kriger (the "Funko Defendants") write jointly to inform the Court of the progress of their settlement discussions. Counsel for the ACON Defendants have been kept apprised of those discussions. The parties have conferred, through multiple telephonic discussions and the exchange of email correspondence, regarding the possibility of a negotiated resolution of the litigation. As part of those discussions, Plaintiffs advanced a settlement demand and the Parties have agreed to proceed to mediation. After inquiring with numerous mediator candidates and aligning availability among the numerous interested stakeholders and counsel, the Parties have scheduled the mediation for April 27 with Michelle Yoshida of Phillips ADR.

Pursuant to the February 1, 2022 Order, class certification briefing and discovery is scheduled to begin on May 2, 2022. In light of the parties' ongoing settlement discussions and the agreement to proceed to mediation on April 27, 2022, the parties are filing a Joint Stipulation and Proposed Order concurrently herewith, requesting a short extension of the class certification briefing and discovery schedule.

| | | |
|---|---|---|
| Dated: | March 14, 2022 | LATHAM & WATKINS LLP |

By: /s/ Kevin M. McDonough
Kevin M. McDonough
(*pro hac vice*)
Thomas J. Giblin
(*pro hac vice*)
1271 Avenue of the Americas
New York, New York 10020
Tel: +1.212.906.1200
Fax: +1.212.751.4864
Email: kevin.mcdonough@lw.com
Email: thomas.giblin@lw.com

Meryn C. N. Grant
(State Bar No. 291315)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Tel: +1.213.485.1234
Fax: +1.213.891.8763
Email: meryn.grant@lw.com

*Counsel for Defendants Funko, Inc.,*

| | | |
|---|---|---|
| Dated: | March 14, 2022 | POMERANTZ LLP |

By: /s/ Jeremy A. Lieberman
Jeremy A. Lieberman
(admitted *pro hac vice*)
Michael J. Wernke
(*pro hac vice* application forthcoming)
600 Third Ave., 20th Fl.
New York, NY 10016
(212) 661-1100
jalieberman@pomlaw.com

POMERANTZ LLP

Jennifer Pafiti (SBN 282790)
100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Co-Lead Counsel for Lead Plaintiffs*

BERNSTEIN LIEBHARD LLP

Stephanie Beige
(admitted *pro hac vice*)
Peter J. Harrington
(*pro hac vice* forthcoming)
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email: beige@bernlieb.com
pharrington@bernlieb.com

*Co-Lead Counsel for Lead Plaintiffs*

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC

Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York, 10165
Telephone: (212) 697-6486
Email: peretz@bgandg.com

*Additional Counsel for Lead Plaintiffs*

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: March 14, 2022                    LATHAM & WATKINS LLP

By: /s/ Kevin M. McDonough
Kevin M. McDonough