**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Co-Lead Counsel for Lead Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERREIRA, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>   v.<br><br>FUNKO, INC., et al.,<br><br>          Defendants. | Case No. 2:20-cv-02319-VAP-PJW<br><br>**DECLARATION OF STEPHANIE M. BEIGE IN SUPPORT OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, AND APPROVAL TO PROVIDE NOTICE TO THE CLASS**<br><br><u>Hearing</u><br>Date: July 11, 2022<br>Time: 2:00 PM<br>Courtroom: 8A<br>Judge: Hon. Virginia A. Phillips |

I, Stephanie M. Beige, declare and state, under penalty of perjury, that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am a Partner at Bernstein Liebhard LLP, court-appointed Co-Lead Counsel on behalf of Lead Plaintiffs Abdul Baker, Zhibin Zhang, and Huaiyu Zheng ("Lead Plaintiffs") in the class action styled as *Gilberto Ferreira v. Funko, Inc., et al.*, No. 2:20-cv-02319-VAP-PJW (C.D. Cal.).

2.      I am admitted to appear *pro hac vice* on behalf of Lead Plaintiffs in this Action. I have personal knowledge of the matters set forth herein and, if called upon, could and would competently testify thereto.

3.      I respectfully submit this Declaration ("Declaration") in support of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement, Preliminary Certification of Settlement Class, and Approval to Provide Notice to the Class.

4.      Attached to this Declaration are true and correct copies of the following documents:

**Exhibit 1**    Stipulation and Agreement of Settlement, dated June 3, 2022

**Exhibit 2**    [Proposed] Preliminary Approval Order

**Exhibit 3**    Firm Resume of Bernstein Liebhard LLP

**Exhibit 4**    Firm Resume of Pomerantz LLP

**Exhibit 5**    Laarni T. Bulan and Laura E. Simmons, Securities Class Action Settlements – 2021 Review and Analysis, Cornerstone Research

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 3, 2022.

_____
Stephanie M. Beige

DECLARATION OF STEPHANIE M. BEIGE
IN SUPPORT OF LEAD PLAINTIFFS' UNOPPOSED MOTION
FOR PRELIMINARY APPROVAL OF SETTLEMENT