LATHAM & WATKINS LLP
  Benjamin A. Naftalis (*pro hac vice*)
  *benjamin.naftalis@lw.com*
  Kevin M. McDonough (*pro hac vice*)
  *kevin.mcdonough@lw.com*
885 Third Avenue
New York, New York  10022-4834
Telephone: +1.212.906.1200
Facsimile: +1.212.751.4864

LATHAM & WATKINS LLP
  Meryn C. N. Grant (State Bar No. 291315)
  *meryn.grant@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California  90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

Attorneys for the Settling Defendants

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERREIRA, Individually and On Behalf of All Others Similarly Situated, <br><br> Lead Plaintiff, <br><br> v. <br><br> FUNKO, INC., BRIAN MARIOTTI, RUSSELL NICKEL, ANDREW PERLMUTTER, JENNIFER FALL JUNG, KEN BROTMAN, GINO DELLOMO, ADAM KRIGER, ACON INVESTMENTS, L.L.C., ACON FUNKO MANAGER, L.L.C., ACON FUNKO INVESTORS, L.L.C., ACON FUNKO INVESTORS HOLDINGS 1, L.L.C., ACON INVESTORS HOLDINGS 2, L.L.C., ACON INVESTORS HOLDINGS 3, L.L.C., and ACON EQUITY GENPAR, L.L.C., <br><br> Defendants. | Case No. 2:20-cv-02319-VAP (MAAx) <br><br> **DECLARATION OF THOMAS J. GIBLIN REGARDING COMPLIANCE WITH 28 U.S.C. § 1715** <br><br><br> <u>Hearing</u> <br> Date: July 11, 2022 <br> Time: 2:00 PM <br> Courtroom: 8A <br> Judge: Hon. Virginia A. Phillips |

I, Thomas J. Giblin, hereby declare and state as follows:

1.    I am a counsel of the law firm Latham & Watkins LLP, counsel of record for Defendants Funko, Inc. ("Funko"), Brian Mariotti, Russell Nickel, Andrew Perlmutter, Jennifer Fall Jung, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively, the "Settling Defendants") in the above-captioned matter. I am a member in good standing of the bar of the State of New York and am admitted *pro hac vice* to this Court. I am personally familiar with the facts and issues described herein, and, if necessary, can competently testify thereto.

2.    On June 13, 2022, ten (10) days after Lead Plaintiffs filed their Motion for Preliminary Approval of Settlement, Preliminary Certification of Settlement Class, and Approval to Provide Notice to the Class (Dkt. No. 185), Latham staff acting under my direction sent via certified U.S. mail to the appropriate federal and state officials notice of the proposed settlement of this action pursuant to 28 U.S.C. § 1715(b) (the "CAFA Notice"). Copies of the mailed CAFA Notices are attached hereto as Exhibit 1. Latham enclosed with each CAFA Notice the following documents in hard copy or on a CD in portable document format (PDF):

    a.    The Complaint and Second Amended Consolidated Complaint filed in the Action. *See* 28 U.S.C. § 1715(b)(1); and

    b.    The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits: (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.

3.      The CAFA Notice advised that Lead Plaintiff's Motion for Preliminary Approval of Settlement, Preliminary Certification of Settlement Class, and Approval to Provide Notice to the Class was submitted to the District Court on June 3, 2022, and that a settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips (pursuant to 28 U.S.C. § 1715(b)(2)).

4.      The CAFA Notice was also sent via certified U.S. mail to the Attorney General of the United States and the Attorneys General of each of the United States and the District of Columbia, American Samoa, Guam, the Northern Mariana Islands, the Virgin Islands, and Puerto Rico.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 14th day of June, 2022, in New York, New York.

/s/ Thomas J. Giblin
Thomas J. Giblin
of LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
thomas.giblin@lw.com

*Counsel for Settling Defendants*