# Exhibit 1

Exhibit 1
Page 4

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Merrick B. Garland
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1.  The Complaint and Second Amended Consolidated Complaint filed in the Action.  *See* 28 U.S.C. § 1715(b)(1).

2.  The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3.  At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued.  *See* 28 U.S.C. § 1715(b)(6).  Additionally, as

Exhibit 1
Page 5

**June 13, 2022**
**Page 2**

LATHAM&WATKINS LLP

of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued. *See* 28 U.S.C. § 1715(b)(8).

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 6

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Steve Marshall
Office of Attorney General
State of Alabama
501 Washington Avenue
Montgomery, AL 36104

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1.   The Complaint and Second Amended Consolidated Complaint filed in the Action. *See* 28 U.S.C. § 1715(b)(1).

2.   The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice. *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3.   At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued. *See* 28 U.S.C. § 1715(b)(6).  Additionally, as

Exhibit 1
Page 7

**June 13, 2022**
**Page 2**

LATHAM&WATKINS LLP

of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued.  *See* 28 U.S.C. § 1715(b)(8).

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement").  The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria.  The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022.  *See* 28 U.S.C. § 1715(b)(2).  On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187).  A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement.  *See* 28 U.S.C. § 1715(b)(7).  We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification.  Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 8

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

**LATHAM&WATKINS**LLP

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Treg R. Taylor
Alaska Attorney General
1031 West 4th Avenue, Suite 200
Anchorage, AK 99501

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1. The Complaint and Second Amended Consolidated Complaint filed in the Action.  *See* 28 U.S.C. § 1715(b)(1).

2. The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action."  *See* 28 U.S.C. § 1715(b)(3)(A).

3. At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued.  *See* 28 U.S.C. § 1715(b)(6).  Additionally, as of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued.  *See* 28 U.S.C. § 1715(b)(8).

Exhibit 1
Page 9

**June 13, 2022**
**Page 2**

LATHAM&WATKINS LLP

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 10

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Mark Brnovich
Arizona Attorney General
2005 N Central Ave
Phoenix, AZ 85004-2926

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1. The Complaint and Second Amended Consolidated Complaint filed in the Action. *See* 28 U.S.C. § 1715(b)(1).

2. The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).   These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3. At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued. *See* 28 U.S.C. § 1715(b)(6).  Additionally, as of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued. *See* 28 U.S.C. § 1715(b)(8).

Exhibit 1
Page 11

**June 13, 2022**
**Page 2**

LATHAM&WATKINS LLP

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 12

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

## VIA CERTIFIED U.S. MAIL

Leslie Rutledge
Arkansas Attorney General
323 Center St Suite 200
Little Rock, AR, 72201-2610

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1. The Complaint and Second Amended Consolidated Complaint filed in the Action.  *See* 28 U.S.C. § 1715(b)(1).

2. The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3. At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued.  *See* 28 U.S.C. § 1715(b)(6).  Additionally, as of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued.  *See* 28 U.S.C. § 1715(b)(8).

Exhibit 1
Page 13

June 13, 2022
Page 2

LATHAM&WATKINS LLP

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 14

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Rob Bonta
Office of the Attorney General
1300 I St Suite 1740
Sacramento, CA 95814

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1. The Complaint and Second Amended Consolidated Complaint filed in the Action.  *See* 28 U.S.C. § 1715(b)(1).

2. The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).   These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3. At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued.  *See* 28 U.S.C. § 1715(b)(6).  Additionally, as of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued.  *See* 28 U.S.C. § 1715(b)(8).

Exhibit 1
Page 15

June 13, 2022
Page 2

LATHAM&WATKINS LLP

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 16

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINSLLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Phil Weiser
Attorney General
1300 Broadway 10th Fl
Denver, CO 80203

> Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1. The Complaint and Second Amended Consolidated Complaint filed in the Action. *See* 28 U.S.C. § 1715(b)(1).

2. The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3. At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued. *See* 28 U.S.C. § 1715(b)(6).  Additionally, as of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued. *See* 28 U.S.C. § 1715(b)(8).

Exhibit 1
Page 17

**June 13, 2022**
**Page 2**

LATHAM&WATKINS LLP

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 18

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

## VIA CERTIFIED U.S. MAIL

William Tong
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106

Re:   Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1.  The Complaint and Second Amended Consolidated Complaint filed in the Action.  *See* 28 U.S.C. § 1715(b)(1).

2.  The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3.  At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued.  *See* 28 U.S.C. § 1715(b)(6).  Additionally, as of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued.  *See* 28 U.S.C. § 1715(b)(8).

Exhibit 1
Page 19

**June 13, 2022**
**Page 2**

LATHAM&WATKINS LLP

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 20

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

| FIRM / AFFILIATE OFFICES | |
| --- | --- |
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Kathy Jennings
Attorney General
Carvel State Office Bldg.
820 N. French St.
Wilmington, DE 19801

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1. The Complaint and Second Amended Consolidated Complaint filed in the Action. *See* 28 U.S.C. § 1715(b)(1).

2. The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3. At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued. *See* 28 U.S.C. § 1715(b)(6).  Additionally, as

Exhibit 1
Page 21

**June 13, 2022**
**Page 2**

LATHAM&WATKINS LLP

of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued. *See* 28 U.S.C. § 1715(b)(8).

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 22

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Karl A. Racine
Office of the Attorney General
400 6th St., NW,
Washington, DC 20001

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1.  The Complaint and Second Amended Consolidated Complaint filed in the Action. *See* 28 U.S.C. § 1715(b)(1).

2.  The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3.  At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued. *See* 28 U.S.C. § 1715(b)(6).  Additionally, as of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued. *See* 28 U.S.C. § 1715(b)(8).

Exhibit 1
Page 23

June 13, 2022
Page 2

LATHAM&WATKINS LLP

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement").  The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria.  The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022.  *See* 28 U.S.C. § 1715(b)(2).  On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187).  A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement.  *See* 28 U.S.C. § 1715(b)(7).  We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification.  Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 24

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**<u>VIA CERTIFIED U.S. MAIL</u>**

Ashley Moody
Office of the Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

Re:     <u>Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715</u>

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1.  The Complaint and Second Amended Consolidated Complaint filed in the Action.  *See* 28 U.S.C. § 1715(b)(1).

2.  The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3.  At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued.  *See* 28 U.S.C. § 1715(b)(6).  Additionally, as

Exhibit 1
Page 25

**June 13, 2022**
**Page 2**

LATHAM&WATKINS LLP

of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued. *See* 28 U.S.C. § 1715(b)(8).

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 26

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Chris Carr
Attorney General of Georgia
Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334-1300

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1.  The Complaint and Second Amended Consolidated Complaint filed in the Action. *See* 28 U.S.C. § 1715(b)(1).

2.  The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits: (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice. *See* 28 U.S.C. § 1715(b)(3)-(5). These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3.  At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued. *See* 28 U.S.C. § 1715(b)(6). Additionally, as

Exhibit 1
Page 27

**June 13, 2022**
**Page 2**

L A T H A M & W A T K I N S LLP

of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued. *See* 28 U.S.C. § 1715(b)(8).

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 28

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Holly T.M. Shikada
Department of the Attorney General
425 Queen St.
Honolulu, HI 96813

    Re:  <u>Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715</u>

To Whom It May Concern:

  Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

  Enclosed is a CD containing the following information in PDF format:

1. The Complaint and Second Amended Consolidated Complaint filed in the Action. *See* 28 U.S.C. § 1715(b)(1).

2. The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits: (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice. *See* 28 U.S.C. § 1715(b)(3)-(5). These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3. At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued. *See* 28 U.S.C. § 1715(b)(6). Additionally, as of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued. *See* 28 U.S.C. § 1715(b)(8).

Exhibit 1
Page 29

LATHAM&WATKINS LLP

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 30

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

| FIRM / AFFILIATE OFFICES | |
| --- | --- |
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

## VIA CERTIFIED U.S. MAIL

Lawrence Wasden
Office of the Attorney General
State of Idaho
700 W. Jefferson St
Boise, ID 83720-0010

Re:   Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1. The Complaint and Second Amended Consolidated Complaint filed in the Action. *See* 28 U.S.C. § 1715(b)(1).

2. The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits: (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice. *See* 28 U.S.C. § 1715(b)(3)-(5). These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3. At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued. *See* 28 U.S.C. § 1715(b)(6). Additionally, as

Exhibit 1
Page 31

**June 13, 2022**
**Page 2**

LATHAM&WATKINS LLP

of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued. *See* 28 U.S.C. § 1715(b)(8).

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 32

**Thomas J. Giblin**

Direct Dial: 212.906.1232

thomas.giblin@lw.com

1271 Avenue of the Americas

New York, New York  10020-1401

Tel: +1.212.906.1200  Fax: +1.212.751.4864

www.lw.com

# LATHAM&WATKINS LLP

| FIRM / AFFILIATE OFFICES | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

## VIA CERTIFIED U.S. MAIL

Kwame Raoul
Illinois Attorney General
100 W. Randolph St
Chicago, IL 60601

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1. The Complaint and Second Amended Consolidated Complaint filed in the Action. *See* 28 U.S.C. § 1715(b)(1).

2. The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits: (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice. *See* 28 U.S.C. § 1715(b)(3)-(5). These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3. At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued. *See* 28 U.S.C. § 1715(b)(6). Additionally, as of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued. *See* 28 U.S.C. § 1715(b)(8).

Exhibit 1
Page 33

**June 13, 2022**
**Page 2**

LATHAM&WATKINS LLP

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 34

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200 Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Todd Rokita
Indiana Attorney General
Indiana Government Center South
302 W Washington St, 5th Floor
Indianapolis, IN 46204

> Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1.  The Complaint and Second Amended Consolidated Complaint filed in the Action. *See* 28 U.S.C. § 1715(b)(1).

2.  The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits: (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice. *See* 28 U.S.C. § 1715(b)(3)-(5). These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3.  At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued. *See* 28 U.S.C. § 1715(b)(6). Additionally, as

Exhibit 1
Page 35

**June 13, 2022**
**Page 2**

L A T H A M & W A T K I N S LLP

of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued.  *See* 28 U.S.C. § 1715(b)(8).

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement").  The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria.  The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022.  *See* 28 U.S.C. § 1715(b)(2).  On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187).  A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement.  *See* 28 U.S.C. § 1715(b)(7).  We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification.  Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 36

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Tom Miller
Office of the Attorney General of Iowa
Hoover State Office Building
1305 E. Walnut Street
Des Moines, IA 50319

Re:      Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1.  The Complaint and Second Amended Consolidated Complaint filed in the Action.  *See* 28 U.S.C. § 1715(b)(1).

2.  The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3.  At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued.  *See* 28 U.S.C. § 1715(b)(6).  Additionally, as

Exhibit 1
Page 37

**June 13, 2022**
**Page 2**

LATHAM&WATKINS LLP

of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued. *See* 28 U.S.C. § 1715(b)(8).

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 38

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**<u>VIA CERTIFIED U.S. MAIL</u>**

Derek Schmidt
Kansas Attorney General
120 SW 10th Ave., 2nd Fl.
Topeka, KS 66612-1597

Re:    <u>Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715</u>

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1. The Complaint and Second Amended Consolidated Complaint filed in the Action. *See* 28 U.S.C. § 1715(b)(1).

2. The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3. At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued. *See* 28 U.S.C. § 1715(b)(6).  Additionally, as of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued. *See* 28 U.S.C. § 1715(b)(8).

Exhibit 1
Page 39

**June 13, 2022**
**Page 2**

LATHAM&WATKINS LLP

     We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement").  The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria.  The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

     Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022.  *See* 28 U.S.C. § 1715(b)(2).  On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187).  A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

     The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release.  Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement.  *See* 28 U.S.C. § 1715(b)(7).  We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

     The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification.  Should you have any questions, please do not hesitate to contact me.

                    Best regards,

                    Thomas J. Giblin
                    of LATHAM & WATKINS LLP

                    *Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 40

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Daniel Cameron
Office of the Attorney General
700 Capitol Ave, Suite 118
Frankfort, KY 40601

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1.  The Complaint and Second Amended Consolidated Complaint filed in the Action.  *See* 28 U.S.C. § 1715(b)(1).

2.  The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3.  At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued.  *See* 28 U.S.C. § 1715(b)(6).  Additionally, as of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued.  *See* 28 U.S.C. § 1715(b)(8).

Exhibit 1
Page 41

**June 13, 2022**
**Page 2**

LATHAM&WATKINS LLP

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 42

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Jeff Landry
Office of the Attorney General
1885 N 3rd St
Baton Rouge, LA 70804

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1.  The Complaint and Second Amended Consolidated Complaint filed in the Action.  *See* 28 U.S.C. § 1715(b)(1).

2.  The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3.  At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued.  *See* 28 U.S.C. § 1715(b)(6).  Additionally, as of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued.  *See* 28 U.S.C. § 1715(b)(8).

Exhibit 1
Page 43

**June 13, 2022**
**Page 2**

LATHAM&WATKINS LLP

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 44

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

## LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Aaron Frey
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333

Re:     Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1. The Complaint and Second Amended Consolidated Complaint filed in the Action. *See* 28 U.S.C. § 1715(b)(1).

2. The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3. At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued. *See* 28 U.S.C. § 1715(b)(6).  Additionally, as of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued. *See* 28 U.S.C. § 1715(b)(8).

Exhibit 1
Page 45

**June 13, 2022**
**Page 2**

LATHAM&WATKINS LLP

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 46

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**<u>VIA CERTIFIED U.S. MAIL</u>**

Brian E. Frosh
Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202

> Re:    <u>Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715</u>

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1. The Complaint and Second Amended Consolidated Complaint filed in the Action.  *See* 28 U.S.C. § 1715(b)(1).

2. The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3. At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued.  *See* 28 U.S.C. § 1715(b)(6).  Additionally, as of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued.  *See* 28 U.S.C. § 1715(b)(8).

Exhibit 1
Page 47

**June 13, 2022**
**Page 2**

LATHAM&WATKINS LLP

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 48

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Maura Healey
Office of Massachusetts Attorney General
ATTN: CAFA Coordinator/General Counsel's Office
One Ashburton Place
Boston, MA 02108

Re:   Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1.  The Complaint and Second Amended Consolidated Complaint filed in the Action. *See* 28 U.S.C. § 1715(b)(1).

2.  The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3.  At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued. *See* 28 U.S.C. § 1715(b)(6).  Additionally, as

Exhibit 1
Page 49

**June 13, 2022**
**Page 2**

LATHAM&WATKINS LLP

of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued.  *See* 28 U.S.C. § 1715(b)(8).

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement").  The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria.  The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022.  *See* 28 U.S.C. § 1715(b)(2).  On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187).  A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement.  *See* 28 U.S.C. § 1715(b)(7).  We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification.  Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 50

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

## LATHAM&WATKINS LLP

| FIRM / AFFILIATE OFFICES | |
| --- | --- |
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Dana Nessel
State of Michigan Attorney General
525 W Ottawa St.
Lansing, MI 48906

Re:     Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1.  The Complaint and Second Amended Consolidated Complaint filed in the Action. *See* 28 U.S.C. § 1715(b)(1).

2.  The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3.  At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued. *See* 28 U.S.C. § 1715(b)(6).  Additionally, as of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued.  *See* 28 U.S.C. § 1715(b)(8).

Exhibit 1
Page 51

**June 13, 2022**
**Page 2**

LATHAM & WATKINS LLP

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 52

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

| FIRM / AFFILIATE OFFICES | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**<u>VIA CERTIFIED U.S. MAIL</u>**

Keith Ellison
Office of the Attorney General
1400 Bremer Tower
445 Minnesota St., Suite 1400
St. Paul, MN 55101

Re:    <u>Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715</u>

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1. The Complaint and Second Amended Consolidated Complaint filed in the Action.  *See* 28 U.S.C. § 1715(b)(1).

2. The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3. At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued.  *See* 28 U.S.C. § 1715(b)(6).  Additionally, as

Exhibit 1
Page 53

**June 13, 2022**
**Page 2**

LATHAM&WATKINS LLP

of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued.  *See* 28 U.S.C. § 1715(b)(8).

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement").  The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria.  The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022.  *See* 28 U.S.C. § 1715(b)(2).  On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187).  A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement.  *See* 28 U.S.C. § 1715(b)(7).  We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification.  Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 54

**Thomas J. Giblin**

Direct Dial: 212.906.1232

thomas.giblin@lw.com

1271 Avenue of the Americas

New York, New York  10020-1401

Tel: +1.212.906.1200  Fax: +1.212.751.4864

www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

## VIA CERTIFIED U.S. MAIL

Lynn Fitch

Office of the Attorney General State of Mississippi

550 High St STE 1200

Jackson, MS 39201

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1. The Complaint and Second Amended Consolidated Complaint filed in the Action.  *See* 28 U.S.C. § 1715(b)(1).

2. The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3. At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued.  *See* 28 U.S.C. § 1715(b)(6).  Additionally, as of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued.  *See* 28 U.S.C. § 1715(b)(8).

Exhibit 1
Page 55

**June 13, 2022**
**Page 2**

LATHAM&WATKINS LLP

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 56

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Eric Schmitt
Missouri Attorney General
Supreme Court Building
207 W. High St., P.O Box 899
Jefferson City, MO 65102

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1.  The Complaint and Second Amended Consolidated Complaint filed in the Action. *See* 28 U.S.C. § 1715(b)(1).

2.  The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3.  At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued. *See* 28 U.S.C. § 1715(b)(6).  Additionally, as

Exhibit 1
Page 57

**June 13, 2022**
**Page 2**

LATHAM&WATKINS LLP

of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued. *See* 28 U.S.C. § 1715(b)(8).

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 58

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINSLLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Austin Knudsen
Montana Department of Justice
Office of The Attorney General
215 N. Sanders, Third Floor
Helena, MT 59620-1401

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1.    The Complaint and Second Amended Consolidated Complaint filed in the Action. *See* 28 U.S.C. § 1715(b)(1).

2.    The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3.    At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued. *See* 28 U.S.C. § 1715(b)(6).  Additionally, as

Exhibit 1
Page 59

**June 13, 2022**
**Page 2**

LATHAM&WATKINS LLP

of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued.  *See* 28 U.S.C. § 1715(b)(8).

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement").  The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria.  The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022.  *See* 28 U.S.C. § 1715(b)(2).  On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187).  A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement.  *See* 28 U.S.C. § 1715(b)(7).  We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification.  Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 60

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Doug Peterson
Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1.  The Complaint and Second Amended Consolidated Complaint filed in the Action.  *See* 28 U.S.C. § 1715(b)(1).

2.  The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).   These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3.  At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued.  *See* 28 U.S.C. § 1715(b)(6).  Additionally, as of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued.  *See* 28 U.S.C. § 1715(b)(8).

Exhibit 1
Page 61

June 13, 2022
Page 2

LATHAM&WATKINS LLP

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 62

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Aaron Ford
Nevada Attorney General
100 N. Carson St.
Carson City, NV 89701

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1.  The Complaint and Second Amended Consolidated Complaint filed in the Action.  *See* 28 U.S.C. § 1715(b)(1).

2.  The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3.  At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued.  *See* 28 U.S.C. § 1715(b)(6).  Additionally, as of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued.  *See* 28 U.S.C. § 1715(b)(8).

Exhibit 1
Page 63

**June 13, 2022**
**Page 2**

LATHAM&WATKINS LLP

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 64

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

John Formella
Office of the Attorney General
NH Department of Justice
33 Capitol St.
Concord, NH 03301

Re:  Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1. The Complaint and Second Amended Consolidated Complaint filed in the Action. *See* 28 U.S.C. § 1715(b)(1).

2. The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3. At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued. *See* 28 U.S.C. § 1715(b)(6).  Additionally, as

Exhibit 1
Page 65

**June 13, 2022**
**Page 2**

L A T H A M & W A T K I N S LLP

of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued.  *See* 28 U.S.C. § 1715(b)(8).

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement").  The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria.  The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022.  *See* 28 U.S.C. § 1715(b)(2).  On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187).  A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release.  Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement.  *See* 28 U.S.C. § 1715(b)(7).  We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification.  Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 66

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINSLLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Matthew J. Platkin
Office of the Attorney General
RJ Hughes Justice Complex
25 Market Street, Box 080
Trenton, NJ 08625-0080

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1.  The Complaint and Second Amended Consolidated Complaint filed in the Action.  *See* 28 U.S.C. § 1715(b)(1).

2.  The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3.  At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued.  *See* 28 U.S.C. § 1715(b)(6).  Additionally, as

Exhibit 1
Page 67

**June 13, 2022**
**Page 2**

LATHAM&WATKINS LLP

of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued. *See* 28 U.S.C. § 1715(b)(8).

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 68

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

# LATHAM&WATKINS LLP

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Hector Balderas
New Mexico Attorney General
Villagra Building
408 Galisteo St
Santa Fe, NM 87501

        Re:      <u>Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715</u>

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1.  The Complaint and Second Amended Consolidated Complaint filed in the Action.  *See* 28 U.S.C. § 1715(b)(1).

2.  The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3.  At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued.  *See* 28 U.S.C. § 1715(b)(6).  Additionally, as

Exhibit 1
Page 69

**June 13, 2022**
**Page 2**

LATHAM&WATKINS LLP

of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued. *See* 28 U.S.C. § 1715(b)(8).

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 70

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Letitia James
Attorney General
Office of the Attorney General
The Capitol, 2nd Fl.
Albany, NY 12224-0341

Re:      Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1. The Complaint and Second Amended Consolidated Complaint filed in the Action.  *See* 28 U.S.C. § 1715(b)(1).

2. The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3. At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued.  *See* 28 U.S.C. § 1715(b)(6).  Additionally, as

Exhibit 1
Page 71

**June 13, 2022**
**Page 2**

L A T H A M & W A T K I N S LLP

of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued.  *See* 28 U.S.C. § 1715(b)(8).

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement").  The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria.  The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022.  *See* 28 U.S.C. § 1715(b)(2).  On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187).  A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement.  *See* 28 U.S.C. § 1715(b)(7).  We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification.  Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 72

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Josh Stein
North Carolina Department of Justice Attorney General
9001 Mail Service Center
Raleigh, NC 27699-9001

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1.  The Complaint and Second Amended Consolidated Complaint filed in the Action. *See* 28 U.S.C. § 1715(b)(1).

2.  The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3.  At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued. *See* 28 U.S.C. § 1715(b)(6).  Additionally, as of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued. *See* 28 U.S.C. § 1715(b)(8).

Exhibit 1
Page 73

LATHAM&WATKINS LLP

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 74

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

|  |  |
|---|---|
| FIRM / AFFILIATE OFFICES | |
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Drew Wrigley
North Dakota Attorney General
State Capitol Dept. 125
600 E Boulevard Ave.
Bismarck, ND 58505

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1.  The Complaint and Second Amended Consolidated Complaint filed in the Action. *See* 28 U.S.C. § 1715(b)(1).

2.  The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3.  At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued. *See* 28 U.S.C. § 1715(b)(6).  Additionally, as

Exhibit 1
Page 75

**June 13, 2022**
**Page 2**

LATHAM&WATKINS LLP

of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued.  *See* 28 U.S.C. § 1715(b)(8).

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement").  The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria.  The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022.  *See* 28 U.S.C. § 1715(b)(2).  On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187).  A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement.  *See* 28 U.S.C. § 1715(b)(7).  We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification.  Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 76

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Dave Yost
Ohio Attorney General
30 E Broad St, 14th Floor
Columbus, OH 43215

Re:   Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1.  The Complaint and Second Amended Consolidated Complaint filed in the Action.  *See* 28 U.S.C. § 1715(b)(1).

2.  The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action."  *See* 28 U.S.C. § 1715(b)(3)(A).

3.  At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued.  *See* 28 U.S.C. § 1715(b)(6).  Additionally, as of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued.  *See* 28 U.S.C. § 1715(b)(8).

Exhibit 1
Page 77

June 13, 2022
Page 2

LATHAM&WATKINS LLP

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 78

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINSLLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

John O'Connor
Oklahoma Office of the Attorney General
313 NE 21st St.
Oklahoma City, OK 73105

> Re:   Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1. The Complaint and Second Amended Consolidated Complaint filed in the Action.  *See* 28 U.S.C. § 1715(b)(1).

2. The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).   These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3. At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued.  *See* 28 U.S.C. § 1715(b)(6).  Additionally, as of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued.  *See* 28 U.S.C. § 1715(b)(8).

Exhibit 1
Page 79

**June 13, 2022**
**Page 2**

LATHAM&WATKINS LLP

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 80

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Ellen F. Rosenblum
Oregon Department of Justice Attorney General
1162 Court St. NE
Salem, OR 97301-4096

> Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1. The Complaint and Second Amended Consolidated Complaint filed in the Action.  *See* 28 U.S.C. § 1715(b)(1).

2. The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3. At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued.  *See* 28 U.S.C. § 1715(b)(6).  Additionally, as of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued.  *See* 28 U.S.C. § 1715(b)(8).

Exhibit 1
Page 81

June 13, 2022
Page 2

LATHAM&WATKINS LLP

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 82

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**<u>VIA CERTIFIED U.S. MAIL</u>**

Josh Shapiro
Pennsylvania Office of Attorney General
1600 Strawberry Square
Harrisburg, PA 17120

Re:    <u>Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715</u>

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1.    The Complaint and Second Amended Consolidated Complaint filed in the Action.  *See* 28 U.S.C. § 1715(b)(1).

2.    The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).   These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3.    At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued.  *See* 28 U.S.C. § 1715(b)(6).  Additionally, as of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued.  *See* 28 U.S.C. § 1715(b)(8).

Exhibit 1
Page 83

LATHAM&WATKINS LLP

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 84

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Peter Neronha
Office of the Attorney General
150 S Main St.
Providence, RI 02903

Re:   Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1.  The Complaint and Second Amended Consolidated Complaint filed in the Action. *See* 28 U.S.C. § 1715(b)(1).

2.  The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3.  At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued. *See* 28 U.S.C. § 1715(b)(6).  Additionally, as of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued. *See* 28 U.S.C. § 1715(b)(8).

Exhibit 1
Page 85

**June 13, 2022**
**Page 2**

LATHAM&WATKINS LLP

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 86

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

**LATHAM&WATKINS**LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Alan Wilson
South Carolina Attorney General
Rembert Dennis Building
1000 Assembly St, Room 519
Columbia, SC 29201

> Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1.  The Complaint and Second Amended Consolidated Complaint filed in the Action.  *See* 28 U.S.C. § 1715(b)(1).

2.  The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3.  At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued.  *See* 28 U.S.C. § 1715(b)(6).  Additionally, as

Exhibit 1
Page 87

**June 13, 2022**
**Page 2**

LATHAM&WATKINS LLP

of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued.  *See* 28 U.S.C. § 1715(b)(8).

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement").  The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria.  The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022.  *See* 28 U.S.C. § 1715(b)(2).  On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187).  A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement.  *See* 28 U.S.C. § 1715(b)(7).  We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification.  Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 88

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

## LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Jason Ravnsborg
Office of the Attorney General
1302 E Hwy 14, Suite 1
Pierre, SD 57501-8501

> Re:     Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1.  The Complaint and Second Amended Consolidated Complaint filed in the Action.  *See* 28 U.S.C. § 1715(b)(1).

2.  The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3.  At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued.  *See* 28 U.S.C. § 1715(b)(6).  Additionally, as of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued.  *See* 28 U.S.C. § 1715(b)(8).

Exhibit 1
Page 89

**June 13, 2022**
**Page 2**

LATHAM&WATKINS LLP

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 90

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

## LATHAM&WATKINS LLP

| FIRM / AFFILIATE OFFICES | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Herbert H. Slatery, III
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37243-1401

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1.  The Complaint and Second Amended Consolidated Complaint filed in the Action. *See* 28 U.S.C. § 1715(b)(1).

2.  The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits: (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice. *See* 28 U.S.C. § 1715(b)(3)-(5). These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3.  At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued. *See* 28 U.S.C. § 1715(b)(6). Additionally, as of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued. *See* 28 U.S.C. § 1715(b)(8).

Exhibit 1
Page 91

**June 13, 2022**
**Page 2**

LATHAM&WATKINS LLP

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 92

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Ken Paxton
Attorney General of Texas
300 W 15th St
Austin, TX 78701

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1. The Complaint and Second Amended Consolidated Complaint filed in the Action. *See* 28 U.S.C. § 1715(b)(1).

2. The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3. At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued. *See* 28 U.S.C. § 1715(b)(6).  Additionally, as of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued. *See* 28 U.S.C. § 1715(b)(8).

Exhibit 1
Page 93

June 13, 2022
Page 2

LATHAM&WATKINS LLP

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 94

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Sean D. Reyes
Office of the Attorney General
350 N. State St. Suite 230
Salt Lake City, UT 84114

Re:     Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1.  The Complaint and Second Amended Consolidated Complaint filed in the Action.  *See* 28 U.S.C. § 1715(b)(1).

2.  The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3.  At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued.  *See* 28 U.S.C. § 1715(b)(6).  Additionally, as of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued.  *See* 28 U.S.C. § 1715(b)(8).

Exhibit 1
Page 95

**LATHAM&WATKINS**LLP

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 96

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

TJ Donovan
Office of the Attorney General
109 State St.
Montpelier, VT 05609-1001

Re:   Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1. The Complaint and Second Amended Consolidated Complaint filed in the Action. *See* 28 U.S.C. § 1715(b)(1).

2. The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3. At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued. *See* 28 U.S.C. § 1715(b)(6).  Additionally, as of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued. *See* 28 U.S.C. § 1715(b)(8).

Exhibit 1
Page 97

**June 13, 2022**
**Page 2**

LATHAM&WATKINS LLP

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 98

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

**LATHAM&WATKINS**LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Jason S. Miyares
Attorney General of Virginia
202 N 9th St
Richmond, VA 23219

Re:    <u>Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715</u>

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1.  The Complaint and Second Amended Consolidated Complaint filed in the Action. *See* 28 U.S.C. § 1715(b)(1).

2.  The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice. *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3.  At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued. *See* 28 U.S.C. § 1715(b)(6).  Additionally, as of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued. *See* 28 U.S.C. § 1715(b)(8).

Exhibit 1
Page 99

**June 13, 2022**
**Page 2**

LATHAM&WATKINS LLP

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 100

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

| FIRM / AFFILIATE OFFICES | |
| --- | --- |
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Bob Ferguson
Washington State Office of the Attorney General
1125 Washington St. SE
PO Box 40100
Olympia, WA 98504-0100

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1.  The Complaint and Second Amended Consolidated Complaint filed in the Action.  *See* 28 U.S.C. § 1715(b)(1).

2.  The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3.  At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued.  *See* 28 U.S.C. § 1715(b)(6).  Additionally, as

Exhibit 1
Page 101

**June 13, 2022**
**Page 2**

LATHAM&WATKINS LLP

of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued.  *See* 28 U.S.C. § 1715(b)(8).

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement").  The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria.  The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022.  *See* 28 U.S.C. § 1715(b)(2).  On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187).  A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement.  *See* 28 U.S.C. § 1715(b)(7).  We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification.  Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 102

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

| FIRM / AFFILIATE OFFICES | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Patrick Morrisey
Office of the West Virginia Attorney General
State Capitol Complex
Bldg. 1, Room E-26
Charleston, WV 25305

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1.  The Complaint and Second Amended Consolidated Complaint filed in the Action.  *See* 28 U.S.C. § 1715(b)(1).

2.  The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3.  At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued.  *See* 28 U.S.C. § 1715(b)(6).  Additionally, as

Exhibit 1
Page 103

June 13, 2022
Page 2

LATHAM&WATKINS LLP

of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued. *See* 28 U.S.C. § 1715(b)(8).

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 104

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

## LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Josh Kaul
Wisconsin Department of Justice Attorney General
PO Box 7857
Madison, WI 53703

Re:     Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1. The Complaint and Second Amended Consolidated Complaint filed in the Action.  *See* 28 U.S.C. § 1715(b)(1).

2. The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).   These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3. At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued.  *See* 28 U.S.C. § 1715(b)(6).  Additionally, as of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued.  *See* 28 U.S.C. § 1715(b)(8).

Exhibit 1
Page 105

**LATHAM&WATKINS**LLP

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 106

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Bridget Hill
Attorney General
Kendrick Building
2320 Capitol Ave
Cheyenne, WY 82001

Re:     Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1. The Complaint and Second Amended Consolidated Complaint filed in the Action. *See* 28 U.S.C. § 1715(b)(1).

2. The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3. At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued. *See* 28 U.S.C. § 1715(b)(6).  Additionally, as

Exhibit 1
Page 107

**June 13, 2022**
**Page 2**

LATHAM&WATKINS LLP

of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued.  *See* 28 U.S.C. § 1715(b)(8).

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement").  The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria.  The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022.  *See* 28 U.S.C. § 1715(b)(2).  On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187).  A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release.  Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement.  *See* 28 U.S.C. § 1715(b)(7).  We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification.  Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 108

**Thomas J. Giblin**

Direct Dial: 212.906.1232

thomas.giblin@lw.com

1271 Avenue of the Americas

New York, New York  10020-1401

Tel: +1.212.906.1200  Fax: +1.212.751.4864

www.lw.com

LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

## VIA CERTIFIED U.S. MAIL

Fainu'ulelei Falefatu Ala'ilima-Utu

Attorney General

American Samoa Government, Exec. Office Building Utelei,

Territory of American Samoa

Pago Pago, AS 96799

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1.  The Complaint and Second Amended Consolidated Complaint filed in the Action. *See* 28 U.S.C. § 1715(b)(1).

2.  The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3.  At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued.  *See* 28 U.S.C. § 1715(b)(6).  Additionally, as

Exhibit 1
Page 109

June 13, 2022
Page 2

# LATHAM&WATKINS LLP

of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued. *See* 28 U.S.C. § 1715(b)(8).

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 110

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Leevin Camacho
Attorney General Office
ITC Building
590 S. Marine Corps Dr., Suite 706
Tamuning, GU 96913

Re:  Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1. The Complaint and Second Amended Consolidated Complaint filed in the Action.  *See* 28 U.S.C. § 1715(b)(1).

2. The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).   These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3. At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued.  *See* 28 U.S.C. § 1715(b)(6).  Additionally, as

Exhibit 1
Page 111

LATHAM&WATKINS LLP

of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued. *See* 28 U.S.C. § 1715(b)(8).

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 112

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Edward E. Manibusan
CNMI Office of the Attorney General
Administration Building
PO Box 10007
Saipan, MP 96950

> Re:   Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1. The Complaint and Second Amended Consolidated Complaint filed in the Action. *See* 28 U.S.C. § 1715(b)(1).

2. The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).   These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3. At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued.  *See* 28 U.S.C. § 1715(b)(6).  Additionally, as

Exhibit 1
Page 113

**LATHAM&WATKINS**LLP

of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued. *See* 28 U.S.C. § 1715(b)(8).

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 114

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Denise N. George
Office of the Attorney General
34-38 Kronprindsens Gade,
GERS Building, 2nd Floor
St. Thomas, VI 00802

Re:   Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1. The Complaint and Second Amended Consolidated Complaint filed in the Action. *See* 28 U.S.C. § 1715(b)(1).

2. The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).   These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3. At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued.  *See* 28 U.S.C. § 1715(b)(6).  Additionally, as

Exhibit 1
Page 115

LATHAM&WATKINS LLP

of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued. *See* 28 U.S.C. § 1715(b)(8).

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

2

Exhibit 1
Page 116

**Thomas J. Giblin**
Direct Dial: 212.906.1232
thomas.giblin@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

# LATHAM&WATKINS LLP

June 13, 2022

**VIA CERTIFIED U.S. MAIL**

Domingo Emanuelli Hernández
Puerto Rico Attorney General
PO Box 9020192
San Juan, PR 00902

Re:   Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715

To Whom It May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants Funko, Inc. ("Funko"), Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (collectively and with Funko, the "Settling Defendants"), to provide the following notification of the proposed settlement in *Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319 (VAP) (MAAx).

Enclosed is a CD containing the following information in PDF format:

1. The Complaint and Second Amended Consolidated Complaint filed in the Action.  *See* 28 U.S.C. § 1715(b)(1).

2. The Stipulation and Agreement of Settlement for the Action (Exhibit 1) with the following exhibits:  (A) [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement; (A-1) Internet Notice of Pendency and Proposed Settlement of Class Action; (A-2) Proof of Claim and Release Form; (A-3) Summary Notice of Pendency of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing; (A-4) Court-Ordered Legal Notice Form; and (B) [Proposed] Judgment Approving Class Action Settlement and Order of Dismissal With Prejudice.  *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3. At this point, no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued.  *See* 28 U.S.C. § 1715(b)(6).  Additionally, as of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued.  *See* 28 U.S.C. § 1715(b)(8).

Exhibit 1
Page 117

**LATHAM & WATKINS** LLP

We also hereby advise you that contemporaneously with the Stipulation and Agreement of Settlement, the parties executed a Supplemental Agreement Regarding Requests for Exclusions (the "Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Funko shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on June 3, 2022. *See* 28 U.S.C. § 1715(b)(2). On June 6, 2022, the District Court issued a Scheduling Notice and Order (in chamber) acknowledging receipt of Lead Plaintiffs' Motion for Preliminary Approval of Settlement and vacating an upcoming status conference (ECF No. 187). A settlement hearing has been scheduled for July 11, 2022, at 2:00 pm PST before the Honorable Virginia A. Phillips.

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(7). We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[1]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact me.

Best regards,

Thomas J. Giblin
of LATHAM & WATKINS LLP

*Counsel for Settling Defendants*

---

[1] The Claims Administrator, Strategic Claims Services, can be reached at 600 North Jackson Street, Ste. 205, Media, Pennsylvania 19063 or via email at info@strategicclaims.net.

Exhibit 1
Page 118