**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Co-Lead Counsel for*
*Lead Plaintiffs*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISCTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERREIRA, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FUNKO, INC., et al., <br><br> Defendants. | Case No. 2:20-cv-02319-VAP (MAAx) <br><br> **ORDER SETTING FAIRNESS HEARING AND OTHER DEADLINES** <br><br> Judge: Hon. Virginia A. Phillips |

Having reviewed the stipulation of Lead Plaintiffs Huaiyu Zheng, Abdul Baker, and Zhibin Zhang (collectively, "Lead Plaintiffs") and Defendants Funko, Inc., Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, Adam Kriger, ACON Investments, L.L.C., ACON Funko Manager, L.L.C., ACON Funko Investors, L.L.C., ACON Funko Investors Holdings 1, L.L.C., ACON Funko Investors Holdings 2, L.L.C., ACON Funko Investors Holdings 3, L.L.C., and ACON Equity GenPar, L.L.C. (collectively, "Defendants"), and good cause appearing therefore, the Court hereby ORDERS that:

A.    The Settlement Fairness Hearing is set for November 7, 2022 at 2:00 p.m.

B.    Settlement Class Members may request exclusion from the Settlement Class up to twenty-one (21) calendar days before the Settlement Fairness Hearing.

C.    Lead Plaintiffs shall file papers in support of final approval and application of Lead Counsel for attorneys' fees, reimbursement of expenses, and an award to Lead Plaintiffs, and application for approval of the Plan of Allocation no later than thirty-five (35) calendar days before the Settlement Fairness Hearing.

D.    Lead Plaintiffs shall file reply papers in support of final approval and application of Lead Counsel for attorneys' fees, reimbursement of expenses, and an award to Lead Plaintiffs, and application for approval of the Plan of Allocation no later than seven (7) calendar days prior to the Settlement Fairness Hearing.

**IT IS SO ORDERED.**

DATED:  July 29, 2022

_____
Hon. Virginia A. Phillips
United States District Judge