# EXHIBIT 1

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Co-Lead Counsel for Lead Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERREIRA, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FUNKO, INC., et al., <br><br> Defendants. | Case No. 2:20-cv-02319-VAP-PJW |

## DECLARATION OF ABDUL BAKER

I, Abdul Baker, declare, under penalty of perjury as follows:

1.      I submit this declaration to provide the Court with a description of my efforts in pursuit of this Action, and to express my support for the proposed Settlement, attorneys' fees, and my request for an award pursuant to the Private Securities Litigation Reform Act ("PSLRA").

2.      On June 11, 2020, the Court appointed me, along with Huaiyu Zheng and Zhibin Zhang, as Lead Plaintiffs in the Action. On July 19, 2022, and for settlement purposes only, the Court appointed me, along with Huaiyu Zheng and Zhibin Zhang, as Class Representatives for the Settlement Class. Throughout the course of the litigation, I

have independently monitored news about Funko, Inc. ("Funko") through internet financial sites to keep up to date on the status of the company.

3.    I frequently corresponded with Lead Counsel throughout the pendency of this case, who kept me up to date on the developments in the case.

4.    I reviewed the initial, amended and second amended complaints filed in this Action, as well as the briefing (and related Court orders and supplemental briefing) on the motions to dismiss, and the discovery requests served by Defendants, and was kept apprised of the status of mediation between the parties, the settlement and preliminary approval of the settlement by the Court. In addition, I independently followed this litigation and received copies of documents for review from counsel.

5.    I reviewed Defendants' First Set of Requests for the Production of Documents and Defendants' First Set of Interrogatories, discussed these documents with Lead Counsel, searched for responsive documents, and responded to the Interrogatories. I also provided Lead Counsel with records of my trades in Funko common stock, which were requested by Defendants in this Action.

6.    I expended a total of 15 hours pursuing the claims in this Action. I am a board-certified fellowship trained neurosurgeon and I regularly charge $1,500 per hour for my time.

7.    I spent my time in this matter on the following:

   a.    Monitoring news of Funko;

   b.    Reviewing the initial, amended and second amended complaints, and briefing (and supplemental briefing) and orders on the motions to dismiss;

   c.    Communicating and corresponding with Lead Counsel regarding the litigation, mediation and settlement;

   d.    Gathering and producing information to Lead Counsel concerning my Funko investments in response to Defendants' interrogatories and requests for production of documents.

8.    I fully support the proposed Settlement of this Action and believe that it is an excellent result for the Settlement Class.

9.    I take seriously my role as a Class Representative and have monitored this litigation through communications with Lead Counsel throughout the course of the litigation and by reviewing all of the pleadings and motions that have been filed in the Action, in addition to any other materials provided to me by Lead Counsel.

10.    I believe my request for an award pursuant to the PSLRA is fair in light of the time I devoted to this Action for the benefit of the Settlement Class.

11.    Lead Counsel's fee request of 25% of the Settlement Fund is made in accordance with a retainer agreement I entered into with Pomerantz LLP at the beginning of the Action, which permitted Pomerantz LLP to seek fees up to 33.3% of any settlement or judgment achieved. I believe Lead Counsel's fee request is fair in light of the results achieved for the Settlement Class and reasonably compensate Lead Counsel for the work involved and the substantial risks they undertook in litigating the Action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/27 2022.

_____

Abdul Baker

2