# EXHIBIT 8

| | Count | Low | 25th Percentile | Median | 75th Percentile | High |
|---|---|---|---|---|---|---|
| **Partners** | | | | | | |
| 1) Davis Polk & Wardwell LLP | 6 | $1,445 | $1,585 | $1,645 | $1,695 | $1,695 |
| 2) Skadden, Arps, Slate, Meagher, & Flom LLP | 20 | $613 | $743 | $1,300 | $1,485 | $1,695 |
| 3) Weil, Gotshal & Manges LLP | 54 | $765 | $1,200 | $1,350 | $1,525 | $1,600 |
| 4) Willkie Farr & Gallagher LLP | 23 | $1,100 | $1,350 | $1,450 | $1,500 | $1,600 |
| 5) Kirkland & Ellis LLP | 91 | $980 | $1,135 | $1,240 | $1,495 | $1,595 |
| 6) Wilmer Cutler Pickering Hale and Dorr LLP | 5 | $995 | $1,028 | $1,050 | $1,238 | $1,570 |
| 7) Paul, Weiss, Rifkind, Wharton, & Garrison LLP | 13 | $1,125 | $1,255 | $1,455 | $1,560 | $1,560 |
| 8) Akin Gump Strauss Hauer & Feld LLP | 71 | $855 | $1,040 | $1,180 | $1,305 | $1,550 |
| 9) Milbank LLP | 11 | $1,155 | $1,390 | $1,540 | $1,540 | $1,540 |
| 10) Morrison & Foerster LLP | 13 | $925 | $1,075 | $1,125 | $1,225 | $1,500 |
| 11) Latham & Watkins LLP | 24 | $1,050 | $1,147 | $1,305 | $1,370 | $1,495 |
| 12) Proskauer Rose LLP | 4 | $1,025 | $1,115 | $1,295 | $1,445 | $1,445 |
| 13) Sidley Austin LLP | 27 | $875 | $931 | $1,050 | $1,181 | $1,425 |
| 14) Paul Hastings LLP | 8 | $1,050 | $1,094 | $1,163 | $1,263 | $1,375 |
| 15) Jones Day | 30 | $837 | $975 | $975 | $1,100 | $1,350 |
| 16) Kramer Levin Naftalis & Frankel | 9 | $995 | $1,100 | $1,175 | $1,225 | $1,350 |
| **Of Counsel** | | | | | | |
| 1) Willkie Farr & Gallagher LLP | 7 | $1,070 | $1,070 | $1,070 | $1,070 | $1,998 |
| 2) Kirkland & Ellis LLP | 4 | $1,055 | $1,255 | $1,315 | $1,325 | $1,390 |
| 3) Latham & Watkins LLP | 7 | $785 | $1,039 | $1,040 | $1,040 | $1,305 |
| 4) Davis Polk & Wardwell LLP | 2 | $1,225 | $1,225 | $1,225 | $1,225 | $1,225 |
| 5) Weil, Gotshal & Manges LLP | 11 | $1,050 | $1,050 | $1,050 | $1,075 | $1,215 |
| 6) Paul Hastings LLP | 3 | $795 | $960 | $1,125 | $1,163 | $1,200 |
| 7) Akin Gump Strauss Hauer & Feld LLP | 74 | $495 | $825 | $905 | $940 | $1,170 |
| 8) Paul, Weiss, Rifkind, Wharton, & Garrison LLP | 3 | $1,125 | $1,143 | $1,160 | $1,160 | $1,160 |
| 9) Morrison & Foerster LLP | 8 | $750 | $878 | $925 | $990 | $1,150 |
| 10) Skadden, Arps, Slate, Meagher, & Flom LLP | 9 | $600 | $1,050 | $1,140 | $1,140 | $1,140 |
| 11) Milbank LLP | 4 | $1,080 | $1,110 | $1,120 | $1,120 | $1,120 |
| 12) Jones Day | 5 | $746 | $775 | $950 | $950 | $1,075 |
| 13) Kramer Levin Naftalis & Frankel | 3 | $980 | $980 | $980 | $980 | $980 |
| 14) Sidley Austin LLP | 1 | $925 | $925 | $925 | $925 | $925 |
| **Associates** | | | | | | |
| 1) Kirkland & Ellis LLP | 164 | $270 | $595 | $783 | $920 | $1,362 |
| 2) Jones Day | 48 | $400 | $450 | $550 | $706 | $1,240 |
| 3) Davis Polk & Wardwell LLP | 37 | $645 | $735 | $1,010 | $1,040 | $1,075 |

| | Count | Low | 25th Percentile | Median | 75th Percentile | High |
|---|---|---|---|---|---|---|
| 4) Paul, Weiss, Rifkind, Wharton, & Garrison LLP | 9 | $640 | $835 | $835 | $1,030 | $1,065 |
| 5) Skadden, Arps, Slate, Meagher, & Flom LLP | 30 | $448 | $507 | $660 | $873 | $1,050 |
| 6) Willkie Farr & Gallagher LLP | 40 | $370 | $690 | $890 | $995 | $1,050 |
| 7) Latham & Watkins LLP | 43 | $565 | $655 | $809 | $1,015 | $1,035 |
| 8) Milbank LLP | 17 | $595 | $595 | $830 | $920 | $995 |
| 9) Weil, Gotshal & Manges LLP | 139 | $410 | $690 | $790 | $950 | $995 |
| 10) Paul Hastings LLP | 15 | $570 | $645 | $710 | $863 | $980 |
| 11) Akin Gump Strauss Hauer & Feld LLP | 123 | $350 | $544 | $660 | $760 | $975 |
| 12) Kramer Levin Naftalis & Frankel | 12 | $550 | $699 | $785 | $925 | $970 |
| 13) Proskauer Rose LLP | 4 | $770 | $770 | $823 | $891 | $940 |
| 14) Morrison & Foerster LLP | 17 | $460 | $525 | $713 | $804 | $895 |
| 15) Sidley Austin LLP | 33 | $475 | $590 | $675 | $795 | $890 |
| 16) Wilmer Cutler Pickering Hale and Dorr LLP | 2 | $730 | $751 | $773 | $794 | $815 |