**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Co-Lead Counsel for Lead Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERREIRA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FUNKO, INC., et al.,<br><br>Defendants. | Case No. 2:20-cv-02319-VAP-MAAx<br><br>**SUPPLEMENTAL DECLARATION OF STEPHANIE M. BEIGE IN SUPPORT OF (I) LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, AND ENTRY OF JUDGMENT AND (II) LEAD COUNSEL'S MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSES, AND REIMBURSEMENT TO LEAD PLAINTIFFS**<br><br><u>Hearing</u><br>Date: November 7, 2022<br>Time: 2:00 PM<br>Courtroom: 8A<br>Judge: Hon. Virginia A. Phillips |

I, Stephanie M. Beige, declare and state, under penalty of perjury, that the following is true and correct to the best of my knowledge, information, and belief:

1.    I am a Partner at Bernstein Liebhard LLP, court-appointed Co-Lead Counsel on behalf of Lead Plaintiffs Abdul Baker, Zhibin Zhang, and Huaiyu Zheng ("Lead Plaintiffs") in the class action styled as *Gilberto Ferreira v. Funko, Inc., et al.*, No. 2:20-cv-02319-VAP-MAAx (C.D. Cal.).

2.    I am admitted to appear *pro hac vice* on behalf of Lead Plaintiffs in this Action. I have personal knowledge of the matters set forth herein and, if called upon, could and would competently testify thereto.

3.    I respectfully submit this Supplemental Declaration ("Suppl. Declaration") in further support of Lead Plaintiffs' Motion for Final Approval of Settlement, Certification of Settlement Class, and Entry of Judgment; and (b) Lead Counsel's Motion for Payment of Attorneys' Fees and Expenses.

4.    Attached to this Declaration are true and correct copies of the following documents:

**Exhibit A**    Supplemental Declaration of Josephine Bravata Concerning: Mailing of the Postcard Notice; (B) Report on Requests for Exclusion and Objections; and (C) Claim Filing Status, dated October 28, 2022

**Exhibit B**    Compendium of Unreported Decisions

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 28, 2022.

 _/s/Stephanie M. Beige____
Stephanie M. Beige

DECLARATION OF STEPHANIE M. BEIGE