UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-2319-VAP (PJWx) | Date | November 7, 2022 |
|---|---|---|---|
| Title | GILBERTO FERREIRA, ET AL. -V- FUNKO, INC., ET AL. | | |

| Present: The Honorable | Virginia A. Phillips, U.S. District Judge |
|---|---|

| Wendy Hernandez | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael J. Wernke (video) | Thomas Giblin (video) |
| Stephanie M. Beige (video) | Sean Roberts (video) |
| Stanley D. Bernstein (video) | |
| Jeffrey McEachern (video) | |

**Proceedings:**   ZOOM SETTLEMENT FAIRNESS HEARNG

LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, AND ENTRY OF JUDGMENT [196]

LEAD PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSES, AND REIMBURSEMENT TO LEAD PLAINTIFFS [197]

The Court, having heard the oral argument presented today, advises that the motions will stand submitted once counsel's additional expense documentation is submitted one week from today.

|  | : | 06 |
|---|---|---|
| Initials of Preparer | wh | |