**POMERANTZ LLP**
Jennifer Pafiti (SBN 292790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Co-Lead Counsel for Lead
Plaintiffs*

(*Additional counsel on signature page*)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GILBERTO FERREIRA, Individually
and On Behalf of All Others Similarly
Situated,

Plaintiff,

v.

FUNKO, INC., et al.,

Defendants.

Case No. 2:20-cv-02319-VAP-(MAAx)

**SUPPLEMENTAL SUBMISSION IN FURTHER SUPPORT OF LEAD COUNSELS' MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSES, AND REIMBURSEMENT TO LEAD PLAINTIFFS**

Lead Counsel respectfully submit this supplemental submission in further support of their Motion for Award of Attorneys' Fees, Expenses, and Reimbursement to Lead Plaintiffs ("Fees and Expenses Motion").

## I.    Lead Counsels' Work-Related Transportation, Hotels & Meals Expenses

On November 7, 2021, the Court conducted a Final Fairness Hearing on Lead Plaintiffs' Unopposed Motion for Final Approval of Settlement, Certification of Settlement Class, and Entry of Judgment (the "Final Approval Motion") (ECF No. 196) and Unopposed Motion for Attorneys' Fees, Expenses and Reimbursement to Lead Plaintiffs (the "Fee Motion") (ECF No. 197). At the hearing, the Court deferred ruling on Lead Counsels' request for reimbursement of expenses pending the submission of additional details concerning Lead Counsels' Work-Related Transportation, Hotels & Meals.  Accordingly, attached as Exhibits A and B respectively, are the Declarations of Stephanie M. Beige and Michael J. Wernke setting forth the details concerning Lead Counsels' Work-Related Transportation, Hotels & Meals.

## II.    Strategic Claims Services Should Be Reimbursed for Expenses Incurred in Connection with the Notice Program

During the Final Fairness Hearing, the Court did not rule on the request for reimbursement of expenses incurred by the claims administrator, Strategic Claims Services ("SCS"), in connection with administering the Notice Program. *See* Reply Memorandum of Points and Authorities in Support of (I) Lead Plaintiffs' Motion for Final

Approval of Settlement, Certification of Settlement Class, and Entry of Judgment, and (II) Lead Counsel's Motion for Award of Attorneys' Fees, Expenses, and Reimbursement to Lead Plaintiffs (ECF. No. 199 at 5). To date, SCS has incurred $53,610.21 in fees and expenses. *See* Supplemental Declaration of Josephine Bravata Concerning: (A) Mailing of the Postcard Notice; (B) Report on Requests for Exclusions and Objections; and (C) Claim Filing Status dated October 28, 2022 ("Supp. Bravata Decl.") (ECF No. 199-4 at ¶¶ 9-10), attached hereto as Exhibit C.  The invoice detailing SCS's expenses is set forth in Exhibit A to the Supp. Bravata Decl. *See id.* SCS anticipates the total administration costs to range from approximately $94,000 to $114,000. This is well below the $200,000 figure provided in the Notice, which no Settlement Class Member objected to. As such, Lead Counsel respectfully request that the Court approve SCS's request for the reimbursement of expenses in the amount of $53,610.21.

Dated: November 14, 2022                              Respectfully submitted,

                                                      **POMERANTZ LLP**
                                                      */s/* Michael J. Wernke
                                                      Michael J. Wernke (pro hac vice)
                                                      Jeremy A. Lieberman (pro hac vice)
                                                      600 Third Ave., 20th Fl.
                                                      New York, NY 10016
                                                      Tel: (212) 661-1100
                                                      Email: mjwernke@pomlaw.com
                                                      Email: jalieberman@pomlaw.com

Case No. 2:20-cv-02319-VAP-MAAx
SUPPLEMENTAL SUBMISSION IN FURTHER SUPPORT OF
LEAD COUNSELS' MOTION FOR AWARD OF ATTORNEYS' FEES,
EXPENSES, AND REIMBURSEMENT TO LEAD PLAINTIFFS

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Co-Lead Counsel for Lead Plaintiffs*

/s/ Stephanie M. Beige
Stephanie M. Beige
**BERNSTEIN LIEBHARD LLP**
Stanley D. Bernstein (pro hac forthcoming)
Stephanie M. Beige (pro hac vice)
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Email: bernstein@bernlieb.com
Email: beige@bernlieb.com

*Co-Lead Counsel for Lead Plaintiffs*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York, 10165
Telephone: (212) 697-6486
Email: peretz@bgandg.com
*Additional Counsel for Lead Plaintiffs*

Case No. 2:20-cv-02319-VAP-MAAx
SUPPLEMENTAL SUBMISSION IN FURTHER SUPPORT OF
LEAD COUNSELS' MOTION FOR AWARD OF ATTORNEYS' FEES,
EXPENSES, AND REIMBURSEMENT TO LEAD PLAINTIFFS