# EXHIBIT A

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Co-Lead Counsel for Lead Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERREIRA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FUNKO, INC., et al.,<br><br>Defendants. | Case No. 2:20-cv-02319-VAP-MAAx<br><br>**DECLARATION OF STEPHANIE M. BEIGE IN SUPPORT OF SUPPLEMENTAL SUBMISSION IN FURTHER SUPPORT OF LEAD COUNSELS' MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSES, AND REIMBURSEMENT TO LEAD PLAINTIFFS** |

I, Stephanie M. Beige, declare and state, under penalty of perjury, that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am a Partner at Bernstein Liebhard LLP, court-appointed Co-Lead Counsel on behalf of Lead Plaintiffs Abdul Baker, Zhibin Zhang, and Huaiyu Zheng ("Lead Plaintiffs") in the class action styled as *Gilberto Ferreira v. Funko, Inc., et al.*, No. 2:20-cv-02319-VAP-MAAx (C.D. Cal.).

2.      I am admitted to appear *pro hac vice* on behalf of Lead Plaintiffs in this Action. I have personal knowledge of the matters set forth herein and, if called upon, could and would competently testify thereto.

3.      I respectfully submit this Declaration in support of the Supplemental Submission for Reimbursement of Expenses.

4.      On November 7, 2021, the Court held a Final Fairness Hearing on Lead Plaintiffs' Unopposed Motion for Final Approval of Settlement, Certification of Settlement Class, and Entry of Judgment ("Final Approval Motion") (ECF No. 196) and Lead Counsels' Unopposed Motion for Attorneys' Fees, Expenses and Reimbursement to Lead Plaintiffs ("Fees and Expenses Motion") (ECF No. 197).

5.      As set forth in the Declaration of Bernstein Liebhard LLP in Support of Lead Counsels' Motion for Payment of Attorneys' Fees and Expenses (ECF. No. 198-6), Bernstein Liebhard seeks reimbursement of $2,950.43[1] in Work-Related Transportation, Hotel and Meal expenses. *See* ECF No. 198-6 at 4.

6.      At the Final Fairness Hearing, the Court requested additional details regarding Lead Counsels' Work-related Transportation, Hotels & Meal expenses.

7.      Additional details regarding Bernstein Liebhard's Work-related Transportation, Hotels & Meal expenses are set forth below:

---

[1] The total amount requested was $5,450.43, which included $2,500.00 in anticipated travel and meal costs associated with attendance at the Final Fairness Hearing. Because the Final Fairness Hearing was conducted remotely, $2,500.00 has been removed from the total requested amount.

**WORK-RELATED TRANSPORTATION, HOTELS & MEALS**

| Date | Description | Amount |
|---|---|---|
| 11/30/20 | Working Meal (J. Birkeland) Hale & Hearty Soups | $11.43 |
| 01/08/21 | Working Meal (J. Birkeland) Town Pizza | $12.46 |
| 06/10/21 | Working Meal (J. Birkeland) Hale & Hearty Soups | $17.15 |
| 06/11/21 | Working Meal (J. Birkeland) Hale & Hearty Soups (lunch) | $11.43 |
| 06/11/21 | Working Meal (J. Birkeland) Texas Chicken & Burgers (dinner) | $12.57[2] |
| 07/15/21 | Working Meal (S. Beige) Just Salad (lunch) | $10.77 |
| 07/15/21 | Working Meal (S. Beige) Fields Good Chicken (dinner) | $26.00 |
| 07/16/21 | Working Meal (S. Beige) Essen | $9.53 |
| 08/26/21 | Working Meal (S. Beige) Herbs Thai | $20.00 |
| 09/13/21 | Working Meal (S. Beige) Just Salad | $13.46 |
| 09/14/21 | Working Meal (S. Beige) Essen (dinner) | $22.49 |
| 09/14/21 | Working Meal (S. Beige) Essen (lunch) | $12.52 |
| 10/01/21 | Travel-United Airlines (S. Beige) (Hearing 10/18) | $469.20 |
| 10/01/21 | Travel-American Airlines (S. Beige) (Hearing 10/18) | $1,227.40 |
| 10/01/21 | Travel-Allianz travel insurance (S. Beige) (Hearing 10/18) | $66.53 |
| 10/05/21 | Working Meal (S. Beige) Fields Good Chicken | $25.00 |
| 10/06/21 | Working Meal (S. Beige) Just Salad | $11.42 |
| 10/07/21 | Working Meal (S. Beige) Essen | $12.78 |
| 10/12/21 | Working Meal (S. Beige) Essen | $21.99 |
| 10/13/21 | Working Meal (S. Beige) Just Salad | $11.64 |
| 10/14/21 | Working Meal (S. Beige) Essen | $15.00 |
| 10/16/21 | Working Meal (S. Beige) Golden Wok | $27.00 |

[2] Total expense incurred for this working meal was $15.23, however, the firm caps the total daily reimbursements for each non-lawyer working meal.

| Date | Description | Amount |
|---|---|---|
| 10/17/21 | Travel/Working Meal (S. Beige) Wexler's Deli (LA) | $15.11 |
| 10/17/21 | Travel – Uber (S. Beige) (travel to JFK for hearing) | $111.48 |
| 10/17/21 | Travel- Uber (S. Beige) (LAX to hotel) | $70.11 |
| 10/17/21 | Travel- Uber (S. Beige) (work late preparing for hearing) | $14.60 |
| 10/17/21 | Travel/Working Meal (S. Beige) Corner Bakery (meal at airport) | $11.36 |
| 10/17/21 | Travel-Omni Hotel (attend hearing) (S. Beige) | $253.62 |
| 10/18/21 | Travel-Omni Hotel (attend hearing) (S. Beige) | $253.62 |
| 10/18/21 | Travel-Omni Hotel (meal at hotel) (S. Beige) | $19.72 |
| 10/18/21 | Travel/Working Meal S. Beige and C. David (Pomerantz) (discuss hearing and decision), Maccheroni Republic | $94.77 |
| 10/18/21 | Travel-Uber (S. Beige) (hotel to LAX) | $36.96 |
| 10/18/21 | Travel-Omni Hotel (S. Beige) (coffee) | $3.29 |
| | | |
| | Total | $2,952.41[3] |

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 14, 2022.

Stephanie M. Beige

---

[3] In reviewing the details of the Bernstein Liebhard's Work-related Transportation, Hotels & Meal expenses, Lead Counsel noticed that due to a calculation error, $1.98 of Work-related Transportation, Hotels & Meal expenses were not included in the Fees and Expenses Motion. However Lead Counsel only seeks reimbursement of the amount originally requested in the Fees and Expenses Motion of $2,950.43.