# EXHIBIT B

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Co-Lead Counsel for Lead Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERREIRA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FUNKO, INC., et al.,<br><br>Defendants. | Case No. 2:20-cv-02319-VAP-MAAx<br><br>**DECLARATION OF MICHAEL J. WERNKE IN SUPPORT OF SUPPLEMENTAL SUBMISSION IN FURTHER SUPPORT OF LEAD COUNSELS' MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSES, AND REIMBURSEMENT TO LEAD PLAINTIFFS** |

I, Michael J. Wernke, declare and state, under penalty of perjury, that the following is true and correct to the best of my knowledge, information, and belief:

1.     I am a Partner at Pomerantz LLP, court-appointed Co-Lead Counsel on behalf of Lead Plaintiffs Abdul Baker, Zhibin Zhang, and Huaiyu Zheng ("Lead Plaintiffs") in the class action styled as *Gilberto Ferreira v. Funko, Inc., et al.*, No. 2:20-cv-02319-VAP-MAAx (C.D. Cal.).

2.     I am admitted to appear *pro hac vice* on behalf of Lead Plaintiffs in this Action. I have personal knowledge of the matters set forth herein and, if called upon, could and would competently testify thereto.

3.     I respectfully submit this Declaration in support of the Supplemental Submission for Reimbursement of Expenses.

4.     On November 7, 2021, the Court held a Final Fairness Hearing on Lead Plaintiffs' Unopposed Motion for Final Approval of Settlement, Certification of Settlement Class, and Entry of Judgment ("Final Approval Motion") (ECF No. 196) and Lead Counsels' Unopposed Motion for Attorneys' Fees, Expenses and Reimbursement to Lead Plaintiffs ("Fees and Expenses Motion") (ECF No. 197).

5.     As set forth in the Declaration of Pomerantz LLP in Support of Lead Counsels' Motion for Payment of Attorneys' Fees and Expenses (ECF. No. 198-7), Pomerantz seeks reimbursement of $1,550.33[1] in Work-Related Transportation, Hotel and Meal expenses. *See* ECF No. 198-7 at 4.

6.     At the Final Fairness Hearing, the Court requested additional details regarding Lead Counsels' Work-related Transportation, Hotels & Meal expenses.

7.     Additional details regarding Pomerantz's Work-related Transportation, Hotels & Meal expenses are set forth below:

---

[1] The total amount requested was $4,050.33, which included $2,500.00 in anticipated travel and meal costs associated with attendance at the Final Fairness Hearing. Because the Final Fairness Hearing was conducted remotely, $2,500.00 has been removed from the total requested amount.

# WORK-RELATED TRANSPORTATION, HOTELS & MEALS

| Date | Description | Amount |
|------|-------------|--------|
| 07/27/20 | Working Meal (J. Lieberman) Bravo Pizza | $20.92 |
| 07/27/20 | Working Meal (J. Lieberman) Kosher Deluxe | $17.86 |
| 07/28/20 | Working Meal (C. David) Best Wingers | $22.42 |
| 07/28/20 | Local Travel – Lyft (C. David) | $15.00 |
| 07/28/20 | Local Travel – Uber (J. Lieberman) | $42.15 |
| 07/29/20 | Working Meal (C. David) Bareburger Murray Hill | $25.75 |
| 07/29/20 | Local Travel – Lyft (C. David) | $17.00 |
| 11/11/20 | Working Meal (C. David) Best Wingers | $22.42 |
| 11/24/20 | Working Meal (C. David) Wagamama | $16.33 |
| 11/30/20 | Local Travel – Uber (J. Lieberman) | $35.60 |
| 12/01/20 | Working Meal (C. David) La Vera Pizza | $19.08 |
| 12/02/20 | Local Travel – Lyft (C. David) | $16.00 |
| 01/08/21 | Working Meal (C. David) La Vera Pizza | $19.76 |
| 03/09/21 | Local Travel – Cab (C. David) | $14.75 |
| 03/25/21 | Working Meal (C. David) | $23.74 |
| 03/25/21 | Local Travel – Cab (C. David) | $34.38 |
| 06/10/21 | Working Meal (C. David) | $16.36 |
| 06/10/21 | Local Travel – Cab (C. David) | $13.00 |
| 06/11/21 | Working Meal (C. David) | $15.77 |
| 06/11/21 | Local Travel – Cab (C. David) | $14.76 |
| 06/12/21 | Local Travel – Cab (C. David) | $18.86 |
| 07/15/21 | Working Meal (C. David) | $19.56 |
| 07/15/21 | Working Meal (C. David) | $27.90 |
| 07/15/21 | Local Travel – Cab (C. David) | $13.55 |

| 10/15/21 | Travel – Pro Travel Int'l Charge (C. David) (Hearing 10/18) | $27.50 |
| 10/15/21 | Travel – Pro Travel Int'l (C. David) (Hearing 10/18) | $399.20 |
| 10/15/21 | Travel – Pro Travel Int'l (C. David) (Hearing 10/18) | $620.71 |
| | **Total** | **$1,550.33** |

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 14, 2022.

Michael J. Wernke