# EXHIBIT C

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GILBERTO FERREIRA, Individually and On Behalf of All Others Similarly Situated,

    Plaintiff,

    v.

FUNKO, INC., et al.,

    Defendants.

Case No. 2:20-cv-02319-VAP-(MAAx)

Judge: Hon. Virginia A. Phillips
Courtroom 8A—8th Floor

**CLASS ACTION**

**SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA CONCERNING: (A) MAILING OF THE POSTCARD NOTICE; (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; AND (C) CLAIM FILING STATUS**

I, Josephine Bravata, declare as follows:

1. I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over twenty years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred and twenty-five (525) class action cases since its inception. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

## **UPDATE ON MAILING OF THE POSTCARD NOTICE**

2.     Pursuant to the Court's Order Granting Motion for Preliminary Approval of Class Action Settlement, dated July 19, 2022 and Order Setting Fairness Hearing and Other Deadlines, dated July 29, 2022 (Dkt. Nos. 193 and 195, the "Preliminary Approval Orders"), SCS was approved to serve as the Claims Administrator in connection with the Settlement of the above-captioned action.[1] I submit this supplemental declaration in order to provide the Court and the Parties with updated information regarding the notifications to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.

3.     As noted in the Declaration of Josephine Bravata Concerning: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated October 3, 2022 (Dkt. No. 198-4, the "Bravata Declaration"), SCS mailed or e-mailed 1,808 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list.  SCS then mailed 21,316 Postcard Notices to potential Settlement Class Members or nominees.  SCS was notified that a nominee emailed 8,860 of their clients a direct link to the Postcard Notice on the settlement webpage. Since the

---

[1] All capitalized terms not otherwise defined herein have the meanings set forth in the Revised Stipulation and Agreement of Settlement, dated as of June 3, 2021 (Dkt. No. 186-1, the "Stipulation").

Bravata Declaration was filed, 1,715 additional Postcard Notices were mailed by SCS, and SCS has been notified by the nominee that an additional 75 emails were sent with the direct link to the Postcard Notice. To date, a total of 31,966[2] potential Settlement Class Members were notified either by mailed Postcard Notice or emailed a direct link to the Postcard Notice.

4.    Out of the 23,031[3] Postcard Notices mailed, 442 were returned as undeliverable. Of these, the United States Postal Service provided forwarding addresses for 55, and SCS immediately mailed another Postcard Notice to the updated addresses. The remaining 387 Postcard Notices returned as undeliverable were "skip-traced" to obtain updated addresses and 147 were re-mailed to updated addresses.

## UPDATE ON TOLL-FREE PHONE LINE

5.    The Bravata Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement and/or request a Notice and Claim. SCS continues to promptly respond to each telephone inquiry and address Settlement Class Members' inquiries.

---

[2] SCS received 43 requests from potential Settlement Class Member that we mail them a Notice and Claim. A Notice and Claim was immediately mailed out to them upon request.

[3] This represents the 21,316 Postcard Notices mailed as described in the Bravata Declaration as well as the additional 1,715 Postcard Notices mailed after the Bravata Declaration was filed.

## UPDATE ON SETTLEMENT WEBPAGE

6.      As noted in the Bravata Declaration, on August 2, 2022, SCS established a webpage on its website at www.strategicclaims.net/Funko/.  The webpage is accessible 24 hours a day, 7 days a week. The webpage contains the current status of the case; the case deadlines; the online claim filing link; and important documents. SCS continues to maintain the webpage.

## UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

7.      The Postcard Notice, Summary Notice, Notice, and the Settlement Webpage informed potential Settlement Class Members that written requests for exclusion were to be mailed to SCS such that they were received no later than October 17, 2022. To date, SCS has received one request for exclusion. A copy of the exclusion request was attached as Exhibit E to the Bravata Declaration.

8.      According to the Postcard Notice, Summary Notice, Notice, and the Settlement Webpage, Settlement Class Members seeking to object to the Settlement, or any of its terms, the proposed Plan of Allocation, and/or the Fee and Expense application, were required to submit their objection in writing such that the request was received by Lead Counsel and Defendants' Counsel, as well as filed with the Clerk of the Court, no later than October 17, 2022.  As of the date of this declaration, SCS has neither received any objections nor been notified that Lead Counsel has received any objections.

4

## CLAIM FORM FILING STATUS

9.    As of the date of this declaration, SCS has received 5,848 claims. The Preliminary Approval Order required that claims be postmarked or submitted online no later than October 17, 2022.

10.    To date, SCS incurred administration costs of $53,610.21.  **Exhibit A** is the invoice for the administration costs. The claims filing deadline was October 17, 2022.  SCS anticipates the total administration costs to range from approximately $94,000 to $114,000.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 28th day of October 2022, in Media, Pennsylvania.

_Josephine B ravata_
Josephine Bravata

5

**EXHIBIT A**

# *STRATEGIC CLAIMS SERVICES*
## *225 STATE ROAD*
## *MEDIA, PA 19063*
## *610-298-1193*

October 28, 2022

Stephanie M. Beige, Esquire
Partner
Bernstein Liebhard LLP
10 East 40th Street
New York, NY  10016

Re*: Funko, Inc.* Proposed Securities Litigation Settlement ("Funko Settlement")

**Re: FUNKO, INC ("FUNKO') SECURITIES LITIGATION SETTLEMENT**

I N V O I C E RE: NOTICE AND CLAIMS ADMINISTRATIVE SERVICES FROM INCEPTION THROUGH OCTOBER 24, 2022

Administrative Services re: the notice campaign and administrative services rendered in connection with **Funko** Settlement from inception through 10/24/22:

Labor re: Administration (See Exhibit I attached) …………..………………………..$32,233.25

ALCOM printing of 22,000 notices, mailing and delivery (includes postage)………...$7,225.66

Brokers charges – See Exhibit II……….……………………………...............$3,308.11

Mailing to brokers and nominees 1,808 @ $1.65 per unit……………………………$2,983.20

Publication in Investors' Business Daily ($2,426.01) and PR  Newswire ($2,900.00) …...............................................................................................$5,326.01

In-house postage …………………………………………………………………...$1,273.49

Phone charges………………………………………………………………………...$282.02

Copying charges 1,721 copies @ $.13 per unit……………………………………....$223.73

Skip tracing 218 skip traces @.30 per unit……………………………………….....$65.40

P.O. Box., phone. Website, overnight and copying charges ……………………………$689.34

Total                                  **$53,610.21**

**EXHIBIT I**

|  | Labor Hours | Rate | Fee |
|---|---|---|---|
| Assistant Project Administrators | 61.85 | $90.00 | $5,566.50 |
| Administrative | 3.75 | $90.00 | $337.50 |
| Project Administrators | 17.35 | $110 to $120 | $1,970.50 |
| Project Supervisors | 24.65 | $125-$155 | $3,616.25 |
| Project Manager | 3.00 | $165.00 | $495.00 |
| Director of Technology | 26.05 | $175.00 | $4,558.75 |
| Director of Quality Assurance | 29.25 | $215.00 | $6,288.75 |
| Director of Operations | 6.15 | $250.00 | $1,537.50 |
| President | 18.50 | $425.00 | $7,862.50 |
|  | 190.55 |  | $32,233.25 |

| NOMINEES | AMOUNT |
|---|---:|
| APEX CLEARING | $90.35 |
| BNY MELLON | $122.00 |
| BROADRIDGE: MORGAN STANLEY (BILLING PURPOSES ONLY)** | $37.16 |
| BROADRIDGE: AMERIPRISE FINANCIAL, DEUTSCHE BANK, SCOTIABANK, VISION FINANCIAL, BNP PARIBAS, MURIEL SIEBERT & CO, & TRADESTATION SECURITIES (BILLING PURPOSES ONLY)** | $149.33 |
| BROADRIDGE: MORGAN STANLEY & CO LLC (BILLING PURPOSES ONLY)** | $164.83 |
| BROADRIDGE: BARCLAYS, ETRADE, LPL FINANCIAL, RAYMOND JAMES, ROBERT W BAIRD, TD AMERITRADE, VANGUARD, WELLS FARGO CLEARING, BMO NESBITT BURNS, EDWARD JONES, NOMURA SECURIITES, RBC WEALTH, STIFEL NICOLAUS, U.S. BANCORP, WEDBUSH & WELLS FARGO SECURITIES (BILLING PURPOSES ONLY)** | $2,178.79 |
| CETERA INVESTMENT SERVICES LLC | $50.00 |
| CHARLES SCHWAB | $248.10 |
| CITI 274** | $1.20 |
| JANNEY MONTGOMERY SCOTT LLC | $50.00 |
| JP MORGAN** | $34.70 |
| PERSHING LLC | $35.00 |
| PIPER JAFFRAY | $28.80 |
| STEPHENS INC | $28.25 |
| STONEX FINANCIAL INC | $50.00 |
| TRUIST WEALTH | $0.20 |
| UBS** | $14.40 |
| WELLS FARGO BANK N.A. TRUSTEE | $25.00 |
| **TOTALS** | **$3,308.11** |