LATHAM & WATKINS LLP
  Kevin M. McDonough (*pro hac vice*)
  *kevin.mcdonough@lw.com*
  Thomas J. Giblin (*pro hac vice*)
  thomas.giblin@lw.com
1271 Avenue of the Americas
New York, New York  10020
Telephone: +1.212.906.1200
Facsimile: +1.212.751.4864

LATHAM & WATKINS LLP
  Meryn C. N. Grant (State Bar No. 291315)
  *meryn.grant@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California  90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

Attorneys for the Funko Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO FERREIRA, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br>       v.<br><br>FUNKO, INC., ET AL.,<br><br>                    Defendants. | Case No. 2:20−cv−02319−WLH (MAAx)<br><br>**FUNKO DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR DISTRIBUTION OF THE NET SETTLEMENT FUND TO THE CLASS**<br><br>Honorable Wesley L. Hsu |

Defendants Funko, Inc., Brian Mariotti, Jennifer Fall Jung, Andrew Perlmutter, Ken Brotman, Gino Dellomo, and Adam Kriger (the "Funko Defendants") hereby state that they do not oppose Plaintiffs' Motion for Distribution of the Net Settlement Fund to the Class.

Dated:  April 26, 2024

LATHAM & WATKINS LLP

By: /s/ *Thomas J. Giblin*
      Kevin M. McDonough
      (*pro hac vice)*
      Thomas J. Giblin
      (*pro hac vice*)
      1271 Avenue of the Americas
      New York, New York 10020
      Tel: +1.212.906.1200
      Fax: +1.212.751.4864
      Email:  kevin.mcdonough@lw.com
      Email:  thomas.giblin@lw.com

      Meryn C. N. Grant
      (State Bar No. 291315)
      355 South Grand Avenue, Suite 100
      Los Angeles, California 90071-1560
      Tel: +1.213.485.1234
      Fax: +1.213.891.8763
      Email:  meryn.grant@lw.com

*Counsel for Funko Defendants*